UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Institute for Fisheries Resources; and Pacific Coast Federation of Fishermen's Associations<br><br>                Plaintiff(s),<br>    v.<br>Bridgestone Americas, Inc.; Continental Tire the Americas, LLC; Giti Tire (USA), Ltd.; The Goodyear Tire & Rubber Co.; Cooper Tire & Rubber Co.; Hankook Tire America Corp.; Kumho Tire USA, Inc.; Michelin North America, Inc.; Nokian Tyres; Pirelli Tire North America; Sumitomo Rubber North America, Inc.; Toyo Tire Holdings of Americas, Inc; and Yokohama Tire Corp.<br><br>                Defendant(s). | Case No.    4:23-cv-05748-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

    ☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

| | | |
|---|---|---|
| DATE: November 14, 2023 | NAME: | Elizabeth B. Forsyth |
| | | /s/Elizabeth B. Forsyth |
| | | *Signature* |
| | COUNSEL FOR (OR "PRO SE"): | Institute for Fisheries Resources; and Pacific Coast Federation of Fishermen's Associations |