Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
456 Montgomery Street, Ste. 1800
San Francisco, CA 94104
P: 415-262-4023

Loren R. Dunn, *(pro hac vice pending)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

W. Parker Moore *(pro hac vice pending)*
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C. 20036
P: 202-789-6028

*Counsel for Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; The Goodyear Tire & Rubber Company, individually and as successor in interest to Cooper Tire & Rubber Company; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Pirelli Tire LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; | Case No. 23-cv-05748-JD <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APEARANCE - Page 1
Case No. 23-cv-05748-JD

1  KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH
   AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN
2  TYRES U.S. OPERATIONS LLC; PIRELLI TIRE
   LLC; SUMITOMO RUBBER NORTH AMERICA,
3  Inc.; SUMITOMO RUBBER USA, LLC; TOYO
   TIRE HOLDINGS OF AMERICAS Inc.; and
4  YOKOHAMA TIRE Corporation.

5                    Defendants.

Please take notice that attorneys Susan E. Smith, Loren R. Dunn, and Parker Moore hereby

enter their appearance as counsel of record on behalf of the following Defendants: Bridgestone

Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; The

Goodyear Tire & Rubber Company, individually and as successor in interest to Cooper Tire &

Rubber Company; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Pirelli Tire LLC;

Sumitomo Rubber North America, Inc., Sumitomo Rubber USA, LLC; Toyo Tire Holdings of

Americas Inc.; and Yokohama Tire Corporation.

Respectfully submitted this 29th day of December, 2023.

**Beveridge & Diamond P.C.**

By: */s/ Susan E. Smith*
*/s/ Loren R. Dunn*
*/s/ W. Parker Moore*
Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
456 Montgomery Street, Ste. 1800
San Francisco, CA  94104
P: 415-262-4023

Loren R. Dunn, *(pro hac vice pending)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA  98101
P: 206-315-4810

W. Parker Moore *(pro hac vice pending)*
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C.  20036
P: 202-789-6028

NOTICE OF APEARANCE **-** Page 2
Case No. 23-cv-05748-JD

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on the below date, I caused to be served a true and correct copy of the

3 foregoing, which was served on all counsel of record using the Court's CM/ECF system.

4

5      DATED: this 29th day of December, 2023.

6

7                                    */s/Natasha Johnston*
                                    Natasha Johnston, Legal Administrative Assistant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28