Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
456 Montgomery Street, Ste. 1800
San Francisco, CA 94104
P: 415-262-4023

Loren R. Dunn, *(pro hac vice pending)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

W. Parker Moore *(pro hac vice pending)*
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C. 20036
P: 202-789-6028

*Counsel for Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; The Goodyear Tire & Rubber Company, individually and as successor in interest to Cooper Tire & Rubber Company; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Pirelli Tire LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as | Case No. 23-cv-05748-JD<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS – GITI TIRE (USA), LTD.** |

CERTIFICATION OF CONFLICTS AND INTERESTED
ENTITIES OR PERSONS – GITI TIRE (USA), LTD.
– Case No. 23-cv-05748-JD - Page 1

successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.

Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Giti Tire Global Enterprise Pte., LTD, with its primary place of business in Singapore.

Pursuant to Civil L.R. 3-15, the undersigned further certifies that as of this date, Defendant GITI Tire (USA), Ltd. is unaware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

Respectfully submitted this 29th day of December, 2023.

**Beveridge & Diamond P.C.**

By: */s/ Susan E. Smith*
    Susan E. Smith, (CA Bar No. 329539)
    ssmith@bdlaw.com
    456 Montgomery Street, Ste. 1800
    San Francisco, CA  94104
    P: 415-262-4023

| | |
|---|---|
| 1 | Loren R. Dunn, *(pro hac vice pending)* |
| 2 | ldunn@bdlaw.com |
| | 600 University Street, Ste. 1601 |
| 3 | Seattle, WA 98101 |
| | P: 206-315-4810 |
| 4 | |
| 5 | W. Parker Moore *(pro hac vice pending)* |
| | pmoore@bdlaw.com |
| 6 | 1900 N. Street NW, Ste. 100 |
| | Washington, D.C. 20036 |
| 7 | P: 202-789-6028 |

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS – GITI TIRE (USA), LTD.
– Case No. 23-cv-05748-JD **-** Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED this 29th day of December, 2023.

                                               */s/Natasha Johnston*
                                               Natasha Johnston, Legal Assistant