# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Institute for Fisheries Resources; and Pacific Coast Federation of Fishermen's Associations <br> *Plaintiff(s)* <br> v. <br> Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; Giti Tire (USA) Ltd.; The Goodyear Tire & Rubber Co., individually and as successor in interest to Cooper Tire & Rubber Co.; Hankook Tire America Corp.; Kumho Tire U.S.A., Inc.; Michelin North America, Inc.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations LLC; Pirelli Tire LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC: Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-cv-05748-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ((See Attachment)See Attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Elizabeth B. Forsyth
Earthjustice
810 3rd Ave.
Suite #610
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/7/23

*Mark B. Busby*

*Signature of Clerk or Deputy Clerk*

# ATTACHMENT

**Bridgestone Americas Tire Operations, LLC**
200 4th Avenue S
Suite 100
Nashville, TN 37201-2256
c/o United Agent Group
5901 W Century Blvd, #750
Los Angeles, CA 90045

**Continental Tire the Americas, LLC**
1830 MacMillian Park Dr.
Fort Mill, SC 29707
c/o CT Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203

**Giti Tire (USA) Ltd.**
10404 Sixth Street
Rancho Cucamonga, CA 91730-5831
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr
Suite 150N
Sacramento, CA 95833

**The Goodyear Tire & Rubber Co.**,
individually and as successor in interest to
**Cooper Tire & Rubber Co.**
200 E Innovation Way
Akron, OH 44316-0001
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr
Suite 150N
Sacramento, CA 95833

**Hankook Tire America Corp.**
333 Commerce Street
Suite 600
Nashville, TN 37201-1836
c/o Corporate Creations Network Inc.
5901 W Century Blvd, #750
Los Angeles, CA 90045

**Kumho Tire U.S.A., Inc.**
133 Peachtree St NE
Suite 2800
Atlanta, GA 30303
c/o Doseob Kim
10299 Sixth Street
Rancho Cucamonga, CA 91730

**Michelin North America, Inc.**
1 Parkway South
Greenville, SC 29615-5022
c/o CT Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203

**Nokian Tyres Inc.**
520 Nokian Tyres Dr.,
Dayton, TN 37321
c/o National Registered Agents, Inc.
300 Montvue Rd.
Knoxville, TN 37919-5546

**Nokian Tyres U.S. Operations LLC**
520 Nokian Tyres Dr.,
Dayton, TN 37321
c/o National Registered Agents, Inc.
300 Montvue Rd.
Knoxville, TN 37919-5546

**Pirelli Tire LLC**
100 Pirelli Drive
Rome, GA 30161
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr
Suite 150N
Sacramento, CA 95833

**Sumitomo Rubber North America, Inc.**
8656 Haven Ave
Rancho Cucamonga, CA 91730
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr
Suite 150N
Sacramento, CA 95833

**Sumitomo Rubber USA, LLC**
8656 Haven Ave
Rancho Cucamonga, CA 91730
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr
Suite 150N
Sacramento, CA 95833

**Toyo Tire Holdings of Americas Inc.**
3565 Harbor Blvd.,
Costa Mesa, CA 92626
c/o Katherine Noelle Peters
3565 Harbor Blvd
Costa Mesa, CA 92626

**Yokohama Tire Corporation**
1 MacArthur Place
Suite 800
Santa Ana, CA 92707-5948
c/o CT Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: