GEORGE J. GIGOUNAS (Bar No. 209334)
george.gigounas@us.dlapiper.com
CAROLINE E. LEE (Bar No. 293297)
caroline.lee@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:   415.836.2500
Fax:  415.836.2501

PAUL WIERENGA (*Pro Hac Vice Pending*)
paul.wierenga@us.dlapiper.com
**DLA PIPER LLP (US)**
500 8th Street, NW
Washington, DC 20004
Tel:   202.799.4000
Fax:  202.799.5000

*Attorneys for Defendant*
*Michelin North America, Inc*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC.; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE NORTH AMERICA; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS, INC.; and YOKOHAMA TIRE CORP.,<br><br>Defendants. | CASE NO. 3:23-cv-05748-JD<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT MICHELIN NORTH AMERICA, INC.**<br><br>Judge:  Hon. James Donato<br><br>Complaint Filed:  November 8, 2023<br>First Amended Complaint Filed: December 6, 2023 |

1  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

2      **PLEASE TAKE NOTICE** that George J. Gigounas (CA Bar No. 209334), Caroline E. Lee (CA Bar No. 293297), and Paul Wierenga (*Pro Hac Vice Pending*) appear as counsel for Defendant Michelin North America, Inc. in the above-captioned matter.

    Copies of all Court orders, pleadings, correspondence, and other documents filed in this action should be served on counsel for Defendant Michelin North America as follows:

> George J. Gigounas
> george.gigounas@us.dlapiper.com
> Caroline E. Lee
> caroline.lee@us.dlapiper.com
> **DLA PIPER LLP (US)**
> 555 Mission Street, 24th Floor
> San Francisco, CA 94105
> Tel:    415.836.2500
> Fax:    415.836.2501
>
> Paul Wierenga (*Pro Hac Vice Pending*)
> paul.wierenga@us.dlapiper.com
> **DLA PIPER LLP (US)**
> 500 8th Street, NW
> Washington, DC 20004
> Tel:    202.799.4000
> Fax:    202.799.5000

Dated: January 19, 2024          **DLA PIPER LLP (US)**

                                       By:   /s/ George Gigounas
                                                     GEORGE GIGOUNAS
                                                     CAROLINE LEE
                                                     PAUL WIERENGA (*Pro Hac Vice Pending*)
                                                     Attorneys for Defendant
                                                     Michelin North America, Inc.