GEORGE J. GIGOUNAS (Bar No. 209334)
george.gigounas@us.dlapiper.com
CAROLINE E. LEE (Bar No. 293297)
caroline.lee@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:   415.836.2500
Fax:   415.836.2501

PAUL WIERENGA (*Pro Hac Vice Pending*)
paul.wierenga@us.dlapiper.com
**DLA PIPER LLP (US)**
500 8th Street, NW
Washington, DC 20004
Tel:   202.799.4000
Fax:   202.799.5000

*Attorneys for Defendant*
*Michelin North America, Inc*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC.; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE NORTH AMERICA; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS, INC.; and YOKOHAMA TIRE CORP.,<br><br>Defendants. | CASE NO. 3:23-cv-05748-JD<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MICHELIN NORTH AMERICA, INC. [FRCP 7.1]**<br><br>Judge: Hon. James Donato<br><br>Complaint Filed: November 8, 2023<br>First Amended Complaint Filed: December 6, 2023 |

1
CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MICHELIN NORTH AMERICA, INC.

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, Defendant Michelin North America, Inc. makes the following disclosures about its corporate identity:

Michelin North America, Inc. is not a publicly owned corporation. It is owned by Michelin Corporation, a New York Corporation. Michelin Corporation is owned by Compagnie Financiére Michelin (CFM), which is owned by Compagnie Générale des Etablissements Michelin (CGEM).

Dated: January 19, 2024    **DLA PIPER LLP (US)**

By: /s/ George Gigounas
GEORGE GIGOUNAS
CAROLINE LEE
PAUL WIERENGA (*Pro Hac Vice Pending*)
Attorneys for Defendant
Michelin North America, Inc.