| | |
|---|---|
| **EARTHJUSTICE** | **DLA PIPER LLP** |
| ELIZABETH B. FORSYTH (CA Bar 288311) | GEORGE J. GIGOUNAS (Bar No. 209334) |
| eforsyth@earthjustice.org | george.gigounas@us.dlapiper.com |
| JANETTE K. BRIMMER (*Pro Hac Vice*) | CAROLINE E. LEE (Bar No. 293297) |
| jbrimmer@earthjustice.org | caroline.lee@us.dlapiper.com |
| NOORULANNE JAN (*Pro Hac Vice*) | 555 Mission Street, Suite 2400 |
| njan@earthjustice.org | San Francisco, CA 94105 |
| 810 3rd Ave #610 | Tel: 415.836.2500 |
| Seattle, WA 98104 | Fax: 415.836.2501 |
| Tel: (206) 343-7340 | |
| | PAUL WIERENGA (*Pro Hac Vice Pending*) |
| GREGORY C. LOARIE (CA Bar 215859) | paul.wierenga@us.dlapiper.com |
| gloarie@earthjustice.org | 500 8th Street, NW |
| SCOTT W. STERN (CA Bar 336427) | Washington, DC 20004 |
| sstern@earthjustice.org | Tel: 202.799.4000 |
| 50 California Street #500 | Fax: 202.799.5000 |
| San Francisco, CA 94111 | |
| Tel: (415) 217-2000 | *Attorneys for Defendant* |
| | *Michelin North America, Inc* |
| *Attorneys for Plaintiffs* | |
| *Institute for Fisheries Resources and Pacific* | (additional counsel on signature page) |
| *Coast Federation of Fishermen's Associations* | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC.; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE NORTH AMERICA; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS, INC.; and YOKOHAMA TIRE CORP.,<br><br>Defendants. | CASE NO. 3:23-cv-05748-JD<br><br>**STIPULATION RE: BRIEFING SCHEDULE AND PAGE LIMITS ON DEFENDANTS' PRE-ANSWER MOTIONS AND [PROPOSED] ORDER** |

# STIPULATION

A. On November 8. 2023, Plaintiffs INSTITUTE FOR FISHERIES RESOURCES and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS filed a Complaint for Declaratory and Injunctive Relief.

B. On December 6, 2023, Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief.

C. On December 6, 2023, Plaintiffs served Notices of a Lawsuit and Requests to Waive Service of Summons on each of the Defendants BRIDGESTONE AMERICAS, INC.; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE NORTH AMERICA; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS, INC.; and YOKOHAMA TIRE CORP, requesting return of the signed waivers within 30 days.

D. Each Defendant returned a signed waiver of service of summons to Plaintiffs. Defendants must therefore file an answer on or before February 5, 2024. Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii). Under Northern District of California Civil Local Rules ("Local Rules"), Rule 6-1(a), the Parties may stipulate to extend the time within which to answer or otherwise respond to the complaint without a court order provided the change will not alter the date of any event or deadline already fixed by Court order.

E. Defendants intend to file motions to dismiss in response to the complaint.

F. Under Standing Order for Civil Cases Before Judge James Donato ("Hon. Donato Standing Order") ¶ 18, "opening and opposition briefs may not exceed 15 pages, and reply briefs may not exceed 10 pages."

G. By and through their counsel, the Parties met and conferred regarding the Defendants' responses to the Plaintiffs' Complaint and a briefing schedule and page limits for pre-answer motions.

H. While they acknowledge that each Defendant may file a separate response to

Plaintiffs' pleadings, the Parties agree that every effort should be made to consolidate arguments, act jointly where possible, and present the Court with ordered and organized filings for its consideration.

    I.    The Parties believe they have developed an agreed upon approach that will more efficiently and effectively manage responsive pleadings in this complex, multi-party action.

    J.    As a result of those discussions, the Parties have agreed to a briefing plan, schedule, and page limits for pre-answer motions, as described in this Stipulation and subject to the Court's approval and entry of an appropriate order.

