| | |
|---|---|
| 1 | ADAM BAAS (CA Bar No. 220464) |
| | adam.baas@us.dlapiper.com |
| 2 | **DLA PIPER LLP (US)** |
| | 555 Mission Street, Suite 2400 |
| 3 | San Francisco, CA 94105-2933 |
| | Tel: (415) 836-2500 |
| 4 | Fax: (415) 836-2501 |
| 5 | ALLEXANDERIA V. BINGHAM (CA Bar No. 292672) |
| | allexanderia.bingham@us.dlapiper.com |
| 6 | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars, Suite 400 |
| 7 | Los Angeles, CA 90067-4735 |
| | Tel: (310) 595-3000 |
| 8 | Fax: (310) 595-3300 |
| 9 | *Attorneys for Defendant* |
| | HANKOOK TIRE AMERICA CORP. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER CO., individually and as successor in interest to COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-05748-JD<br><br>**DEFENDANT HANKOOK TIRE AMERICA CORP.'S NOTICE OF APPEARANCE**<br><br>Judge: Hon. James Donato<br><br>Complaint Filed: November 8, 2023<br>First Amended Complaint Filed: December 6, 2023 |

1  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that Adam Baas (CA Bar No. 220464) and Allexanderia

3  Bingham (CA Bar No. 292672) hereby appear as counsel for Defendant Hankook Tire America

4  Corp.

5      Copies of all Court orders, pleadings, correspondence, and other documents filed in this

6  action should be served on counsel for Defendant Hankook Tire America Corp. as follows:

7      ADAM BAAS
    adam.baas@us.dlapiper.com

8      **DLA PIPER LLP (US)**
    555 Mission Street, Suite 2400

9      San Francisco, CA 94105-2933
    Tel: (415) 836-2500

10     Fax: (415) 836-2501

11     ALLEXANDERIA V. BINGHAM
    allexanderia@us.dlapiper.com

12     **DLA PIPER LLP (US)**
    2000 Avenue of the Stars, Suite 400

13     Los Angeles, CA 90067-4735
    Tel: (310) 595-3000

14     Fax: (310) 595-3300

15

16 Dated: January 19, 2024          **DLA PIPER LLP (US)**

17

18                                        By: /s/ *Adam Bass*
                                             ADAM BAAS

19                                              ALLEXANDERIA BINGHAM

20                                              Attorneys for Defendant
                                             Hankook Tire America Corp.

21

22

23

24

25

26

27

28