| | |
|---|---|
| 1 | ADAM BAAS (CA Bar No. 220464) |
| | adam.baas@us.dlapiper.com |
| 2 | **DLA PIPER LLP (US)** |
| | 555 Mission Street, Suite 2400 |
| 3 | San Francisco, CA 94105-2933 |
| | Tel: (415) 836-2500 |
| 4 | Fax: (415) 836-2501 |
| 5 | ALLEXANDERIA V. BINGHAM (CA Bar No. 292672) |
| | allexanderia.bingham@us.dlapiper.com |
| 6 | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars, Suite 400 |
| 7 | Los Angeles, CA 90067-4735 |
| | Tel: (310) 595-3000 |
| 8 | Fax: (310) 595-3300 |
| 9 | *Attorneys for Defendant* |
| | HANKOOK TIRE AMERICA CORP. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER CO., individually and as successor in interest to COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-05748-JD<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT HANKOOK TIRE AMERICA CORP.**<br>**[FRCP L.R. 3-15]**<br><br>Judge: Hon. James Donato<br><br>Complaint Filed: November 8, 2023<br>First Amended Complaint Filed: December 6, 2023 |

1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

 **PLEASE TAKE NOTICE** that, pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

 1. Hankook Tire & Technology Co., Ltd., is a Korean entity traded on the Korea Exchange and is a publicly held company that owns ten percent or more of Hankook Tire America Corp. stock.

 Pursuant to Civil L.R. 3-15, the undersigned further certifies that as of this date, Defendant Hankook Tire America Corp. is unaware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

Dated: January 19, 2024

**DLA PIPER LLP (US)**

By: /s/ *Adam Baas*
ADAM BAAS
ALLEXANDERIA V. BINGHAM

Attorneys for Defendant
Hankook Tire America Corp.