1  ADAM BAAS (CA Bar No. 220464)
   adam.baas@us.dlapiper.com
2  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
3  San Francisco, CA 94105-2933
   Tel: (415) 836-2500
4  Fax: (415) 836-2501

5  ALLEXANDERIA V. BINGHAM (CA Bar No. 292672)
   allexanderia.bingham@us.dlapiper.com
6  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars, Suite 400
7  Los Angeles, CA 90067-4735
   Tel: (310) 595-3000
8  Fax: (310) 595-3300

9  *Attorneys for Defendant*
   HANKOOK TIRE AMERICA CORP.

10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO**

| | |
|---|---|
| 14 INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, | Case No. 3:23-cv-05748-JD |
| 15 | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HANKOOK TIRE AMERICA CORP. [FRCP 7.1]** |
| 16 Plaintiffs, | |
| 17 v. | Judge: Hon. James Donato |
| 18 BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; | Complaint Filed: November 8, 2023 First Amended Complaint Filed: December 6, 2023 |
| 19 THE GOODYEAR TIRE & RUBBER CO., individually and as successor in interest to | |
| 20 COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE | |
| 21 U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN | |
| 22 TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH | |
| 23 AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF | |
| 24 AMERICAS INC.; and YOKOHAMA TIRE CORPORATION, | |
| 25 | |
| 26 Defendants. | |

27

28

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hankook Tire America Corp. makes the following disclosures about its corporate identity:

Hankook Tire America Corp. is a wholly owned subsidiary of Hankook Tire & Technology Co., Ltd., a foreign corporation organized under the laws of the Republic of Korea.

Dated:  January 19, 2024        **DLA PIPER LLP (US)**

By:  _/s/ Adam Baas_
ADAM BAAS
ALLEXANDERIA BINGHAM

Attorneys for Defendant
Hankook Tire America Corp.