| | |
|---|---|
| 1 | Gwendolyn Keyes Fleming (*Pro Hac Vice Pending*) |
| | Gwen.KeyesFleming@us.dlapiper.com |
| 2 | Justin Park (Bar No. 250220) |
| | Justin.Park@us.dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 500 8th Street, NW |
| 4 | Washington, DC 20004 |
| | Tel: 202.799.4000 |
| 5 | Fax: 202.799.5000 |
| 6 | Donghyun Kim (Bar No. 253600) |
| | DK.Kim@us.dlapiper.com |
| 7 | **DLA PIPER LLP (US)** |
| | 1201 West Peachtree Street |
| 8 | Suite 2900 Atlanta, GA 30309 |
| | Tel: 404 736 7800 |
| 9 | Fax: 404 682 7800 |
| 10 | *Attorneys for Defendant* |
| | KUMHO TIRE U.S.A., INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER CO., individually and as successor in interest to COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORPORATION, <br><br> Defendants. | Case No. 3:23-cv-05748-JD <br><br> **DEFENDANT KUMHO TIRE U.S.A., INC.'S NOTICE OF APPEARANCE** <br><br> Judge: Hon. James Donato <br><br> Complaint Filed: November 8, 2023 <br> First Amended Complaint Filed: December 6, 2023 |

NOTICE OF APPEARANCE OF DEFENDANT KUMHO TIRE U.S.A., INC.
CASE NO. 3:23-CV-05748-JD

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Gwendolyn Keyes Fleming (*Pro Hac Vice Pending*), Justin Park (CA Bar No. 250220), and Donghyun Kim (CA Bar No. 253600) appear as counsel for Defendant Kumho Tire U.S.A., Inc. in the above-captioned matter.

Copies of all Court orders, pleadings, correspondence, and other documents filed in this action should be served on counsel for Defendant Kumho Tire U.S.A., Inc. as follows:

>Justin Park (Bar No. 250220)
>Justin.Park@us.dlapiper.com
>Gwendolyn Keyes Fleming (*Pro Hac Vice Pending*)
>Gwen.KeyesFleming@us.dlapiper.com
>**DLA PIPER LLP (US)**
>500 8th Street, NW
>Washington, DC 20004
>Tel:   202.799.4000
>Fax:   202.799.5000
>
>Donghyun Kim (Bar No. 253600)
>DK.Kim@us.dlapiper.com
>**DLA PIPER LLP (US)**
>1201 West Peachtree Street
>Suite 2900 Atlanta, GA 30309
>Tel:   404 736 7800
>Fax:   404 682 7800

Dated: January 19, 2024         **DLA PIPER LLP (US)**

                                By: */s/ Justin Park*
                                    GWENDOLYN KEYES FLEMING
                                    JUSTIN PARK
                                    DONGHYUN KIM

                                    Attorneys for Defendant
                                    Kumho Tire U.S.A., Inc.