Gwendolyn Keyes Fleming (*Pro Hac Vice Pending*)
Gwen.KeyesFleming@us.dlapiper.com
Justin Park (Bar No. 250220)
Justin.Park@us.dlapiper.com
**DLA PIPER LLP (US)**
500 8th Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000

Donghyun Kim (Bar No. 253600)
DK.Kim@us.dlapiper.com
**DLA PIPER LLP (US)**
1201 West Peachtree Street
Suite 2900 Atlanta, GA 30309
Tel: 404 736 7800
Fax: 404 682 7800

*Attorneys for Defendant*
KUMHO TIRE U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,

Plaintiffs,

v.

BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER CO., individually and as successor in interest to COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORPORATION,

Defendants.

Case No. 3:23-cv-05748-JD

# CORPORATE DISCLOSURE STATEMENT OF DEFENDANT KUMHO TIRE U.S.A., INC. [FRCP 7.1]

Judge: Hon. James Donato

Complaint Filed: November 8, 2023
First Amended Complaint Filed: December 6, 2023

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kumho Tire U.S.A., Inc. makes the following disclosures about its corporate identity:

Kumho Tire U.S.A., Inc. is a wholly owned subsidiary of Kumho Tire Co., Inc., a foreign corporation organized under the laws of the Republic of Korea.

Dated: January 19, 2024

**DLA PIPER LLP (US)**

By: */s/ Justin Park*
GWENDOLYN KEYES FLEMING
JUSTIN PARK
DONGHYUN KIM

Attorneys for Defendant
Kumho Tire U.S.A., Inc.