1  GEORGE J. GIGOUNAS (Bar No. 209334)
   george.gigounas@us.dlapiper.com
2  CAROLINE E. LEE (Bar No. 293297)
   caroline.lee@us.dlapiper.com
3  **DLA PIPER LLP (US)**
4  555 Mission Street, Suite 2400
   San Francisco, CA 94105
5  Tel:    415.836.2500
   Fax:    415.836.2501
6

7  PAUL WIERENGA (*Pro Hac Vice Pending*)
   paul.wierenga@us.dlapiper.com
8  **DLA PIPER LLP (US)**
   500 8th Street, NW
9  Washington, DC 20004
   Tel:    202.799.4000
10 Fax:    202.799.5000

11
   *Attorneys for Defendant*
12 *Michelin North America, Inc*

13                    **UNITED STATES DISTRICT COURT**

14                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGESTONE AMERICAS, INC.; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE NORTH AMERICA; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS, INC.; and YOKOHAMA TIRE CORP., <br><br> Defendants. | CASE NO. 3:23-cv-05748-JD <br><br> **NOTICE OF APPEARANCE BY COUNSEL CAROLINE E. LEE ON BEHALF OF DEFENDANT MICHELIN NORTH AMERICA, INC.** <br><br> Judge: Hon. James Donato <br><br> Complaint Filed: November 8, 2023 <br> First Amended Complaint Filed: December 6, 2023 |

1
DEFENDANT MICHELIN NORTH AMERICA, INC.'S NOTICE OF APPEARANCE – CAROLINE LEE

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** Caroline E. Lee (CA Bar No. 293297) herby appears as counsel for Defendant Michelin North America, Inc. in the above-captioned matter.

Copies of all Court orders, pleadings, correspondence, and other documents filed in this action should be served on counsel for Defendant Michelin North America as follows:

> George J. Gigounas
> george.gigounas@us.dlapiper.com
> Caroline E. Lee
> caroline.lee@us.dlapiper.com
> **DLA PIPER LLP (US)**
> 555 Mission Street, 24th Floor
> San Francisco, CA 94105
> Tel:   415.836.2500
> Fax:   415.836.2501
>
> Paul Wierenga (*Admitted Pro Hac Vice*)
> paul.wierenga@us.dlapiper.com
> **DLA PIPER LLP (US)**
> 500 8th Street, NW
> Washington, DC 20004
> Tel:   202.799.4000
> Fax:   202.799.5000

Dated: January 22, 2024          **DLA PIPER LLP (US)**

By: _/s/ Caroline Lee_
     GEORGE GIGOUNAS
     CAROLINE LEE
     PAUL WIERENGA
     Attorneys for Defendant
     Michelin North America, Inc.