ADAM BAAS (CA Bar No. 220464)
adam.baas@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 836-2500
Fax: (415) 836-2501

ALLEXANDERIA V. BINGHAM (CA Bar No. 292672)
allexanderia.bingham@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4735
Tel: (310) 595-3000
Fax: (310) 595-3300

*Attorneys for Defendant*
HANKOOK TIRE AMERICA CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER CO., individually and as successor in interest to COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-05748-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL ALLEXANDERIA V. BINGHAM**<br><br>Judge: Hon. James Donato<br><br>Complaint Filed: November 8, 2023<br>First Amended Complaint Filed: December 6, 2023 |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that Allexanderia Bingham (CA Bar No. 292672) hereby |
| 3 | appears as counsel for Defendant Hankook Tire America Corp. |
| 4 | Copies of all Court orders, pleadings, correspondence, and other documents filed in this |
| 5 | action should be served on counsel for Defendant Hankook Tire America Corp. as follows: |

ADAM BAAS
adam.baas@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 836-2500
Fax: (415) 836-2501

ALLEXANDERIA V. BINGHAM
allexanderia@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4735
Tel: (310) 595-3000
Fax: (310) 595-3300

Dated: January 22, 2024         **DLA PIPER LLP (US)**

By: */s/ Allexanderia V. Bingham*
   ALLEXANDERIA V. BINGHAM

Attorneys for Defendant
Hankook Tire America Corp.