| | |
|---|---|
| **EARTHJUSTICE** | **BEVERIDGE & DIAMOND PC** |
| ELIZABETH B. FORSYTH (CA Bar 288311) | SUSAN E. SMITH (CA Bar 329539) |
| eforsyth@earthjustice.org | ssmith@bdlaw.com |
| JANETTE K. BRIMMER (Pro Hac Vice) | 456 Montgomery Street, Ste. 1800 |
| jbrimmer@earthjustice.org | San Francisco, CA 94104 |
| NOORULANNE JAN (Pro Hac Vice) | Tel: (415) 262-4023 |
| njan@earthjustice.org | |
| 810 3rd Ave #610 | LOREN R. DUNN *(pro hac vice)* |
| Seattle, WA 98104 | ldunn@bdlaw.com |
| Tel: (206) 343-7340 | 600 University Street, Ste. 1601 |
| | Seattle, WA 98101 |
| GREGORY C. LOARIE (CA Bar 215859) | Tel: (206) 315-4810 |
| gloarie@earthjustice.org | |
| SCOTT W. STERN (CA Bar 336427) | W. PARKER MOORE *(pro hac vice)* |
| sstern@earthjustice.org | pmoore@bdlaw.com |
| 50 California Street #500 | 1900 N. Street NW, Ste. 100 |
| San Francisco, CA 94111 | Washington, D.C. 20036 |
| Tel: (415) 217-2000 | Tel: (202) 789-6028 |
| | |
| Counsel for Plaintiffs | Counsel for Defendants *Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; The Goodyear Tire & Rubber Company, individually and as successor in interest to Cooper Tire & Rubber Company; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Pirelli Tire LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation.* |

(additional counsel on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs, | Case No. 23-cv-05748-JD<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

JOINT CASE MANAGEMENT STATEMENT
– Case No. 23-cv-05748-JD **-** Page 1

vs.

BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.

Defendants.

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.

## I. JURISDICTION

Plaintiffs contend this Court has subject matter jurisdiction in this case under Federal question jurisdiction, as this is a case brought under the Federal Endangered Species Act. Defendants may challenge subject matter jurisdiction.

## II. SERVICE

All Defendants were served on December 6, 2023. No Defendant disputes that the Court has personal jurisdiction. No Defendant disputes that this Court is a correct venue.

## III. FACTS

Plaintiffs contend that tires contain N-(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine ("6PPD"), a chemical that defendants contend is critical for tire safety and performance, which preserves tires and prevents early degradation. 6PPD transforms into 6PPD-

quinone ("6PPD-q"), a transformation byproduct that Defendants contend was recently discovered and reported in independent studies. Plaintiffs contend 6PPD-q is toxic to certain salmonid species that are listed under the Endangered Species Act. Plaintiffs contend that 6PPD is released from tires onto roadways, transforms into various chemicals including 6PPD-q, becomes a constituent of stormwater run-off at concentrations that are toxic to several species of salmonids, and results in unauthorized "take" of salmonids that Plaintiffs contend is the consequence of Defendants' manufacture and distribution of tires containing 6PPD. Defendants are tire manufacturers or distributors of tires sold in the United States. Defendants contest the Plaintiffs' contentions, including that manufacturing and distribution of tires constitutes a "take" and that harm to salmonids "are the direct and foreseeable consequences of Defendants" inclusion of 6PPD in tires.

## IV.   LEGAL ISSUES

Whether the manufacture or distribution of tires, an item of motor vehicle equipment that Defendants contend is required by federal law for all motor vehicles manufactured or sold in the United States, that contain 6PPD constitutes a "take" under the Endangered Species Act that is redressable by this Court. See 16 U.S.C. 1538(a); 49 U.S.C. 30111(a).

## V.   MOTIONS

Defendants anticipate filing motions under Federal Rule of Civil Procedure 12. The Parties have submitted a Stipulation and Proposed Order to the Court, ECF 82, that addresses the number and length of motion filings. The Parties agree that the Court's determination on that stipulation shall govern such filings.

## VI.   AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM

The Plaintiffs do not anticipate amending the Amended Complaint.

## VII. EVIDENCE PRESERVATION

The parties have reviewed the "Guidelines Relating to the Discovery of Electronically Stored Information" ("ESI Guidelines") and have met and conferred pursuant to Federal Rule of Civil Procedure 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues understood to be part of the case. All parties have initiated litigation holds.

## VIII. INITIAL DISCLOSURES

Parties have not yet served Initial Disclosures. The parties prefer to exchange initial disclosures after briefing anticipated motions to dismiss.

## IX. DISCOVERY

The Parties recommend phased discovery deadlines as follows:

1. Initial disclosures: May 6, 2024
2. Written discovery through requests for production and interrogatories: July 19, 2024.
3. Fact depositions: September 6, 2024
4. Expert witness disclosure and simultaneous exchange of expert reports: September 20, 2024
5. Rebuttal expert witness disclosures and reports: November 19, 2024
6. All expert witness depositions (primary and rebuttal): February 3, 2025
7. Dispositive motions must be filed on or before: April 7, 2025
8. Suggested trial date of July 21, 2025

## X. CLASS ACTIONS

Not applicable.

