# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: February 15, 2024                                   Judge: Hon. James Donato

Time: 21 Minutes

Case No.       **3:23-cv-05748-JD**
Case Name      **Institute for Fisheries Resources et al v. Bridgestone Americas, Inc. et al**

Attorneys for Plaintiffs:     Elizabeth Forsyth; Scott Stern; Nooorulanne Jan
Attorneys for Defendants:     Adam Baas; Gwen Keyes Flemming; George Gigounas; Susan Smith; Parker Moore

Deputy Clerk: Lisa R. Clark                               Court Reporter: Ruth Ekhaus

## PROCEEDINGS

Initial case management conference and status conference re Dkt. No. 82 -- Held.

## NOTES AND ORDERS

The parties are directed to meet and confer with an eye toward resolving any objections defendants may have to plaintiffs' standing to sue. If a standing objection is not resolved, the parties will file a joint statement not to exceed 10 pages identifying the objection(s) and stating why they could not reach a resolution and what they would like the Court to decide.

For Dkt. No. 82, defendants will file by March 8, 2024, a joint brief in support of a motion to dismiss. Plaintiffs will file a response by March 22, 2024, and defendants may file a reply by March 29, 2024. The Court's regular page limits will apply to all briefing. If defendants are unable to reach consensus on the substance of the joint brief, defendants will file by March 1, 2024, a joint statement not to exceed four pages about the disagreement. To the extent standing issues are discussed pursuant to the prior procedure, they may not be re-argued in the motion to dismiss.

The Court will issue a scheduling order.