# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CAND 435
(CAND Rev. 08/2018)

# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3. CONTACT EMAIL ADDRESS |
|---|---|---|
| Susan E. Smith | (415) 262-4023 | SSmith@bdlaw.com |

| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |
|---|---|---|
| | | |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|
| BEVERIDGE & DIAMOND, P.C.<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251 | Institute for Fisheries Resources, et al v. Bridgestone Americas, et al. | 3:23-cv-05748-JD |

**7. COURT REPORTER NAME** (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR
Ruth Ekhaus

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL
☐ NON-APPEAL   ☒ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION if requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/2024 | JD | CMC | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE | 12. DATE |
|---|---|
| /s/ Susan E. Smith | 02/16/2024 |