```
 1  Keith M. Casto (State Bar No. 141279)
    keith.casto@wbd-us.com
 2  **WOMBLE BOND DICKINSON (US) LLP**
    1279 Oakmead Parkway
 3  Sunnyvale, CA  94085
    Tel.: 408-341-3000
 4  Fax: 408-341-3098
 5
    Attorneys for Defendant: THE GOODYEAR TIRE
 6  & RUBBER Company, individually
    and as successor in interest to
 7  COOPER TIRE & RUBBER Company
 8
 9
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER Company, individually and as successor in interest to COOPER TIRE & RUBBER Company; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>Defendants. | Case No.: 23-cv-05748-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR THE GOODYEAR TIRE & RUBBER COMPANY FOR DEFENDANT** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I, Keith M. Casto, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant THE GOODYEAR TIRE & RUBBER Company, individually and as successor in interest to COOPER TIRE & RUBBER Company. My contact information is as follows:

Keith M. Casto (State Bar No. 141279)
keith.casto@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
1279 Oakmead Parkway
Sunnyvale, CA  94085
Tel.: 408-341-3000
Fax: 408-341-3098

Respectfully submitted,

Date: May 6, 2024                                By: _____/s/ Keith M. Casto_____
                                                 Keith M. Casto

Keith M. Casto (State Bar No. 141279)
Keith.casto@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
1279 Oakmead Parkway
Sunnyvale, CA  94085
Tel.: 408-341-3000
Fax: 408-341-3098

*Attorneys for Defendant*

WBD (US) 4862-2079-0204v1