UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 16, 2024                                          Judge: Hon. James Donato

Time: 23 Minutes

Case No.    **3:23-cv-05748-JD**
Case Name   **Institute for Fisheries Resources et al v. Bridgestone Americas, Inc. et al**

Attorney(s) for Plaintiff(s):     Elizabeth Forsyth/Noorulanne Jan/Greg Loarie
Attorney(s) for Defendant(s):   George Gigounas/Susan Smith/Gwendolyn Fleming/Paul Wierenga/Adam Baas/Keith Casto

Court Reporter: Ana Dubb

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Hearing on motion to dismiss -- Held.

## NOTES AND ORDERS

Defendants may file by June 6, 2024, a Rule 12(b)(1) motion not to exceed ten pages on traceability and redressability for Article III standing. Plaintiffs may file by June 27, 2024, a response not to exceed ten pages.

Defendants' motion to dismiss under Rule 12(b)(6) is denied. The complaint plausibly alleges a claim under Section 9 of the Endangered Species Act.

The Court will issue an order re a stay on primary jurisdiction grounds.