**IT IS HEREBY STIPULATED** by Plaintiffs and Defendants, and their respective counsels that, subject to the Court's approval and entry of an Order, that the following schedule and page limits shall apply to Defendants' pre-answer motions:

1. The Defendants shall file no more than three opening briefs total among all Defendants in support of their motions to dismiss and three reply briefs, and Plaintiff shall file no more than three opposition briefs, under Fed. R. Civ. P. Rule 12.
2. The Defendants shall file and serve their opening briefs no later than March 8, 2024. The aggregate number of pages for all opening briefs shall not exceed 60 pages.
3. The Plaintiffs shall file and serve their opposition briefs no later than April 19, 2024. The aggregate number of pages for all opposition briefs shall not exceed 60 pages.
4. The Defendants shall file and serve their reply briefs no later than May 10, 2024. The aggregate number of pages for all reply briefs shall not exceed 30 pages.
5. The Defendants shall notice their motions for May 16, 2024, at 10:00 a.m., under the Hon. James Donato's Standing Order ¶ 11 and Civil Local Rule 7-2(a).

| | | |
|---|---|---|
| Dated: January 19, 2024 | | **DLA PIPER LLP (US)** |
| | By: | _/s/ George J. Gigounas_ |
| | | GEORGE J. GIGOUNAS |
| | | CAROLINE E. LEE |
| | | Attorneys for Defendant |
| | | MICHELIN NORTH AMERICA, INC. |
| Dated: January 19, 2024 | | **DLA PIPER LLP (US)** |
| | By: | _/s/ Adam P. Baas_ |
| | | Adam P. Baas |
| | | Attorney for Defendant |
| | | HANKOOK TIRE AMERICA CORP. |
| Dated: January 19, 2024 | | **DLA PIPER LLP (US)** |
| | By: | _/s/ Justin Park_ |
| | | Justin Park |
| | | Gwen Keyes Fleming (_pro hac vice pending_) |
| | | Attorneys for Defendant |
| | | KUMHO TIRE U.S.A., INC. |
| Dated: January 18, 2024 | | **BEVERIDGE & DIAMOND PC** |
| | By: | _/s/ Loren R. Dunn_ |
| | | Susan E. Smith, (CA Bar No. 329539) |
| | | Loren R. Dunn, (_Pro Hac Vice_) |
| | | W. Parker Moore (_Pro Hac Vice_) |
| | | Attorneys for Defendants |
| | | BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO COOPER TIRE & RUBBER COMPANY; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS, LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS INC.; AND YOKOHAMA TIRE CORPORATION |

| | | |
|---|---|---|
| 1 | Dated: January 16, 2024 | **EARTHJUSTICE** |
| 2 | | |
| 3 | | By: /s/ Elizabeth B. Forsyth |
| | | Elizabeth B. Forsyth (CA Bar 288311) |
| 4 | | Janette K. Brimmer (*pro hac vice*) |
| 5 | | Noorulanne Jan (*Pro Hac Vice*) |
| | | Gregory C. Loarie (CA Bar 215859) |
| 6 | | Scott W. Stern (CA Bar 336427) |
| | | Attorneys for Plaintiffs |
| 7 | | INSTITUTE FOR FISHERIES RESOURCES |
| | | and PACIFIC COAST FEDERATION OF |
| 8 | | FISHERMEN'S ASSOCIATIONS |

# [PROPOSED] ORDER

The Court, having reviewed the foregoing Stipulation and for good cause appearing, **ORDERS** as follows:

**CONSISTENT WITH THE PARTIES' STIPULATION, IT IS HEREBY ORDERED** that the following schedule and page limits shall apply to Defendants' pre-answer motions:

1. The Defendants shall file no more than three opening briefs total among all Defendants in support of their motions to dismiss and three reply briefs, and Plaintiff shall file no more than three opposition briefs, under Fed. R. Civ. P. Rule 12.
2. The Defendants shall file and serve its opening briefs no later than March 8, 2024. The aggregate number of pages for all opening briefs shall not exceed 60 pages.
3. The Plaintiffs shall file and serve its opposition briefs no later than April 19, 2024. The aggregate number of pages for all opposition briefs shall not exceed 60 pages.
4. The Defendants shall file and serve its reply briefs no later than May 10, 2024. The aggregate number of pages for all reply briefs shall not exceed 30 pages.
5. The Defendants shall notice their motion for May 16, 2024, at 10:00 a.m., under the Hon. James Donato's Standing Order ¶ 11 and Civil Local Rule 7-2(a).

**IT IS SO ORDERED.**

DATE: _____

HON. JAMES DONATO
United States District Judge