## XI. RELATED CASES

JOINT CASE MANAGEMENT STATEMENT – Case No. 23-cv-05748-JD **-** Page 4

Defendants contend that the following listed cases or proceedings are anticipated or pending before another judge of this Court, or before another court or administrative body and are related to this case. Plaintiffs contend that the below listed cases or proceedings are not related cases as they do not involve the same parties or the same claims.

1. Center for Biological Diversity 60-day notice of intent to sue, dated June 15, 2023, the California Department of Transportation ("Caltrans"), the U.S. Department of Transportation ("DOT"), the Oregon Division of the Federal Highway Administration ("FHWA"), the National Marine Fisheries Service ("NMFS"), and the U.S. Secretary of Commerce for violations of Section 7 of the Endangered Species Act, 16 U.S.C. § 1536, arising from actions or inactions related to maintenance and management of 6PPD-q in stormwater runoff from roads and highways affecting coho and chinook salmon and their critical habitat in California and Oregon.

2. U.S. Environmental Protection Agency, Final Response, dated November 2, 2023, granting Petition ID No. 001845, under Section 21 of the Toxic Substances Control Act, 15 U.S.C. § 2620, by Yurok Tribe, the Port Gamble S'Klallam Tribe, and the Puyallup Tribe of Indians, represented by undersigned Plaintiffs' counsel, to establish regulations under TSCA Section 6(a), 15 U.S.C. § 2605(a), prohibiting the manufacturing, processing, use, and distribution of 6PPD for use in tires.

3. The Washington Department of Ecology is developing a 6PPD Alternatives Assessment Hazard Criteria modeled on the Safer Products for Washington program. The alternatives assessment is a process for comparing chemicals that perform a similar function to a chemical of concern and identifying those that are safer.

JOINT CASE MANAGEMENT STATEMENT
– Case No. 23-cv-05748-JD - Page 5

4. California Department of Toxic Substances Control, Safer Consumer Products Regulation Listing Motor Vehicle Tires Containing 6PPD as a Priority Product, effective October 1, 2023, DTSC Reference No. R-2022-04R, 22 Cal. Code Regs. §§ 69511, 69511.7

## XII. RELIEF SOUGHT

The Plaintiffs have asked that the Court determine that the Defendants are unlawfully taking protected salmonids in violation of the Endangered Species Act and have requested that the Court enjoin Defendants from continuing the unauthorized taking. The Defendants deny these contentions and intend to ask the Court to dismiss the case with prejudice.

## XIII. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION (ADR)

The parties do not believe that the case is ripe for settlement or ADR procedures at this time. The parties agree that mediation after the case is further developed may be appropriate. The parties have filed certifications of their compliance with ADR L.R. 3.5(b).

## XIV. CONSENT TO HAVE A MAGISTRATE JUDGE HEAR THE CASE

The parties do not consent to a magistrate judge.

## XV. OTHER REFERENCES

The case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

## XVI. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

The Defendants believe that key issues in the case regarding the purported use of the Endangered Species Act to regulate the manufacture and distribution of tires may be resolved by motions to dismiss.

## XVII. EXPEDITED TRIAL PROCEDURE

Not applicable.

## XVIII. SCHEDULING

The Parties refer to their proposed case schedule, set forth in Section IX, Discovery.

## XIX. TRIAL

This case will be tried by a judge. The Parties believe this case will be ready for trial by July, 2025. The expected length of trial is 8 days.

## XX. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

The Parties have filed the required Disclosures of Interested Parties. Defendants contend that necessary and indispensable parties have not been added as defendants to this litigation.

## XXI. PROFESSIONAL CONDUCT

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

## XXII. OTHER MATTERS

The parties are unaware of any specific issues at this time that would assist with the just, speedy, and inexpensive resolution of this case.

Respectfully submitted this 24th day of January, 2024.

**Beveridge & Diamond P.C.**

By: */s/ Loren R. Dunn*
Loren R. Dunn, *(pro hac vice)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
456 Montgomery Street, Ste. 1800
San Francisco, CA 94104
P: 415-262-4023

W. Parker Moore (*pro hac vice*)
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C. 20036
P: 202-789-6028

**DLA Piper LLP (US)**

By: */s/ George J. Gigounas*
George J. Gigounas (Bar No. 209334)
george.gigounas@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500

*Counsel for Defendant Michelin North America, Inc.*

By: */s/ Adam P. Baas*
Adam P. Baas (Bar No. 220464)
adam.baas@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415 615 6015

*Counsel for Defendant Hankook Tire America Corp.*

By: */s/ Justin Park*
Justin Park (Bar No. 250220)
Justin.Park@us.dlapiper.com
Gwen Keyes Fleming (*Pro Hac Vice Pending*)
Gwen.KeyesFleming@us.dlapiper.com
500 8th Street, NW
Washington, DC 20004
Tel: 202.799.4000

*Counsel for Defendant Kumho Tire U.S.A., Inc.*

*/s/ Elizabeth B. Forsyth*
ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
NOORULANNE JAN (*Pro Hac Vice*)
njan@earthjustice.org

JOINT CASE MANAGEMENT STATEMENT
– Case No. 23-cv-05748-JD **-** Page 8

Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources and*
*Pacific Coast Federation of Fishermen's Associations*

JOINT CASE MANAGEMENT STATEMENT
– Case No. 23-cv-05748-JD **-** Page 9

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED this 24th day of January, 2024.

/s/Natasha Johnston
Natasha Johnston, Legal Assistant
on behalf of Loren R. Dunn