ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
NOORULANNE JAN (*Pro Hac Vice*)
njan@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources*
*& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation. <br><br> Defendants. | Case No. 23-cv-05748-JD <br><br><br> **DECLARATION OF GLEN H. SPAIN** |

GLEN H. SPAIN DECLARATION
CASE NO. 23-cv-05748-JD

I, GLEN H. SPAIN, state and declare as follows:

1.      I make this declaration based on personal knowledge and am competent to testify as to the matters set out herein.

**Institute for Fisheries Resources (IFR)**

2.      I am currently Northwest Regional Director and General Legal Counsel for the Institute for Fisheries Resources ("IFR"), which is the sister organization of the Pacific Coast Federation of Fishermen's Associations (PCFFA), which in turn is the largest commercial fishing industry trade association on the U. S. west coast. I have served as IFR's Northwest Regional Director and General Legal Counsel since 1993. In both capacities, I direct each of IFR's many fisheries conservation programs, in particular its salmon conservation, education, and advocacy programs in northern California, Oregon, and Washington, and we are also active to some degree in Alaska.

3.      IFR is a 501(c)(3) nonprofit research and fisheries conservation organization, incorporated in California in 1992. IFR's principal office is in San Francisco, and it has a Pacific Northwest regional office in Eugene, OR. It is organized as a federation of 17 different local and regional commercial fishing port associations, marketing associations, and type-of-vessel owner groups. These groups are referred to as "Member Associations" and collectively represent approximately 750 individual family commercial ocean fishing boat businesses. These businesses fish primarily off the coast of northern California, but many also participate in ocean salmon commercial fisheries off the coasts of Oregon, Washington, and Alaska.

4.      IFR's approximately 750 individual commercial fishing boat operations are organized into and constitute the 17 Member Associations, and the individual fish harvesters within those operations are considered individual members (also called "supporting members") of IFR itself. These individual IFR members generally work as small and mid-sized commercial fishing family boat owners and operators, most of whom derive all or part of their income from the harvesting of Pacific salmon. Each of those approximately 750 individual commercial fishing boat operations could easily represent an economic investment of at least $350,000 per boat, with

1   some operators owning more than one boat – bringing the net economic investment of our

2   typical individual fishing family operations to nearly $300 million in total.

3        5.     Each of the 17 Member Associations has its own legal existence and structure,

4   including elected officers and Boards of Directors that are nominated and selected from within

5   each separate Associations' voting membership. Our 17-member IFR Board of Directors

6   consists, in turn, of the elected Presidents or designated Representatives from each of IFR's

7   Member Associations. These 17 members sit on the IFR Board of Directors not as individuals,

8   but rather as representatives of their respective Member Associations. All of these individuals are

9   active commercial fish harvesters by profession.

10        6.     IFR serves as the affiliated fisheries conservation, restoration, research, and

11   science arm of PCFFA, and in that capacity it manages and funds many PCFFA-directed

12   fisheries habitat protection and restoration programs, as well as public education programs.

13   Among IFR's many fisheries conservation activities are efforts to restore salmon productivity to

14   many ecologically damaged but once productive salmon river systems, including restoring more

15   water to over-appropriated rivers, working with watershed protective associations, cleaning up

16   water pollution, and removing fish-blocking dams. IFR leads salmon restoration efforts in many

17   major salmon watersheds, including the San Francisco Bay watershed (among others in northern

18   California), the Columbia River / Snake River basin, the Klamath River basin, the Puget Sound

19   area, and many other sites along the U.S. west coast. IFR's many fisheries habitat restoration and

20   conservation activities benefit not only IFR's members, but also the entire ocean ecosystem of

21   the U.S. west coast, many fishing-dependent coastal economies, and the American public in

22   general.

23        7.     IFR's salmon restoration programs are primarily grant-funded, but an increasing

24   component of IFR's financial support comes from its individual donor-members, most of whom

25   are active commercial fish harvesters. For this reason, the revenues for IFR are directly related to

26   the success of harvests by its members in west coast fisheries.

27

28

GLEN H. SPAIN DECLARATION
CASE NO. 23-cv-05748-JD

2

**Pacific Coast Federation of Fishermen's Associations (PCFFA)**

8.      I am currently also serving as Northwest Regional Director and General Legal Counsel of the Pacific Coast Federation of Fishermen's Associations ("PCFFA"). I have served as Northwest Regional Director since 1992 and as General Legal Counsel since 1981. In both capacities, I direct PCFFA's many salmon habitat protection and restoration efforts in northern California, Oregon, and Washington.

9.      PCFFA is a 501(c)(5) nonprofit trade association, representing the interests of rank-and-file, working commercial fishing families throughout most of the U.S. west coast, including Alaska. Its principal office is in San Francisco, California – an office space shared with IFR; PCFFA and IFR also share their joint regional office located in Eugene, Oregon. IFR is a distinct legal entity from PCFFA, though the two are closely affiliated. PCFFA is organized along similar lines as IFR, with the same Member Associations represented (usually by their Presidents) on the PCFFA Board. Individual/supporting members of IFR are also considered to be individual/supporting members of PCFFA, and IFR and PCFFA share overlapping staff and Board members. IFR and PCFFA also share a common mission to protect and restore sustainable salmon fisheries and to protect commercial fishing as a way of life.

10.      PCFFA uses lobbying, public education, and other means to advocate on behalf of both commercial fishermen and the fisheries themselves, to ensure the long-term survival of commercial fishing as a way of life. Much of this work involves efforts to protect and restore the ecological health of commercially fished species wherever they are threatened – and to ensure that our west coast commercial fisheries (particularly salmon fisheries) are abundant and remain sustainable. PCFFA also works to ensure that the habitats on which commercially fished species rely are protected and, where previously damaged, restored. PCFFA works primarily through IFR to implement these PCFFA priority salmon habitat conservation and restoration programs.

11.      PCFFA is financially supported by annual assessments of its Member Associations, which are in turn each supported by internal member assessments generally based on the volume of fish harvested by its members in local fisheries. Because of this, the revenues for PCFFA are directly related to the success of harvests by its members in west coast fisheries.

1    In other words, the basic incomes that support both PCFFA as a whole, and its Member

2    Associations locally, are directly tied to the success of each year's fishing harvests.

3

4    **The Effects of 6PPD on PCFFA and IFR**

5        12.    For decades, I have been aware of – and growing increasingly concerned about –

6    the mass-deaths of Coho salmon that scientists have observed along the west coast. Coho salmon

7    populations have plummeted, with the fish dying in alarming ways. Indeed, I learned that the

8    populations of not only Coho but also Chinook salmonids and steelhead trout were dropping

9    rapidly, depleting fisheries on which IFR and PCFFA members rely.[1] According to some

10   estimates, just 2 percent of historic wild salmon and steelhead populations remain. Among the

11   most depleted salmon populations are those of Coho, most of which are also now ESA-listed as a

12   result.  Coho salmon are also the most inland habitat-dependent ocean-going salmon species.

13   Coho are thus exposed to inland water pollutants to a far greater extent than other salmon such as

14   Chinook.

15       13.    Based on my understanding, more than a decade ago scientists observed a

16   correlation between stormwater runoff and Coho mortality. Scientists have since identified the

17   chemical contained in stormwater that was causing much of the mortality observed among Coho,

18   as well as Chinook and steelhead: N-(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine-

19   quinone ("6PPD-Q"). True and correct copies of some of the key scientific studies that I am

20   aware of, demonstrating the link between 6PPD in tires and mortality of Coho, Chinook, and

21   steelhead, are attached as Exhibits A, B, & C to my declaration. Scientists have found toxic

22   concentrations of 6PPD-Q in watersheds all along the west coast, particularly in the San

23   Francisco Bay watershed, where many of our members have long fished and through which

24

25

26   _____

27   [1] While steelhead is not a commercially fished salmonid species, it has great value to allied recreational fisheries.
     Also, we protect steelhead instream habitat because it is the same habitat that is used by most salmon species for
28   much of their lifecycles, and steelhead is thus considered an "indicator species" for the ecological health of major
     salmon-bearing rivers.

GLEN H. SPAIN DECLARATION            4
CASE NO. 23-cv-05748-JD

1  many of California's harvestable salmon must still traverse, both outgoing as migrant juveniles

2  to the sea and then incoming as spawning adults. *See, e.g.,* Exhibit B.

3      14.    6PPD-Q is a transformation product of 6PPD, a chemical that I understand is

4  included in all tires manufactured and commercially distributed in the United States – including

5  the tires manufactured by the Defendant tire companies. Over time 6PPD and 6PPD-Q wear off

6  of tires and travel via runoff into aquatic ecosystems, where it is toxic to Coho, Chinook, and

7  steelhead. Therefore, it's my understanding that mortality of Coho, Chinook, and steelhead is

8  directly caused, in significant part, by the Defendant tire manufacturers' decision to include

9  6PPD in their tires. Coho populations in California have declined by at least another 70 percent

10  since the 1960s, a trend reflected in Oregon and Washington as well. California's Department of

11  Toxic Substances Control has linked this 70 percent decline in Coho in the San Francisco Bay

12  watershed to the presence of 6PPD in tires, because this period of dramatic decline corresponds

13  with the use of 6PPD in tires starting in the 1950s or 1960s. A true and correct copy of

14  California's Department of Toxic Substances Control's report is attached as Exhibit D.

15      15.    IFR and PCFFA have a particularly long-standing and strong interest in the

16  protection and recovery of Coho salmon. Historically Coho fishing was a sustainable and

17  lucrative way of life, but in recent decades Coho salmon runs have deteriorated and their

18  populations have fallen off sharply. Further, Coho are apparently disproportionately vulnerable

19  to 6PPD-Q, with studies showing 90 percent of juvenile Coho dying after just 24 hours of

20  exposure to untreated urban runoff. *See* Exhibit C. This helps to explain why so many stocks of

21  Coho salmon are at such low numbers that they have become listed as "endangered" or

22  "threatened" species under the federal Endangered Species Act (ESA). As a result, west coast

23  ocean commercial salmon fisheries are now largely confined to the harvest of Chinook salmon,

24  itself an increasingly imperiled fish.

25      16.    The ESA listing of Coho populations has led federal regulatory authorities to

26  impose strict restrictions on ocean commercial fishing of many intermingling stocks, to avoid the

27  possibility of harming protected populations' odds of survival. The National Marine Fisheries

28  Service (NMFS) establishes ESA consultation standards specifying fishery management

GLEN H. SPAIN DECLARATION                 5
CASE NO. 23-cv-05748-JD

measures necessary to avoid jeopardizing the survival of low-abundance ("weak") stocks, and the Pacific Fisheries Management Council (PFMC) then manages west coast fisheries consistent with these standards. Due to ESA consultation and mitigation measures, direct targeting and retention of Coho salmon has been prohibited south of the Oregon/California border since 1996, and the fishing of many stocks of Coho elsewhere has been severely constrained. Indeed, because many salmon stocks intermingle in ocean fisheries, federal authorities have had to increasingly constrain fishing of otherwise abundant Chinook stocks to avoid the accidental capture of ESA-listed populations in the same ocean fisheries. Under this "weak stock management" requirement, federal authorities often need to limit harvests for an entire fishery to protect the weakest salmon stock intermingling within that fishery, which is often Coho. If, in other words, the permissible bycatch (i.e., accidental catch) population threshold for Coho is reached, federal authorities could close down all nearby Chinook fishing that same season; or at the very least, federal authorities would restrict Chinook fishing the following season in efforts to make up the previous year's losses. This gives every salmon boat, even those that rely exclusively on Chinook, a stake in the recovery of weak stock Coho populations.

17.    In recent years, west coast ocean commercial salmon fisheries have been unable to rely on even the more durable and abundant Chinook salmon populations, further harming IFR and PCFFA's interests and individual members. In the spring of 2023, for instance, the numbers of Chinook salmon – many populations of which are also now listed as "threatened" or "endangered" under the ESA – returning to rivers along the west coast were so low that NMFS suspended Chinook fishing from the northern Oregon coast all the way to waters off the California-Mexico border. For the 2024 ocean commercial salmon season, the PFMC had to require similar total closures for similar low abundance reasons, once again costing coastal salmon-dependent communities many tens of millions of dollars in lost income, and hundreds, even thousands, of lost jobs.   The lives of thousands of fishing-dependent families have become much more difficult as a result, as many have had to travel great distances to make their catch quotas in non-salmon fisheries (if they could even get a permit to fish in other fisheries, and if other fisheries were even open), and nearly all have struggled to bring in as many fish as they

have in the past. For many IFR and PCFFA individual/supporting members, the suspension to once abundant salmon seasons for an unheard of two years in a row has caused a massive drop in their incomes, driving some out of business. Many have had to rely on federal disaster assistance as a result.

18.     In my positions at PCFFA and IFR – and in conversations I have had with countless fishing family members – I have heard firsthand about the devastating effects of Coho, and Chinook populations plummeting, which scientists tell us is increasingly due to the proliferation of 6PPD and 6PPD-Q. Because these fish harvesters must travel much further to find fish, they face greater safety hazards, as the distance between safety ports (i.e., harbors) renders fishing boats much more vulnerable to storms and other open-sea risks. Almost every season, we lose an individual member – boats capsize, get stranded, or are otherwise damaged by 20- and 30-foot swells. In other words, the falling salmon populations are making fishing less safe. Finally, fish harvesters may face harm if the salmon they catch and deliver to market are contaminated by 6PPD-Q (or merely if the public fears such contamination), as emerging science suggests 6PPD-Q could be neurotoxic in humans. A fear-driven collapse in the market for fish (such as the collapse that occurred in the beef market following fears of mad cow disease) would be devastating for salmon fishing as a way of life.

19.     IFR and PCFFA have both had to divert substantial sums of money to counteract the harm that Defendants' inclusion of 6PPD in tires is causing to individual/supporting members. In response to the decimated salmon populations, both IFR and PCFFA have devoted significant staff and resources to coordinating with the California Governor's office and the federal Department of Commerce to assist in the latter's determination that a fishery resource disaster has occurred with two California ocean and inland salmon fisheries (the California Sacramento River Fall Chinook and the Klamath River Fall Chinook). Staff are now working with the Pacific States Marine Fisheries Commission to ensure that Congress appropriates sufficient disaster funds to compensate injured fish harvesters and distributes that money fairly and quickly. Staff have also devoted considerable time and resources to publicizing the availability of disaster-related emergency Small Business Administration loans to fish harvesters.

We now have to deal with all these issues for an unprecedented two years in a row – 2023 and 2024.

20.     IFR and PCFFA have also had to divert substantial sums of money to directly counteract the harm that Defendants' inclusion of 6PPD in tires is causing to fisheries, the commercial fishing industry, and the broader Pacific coastal ecosystem. IFR spends most of its money on salmon habitat restoration, a task that is made considerably harder and more expensive as 6PPD continues to result in mortality to Coho, Chinook, and steelhead. IFR has devoted particular resources to restoration in the areas that contain the most Coho (which are most sensitive to and damaged by 6PPD), including the Klamath River Delta and the salmon-bearing streams of the San Francisco Bay Delta.

21.     PCFFA, which is the sponsor of most of the salmon habitat restoration programs that IFR runs, depends for funding on the assessments of Member Associations, which in turn depend on the annual incomes of their individual fishing operations members. As the income of fishing operations has plummeted along with salmon populations, PCFFA has had to divert other resources to make up the major budgetary shortfall. PCFFA has also devoted resources to lobbying for legislation to mitigate the harms caused by 6PPD, such as a bill recently proposed in California to set up 6PPD mitigation measures on the California highway system.

22.     Defendants' inclusion of 6PPD in tires has been devastating to the organizational missions of IFR and PCFFA and to the livelihoods of their individual members. As noted, both organizations share a mission of protecting and promoting commercial fishing as a sustainable way of life and a long-term industry. Yet the significant mortality of Coho, Chinook, and steelhead, due in large part to 6PPD impacts, frustrates that mission – and ultimately makes it an impossible one to realize.

23.     All along the west coast, it is becoming far more difficult for commercial fishing families to sustain themselves, due in part to significantly declining salmon populations. In California, for instance, the number of salmon fishing vessel permits issued by the state Department of Fish and Wildlife fell from nearly 8,000 in 1980 to just over 1,000 in 2023. The number of commercial "salmon stamp" fishing permits issued by the same Department declined

by more than 90 percent over the same period.[2] I have observed similar blows to the salmon

fishing industry in Oregon and Washington. In 2020, west coast commercial fishermen landed 76

percent less salmon (by weight) than they had in 2011. How can fishing families keep living like

this? Commercial fishing operations definitionally rely on flourishing populations of fish; by

decimating these populations, 6PPD is contributing to the gradual elimination of commercial

fishing as a way of life and as an industry. In this way, Defendants' inclusion of 6PPD in tires is

frustrating the missions of both organizations, not to mention economically impoverishing the

coastal, salmon-dependent communities they represent.

24.     I believe that if this court were to declare that Defendants are unlawfully taking

Coho, Chinook, and steelhead populations protected under the Endangered Species Act, and to

enjoin Defendants from continuing to do so, the injuries suffered by IFR and PCFFA would be

considerably redressed. In response to a court order enjoining unlawful take, Defendants could

entirely remove 6PPD from their tires, and substitute it with an alternative that is safer for fish.

This would obviously result in 6PPD-Q no longer being produced from Defendants' tires and

entering aquatic habitats, and would redress the injuries being suffered by IFR, PCFFA, and their

members. The court could also order other injunctive relief to alleviate take. For instance, I am

aware of studies explaining that the construction of stormwater green infrastructure along

roadways can effectively mitigate more than 90% of 6PPD-Q from entering streams. True and

correct copies of a subset of these studies are attached as Exhibits E–G to my declaration. The

Court could order defendants to fund such green infrastructure to prevent 6PPD-Q from entering

aquatic habitats through its broad authority to fashion injunctive relief.

25.     The Court could also require Defendants to obtain a permit under Section 10 of

the Endangered Species Act in order to lawfully take these species. To obtain a Section 10

permit, Defendants would have to submit to NMFS a conservation plan that specifies, among

other things, what steps Defendants are taking to minimize and mitigate the impacts of 6PPD,

and the funding they will make available for mitigation. As part of the Section 10 permit process,

---

[2] California "Salmon Stamp" proceeds are used for salmon habitat restoration efforts in many coastal communities. With salmon stamp revenues so greatly reduced, so is the flow of money to these programs greatly reduced.

Defendants could, among other mitigation measures, fund the green infrastructure necessary to remove the 6PPD-Q produced from their tires before it enters aquatic habitats, and/or fund other habitat restoration measures to offset the harm from 6PPD-Q, which would also provide considerable relief to Plaintiffs and their members.

26.     My understanding is that scientific researchers have concluded that wild Coho populations cannot withstand the high rates of mortality occurring due to 6PPD-Q in their aquatic habitats and that it will be difficult if not impossible to reverse these historic declines without removing 6PPD-Q from their habitats. *See, e.g.,* Exhibit E. Without the mortality stemming from Defendants' inclusion of 6PPD in tires, the populations of Coho, Chinook, and steelhead would suffer fewer losses, and more likely rebound; this would make commercial fishing easier and more remunerative for IFR and PCFFA's individual/supporting members. Because the amount of financial support IFR and PCFFA receive from Member Associations depends directly on the incomes of individual fishing operations, the elimination of 6PPD would result in more money flowing to the coffers of both organizations and also allow IFR and PCFFA to stop diverting significant sums of money to counteract the many harms stemming from 6PPD. Further, the elimination of 6PPD would halt the frustration of both organizations' missions by removing a substantial factor that is currently making commercial fishing difficult to sustain as an industry and a lifestyle.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25 day of June, 2024, in Eugene, Oregon.

_____
Glen H. Spain

# Exhibit A

RESEARCH

## ECOTOXICOLOGY

# A ubiquitous tire rubber–derived chemical induces acute mortality in coho salmon

Zhenyu Tian[1,2], Haoqi Zhao[1,2], Katherine T. Peter[1,2], Melissa Gonzalez[1,2], Jill Wetzel[4], Christopher Wu[1,2], Ximin Hu[3], Jasmine Prat[4], Emma Mudrock[4], Rachel Hettinger[1,2], Allan E. Cortina[1,2], Rajshree Ghosh Biswas[5], Flávio Vinicius Crizóstomo Kock[5], Ronald Soong[5], Amy Jenne[5], Bowen Du[6], Fan Hou[3], Huan He[3], Rachel Lundeen[1,2], Alicia Gilbreath[7], Rebecca Sutton[7], Nathaniel L. Scholz[8], Jay W. Davis[9], Michael C. Dodd[3], Andre Simpson[5], Jenifer K. McIntyre[4], Edward P. Kolodziej[1,2,3]\*

In U.S. Pacific Northwest coho salmon (*Oncorhynchus kisutch*), stormwater exposure annually causes unexplained acute mortality as adult salmon migrate to urban creeks to reproduce. By investigating this phenomenon, we identified a highly toxic quinone transformation product of *N*-(1,3-dimethylbutyl)-*N*'-phenyl-p-phenylenediamine (6PPD), a globally ubiquitous tire rubber antioxidant. This compound, 6PPD-quinone, exhibits nanomolar lethality to coho salmon and was present in tire rubber, roadway runoff, and stormwater-affected creeks of the U.S. West Coast indicated widespread occurrence of 6PPD-quinone (<0.3 to 19 micrograms per liter) at toxic concentrations (median lethal concentration of 0.8 ± 0.16 micrograms per liter). These results reveal unanticipated risks of 6PPD antioxidants to an aquatic species and imply toxicological relevance for dissipated tire rubber residues.

Humans discharge tens of thousands of chemicals and related transformation products to water (*1*), most of which remain unidentified and lack rigorous toxicity information (*2*). Efforts to identify and mitigate high-risk chemical toxicants are typically reactionary, occur long after their use becomes habitual (*3*), and are frequently stymied by mixture complexity. Societal management of inadvertent, yet widespread, chemical pollution is therefore costly, challenging, and often ineffective.

The pervasive biological degradation of contaminated waters near urban areas ("urban stream syndrome") (*4*) is exemplified by an acute mortality phenomenon that has affected Pacific Northwest coho salmon (*Oncorhynchus kisutch*) for decades (*5*–*9*). "Urban runoff mortality syndrome" (URMS) occurs annually among adult coho salmon returning to spawn in freshwaters where concurrent stormwater exposure causes rapid mortality. In the most urbanized watersheds with extensive impervious surfaces, 40 to 90% of returning salmon may die before spawning (*9*). This mortality

threatens salmonid species conservation across ~40% of the Puget Sound land area despite costly societal investments in physical habitat restoration that may have inadvertently created ecological traps through episodic toxic water pollution (*9*). Although URMS has been linked to degraded water quality, urbanization, and high traffic intensity (*9*), one or more causal toxicants have remained unidentified. Spurred by these compelling observations and mindful of the many other insidious sublethal stormwater impacts, we have worked to characterize URMS water quality (*10*, *11*).

Previously, we reported that URMS-associated waters had similar chemical compositions relative to roadway runoff and tire tread wear particle (TWP) leachates, providing an opening clue in our toxicant search (*10*). In this work, we applied hybrid toxicity identification evaluation and effect-directed analysis to screen TWP leachate for its potential to induce mortality (a phenotypic anchor) in juvenile coho salmon as an experimental proxy for adult coho (*6*). Using structural identification by means of ultrahigh-performance liquid chromatography–high-resolution tandem mass spectrometry (UPLC-HRMS/MS) and nuclear magnetic resonance (NMR), we discovered that an antioxidant-derived chemical was the primary causal toxicant. Retrospective analysis of runoff and receiving waters indicated that detected environmental concentrations of this toxicant often exceeded acute mortality thresholds for coho during URMS events in the field and across the U.S. West Coast.

Aqueous TWP leachate stock (1000 mg/liter) was generated from an equal-weight mix of tread particles (0.2 ± 0.3 mm² average surface area) (fig. S1) from nine used and new tires (table S1). TWP leachate (250 mg/liter positive controls) was acutely and rapidly (~2 to

6 hours) lethal to juvenile coho (24 hours exposures, 98.5% mortality, *n* = 135 fish from 27 exposures) (data file S1), even after heating (80°C, 72 hours; 100% mortality, *n* = 10 fish from two exposures), indicating stability during handling. Behavioral symptomology (circling, surface gaping, and equilibrium loss) (fig. S2 and movie S1) of TWP leachate exposures mirrored laboratory and field observations of symptomatic coho (*5*, *6*). No mortality occurred in negative controls, including solvent- and process-matched method blanks subjected to identical separations (0 of 80 fish, 16 exposures) or exposure water blanks (0 of 45 fish, nine exposures).

Mixture complexity [measured here as number of UPLC-HRMS electrospray ionization (ESI+) chemical features] was a substantial barrier to causal toxicant identification because 250 mg/liter TWP leachate typically contained more than 2000 ESI+ detections. Our fractionation studies, optimized over 2-plus years through iterative exploration of toxicant chemical properties, focused on reducing these detection numbers to attain a simple, yet toxic, fraction amenable to individual compound identifications. Throughout this fractionation procedure, observed toxicity remained confined to one narrow fraction, which is consistent with a single compound or a small, structurally related family of causal toxicants. In initial studies, TWP leachate toxicity was unaffected by silica sand filtration, cation and anion exchange, and ethylenediaminetetraacetic acid (EDTA) (114 μM) addition (*12*), indicating that toxicant(s) were not particle-associated, strongly ionic, or metals, respectively, and validating prior studies that eliminated candidate pollutants (*13*, *14*) as primary causal toxicants.

Mixture complexity was reduced by using cation exchange, two polarity-based separations (XAD-2 resin and silica gel), and reverse-phase high-performance liquid chromatography (HPLC) on a semipreparative C18 column (250 by 4.2 mm ID, 5 μm particle size). After C18-HPLC generated 10 fractions, only C18-F6 (10 to 11 min) was toxic; it contained ~225 ESI+ and ~70 ESI– features (Fig. 1). Having removed ~90% of features, we began to prioritize and identify candidate toxicants by abundance (peak area), followed by fish exposures with commercial standards at fivefold higher concentrations (mixtures at 1 to 25 μg/liter) than those estimated in C18-F6. We identified 11 plasticizers, antioxidants, emulsifiers, and various transformation products, including some well-known environmental contaminants [such as tris(2-butoxyethyl) phosphate] and some that are rarely reported [such as di(propylene glycol) dibenzoate and 2-(1-phenylethyl)phenol] (table S2). We also detected several bioactive, structurally related phenolic antioxidants and their transformation products (2,6-di-*t*-

[1]Center for Urban Waters, Tacoma, WA 98421, USA. [2]Interdisciplinary Arts and Sciences, University of Washington Tacoma, Tacoma, WA 98421, USA. [3]Department of Civil and Environmental Engineering, University of Washington, Seattle, WA 98195, USA. [4]School of the Environment, Washington State University, Puyallup, WA 98371, USA. [5]Department of Chemistry, University of Toronto, Scarborough Campus, 1265 Military Trail, Toronto, ON M1C 1A4, Canada. [6]Southern California Coastal Water Research Project, Costa Mesa, CA 92626, USA. [7]San Francisco Estuary Institute, 4911 Central Avenue, Richmond, CA 94804, USA. [8]Environmental and Fisheries Sciences Division, Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Seattle, WA 98112, USA. [9]U.S. Fish and Wildlife Service, Washington Fish and Wildlife Office, Lacey, WA 98503, USA.
*Corresponding author. Email: koloj@uw.edu

butyl-4-hydroxy-4-methyl-2,5-cyclohexadie-none, 3,5-di-*t*-butyl-4-hydroxybenzaldehyde, and 7,9-di-*tert*-butyl-1-oxaspiro[4,5]deca-6,9-diene-2,8-dione) (15). However, over many rounds of identification and subsequent exposure to juvenile coho, none of these identified chemical exposures reproduced URMS symptoms or induced mortality. Because these identifications used exhaustive environmental scientific literature searches (10, 16, 17), we suspected a previously unreported toxicant.

To sharpen our search, we used multidimensional semipreparative HPLC using two additional structurally distinct column phases [pentafluorophenyl (PFP) and phenyl]. Parallel fractionations (same column dimensions, mobile phase, and gradient as for C18-HPLC) (18) of the toxic silica gel fraction generated toxic fractions of PFP-F6 (10 to 11 min; ~204 ESI+, 60 ESI– features) and phenyl-F4 (8 to 9 min; ~237 ESI+, 75 ESI– features); all other fractions were nontoxic. Across these separations (C18, PFP, phenyl), only four ESI+ and three ESI– HRMS features co-occurred in all three toxic fractions (fig. S3). Of these, one unknown compound [mass/charge ratio (*m/z*) 299.1752, $C_{18}H_{22}N_2O_2$, RT 11.0 min on analytical UPLC-HRMS] dominated the detected peak area (10-fold higher intensity in both ESI+ and ESI–). To further resolve candidate toxicants for synthetic efforts, we converted the three-dimensional chromatography workflow from parallel to serial through sequential C18, PFP, and phenyl columns (C18-F6 to PFP-F6 to phenyl-F4; with solvent removal by means of centrifugal evaporation and toxicity confirmation between separations). The purified final fraction was chemically simple (four ESI+, three ESI– detections), highly lethal (100% mortality in 4 hours; *n* = 15 coho, three exposures), and was again dominated by $C_{18}H_{22}N_2O_2$. Drying this fraction yielded a pink-magenta precipitate (Fig. 1).

Published characterizations of crumb rubber (16) and receiving waters (10, 17) did not mention $C_{18}H_{22}N_2O_2$. UPLC-HRMS/MS spectra indicated $C_4H_{10}$ and $C_6H_{12}$ alkyl losses (M-58 and M-84 fragments) (Fig. 2B), but $MS^3$ and $MS^4$ fragmentation yielded no additional structural insights (fig. S4). Additionally, in silico fragmentation (MetFrag, CSI:FingerID) of $C_{18}H_{22}N_2O_2$ compounds in PubChem and ChemSpider (15,624 and 17,105 structures, respectively) failed to match observed fragments. Thus, to the best of our knowledge, $C_{18}H_{22}N_2O_2$ was not described in environmental literature or databases and posed a "true unknown" identification problem (19). We then assumed a transformation product; industrial manufacturing (such as high heat or pressure, or catalysis) and diverse reactions in environmental systems generate many undocumented transformation products, most of which lack commercial standards.



**Fig. 1. Tire rubber leachate fractionation scheme.** As a metric of mixture complexity and separation efficiency, the numbers above gray bars represent distinct chemical features detected in solid-phase extracted fish exposure water (1 liter) and subsequent fractions by means of UPLC-HRMS. Blue indicates nonlethal fractions; red indicates lethal fractions. All fractionation steps and exposures were replicated at least twice; positive and negative controls were included throughout fractionations. (**Inset**) Purified product (~700 µg from 30 liter of TWP leachate) in the final lethal fraction. TWP, tire tread wear particles; CEX, cation exchange; EA, ethyl acetate; EtOH, ethanol; $H_2O$, water; Hex, hexane; DCM, dichloromethane; RT, retention time.



**Fig. 2. 6PPD-quinone identification and a proposed formation pathway.** (**A**) Extracted ion chromatograms of 6PPD-quinone from UPLC-HRMS (ESI+); red data indicate the final fraction from TWP leachate, and black data indicate the purified 6PPD ozonation mixture. (**B**) Observed MS/MS fragmentation (integrated from 10, 20, and 40 eV) of 6PPD-quinone in the final toxic fraction from TWP leachate (red spectra) and 6PPD ozonation (black spectra). (**C**) One proposed reaction pathway from 6PPD to 6PPD-quinone (alternate proposed formation pathways are provided in fig. S13). Red highlights indicate key changes in the diphenylamine structure during ozonation.

Erratum (20 November 2020): See full text.

**RESEARCH** | REPORT

Our breakthrough came by assuming that abiotic environmental transformations commonly modify active functional groups by preferentially altering the numbers of hydrogen and oxygen atoms relative to carbon and nitrogen. By searching a recent U.S. Environmental Protection Agency (EPA) crumb rubber report [16] for related formulas ($C_{18}H_{0-x}N_{2-4}O_{0-y}$), several characteristics of the $C_{18}H_{24}N_2$ anti-ozonant "6PPD" [$N$-(1,3-dimethylbutyl)-$N'$-phenyl-p-phenylenediamine] matched necessary attributes. First, 6PPD is globally ubiquitous (0.4 to 2% by mass) in passenger and commercial vehicle tire formulations [20], indicating sufficient production to explain mortality observations within large and geographically distinct receiving water volumes. 6PPD was present in TWP leachate but was completely removed during fractionation through cation exchange. 6PPD crystals are purple, similar to the pink-magenta precipitate obtained after fractionation. Most compellingly, neutral losses in 6PPD gas chromatography (GC)–MS spectra matched the $C_{18}H_{22}N_2O_2$ GC-HRMS spectra (fig. S5), and the predicted log$K_{OW}$ of 6PPD (5.6) ($K_{OW}$, n-octanol-water partition coefficient) was close to that for $C_{18}H_{22}N_2O_2$ (5 to 5.5) [11]. Last, literature detailing the industrial chemistry of 6PPD reactions with ozone [7 days, 500 parts per billion volume (ppbv)] described a $C_{18}H_{22}N_2O_2$ product [21], leading us to hypothesize that 6PPD was the likely protoxicant (Fig. 2C).

We tested this hypothesis with gas-phase ozonation (500 ppbv $O_3$) of industrial grade 6PPD (96% purity) [21]. A $C_{18}H_{22}N_2O_2$ product formed; UPLC-HRMS analysis demonstrated exact matches of retention time (11.0 min) and MS/MS spectra between this synthetic $C_{18}H_{22}N_2O_2$ and the TWP leachate fractionation–derived $C_{18}H_{22}N_2O_2$ (Fig. 2, A and B). When purified, the ozone-synthesized $C_{18}H_{22}N_2O_2$ formed a reddish-purple precipitate. One-dimensional $^1$H NMR structural analysis confirmed identical TWP leachate–derived and ozone-synthesized $C_{18}H_{22}N_2O_2$ structures (figs. S6 to S7). Two-dimensional NMR spectra and related simulations revealed isolated tertiary carbons and carbonyl groups (figs. S8 to S12), clearly indicating a quinone structure for $C_{18}H_{22}N_2O_2$ rather than the dinitrone struc-

ture reported in the past 40 years of literature describing 6PPD ozonation products [21]. Therefore, the $C_{18}H_{22}N_2O_2$ candidate toxicant was unequivocally "6PPD-quinone" {2-anilino-5-[(4-methylpentan-2-yl)amino]cyclohexa-2,5-diene-1,4-dione}. Consistent with environmental 6PPD ozonation, reported 6PPD ozonation products $C_{18}H_{22}N_2O$ (formula-matched) and 4-nitrosodiphenylamine ($C_{12}H_{10}N_2O$, standard-confirmed) [21] also were detected in ozonation mixtures and nontoxic TWP leachate fractions.

Exposures to ozone-synthesized and tire leachate–derived 6PPD-quinone (~20 μg/liter nominal concentrations) both induced rapid (<5 hours, with initial symptoms evident within 90 min) mortality (n = 15 fish, three exposures) (fig. S2 and movie S2), which matched the 2 to 6 hours mortality observed for positive controls. Behavioral symptomology in response to synthetic 6PPD-quinone exposures matched that from field observa-



**Fig. 3. Dose-response curves.** (**A**) Dose-response curve for 24-hour juvenile coho exposures to roadway runoff and TWP leachate (n = 365 fish). Error bars represent three replicates of eight fish (except TWP leachate 2, n = 5 fish; Seattle site 1, duplicate of n = 10 fish). 6PPD-quinone concentrations were from retrospective quantification. (**B**) Dose-response curve for 24-hour juvenile coho exposures to ozone-synthesized 6PPD-quinone (10 concentrations, two replicates, n = 160 fish). Curves were fitted to a four-parameter logistic model. CI, confidence interval.

tions, roadway runoff, bulk TWP leachate, and final toxic TWP fraction exposures, confirming the phenotypic anchor [5–9]. Using synthetic 6PPD-quinone (purity ~98%), we performed controlled dosing experiments (10 concentrations, n = 160 fish in two independent exposures). 6PPD-quinone was highly toxic [median lethal concentration ($LC_{50}$) 0.79 ± 0.16 μg/liter] to juvenile coho salmon (Fig. 3B). Estimates of $LC_{50}$ through controlled exposures closely matched estimates derived from bulk roadway runoff and TWP leachate exposures ($LC_{50}$ 0.82 ± 0.27 μg/liter), indicating the primary contribution of 6PPD-quinone to observed mixture toxicity (Fig. 3A). Direct comparisons with 6PPD were performed ($LC_{50}$ 250 ± 60 μg/liter through nominal concentrations) (fig. S14), but confident assessment of 6PPD toxicity was precluded by its poor solubility, high instability, and formation of products during exposure.

To assess environmental relevance, we used UPLC-HRMS to retrospectively quantify 6PPD-quinone in archived extracts from roadway runoff and receiving water sampling (fig. S15 and table S4) [10]. In Seattle-region roadway runoff (n = 16 of 16 samples), 0.8 to 19 μg/liter 6PPD-quinone was detected (Fig. 4A). During seven storm events in three Seattle-region watersheds highly affected by URMS, 6PPD-quinone occurred at <0.3 to 3.2 μg/liter (n = 6 of 7 discrete storm events; n = 6 of 21 samples when including samples collected across the full hydrograph). These samples included three storms with documented URMS mortality in adult coho salmon; 6PPD-quinone was not detected in pre- and poststorm samples, but concentrations were near or above $LC_{50}$ values during storms. We also detected 6PPD-quinone in Los Angeles region roadway runoff (n = 2 of 2 samples, 4.1 to 6.1 μg/liter) and San Francisco region creeks affected by urban runoff (n = 4 of 10 samples, 1.0 to 3.5 μg/liter).

These data implicate 6PPD-quinone as the primary causal toxicant for decades of stormwater-linked coho salmon acute mortality observations. Although minor contributions from other constituents in these complex mixtures are possible, 6PPD-quinone was both necessary (consistently present in and absent from toxic and nontoxic fractions, respectively) and, when purified or synthesized as a pure chemical exposure, sufficient to produce URMS at environmental concentrations. Over the product

Erratum 17 September 2021. See full text.





**Fig. 4. Environmental relevance of 6PPD-quinone.** (**A**) Using retrospective UPLC-HRMS analysis of archived sample extracts, 6PPD-quinone was quantified in roadway runoff and runoff-affected receiving waters. Each symbol corresponds to duplicate or triplicate samples, and boxes indicate first and third quartiles. For comparison, the 0.8 μg/liter $LC_{50}$ value for juvenile coho salmon and detected 6PPD-quinone levels in 250 and 1000 mg/liter TWP leachate are included. (**B**) Predicted ranges of potential 6PPD-quinone mass formation in passenger cars (for example, four tires, ~36 kg tire rubber mass) and heavy trucks (for example, 18 tires, ~900 kg of tire rubber) (represented in orange) and measured 6PPD-quinone concentrations in affected environmental compartments (represented in blue, with experimental data italicized). Predicted ranges reflect calculations applying 0.4 to 2% 6PPD per total vehicle tire rubber mass followed by various yield scenarios (1 to 75% ultimate yields) for 6PPD reaction with ground-level ozone to form 6PPD-quinone.

life cycle, antioxidants [such as PPDs, TMQs (2,2,4-trimethyl-1,2-dihydroquinoline), and phenolics] are designed to diffuse to tire rubber surfaces, rapidly scavenge ground-level atmospheric ozone and other reactive oxidant species, and form protective films to prevent ozone-mediated oxidation of structurally important rubber elastomers (21, 22). Accordingly, all 6PPD added to tire rubbers is designed to react, intentionally forming 6PPD-quinone and related transformation products that are subsequently transported through the environment. This anti-ozonant application of 6PPD inadvertently, yet drastically, increases roadway runoff toxicity and environmental risk by forming the more toxic and mobile 6PPD-quinone transformation product. On the basis of the ubiquitous use and substantial mass fraction (0.4 to 2%) of 6PPD in tire rubbers and the representative detections across the U.S. West Coast (table S4), which include many detections near or above $LC_{50}$ values, we believe that 6PPD-quinone may be present broadly in peri-urban stormwater and roadway run-off at toxicologically relevant concentrations for sensitive species, such as coho salmon.

Globally, ~3.1 billion tires are produced annually for our more than 1.4 billion vehicles, resulting in an average 0.81 kg per capita annual emission of tire rubber particles (23). TWPs are one of the most substantial micro-plastics sources to freshwaters (24); 2 to 45% of total tire particle loads enter receiving waters (25, 26), and freshwater sediment contains up to 5800 mg/kg TWP (23, 24, 27). Supporting recent concerns about microplastics (24, 28), 6PPD-quinone provides a compelling mechanistic link between environmental microplastic pollution and associated chemical toxicity risk. Although numerous uncertainties exist regarding the occurrence, fate, and transport of 6PPD-quinone, these data indicate that aqueous and sediment environmental TWP residues can be toxicologically relevant and that existing TWP loading, leaching, and toxicity assessments in environmental systems are clearly incomplete (25). Tire rubber disposal also represents a major global materials problem and potential point source of 6PPD-quinone and other tire-derived transformation products. In particular, scrap tires repurposed as crumb rubber in artificial turf fields (17) suggest both human and ecological exposures to these chemicals. Accordingly, the human health effects of such exposures merit evaluation.

Environmental discharge of 6PPD-quinone is particularly relevant for the many receiving waters proximate to busy roadways (Fig. 4B). It is unlikely that coho salmon are uniquely sensitive, and the toxicity of 6PPD transformation products in other aquatic species should be assessed. For example, used tires were more toxic to rainbow trout (75% lower 96 hours $LC_{50}$) relative to new tires (29), an observation that is consistent with adverse outcomes mediated by transformation products. If management of 6PPD-quinone discharges is needed to protect coho salmon or other aquatic organisms, adaptive regulatory and treatment strategies (17, 30, 31) along with source control and "green chemistry" substitutions [identifying demonstrably nontoxic and environmentally benign replacement antioxidants (22, 32)] can be considered. More broadly, we recommend more careful toxicological assessment for transformation products of all high-production-volume commercial chemicals subject to pervasive environmental discharge.

**REFERENCES AND NOTES**

1. Z. Wang, G. W. Walker, D. C. G. Muir, K. Nagatani-Yoshida, *Environ. Sci. Technol.* **54**, 2575–2584 (2020).
2. B. I. Escher, H. M. Stapleton, E. L. Schymanski, *Science* **367**, 388–392 (2020).
3. R. Altenburger *et al.*, *Environ. Sci. Eur.* **31**, 12–17 (2019).
4. C. J. Walsh *et al.*, *J. N. Am. Benthol. Soc.* **24**, 706–723 (2005).
5. N. L. Scholz *et al.*, *PLOS ONE* **6**, e28013 (2011).
6. M. I. Chow *et al.*, *Aquat. Toxicol.* **214**, 105231 (2019).
7. J. K. McIntyre *et al.*, *Environ. Pollut.* **238**, 196–203 (2018).
8. J. A. Spromberg, N. L. Scholz, *Integr. Environ. Assess. Manag.* **7**, 648–656 (2011).
9. B. E. Feist *et al.*, *Ecol. Appl.* **27**, 2382–2396 (2017).
10. K. T. Peter *et al.*, *Environ. Sci. Technol.* **52**, 10317–10327 (2018).
11. B. Du *et al.*, *Environ. Sci. Process. Impacts* **19**, 1185–1196 (2017).

RESEARCH | REPORT

12. R. M. Burgess, K. T. Ho, W. Brack, M. Lamoree, *Environ. Toxicol. Chem.* **32**, 1935–1945 (2013).

13. J. A. Spromberg et al., *J. Appl. Ecol.* **53**, 398–407 (2016).

14. K. A. King, C. E. Grue, J. M. Grassley, R. J. Fisk, *Environ. Toxicol. Chem.* **32**, 920–931 (2013).

15. F. Nagai, K. Ushiyama, I. Kano, *Arch. Toxicol.* **67**, 552–557 (1993).

16. U.S. Environmental Protection Agency (EPA), "Synthetic turf field recycled tire crumb rubber research under the federal research action plan final report: Part 1—Tire crumb characterization (volumes 1 and 2)," EPA/600/R-19/051.1 (EPA, 2019).

17. S. Spahr, M. Teixidó, D. L. Sedlak, R. G. Luthy, *Environ. Sci. Water Res. Technol.* **6**, 15–44 (2020).

18. M. Muschket et al., *Environ. Sci. Technol.* **52**, 288–297 (2018).

19. J. Hollender, E. L. Schymanski, H. P. Singer, P. L. Ferguson, *Environ. Sci. Technol.* **51**, 11505–11512 (2017).

20. R. O. Babbit, *The Vanderbilt Rubber Handbook* (R. T. Vanderbilt Company, ed. 14, 2010).

21. R. P. Lattimer, E. R. Hooser, R. W. Layer, C. K. Rhee, *Rubber Chem. Technol.* **56**, 431–439 (1983).

22. N. M. Huntink, thesis, University of Twente, Enschede, The Netherlands (2003).

23. R. Sieber, D. Kawecki, B. Nowack, *Environ. Pollut.* **258**, 113573 (2020).

24. P. J. Kole, A. J. Löhr, F. G. A. J. Van Belleghem, A. M. J. Ragas, *Int. J. Environ. Res. Public Health* **14**, 1265 (2017).

25. S. Wagner et al., *Water Res.* **139**, 83–100 (2018).

26. K. M. Unice et al., *Sci. Total Environ.* **646**, 1639–1649 (2019).

27. K. M. Unice, M. L. Kreider, J. M. Panko, *Environ. Sci. Technol.* **47**, 8138–8147 (2013).

28. A. Kolomijeca et al., *Environ. Sci. Technol.* **54**, 1750–1759 (2020).

29. K. Day, K. E. Holtze, J. L. Metcalfe-Smith, C. T. Bishop, B. J. Dutka, *Chemosphere* **27**, 665–675 (1993).

30. J. K. McIntyre et al., *Chemosphere* **132**, 213–219 (2015).

31. V. Dulio et al., *Environ. Sci. Eur.* **30**, 5–13 (2018).

32. R. Lattimer, E. R. Hooser, H. E. Diem, R. W. Layer, C. K. Rhee, *Rubber Chem. Technol.* **53**, 1170–1190 (1980).

## ACKNOWLEDGMENTS

We thank D. Whittington; S. Edgar (University of Washington Medicine Mass Spectrometry); M. Bozlee (City of Tacoma); J. Protasio; A. Rue (Washington State Department of Ecology); M. Goehring (King County); D. E. Latch (Seattle University); J. E. Baker; C. A. James; A. D. Gipe (University of Washington Tacoma); M. Yu (Mount Sinai); S. D. Richardson (University of South Carolina); J. R. Cameron (National Oceanic and Atmospheric Administration (NOAA) NWFSC); K. King (U.S. Fish and Wildlife Service); Washington State Department of Transportation; and dedicated citizen scientists from the Miller Walker Community Salmon Investigation, Puget Soundkeeper, and Thornton Creek Alliance. We gratefully thank the Puyallup Tribe and NOAA NWFSC for providing juvenile coho and Agilent Technologies (T.A. and D.C.) for technical support. **Funding:** This work was supported by NSF grants 1608464 and 1803240, EPA grant 01J18101 (E.P.K.), DW-014-92437301 (N.L.S., J.K.M., and J.W.D.), Washington State Governors Funds (J.K.M. and E.P.K.), the Burges Fellowship (H.Z.), the Regional Monitoring Program for Water Quality in San Francisco Bay (A.G. and R.S.), Brazilian foundation agency FAPESP (2018/16040-5 and 2019/14770-9) (F.V.C.K.), NSERC Alliance (ALLRP 549399) and Discovery (RGPIN-2019-04165) Programs, the Canada Foundation for Innovation (CFI), the Ontario Ministry of Research and Innovation, and the Krembil Foundation (A.S.). Disclaimer: Findings and conclusions herein are those of the authors and do not necessarily represent the views of the sponsoring organizations. **Author contributions:** Z.T., H.Z., K.T.P., J.K.M, M.C.D., and E.P.K. designed research; Z.T., H.Z., M.G., K.T.P., C.W., R.H., and A.E.C. performed fractionation experiments; Z.T., K.T.P., R.L., and M.G. performed HRMS and data analysis; Z.T., H.Z., M.G., J.W., K.T.P., C.W., R.H., E.P.K., J.K.M., and A.E.C. conducted fish exposures; J.P., C.W., and J.W. generated TWP particles; J.W., J.P., E.M., and J.K.M. maintained the fish facility and enabled exposure studies; R.G.B., F.V.C.K., R.S., A.J., and A.S. elucidated structures by means of NMR; K.T.P., C.W., F.H., Z.T., M.G., B.D., A.G., and R.S. provided water samples; X.H., Z.T., H.Z., H.H., and M.C.D. performed ozonation experiments; N.L.S. and J.W.D. provided perspectives and context; and Z.T., H.Z., K.T.P., and E.P.K. wrote the manuscript. **Competing interests:** None declared. **Data and materials availability:** Data file S1 includes the record of the juvenile coho salmon exposure experiments. Number of tanks and coho salmon used, mortality results, and treatment information are included in the table. All other data needed to evaluate the conclusions in the paper are present in the paper or the supplementary materials.

## SUPPLEMENTARY MATERIALS

science.sciencemag.org/content/371/6525/185/suppl/DC1
Materials and Methods
Supplementary Text
Figs. S1 to S15
Tables S1 to S5
References (*33–47*)
Movies S1 and S2
Data File S1

8 July 2020; accepted 5 November 2020
Published online 3 December 2020
10.1126/science.abd6951

*Post date 18 February 2022*

# *Erratum*

**Erratum for the Report "A ubiquitous tire rubber–derived chemical induces acute mortality in coho salmon," by Z. Tian, H. Zhao, K T. Peter, M. Gonzalez, J. Wetzel, C. Wu, X. Hu, J. Prat, E. Mudrock, R. Hettinger, A. E. Cortina, R. G. Biswas, F. V. C. Kock, R. Soong, A. Jenne, B. Du, F. Hou, H. He, R. Lundeen, A. Gilbreath, R. Sutton, N. L. Scholz, J. W. Davis, M. C. Dodd, A. Simpson, J. K. Mcintyre, E. P. Kolodziej**

After publication of the Report "A ubiquitous tire rubber–derived chemical induces acute mortality in coho salmon," which revealed 6PPD-quinone to be the primary causal toxicant toward coho salmon, a commercial standard of this molecule became available, and the authors developed and published an isotopic analytical method for more accurate quantification of extracts, environmental samples, and fish exposures (*1*). The authors found a ~15-fold increase in peak areas using the commercial standard, indicating that the previous standards overestimated both the reported median lethal concentration ($LC_{50}$) and the environmental concentrations of 6PPD-quinone in the study by a factor of 8.3. Using new exposures with the commercial standard and the isotopic method for quantification, $LC_{50}$ values to juvenile coho salmon were subsequently revised to a lower value of 95 ng/L. Although the absolute concentrations in Figs. 3 and 4 of the Report shift lower when using the updated calibration, the relative relationship between environmental concentrations and $LC_{50}$ presented in Fig. 4A are not changed, and the conclusions and implications of the paper are otherwise not affected.

**REFERENCES AND NOTES**

1. Z. Tian *et al.*, 6PPD-quinone: Revised toxicity assessment and quantification with a commercial standard. *Environ. Sci. Technol. Lett.* **9**, 140–146 (2022).

10.1126/science.abo5785

# Exhibit B



pubs.acs.org/journal/estlcu

Downloaded via Zhenyu Tian on January 16, 2022 at 19:26:29 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

Letter

# 6PPD-Quinone: Revised Toxicity Assessment and Quantification with a Commercial Standard

Zhenyu Tian,* Melissa Gonzalez, Craig A. Rideout, Haoqi Nina Zhao, Ximin Hu, Jill Wetzel, Emma Mudrock, C. Andrew James, Jenifer K. McIntyre, and Edward P. Kolodziej*

Cite This: https://doi.org/10.1021/acs.estlett.1c00910

Read Online

ACCESS | 📊 Metrics & More | 📖 Article Recommendations | 🄪 Supporting Information

**ABSTRACT:** Stormwater exposure can cause acute mortality of coho salmon (*Oncorhynchus kisutch*), and 6PPD-quinone (6PPD-Q) was identified as the primary causal toxicant. Commercial standards of 6PPD-Q recently became available; their analysis highlighted a systematic high bias in prior reporting concerning 6PPD-Q. A 6PPD-Q commercial standard was used to re-confirm toxicity estimates in juvenile coho salmon and develop a liquid chromatography-tandem mass spectrometry analytical method for quantification. Peak area responses of the commercial standard were ~15 times higher than those of in-house standards, and the updated $LC_{50}$ value (95 ng/L) was ~8.3-fold lower than that previously reported. These data support prior relative comparisons of the occurrence and toxicity while confirming the substantial lethality of 6PPD-Q. While environmental concentrations are expected to be lower, 6PPD-Q also was more toxic than previously calculated and should be categorized as a "very highly toxic" pollutant for aquatic organisms. Isotope dilution-tandem mass spectrometry methods enabled accurate quantification (limits of quantification of <10 ng/L) within environmental samples.

6PPD-Q measured with commercial standard: lower environmental concentrations, lower LC50 (more toxic)



## ■ INTRODUCTION

Stormwater runoff is an important contaminant transport pathway in rapidly urbanizing areas,[1] and the complex mixtures of stormwater contaminants often substantially degrade receiving water quality.[2,3] While heavy metals and polycyclic aromatic hydrocarbons have long been regulated pollutants in stormwater, recent studies have reported numerous emerging organic contaminants such as various pesticides, pharmaceuticals, plasticizers, and vehicle and tire rubber-related contaminants.[4−7] Such contaminants can impact aquatic organisms; one compelling example is the stormwater-linked urban runoff mortality syndrome (URMS) of coho salmon (*Oncorhynchus kisutch*) in the Pacific Northwest (USA). Every autumn, recurrent acute mortality occurs when adult coho salmon return to near-urban creeks to spawn.[8] Across sub-basins, mortality rates were most correlated with road density and traffic intensity.[9,10]

While investigating URMS, we previously identified 6PPD-quinone {6PPD-Q; 2-anilino-5-[(4-methylpentan-2-yl)amino]-cyclohexa-2,5-diene-1,4-dione}, an ozonation product of 6PPD, as the primary causal toxicant for long-standing observations of coho mortality.[11] Exposure experiments demonstrated acute toxicity at trace levels ($LC_{50}$ of 0.8 μg/L), and retrospective analysis confirmed detection within roadway runoff and receiving waters, including during URMS events. Because the parent antioxidant compound 6PPD is

ubiquitous in tire rubbers, 6PPD-Q would be expected to occur widely in roadway-impacted environments globally, although the hazards of its exposure and toxicity to humans and other organisms remain mostly unknown. Recent studies have confirmed the occurrence of 6PPD-Q in surface waters,[12,13] dusts,[14,15] and fine particulates.[16] Therefore, its potential toxicological effects and ubiquitous occurrence merit monitoring of 6PPD-Q to understand its environmental fate and enable management.

As a newly discovered transformation product, the toxicological experiments and quantification reported by Tian et al.[11] used our own 6PPD-Q standards purified from ozone synthesis and tire wear particle leachate (see the Supporting Information). Recently, a commercial standard and an isotope-labeled standard (D5-6PPD-Q) became available. During analysis, we observed a substantially higher (~15-fold) peak area response of the commercial 6PPD-Q standard versus those of our in-house standards (Figure S1). This observation implied a systematic high bias to the environmental and

Received: November 11, 2021
Revised: January 3, 2022
Accepted: January 5, 2022



© XXXX American Chemical Society

A

https://doi.org/10.1021/acs.estlett.1c00910
*Environ. Sci. Technol. Lett.* XXXX, XXX, XXX−XXX

Environmental Science & Technology Letters pubs.acs.org/journal/estlcu Letter

exposure concentrations we reported previously.[11] The lower responses of in-house standards could be caused by the limited solubility or sorption of 6PPD-Q, and we also are investigating possible oxidative polymerization and solid formation within our in-house stocks as potential fate outcomes for quinones.

To correct for potential inaccuracy in previous 6PPD-Q reporting due to the lower purity and/or performance of our in-house standards, we repeated our exposures to juvenile coho salmon with the commercial standard and revised our measured environmental concentrations. We also developed an isotope dilution analytical method based upon liquid chromatography-tandem mass spectrometry (LC-MS/MS). Using these improved quantitative methods, these data represent a timely communication of our current knowledge of the toxicity and expected environmental concentrations of 6PPD-Q.

## ■ MATERIALS AND METHODS

**Chemicals.** Commercial standards of 6PPD-Q (10 mg, 98.8% purity, solid) and D5-6PPD-Q (solution in acetonitrile, 100 mg/L) were purchased from HPC (Atlanta, GA). Methanol (LCMS grade), ethanol (absolute, 200 proof), and formic acid (HPLC grade) were purchased from Fisher Scientific. Deionized water (18 MΩ-cm) was generated by a Milli-Q Ultrapure Water System. The 6PPD-Q stock solution (stored at −20 °C) was made by dissolving 5 mg of the HPC standard in 50 mL of methanol.

**Coho Salmon and Exposure Experiments.** Juvenile coho salmon used for exposures were obtained courtesy of the Puyallup Tribe of Indians, from the same stock (Diru Creek) and cohort (now age 1+, 30−46 g) as in the previous study.[11] Fish were reared at Washington State University's Puyallup Research and Extension Center on a 12 h:12 h light:dark cycle in a custom recirculating water system and fed commercial food (Biovita, Bio-Oregon, Oregon, WA). Fish system water was dechlorinated municipal water treated by reverse osmosis to Type 3 (>4 MΩ-cm, <0.25 μS/cm) in a RiOs 200 purification system (Millipore Sigma) and then reconstituted with buffered Instant Ocean (Blacksburg, VA) salts to pH ∼7.6 and 1300 μS/cm conductivity at 10−13 °C. Experiments conformed to Experimental Protocol 04860-002, approved by Washington State University's Institutional Animal Care and Use Committee.

For exposures, glass aquaria were randomly placed in recirculating water baths to control temperature. Static aerated exposures were prepared by diluting various volumes of the 6PPD-Q stock solution in 10 mL of ethanol (350−1400 ng/mL), which was then mixed with 70 L of system water; negative controls were pure ethanol (10 mL). Solvent:exposure water ratios matched those of Tian et al.[11] Solutions and negative controls were made within 24 h of exposure. Larger exposure volumes (70 L) and fewer fish per aquarium (N = 6) were used here to accommodate the larger fish (30 L with 8−10 fish per aquarium used previously[11]). In two range-finding experiments (0.16−4.0 μg/L and 20−200 ng/L), five concentrations were tested, with five or six fish per concentration. To determine LC50, six concentrations of 6PPD-Q and a negative control were tested. Exposures were repeated in triplicate (batches 1−3, across 3 weeks). Including 30 fish in the second range-finding and 108 fish in the three definitive experiments, 138 fish contributed to dose−response exposures (Table S1; controls not included). Four fish jumped out of aquaria during exposures, so 134 fish contributed to the

dose−response curve. In all aquaria, safe conditions of temperature (10−13 °C), conductivity (1170−1370 μS/cm), pH (7.6−8.0), and dissolved oxygen (>98% saturation) were verified before fish were transferred. Just prior to the introduction of fish, 1 L of exposure water was sampled from each aquarium, stored on ice or refrigerated, and extracted within 24 h for analysis. For all exposures, mortality rates were recorded at 24 h. Dose−response curves were calculated in R 3.6.2 using a two-parameter log−logistic model in the *drc* package.

**Analytical Method.** For quantification, duplicates of 200 mL of exposure water from each aquarium (corresponding to one concentration) were spiked with 5 ng of D5-6PPD-Q (100 ng/mL, 0.05 mL) as the internal standard, mixed, and equilibrated (20 min) before extraction. Solid phase extraction (SPE) used Oasis HLB cartridges (6 mL, 200 mg) (see the Supporting Information for details). Eluents were concentrated under a gentle nitrogen flow and volumized to 1 mL for analysis.

Quantification used an Agilent 1290 (Santa Clara, CA) Infinity ultra-high-performance liquid chromatograph (UHPLC) coupled to an Agilent 6460A triple-quadruple mass spectrometer. Detection used electrospray ionization (ESI+) and multiple-reaction monitoring (MRM) modes. 6PPD-Q concentrations were estimated from a seven-point calibration curve [0.025−50 μg/L (Figure S2)] with D5-6PPD-Q as the isotopic internal standard (25 μg/L, identical to the concentrations of sample extracts). Detailed parameters and method information can be found in Tables S2 and S3 and the text of the Supporting Information.

**Quality Assurance/Quality Control.** Negative controls were included in batches 1−3 of definitive exposures for LC50 determination; all coho salmon (N = 18) survived negative controls. Negative controls were processed in a manner identical to that of dosed samples, and additional SPE method blanks were included by extracting and analyzing 200 mL of DI water using identical methods. After laboratory materials (e.g., rubber stoppers) with potential to generate background signals had been screened and removed, 6PPD-Q was not detected above the limit of detection in blanks. Intraday/interday precisions were determined by comparing 2.5 μg/L standard responses multiple (N ≥ 3) times across one analytical batch or in batches across different dates. All exposure water samples were extracted in duplicate, and then measured and nominal concentrations were compared.

Matrix spikes were performed by spiking 6PPD-Q (5 and 50 ng/L) into Miller Creek (47°27′2.2″N, 122°20′44″W; Burien, WA) baseflow and DI water samples. Absolute recoveries were 58−95%; relative recoveries were 89−116% for the spikes (details in the Supporting Information). The limits of detection (LOD) and quantification (LOQ) were determined as the lowest concentrations giving signal:noise (S:N) ratios of 3 and 10, respectively. The instrumental LOD and LOQ were calculated from low-concentration 6PPD-Q standards (0.025 and 0.1 μg/L), and the method LOD and LOQ (reflecting the mass concentration via SPE) were calculated from spiked creek water samples.

## ■ RESULTS AND DISCUSSION

**Peak Area Response and Toxicity Confirmation.** Upon receipt, we first compared the commercial standard (HPC) to our in-house standard[11] across the same nominal concentration range and observed an unexpected difference between

B                                                  https://doi.org/10.1021/acs.estlett.1c00910
                                                   Environ. Sci. Technol. Lett. XXXX, XXX, XXX−XXX

Environmental Science & Technology Letters    pubs.acs.org/journal/estlcu    Letter



**Figure 1.** Chromatograms of 6PPD-Q in a stormwater-impacted creek measured by HPLC-MS/MS in MRM mode (measured concentration of 48 ng/L). The top two transitions were the quantitative and qualitative ions of D5-6PPD-Q (internal standard, spiked at 25 ng/L), and the bottom two transitions were the quantitative and qualitative ions of 6PPD-Q. RT, retention time.

the peak area responses of the two calibration curves (Figure S1). The peak area difference was confirmed on both qTOF-HRMS (~15-fold) and MS/MS (~18-fold) instrument platforms, with slight differences caused by the different sensitivities and/or linear ranges of the two instruments. Meanwhile, at identical nominal concentrations, the red/magenta color of the commercial standard solution was visually more intense than that of in-house standards. Ultraviolet–visible spectrophotometry also indicated substantially reduced absorbance for the in-house stock solutions versus the commercial standard stocks at key diagnostic wavelengths [e.g., 360 nm (Supporting Information and Figure S3)].

We then evaluated the toxicity of the commercial 6PPD-Q standard to juvenile coho salmon through two range-finding exposures. Our first exposure utilized a wide nominal concentration range (0.16–4.0 $\mu$g/L) that included our previously reported LC$_{50}$ value (0.8 $\mu$g/L, derived from exposures using in-house stocks). Observed mortality rates were 100% (five of five) at 0.8, 1.8, and 4.0 $\mu$g/L, while four of five coho salmon died at 0.16 and 0.36 $\mu$g/L. Notably, coho salmon in the 4.0 $\mu$g/L aquarium were symptomatic in ~40 min and all perished in <2 h, which is faster than any of our prior observations. Another exposure series (0.02–0.2 $\mu$g/L) demonstrated 100% mortality (six of six) at 0.2 $\mu$g/L 6PPD-Q, 67% (four of six) at 0.1 $\mu$g/L, and 0% (zero of six) at 0.02, 0.04, and 0.06 $\mu$g/L. These results confirmed the substantial toxicity of 6PPD-Q for coho salmon but also indicated that our previous observations with in-house standards had systematically underestimated toxicity.

On the basis of mass spectrometry and these preliminary exposures, we concluded that the 6PPD-Q masses of our in-house standards were lower than we expected. In considering various options for mass loss, we most suspected that we had inadvertently formed a solid precipitate or similar impurity not detected by LC-HRMS or NMR during the end stages of our 6PPD-Q purification or handling processes. The reduced

responses of in-house 6PPD-Q might be caused by lower than expected solubility and sorption losses to some filter and system materials; quinones also can undergo many interesting reaction types such as oxidative polymerization and other complexations.[18−20] Although we continue to investigate potential loss mechanisms, we cannot yet conclusively explain this mass loss. On the basis of our experience, while noting the potential for redox-active quinones to exhibit some complex and uncommon fate mechanisms, we caution other investigators to carefully track 6PPD-Q stability and recovery (e.g., peak area response, validated against commercial standards, measured vs nominal concentrations[21]) over time and under experimental conditions. Further research should characterize the fate and stability of 6PPD-Q under a broad range of conditions.

**Quantification Method.** To improve quantification accuracy, we developed an isotope dilution analytical method using the commercial standard and an isotopic internal standard (D5-6PPD-Q). Using high-performance LC-MS/MS detection, we evaluated transitions of both native and deuterated 6PPD-Q standards (Figure S4), optimized the instrumental parameters to improve sensitivity, and validated performance with environmental samples. These studies indicated that the complex matrix in stormwater and roadway runoff was the primary challenge to analytical performance, with matrix suppression at large extraction volumes (e.g., 1 L) sometimes completely suppressing 6PPD-Q detection.[11] Matrix dilution and reduced extraction (or injection) volumes mitigated matrix suppression and tended to improve performance; thus, we used 200 mL extraction volumes to optimize sensitivity. For location-specific stormwater or roadway runoff sampling, we recommend adjusting extraction volumes in response to observed matrix suppression or sample compositions. Spiking concentrations of the isotopic standard (25 ng/L in samples, 5 $\mu$g/L in extracts) were adjusted to reflect

https://doi.org/10.1021/acs.estlett.1c00910
Environ. Sci. Technol. Lett. XXXX, XXX, XXX−XXX

Environmental Science & Technology Letters          pubs.acs.org/journal/estlcu          Letter

expected environmental concentrations while maintaining sufficient sensitivity.

Chromatograms of 6PPD-Q and D5-6PPD-Q in a creek stormwater sample are shown (Figure 1). With optimized parameters (Table S2), the instrument limit of quantification was 0.16 pg on column (31 ng/L in solutions). When applied to analysis of baseflow and stormwater samples in receiving water, method limits of quantification were 2.5 and 5.1 ng/L, respectively. In comparison with our original semiquantification method using LC-qTOF-HRMS,[11] the improved sensitivity came from the more specific MS/MS transitions used for quantification, an optimized processing procedure, the increased detector linear range, and higher standard purity. Spike recovery trials indicated 89–116% relative recovery of 6PPD-Q in creek samples and <3% intraday and interday variation. Given the highly toxic nature of 6PPD-Q and often trace (<100 ng/L) environmental concentrations present in runoff-impacted receiving waters, sensitive, accurate, and robust methods will be needed to maintain performance even at concentrations of ≤10 ng/L.

**Updated Dose−Response Curve.** To update the dose−response curve and $LC_{50}$ estimate with the commercial standard, we performed additional 6PPD-Q exposures on juvenile coho salmon. Exposure concentrations were quantified using the LC-MS/MS analytical method; Table S1 reports nominal concentrations, measured concentrations, and mortality details. From the updated dose−response curve (Figure 2),



**Figure 2.** Dose−response curves for 24 h juvenile coho salmon exposures using the commercial HPC 6PPD-Q standard ($N$ = 134 fish). All negative control fish survived and did not show any symptoms ($N$ = 24; six in range finding and 18 in definitive exposure). Curves were fitted to a two-parameter logistic model. CI, confidence interval.

an $LC_{50}$ of 95 ng/L was estimated for 6PPD-Q [95% confidence interval (CI [80, 110])]. This result was substantially lower than our previous result (790 ng/L, 95% CI [630, 960]) estimated from our in-house standards and was consistent with more dilute 6PPD-Q stock solutions. This ∼8.3-fold difference in the $LC_{50}$ is a combined result of the peak area response (∼15-fold) and the 6PPD-Q recovery without internal standard normalization (60−70%).

**Environmental Significance.** The commercial standard analysis exposed a systematic high bias to our previously reported environmental concentrations and toxicity assessment for 6PPD-Q. Therefore, while *relative* comparisons between environmental concentrations and the $LC_{50}$ in our previous work remain valid[11] (all retrospective analysis and dose−response curves were based on the same standard and quantification method), *absolute* concentrations should be revised lower on the basis of our current knowledge of the peak area response for 6PPD-Q. In general, the environmental concentrations and $LC_{50}$ values for coho salmon should be approximately 1 order of magnitude lower than we previously reported.[11,17,22]

To illustrate the updated $LC_{50}$ and observed environmental concentrations, we revised our previous occurrence data[11] while including additional 6PPD-Q data reported recently (Figure 3). Consistent with previous results, 6PPD-Q concentrations in almost all roadway runoff samples exceeded the $LC_{50}$ for coho salmon and concentrations in runoff-impacted receiving waters, including storms where acute mortality occurred, were again near or above the $LC_{50}$. We note that environmental concentration data in Figure 3B, derived from archived sample extracts,[11] still employ semi-quantification without isotopic standard correction as an inherent aspect of retrospective analysis. Because they are not recovery-corrected, these data likely still underestimate actual concentrations by ∼30−40%. With isotope dilution normalization, more stormwater samples would be expected to contain concentrations above the $LC_{50}$. Overall, these results re-confirm the lethality of 6PPD-Q to coho salmon and the substantial capability for mortality outcomes at environmentally relevant concentrations.

Since the initial identification, additional reports of 6PPD-Q occurrence[13−15,23] have confirmed its ubiquity in roadway-impacted environments at reported concentrations up to the low microgram per liter range. Because rubber products like tires, including end-of-life applications in recycled and repurposed materials, are ubiquitous in modern society, continued documentation of 6PPD-Q in various environmental compartments (e.g., soil, air, and biological tissues) is expected. As demonstrated by our quantitative difficulties, accurately characterizing previously unknown contaminants, especially unintentionally produced transformation products that lack commercial standards, remains a challenging and yet critical task for environmental researchers. The updated $LC_{50}$ (95 ng/L) suggests that 6PPD-Q is among the most toxic chemicals known for aquatic organisms, at least to coho salmon.[21] Compared directly to pollutants categorized as "very highly toxic" to sensitive aquatic organisms (mortality at <100 ppb, Table 1, rationale in the Supporting Information), the $LC_{50}$ for coho salmon (mortality at ∼0.1 ppb) places 6PPD-Q among a very small group of pollutants, mostly organo-phosphate or organochlorine pesticides, with acute toxicity expectations at tens of nanograms per liter.

Many pressing knowledge gaps remain with respect to the environmental fate, transport, and toxicological implications of 6PPD-Q in tire rubber-impacted environments. Aspects of quinone stability and fate, representing contaminant structures less commonly considered and documented in environmental fields, are clearly both analytically and environmentally important to understand. The mechanisms of toxicity of 6PPD-Q to coho salmon need to be characterized, while its toxicity, both acute and sublethal, to additional organisms needs to be broadly evaluated, including insights into mechanisms of species-specific sensitivities.[21,22] Critically, 6PPD-Q reminds us that many synthetic chemicals do not simply disappear upon environmental release; we should be especially careful with chemicals like antioxidants that may have toxic properties[24] and are also designed to react. The lifetime mass balance of 6PPD, 6PPD-Q and related chemicals in rubber tires that are subject to widespread environmental

https://doi.org/10.1021/acs.estlett.1c00910
Environ. Sci. Technol. Lett. XXXX, XXX, XXX−XXX

Environmental Science & Technology Letters                    pubs.acs.org/journal/estlcu                    Letter



Figure 3. 6PPD-Q environmental concentrations and toxicity estimates derived from different standards. (A) 6PPD-Q concentrations estimated using in-house standards. Data for Seattle, San Francisco, and Los Angeles were taken from ref 11. Sas 1 and Sas 2 were snowmelt and surface water samples from Saskatoon, Canada, reported in ref 12. Toronto 1 and Toronto 2 were surface waters from Toronto, Canada, reported in refs 13 and 23. (B) Updated 6PPD-Q concentrations and toxicity thresholds estimated using a commercial standard (HPC), reflecting data reported in ref 11. The updated concentrations are based on retrospective UPLC-qTOF analysis of archived sample extracts, divided by a factor of 15 (qTOF peak area difference between the in-house and commercial 6PPD-Q standards). 6PPD-Q was quantified in roadway runoff and runoff-impacted receiving waters. Each symbol corresponds to duplicate or triplicate samples; boxes represent first and third quartiles. For comparison, the 95 ng/L LC$_{50}$ value for juvenile coho salmon and detected 6PPD-quinone levels in 250 and 1000 mg/L TWP leachate are included. Modified from ref 11 with permission from AAAS.

**Table 1. Comparison of the Toxicity of 6PPD-Q to Coho Salmon with Those of the Most Toxic Chemicals for Which the U.S. Environmental Protection Agency Has Established Aquatic Life Criteria[a]**

| chemical class | name | most sensitive species | LC$_{50}$ (ppb) | 95% CI | ref | CMC (ppb) | EPA document |
|---|---|---|---|---|---|---|---|
| OP | parathion | *Orconectes nais* | 0.04 | 0.01–0.2 | 25 | 0.065 | EPA 440/5-86-007 |
| quinone | 6PPD-Q | *O. kisutch* | 0.10 | 0.08–0.11 | this study | not available | not available |
| OC | mirex | *Procambaris blandingi* | 0.10 | not reported | 26 | 0.001 | EPA 440/5-86-001 |
| OP | guthion | *Gammarus fasciatus* | 0.10 | 0.073–0.014 | 25 | 0.01 | EPA 440/5-86-001 |
| OP | chlorpyrifos | *Gammarus lacustris* | 0.11 | not reported | 27 | 0.083 | EPA 440/5-86-005 |
| OC | endrin | *Perca flavescens* | 0.15 | 0.12–0.18 | 28 | 0.086 | EPA 820-B-96-001 |
| OC | 4,4′-DDT | *O. nais* | 0.18 | 0.12–0.30 | 25 | 1.1 | EPA 440/5-80-038 |
| OP | diazinon | *Ceriodaphia dubia* | 0.25 | not reported | 29 | 0.17 | EPA-822-R-05-006 |
| metal | cadmium | *Oncorhynchus mykiss* | 0.35 | not reported | 30 | 1.8 | EPA-820-R-16-002 |
| OC | methoxychlor | *O. nais* | 0.50 | 0.25–1.8 | 25 | 0.03 | EPA 440/5-86-001 |
| OC | dieldrin | *Pteronarcella badia* | 0.50 | 0.37–0.67 | 28 | 0.24 | EPA 820-B-96-001 |
| OP | malathion | *G. fasciatus* | 0.76 | 0.63–0.92 | 25 | 0.1 | EPA 440/5-86-001 |
| OC | toxaphene | *Ictalurus punctatus* | 0.8 | 0.5–1.2 | 31 | 0.73 | EPA 440/5-86-006 |

[a]The rationale for the toxicity comparison can be found in SI text. Abbreviations: OP, organophosphate; OC, organochlorine; CMC, criterion maximum concentration; CI, confidence interval.

dispersal should also be thoroughly characterized to advance the safe use, disposal, and recycling of these materials as we work toward more environmentally benign and sustainable consumer products.

## ■ ASSOCIATED CONTENT

### ⊛ Supporting Information

The Supporting Information is available free of charge at https://pubs.acs.org/doi/10.1021/acs.estlett.1c00910.

Details on the use of in-house standards, water extraction, instrumental methods and parameters, ultraviolet−visible measurement, toxicity comparison rationale, nominal and measured exposure concentrations of 6PPD-Q, chromatograms, mass spectra, and standard calibration curves (PDF)

## ■ AUTHOR INFORMATION

### Corresponding Authors

**Zhenyu Tian** − Center for Urban Waters, Tacoma, Washington 98421, United States; Interdisciplinary Arts and Sciences, University of Washington Tacoma, Tacoma, Washington 98421, United States; ● orcid.org/0000-0002-7491-7028; Email: z.tian@northeastern.edu

**Edward P. Kolodziej** − Center for Urban Waters, Tacoma, Washington 98421, United States; Interdisciplinary Arts and Sciences, University of Washington Tacoma, Tacoma, Washington 98421, United States; Department of Civil and Environmental Engineering, University of Washington, Seattle, Washington 98195, United States; ● orcid.org/0000-0002-7968-4198; Email: koloj@uw.edu

https://doi.org/10.1021/acs.estlett.1c00910
Environ. Sci. Technol. Lett. XXXX, XXX, XXX−XXX

Environmental Science & Technology Letters                    pubs.acs.org/journal/estlcu                    Letter

**Authors**

**Melissa Gonzalez** − Center for Urban Waters, Tacoma, Washington 98421, United States; Interdisciplinary Arts and Sciences, University of Washington Tacoma, Tacoma, Washington 98421, United States

**Craig A. Rideout** − Center for Urban Waters, Tacoma, Washington 98421, United States; Interdisciplinary Arts and Sciences, University of Washington Tacoma, Tacoma, Washington 98421, United States

**Haoqi Nina Zhao** − Department of Civil and Environmental Engineering, University of Washington, Seattle, Washington 98195, United States; ● orcid.org/0000-0003-3908-630X

**Ximin Hu** − Department of Civil and Environmental Engineering, University of Washington, Seattle, Washington 98195, United States; ● orcid.org/0000-0001-8107-5968

**Jill Wetzel** − Washington Stormwater Center, Puyallup Research & Extension Center (PREC), Puyallup, Washington 98371, United States

**Emma Mudrock** − Washington Stormwater Center, Puyallup Research & Extension Center (PREC), Puyallup, Washington 98371, United States

**C. Andrew James** − Center for Urban Waters, Tacoma, Washington 98421, United States

**Jenifer K. McIntyre** − Washington Stormwater Center, Puyallup Research & Extension Center (PREC), Puyallup, Washington 98371, United States; School of the Environment, Washington State University, Puyallup Research & Extension Center (PREC), Puyallup, Washington 98371, United States; ● orcid.org/0000-0003-3480-7083

Complete contact information is available at:
https://pubs.acs.org/10.1021/acs.estlett.1c00910

**Notes**

The authors declare no competing financial interest.

■ **ACKNOWLEDGMENTS**

This work was funded by the U.S. Environmental Protection Agency under Assistance Agreement PC-01J18101 with the Washington State Department of Ecology and National Science Foundation Grant 1803240 (CBET). The authors thank the Puyallup Tribe of Indians for providing coho salmon.

■ **REFERENCES**

(1) Masoner, J. R.; Kolpin, D. W.; Cozzarelli, I. M.; Barber, L. B.; Burden, D. S.; Foreman, W. T.; Forshay, K. J.; Furlong, E. T.; Groves, J. F.; Hladik, M. L.; et al. Urban stormwater: An overlooked pathway of extensive mixed contaminants to surface and groundwaters in the United States. Environ. Sci. Technol. **2019**, 53 (17), 10070−10081.

(2) Spahr, S.; Teixidó, M.; Sedlak, D. L.; Luthy, R. G. Hydrophilic trace organic contaminants in urban stormwater: occurrence, toxicological relevance, and the need to enhance green stormwater infrastructure. Environ. Sci. Water Res. Technol. **2020**, 6 (1), 15−44.

(3) Zgheib, S.; Moilleron, R.; Chebbo, G. Priority pollutants in urban stormwater: Part 1−Case of separate storm sewers. Water Res. **2012**, 46 (20), 6683−6692.

(4) Burant, A.; Selbig, W.; Furlong, E. T.; Higgins, C. P. Trace organic contaminants in urban runoff: Associations with urban land-use. Environ. Pollut. **2018**, 242, 2068−2077.

(5) Peter, K. T.; Tian, Z.; Wu, C.; Lin, P.; White, S.; Du, B.; McIntyre, J. K.; Scholz, N. L.; Kolodziej, E. P. Using high-resolution mass spectrometry to identify organic contaminants linked to urban stormwater mortality syndrome in coho salmon. Environ. Sci. Technol. **2018**, 52 (18), 10317−10327.

(6) Seiwert, B.; Klöckner, P.; Wagner, S.; Reemtsma, T. Source-related smart suspect screening in the aqueous environment: search for tire-derived persistent and mobile trace organic contaminants in surface waters. Anal. Bioanal. Chem. **2020**, 412 (20), 4909−4919.

(7) Wolfand, J. M.; Seller, C.; Bell, C. D.; Cho, Y.-M.; Oetjen, K.; Hogue, T. S.; Luthy, R. G. Occurrence of urban-use pesticides and management with enhanced stormwater control measures at the watershed scale. Environ. Sci. Technol. **2019**, 53 (7), 3634−3644.

(8) Scholz, N. L.; Myers, M. S.; McCarthy, S. G.; Labenia, J. S.; McIntyre, J. K.; Ylitalo, G. M.; Rhodes, L. D.; Laetz, C. A.; Stehr, C. M.; French, B. L.; McMillan, B.; Wilson, D.; Reed, L.; Lynch, K. D.; Damm, S.; Davis, J. W.; Collier, T. K. Recurrent die-offs of adult coho salmon returning to spawn in Puget Sound lowland urban streams. PLoS One **2011**, 6 (12), No. e28013.

(9) Chow, M. I.; Lundin, J. I.; Mitchell, C. J.; Davis, J. W.; Young, G.; Scholz, N. L.; McIntyre, J. K. An urban stormwater runoff mortality syndrome in juvenile coho salmon. Aquat. Toxicol. **2019**, 214, 105231.

(10) Feist, B. E.; Buhle, E. R.; Baldwin, D. H.; Spromberg, J. A.; Damm, S. E.; Davis, J. W.; Scholz, N. L. Roads to ruin: conservation threats to a sentinel species across an urban gradient. Ecol. Appl. **2017**, 27 (8), 2382−2396.

(11) Tian, Z.; Zhao, H.; Peter, K. T.; Gonzalez, M.; Wetzel, J.; Wu, C.; Hu, X.; Prat, J.; Mudrock, E.; Hettinger, R.; et al. A ubiquitous tire rubber-derived chemical induces acute mortality in coho salmon. Science **2021**, 371 (6525), 185−189.

(12) Challis, J.; Popick, H.; Prajapati, S.; Harder, P.; Giesy, J.; McPhedran, K.; Brinkmann, M. Occurrences of Tire Rubber-Derived Contaminants in Cold-Climate Urban Runoff. Environ. Sci. Technol. Lett. **2021**, 8, 961−967.

(13) Johannessen, C.; Helm, P.; Metcalfe, C. D. Detection of selected tire wear compounds in urban receiving waters. Environ. Pollut. **2021**, 287, 117659.

(14) Klöckner, P.; Seiwert, B.; Weyrauch, S.; Escher, B. I.; Reemtsma, T.; Wagner, S. Comprehensive characterization of tire and road wear particles in highway tunnel road dust by use of size and density fractionation. Chemosphere **2021**, 279, 130530.

(15) Huang, W.; Shi, Y.; Huang, J.; Deng, C.; Tang, S.; Liu, X.; Chen, D. Occurrence of Substituted p-Phenylenediamine Antioxidants in Dusts. Environ. Sci. Technol. Lett. **2021**, 8 (5), 381−385.

(16) Zhang, Y.; Xu, C.; Zhang, W.; Qi, Z.; Song, Y.; Zhu, L.; Dong, C.; Chen, J.; Cai, Z. p-Phenylenediamine Antioxidants in PM2.5: The Underestimated Urban Air Pollutants. Environ. Sci. Technol. **2021**, DOI: 10.1021/acs.est.1c04500.

(17) Hou, F.; Tian, Z.; Peter, K. T.; Wu, C.; Gipe, A. D.; Zhao, H.; Alegria, E. A.; Liu, F.; Kolodziej, E. P. Quantification of organic contaminants in urban stormwater by isotope dilution and liquid chromatography-tandem mass spectrometry. Anal. Bioanal. Chem. **2019**, 411 (29), 7791−7806.

(18) Madkour, T. M. Chemistry of Polymerization Products of p-Benzoquinone. 13 C NMR and Molecular Dynamics Study. Polym. J. **1997**, 29 (8), 670−677.

(19) Sadykh-Zade, S.; Ragimov, A.; Suleimanova, S.; Liogon'Kii, V. The polymerization of quinones in an alkaline medium and the structure of the resulting polymers. Polym. Sci. USSR **1972**, 14 (6), 1395−1403.

(20) Sabaa, M. W.; Madkour, T. M.; Yassin, A. A. Polymerization products of p-Benzoquinone as bound antioxidants for styrene-butadiene rubber: Part I—Preparation of quinone polymers. Polym. Degrad. Stab. **1988**, 22 (3), 195−203.

(21) Hiki, K.; Asahina, K.; Kato, K.; Yamagishi, T.; Omagari, R.; Iwasaki, Y.; Watanabe, H.; Yamamoto, H. Acute Toxicity of a Tire Rubber-Derived Chemical, 6PPD Quinone, to Freshwater Fish and Crustacean Species. Environ. Sci. Technol. Lett. **2021**, 8 (9), 779−784.

(22) McIntyre, J. K.; Prat, J.; Cameron, J.; Wetzel, J.; Mudrock, E.; Peter, K. T.; Tian, Z.; Mackenzie, C.; Lundin, J.; Stark, J. D.; et al. Treading Water: Tire Wear Particle Leachate Recreates an Urban Runoff Mortality Syndrome in Coho but Not Chum Salmon. Environ. Sci. Technol. **2021**, 55 (17), 11767−11774.

Environmental Science & Technology Letters · pubs.acs.org/journal/estlcu · Letter

(23) Johannessen, C.; Helm, P.; Lashuk, B.; Yargeau, V.; Metcalfe, C. D. The Tire Wear Compounds 6PPD-Quinone and 1, 3-Diphenylguanidine in an Urban Watershed. *Arch. Environ. Contam. Toxicol.* **2021**, 1−9.

(24) OSPAR Commission. 4-(Dimethylbutylamino) diphenylamine (6PPD). *Hazardous Substances Series*, 2006.

(25) Sanders, H. O. *Toxicity of some insecticides to four species of malacostracan crustaceans*; U.S. Department of the Interior, Fish and Wildlife Service, 1972; Vol. 66.

(26) Ludke, J. L.; Finley, M.; Lusk, C. Toxicity of mirex to crayfish, Procambarus blandingi. *Bull. Environ. Contam. Toxicol.* **1971**, *6* (1), 89−96.

(27) Sanders, H. O. *Toxicity of pesticides to the crustacean Gammarus lacustris*; U.S. Fish and Wildlife Service, 1969.

(28) Mayer, F. L.; Ellersieck, M. R. *Manual of acute toxicity: interpretation and data base for 410 chemicals and 66 species of freshwater animals*; U.S. Department of the Interior, Fish and Wildlife Service, 1986.

(29) Norberg-King, T. J. Toxicity Data on Diazinon, Aniline, 2,4-Dimethylphenol. In Memo to C. Stephan; U.S. Environmental Protection Agency: Duluth, MN, and Superior, WI, 1987.

(30) Mebane, C. A.; Dillon, F. S.; Hennessy, D. P. Acute toxicity of cadmium, lead, zinc, and their mixtures to stream-resident fish and invertebrates. *Environ. Toxicol. Chem.* **2012**, *31* (6), 1334−1348.

(31) Johnson, W. W.; Julin, A. M. *Acute toxicity of toxaphene to fathead minnows, channel catfish, and bluegills*; Environmental Research Laboratory, Office of Research and Development, U.S. Environmental Protection Agency, 1980.



JACS Au

AN OPEN ACCESS JOURNAL OF THE AMERICAN CHEMICAL SOCIETY

Editor-in-Chief
**Prof. Christopher W. Jones**
Georgia Institute of Technology, USA

Open for Submissions

pubs.acs.org/jacsau    ACS Publications
Most Trusted. Most Cited. Most Read.

G

# Exhibit C





pubs.acs.org/journal/estlcu

Letter

# Urban Roadway Runoff Is Lethal to Juvenile Coho, Steelhead, and Chinook Salmonids, But Not Congeneric Sockeye

B. F. French, D. H. Baldwin, J. Cameron, J. Prat, K. King, J. W. Davis, J. K. McIntyre, and N. L. Scholz*

 Cite This: *Environ. Sci. Technol. Lett.* 2022, 9, 733−738

Read Online

| ACCESS | | Metrics & More | | Article Recommendations | | Supporting Information |
|---|---|---|---|---|---|---|

Downloaded via 209.63.222.68 on February 13, 2023 at 17:42:22 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

**ABSTRACT:** We compared the sensitivity of closely related Pacific salmon and steelhead (*Oncorhynchus* spp.) to untreated urban stormwater runoff across three storm events. Juvenile coho, sockeye, steelhead, and Chinook were exposed for 24 h to untreated urban runoff and then transferred to clean water for 48 h. As anticipated from previous studies, coho were highly susceptible to runoff toxicity, with cumulative mortality rates ranging from 92%−100% across the three storms. By contrast, juvenile sockeye were unaffected (100% survival), and cumulative mortality rates were intermediate for steelhead (4%−42%) and Chinook (0%−13%). Furthermore, coho died rapidly following the onset of stormwater exposure (generally <4 h), whereas mortality in Chinook and steelhead was delayed by 1−2 days. Similar to previous findings for coho, steelhead and Chinook did not recover when transferred to clean water. Lastly, significant mortality occurred in coho even when roadway runoff was diluted by 95% in clean water. Our findings extend the urban runoff mortality syndrome in salmonids and point to a near-term need for sublethal studies in steelhead and Chinook to more precisely understand stormwater risks to threatened species recovery efforts in the western United States.



Susceptibility to Roadway Runoff: Coho > Steelhead > Chinook > Sockeye

**KEYWORDS:** *urbanization, stormwater, endangered species, Oncorhynchus, microplastics, 6PPD-quinone, urban runoff mortality syndrome, tire wear particles*

## ■ INTRODUCTION

Recent advances in analytical methods have made it increasingly possible to fractionate urban stormwater runoff into individual and identifiable toxic components. These efforts have yielded several chemicals of emerging concern (CECs) that are derived primarily from vehicle tires and therefore ubiquitous in roadway runoff.[1,2] Many are essentially unknown to ecotoxicology despite an apparent prevalence in the environment[3,4] and rapid mobilization in stormwater runoff.[5−7] One such CEC is *N*-(1,3-dimethylbutyl)-*N*′-phenyl-*p*-phenylenediamine (6PPD), an antiozonant added during the manufacture of tires to help prevent tread degradation. Ozone abiotically converts 6PPD into 6PPD-quinone, as well as other transformation products.[4] Recurring, stormwater-driven dieoffs pose a significant threat to the near-term and long-term conservation of wild coho populations,[9] several of which are currently managed under the U.S. Endangered Species Act (ESA). The

conservation implications for ESA-listed salmon are considerable, given high rates of premature death (up to 90% or more) among adult coho returning to spawn in urban watersheds, as documented in field surveys across multiple years in Puget Sound and elsewhere.[10,11]

At present, uncertainty around the extent to which roadway runoff toxicants, including 6PPD-q and other tire antioxidant/antiozonant transformation products, impact aquatic taxa beyond coho is spurring a global effort in ecotoxicology.[3,12,20] Although environmental health data are limited, there appears to be variation in vulnerability to roadway runoff even among closely related species of Pacific salmon belonging to the genus *Oncorhynchus*. This is evident from recent studies, wherein adult coho and chum (*O. keta*) were exposed to urban runoff or tire leachate, with high mortality observed in coho but not chum.[13,14] These differences in survival were consistent with observations from field surveys that previously documented

**Received:** July 8, 2022
**Revised:** July 28, 2022
**Accepted:** July 28, 2022
**Published:** August 24, 2022





© 2022 The Authors. Published by American Chemical Society

https://doi.org/10.1021/acs.estlett.2c00467
*Environ. Sci. Technol. Lett.* 2022, 9, 733−738

high rates of premature spawner mortality in coho but not chum in restored urban catchments.[10] However, the vulnerability of other Pacific salmonids to urban roadway runoff, including sockeye (*O. nerka*), Chinook (*O. tshawytscha*), and steelhead (ocean-going rainbow trout; *O. mykiss*), has not been determined. In the context of the ESA, this represents a major information gap, particularly for stream-type Chinook and steelhead that spend proportionately more time in freshwater habitats as juveniles, where they are more likely to be exposed to runoff from the transportation grid. Moreover, relative to coho, ESA-listed Chinook and steelhead populations encompass a much wider range of river basins in the western U.S., particularly in California (see www.fisheries.noaa.gov/species-directory/threatened-endangered for current ESA range designations).

It was previously shown that juvenile coho, in addition to spawning adults, are highly susceptible to the mortality syndrome.[15] Salmonids other than coho, including *O. mykiss*, also appear vulnerable.[12] In the present study, we extended these earlier observations by coexposing juvenile coho, sockeye, Chinook, and steelhead to runoff collected during multiple rain events. We focused on small subyearlings (coho, sockeye, Chinook) as well as larger age 1+ juveniles (coho, steelhead), and used coho as a positive control for the baseline toxicity of untreated stormwater (i.e., as confirmation of the mortality syndrome). Our study had three primary objectives: (1) determine whether ESA-listed species other than coho are vulnerable to acutely lethal stormwater toxicity, (2) evaluate the time course for mortality across species and whether affected fish recover in clean water, and (3) assess the role of dilution as a factor influencing survival, using juvenile coho as an indicator species.

## ■ MATERIALS AND METHODS

**Urban Roadway Runoff Collection and Transport.** Urban stormwater was collected from downspouts draining a short section of elevated urban arterial (west-bound onramp to State Route 520 from Montlake Boulevard in Seattle, Washington). Runoff from six storms was collected at different times of the year in 2018 (August 26, October 25, and December 17) and 2019 (March 12, March 25, and April 4). During each storm event, runoff was filtered through a fiberglass window screen to remove coarse debris and collected in 900 L or 1325 L stainless steel collection totes (Custom Metalcraft Inc., Springfield MO) for subsequent transport at ambient temperature to the Washington State University Research and Extension Center in Puyallup (WSU-P). Juvenile salmonid exposures were initiated within 24 h of each storm event. Note that 6PPD-q levels in runoff from this location have been previously measured across nine storms in 2017–2019,[4,19] including the October and December collection events used here in 2018; all storms contained 6PPD-q at concentrations expected to be lethal to juvenile coho (Table S3).

**Juvenile Salmon and Steelhead.** Juvenile coho, sockeye, and Chinook salmon as well as an ocean-migrating stock of *O. mykiss* (hereafter referred to as steelhead) were obtained from local hatcheries, held in a recirculating freshwater system at WSU-P on a 12:12 h dark:light cycle, and fed daily with commercial fish food (BioVita, Bio-Oregon). Fish rearing water consisted of municipal water treated with reverse osmosis and adjusted to pH 7.6 and a conductivity of 1500 $\mu$S/cm, then passed through a bead filter, UV reactor,

bioreactor, and chiller. Sockeye prefer cooler waters (8 °C optimum), so their exposure temperatures were maintained at 5.0–10.3 °C for the cross-species vulnerability experiments involving sockeye and the three other salmonids. For the dilution experiments (coho only), temperatures ranged from 10.0 to 12.1 °C. Fish sizes and water quality measurements for all experiments are described in the Supporting Information (Tables S3 and S4); experimental protocols were approved by Washington State University's Institutional Animal Care and Use Committee.

**Stormwater Exposures to Assess Species-Specific Sensitivity.** For the multispecies comparisons, replicate groups of juvenile salmonids were exposed to undiluted roadway runoff (100% stormwater) for 24 h following each of the three 2019 storms and then transferred to clean (rearing) water for an additional 48 h (Table S1). Coho served as positive controls for the urban mortality syndrome in side-by-side exposures using subyearlings (coho, sockeye, and Chinook) and larger age 1+ salmonids (coho and steelhead). We selected an ocean-migrating stock of *O. mykiss* to differentiate the steelhead life history from domesticated, freshwater-resident strains of rainbow trout.

Static exposures were carried out in 35 L glass aquaria containing either 30 L of clean water or 100% stormwater. For the smaller fish (subyearling coho, Chinook, and sockeye), 9–10 fish were placed in each of the three replicate exposure tanks. For the larger (age 1+) coho and steelhead, n = 6 fish were placed in each of four replicate exposure tanks. A few fish escaped into the surrounding water bath and were excluded (Table S1).

Exposure tanks were supplied with air stones for oxygenation (>10 mg/L) and placed in flow-through water baths with chillers to maintain temperatures. Across all three storms, mortality was monitored throughout exposure periods at regular intervals (2, 4, 8, and 24 h). Final reported mortality counts included moribund fish that did not react to gentle prodding and were removed and euthanized with MS-222 (400 mg/L) followed by severing the spinal cord.

All fish surviving the 24 h exposure were transferred to larger (57 L) tanks containing clean water for a 48 h depuration. For the smaller fish (subyearling coho, Chinook, and sockeye), individuals were removed from the three replicate exposure tanks and grouped into a single depuration tank with a maximum number of 30 fish per tank. For the larger age 1+ coho and steelhead, fish from individual exposure tanks were divided evenly into two depuration tanks (n = 12 maximum per tank, to adjust for larger fish). Moribund and dead fish were monitored and removed midway through depuration (48 h) and at the end of depuration (72 h).

**Stormwater Exposures to Assess the Influence of Dilution on the Mortality Syndrome.** To evaluate dilution, juvenile coho were exposed to a graded stormwater concentration series for 24 h following three storms in 2018 (Table S2). Juvenile coho (age 1+; Table S4) were placed in static exposure chambers as described above. Glass aquaria (35 L) were filled with either 30 L of clean water or urban stormwater diluted to 25%, 11.2%, 5%, 2.2%, or 1% with clean water. For the August and December storms, individual fish (n = 8, adjusted for size) were placed in each of three replicate tanks per concentration. For the October storm, a mechanical failure (chiller) necessitated a shift in experimental design, whereby n = 10 fish were exposed in each of the two replicate

https://doi.org/10.1021/acs.estlett.2c00467
Environ. Sci. Technol. Lett. 2022, 9, 733–738

Environmental Science & Technology Letters          pubs.acs.org/journal/estlcu                Letter

tanks per dilution. Mortality was enumerated as described above.

**Statistical Analyses.** Statistical analyses were developed using R (https://www.r-project.org/) and RStudio (https://www.rstudio.com). Mortality was calculated in proportion to the total number of individuals across all tanks within a given treatment (e.g., exposure, species, time, and/or dilution; see data in Tables S1 and S2). For each observed proportion, the 95% confidence interval was calculated using the BinomCI function from the DescTools R package with the "modified Wilson" method to account for proportions near 0 and 1 (presented as percentages in Figure 1). Differences among treatments were determined by comparing confidence intervals around the observed proportions.



**A.** Species differences in cumulative mortality



**B.** Species differences in time to mortality



**C.** Dilution as a determinant of juvenile coho survival

**Figure 1.** Cumulative mortality (% and 95% confidence interval) of juvenile Pacific salmonids exposed to urban roadway runoff. (A) Species differences across three storms following 24 h exposure and 48 h depuration. Upper 95% confidence intervals of controls are shown as dotted lines. (B) Species differences in mortality over time for a single storm (March 25) after 24 h exposure (gray shaded area) and 48 h depuration (unshaded area). (C) Mortality in coho (1+ yr) exposed for 24 h to different dilutions of roadway runoff over three storms. No mortality was observed in controls. (A–C) Data from all control and exposed fish are shown in Tables S1 and S2. Fish age is noted as subyearlings or 1+ yrs.

## RESULTS AND DISCUSSION

**Varying Mortality in Response to Untreated Stormwater Across Salmonid Species.** Juvenile sockeye, Chinook, and steelhead, as well as two size classes of juvenile coho (positive controls), were exposed to untreated stormwater runoff from three separate storm events (Figure 1A). As anticipated from earlier studies,[4,15,16] subyearling and larger (age 1+) coho were highly susceptible to toxic runoff, as evidenced by >90% cumulative mortality (Figure 1A; right-

most panels) across all three 2019 storms. Conversely, all juvenile sockeye survived 24 h exposures to runoff, irrespective of the storm, similar to previous observations of 100% survival for chum.[13,14] The response of juvenile Chinook was less consistent, with only modest mortality in response to the second (March 25) storm. Steelhead were intermediate between sockeye (no deaths) and coho (almost no survivors), with proportionately higher mortality for the first and second storms (Figure 1A).

**Species-Specific Timelines for the Mortality Syndrome.** Among Pacific salmonids, the stormwater mortality phenomenon has primarily been studied in coho, where the progression of the syndrome—from asymptomatic fish to visible distress (disorientation, loss of equilibrium) to death—occurs over a span of a few hours in fish exposed to 100% stormwater. In accord with earlier published results,[15] juvenile coho began dying soon during exposure (2–4 h), with near-maximal cumulative mortality within 8 h (Figure 1B; stormwater exposure window in shaded panels at left). Relative to coho (positive controls), the progressions of symptoms in Chinook and steelhead were qualitatively the same (surface swimming and gaping, loss of equilibrium) albeit with a delayed onset and a longer window for mortality thereafter, with fish generally dying toward the end of the 24 h exposure or after subsequent transfer to clean water. Hence, similar to coho,[15] the distress syndrome in Chinook and steelhead appears irreversible.

**Influence of Dilution on Coho Survival.** Our sourcing of stormwater from an urban arterial with high traffic volume (relatively concentrated runoff) is well suited for studies of green infrastructure effectiveness[16,17] but is less representative of exposure conditions in salmon habitats where stormwater is diluted by receiving waters. To evaluate the influence of dilution on survival, juvenile coho were exposed to runoff from three separate storm events for 24 h, at concentrations ranging from 5% to 25%. Mixtures containing 5% or more stormwater were generally lethal to juvenile coho (Figure 1C). Note that the upper end of the exposure range (25% runoff diluted in clean water) was chosen based on maximal coho lethality in pilot experiments; untreated surface runoff is likely to represent more than 25% of receiving surface water volumes in many urban watersheds.

**Implications.** In the U.S. Pacific Northwest, the urban runoff mortality phenomenon has been studied intensively for the past two decades, with a primary focus on adult coho returning from the ocean to spawn in urbanized Puget Sound watersheds.[10,18] Wild coho populations are unlikely to withstand the high rates of dying spawners previously and consistently documented in urban stream reach surveys.[9] The mortality syndrome was subsequently extended to juvenile coho,[15] which enabled relatively high-throughput testing of stormwater fractions and set the stage for the eventual discovery of 6PPD-q as the causative agent.[4] Because the parent compound (6PPD) and other chemicals similar in structure and function are ubiquitous in motor vehicle tires worldwide, there has been an expanding effort to identify other fish species at risk from exposure to untreated roadway runoff. Our current findings extend the urban runoff mortality phenomenon to steelhead and Chinook but with phenotypic nuances in severity (less) and time course (longer) relative to coho. Nevertheless, the characteristics of the syndrome in coho exposed to roadway runoff (e.g., the present study; Chow et al.[15]) or 6PPD-q alone (e.g., Tian et al.[4]) are the same,

https://doi.org/10.1021/acs.estlett.2c00467
Environ. Sci. Technol. Lett. 2022, 9, 733–738

implying a common underlying mechanism. The discussion that follows therefore hypothesizes that the coho, steelhead, and Chinook toxicity observed here was caused by 6PPD-q across the different stormwater collections, an assumption further supported by recent findings for *O. mykiss*.[12] For context, coho are exceptionally sensitive to 6PPD-q toxicity, with lethality (LC50) in response to exposure concentrations less than 0.1 parts per billion.[19] In the present study, 6PPD-q levels were likely to have exceeded this acute lethality threshold for coho across all storms by an order of magnitude. This is supported by published 6PPD-q measurements in runoff from the same source (SR520 elevated bridge) across nine separate rain events in 2017–2019,[4,19] including the October and December stormwaters collected for the dilution experiments in Figure 1C (Table S3).

Our current findings are the first demonstration of urban runoff-driven mortality in Chinook, and our sockeye results reinforce what are apparently stark differences in vulnerability across closely related salmonids. For example, whereas coho (*O. kisutch*) are highly sensitive,[19] several field and laboratory studies have shown that congeneric chum salmon (*O. keta*) are not.[10,13] Similar to chum, zebrafish (*Danio rerio*) and medaka (*Oryzias latipes*) appear relatively insensitive to 6PPD-q,[20,21] along with Arctic char (*Salvelinus alpinus*) and white sturgeon (*Acipenser transmontanus*).[12] Conversely, Brinkmann et al.[12] recently showed that brook trout (*Salvelinus fontinalis*), like coho, are also highly sensitive to the acutely lethal toxicity of 6PPD-q. Intriguingly, in the same study, the time to death for rainbow trout (*O. mykiss*) was intermediate, with mortality occurring over a more protracted timeline of a few days. On the basis of these initial findings, the Salmonidae appear to sort into roughly three categories of vulnerability to 6PPD-q acute toxicity: high (coho salmon and brook trout), low (chum and sockeye salmon, Arctic char), and intermediate (steelhead/rainbow trout, Chinook salmon).

In the context of threatened species management, the recent *O. mykiss* results are particularly noteworthy. In addition to being a model test organism in aquatic toxicology, rainbow trout are an important aquaculture species for recreational fishing.[22] In the western United States, several distinct population segments (or evolutionarily significant units) of ocean-migrating *O. mykiss* (steelhead) are currently listed for protection under the U.S. Endangered Species Act (ESA). Accordingly, freshwater and estuarine habitats critical for steelhead conservation and recovery have been designated across major metropolitan areas in the coastal and interior regions of California, Oregon, and Washington. The overlap between these recovery domains and the expanding transportation grid, at the watershed and basin scales, is extensive. The ESA requires that federal natural resource managers consider the impacts of federal actions on listed species, and stormwater contaminants (e.g., 6PPD-q) represent a habitat factor that was largely unknown to science when steelhead were listed.

For *O. mykiss*, the initial evidence suggests that life history plasticity (i.e., freshwater residence vs ocean migration) is not a determinant of susceptibility, albeit premised on two important assumptions: (1) Variation in genetics or husbandry/culture practices between the *O. mykiss* stocks used here and those sourced for Brinkmann et al.[12] did not influence observed toxicity, and (2) 6PPD-q was the causative agent for *O. mykiss* deaths here, thus facilitating a direct comparison of mortality across the two studies. Irrespective, more work is needed—

particularly experimental designs that consider phenotypic and genetic differences across wild steelhead stocks. The intermediate and delayed nature of the mortality syndrome in steelhead and Chinook (relative to coho) also raises the potential significance of sublethal toxicity. The recent discovery of 6PPD-q should expedite functional studies of neurobehavioral and cardiorespiratory dysregulation, to match the consistently dominant features of the distress phenotype (e.g., surface swimming and gaping, loss of orientation and equilibrium).

Our findings also directly address the potential role of dilution in receiving waters, as a conventional management strategy for reducing toxic impacts to aquatic communities. Recent laboratory study designs[14–17] have used urban runoff from a relatively intensively trafficked arterial, in part as a strategy to establish a clear baseline of toxicity in fish and invertebrates prior to green infrastructure treatments to evaluate pollutant removal and improved organismal health. While this approach was useful for challenging bioinfiltration soil systems,[16,17] exposures to undiluted arterial roadway runoff are not necessarily representative of receiving water quality conditions in large rivers or lakes or in habitats downstream from a site-specific stormwater discharge. Field surveys have consistently demonstrated high rates of coho spawner mortality across all urban watersheds where the phenomenon has been studied closely.[11] Therefore, a protective role for dilution has (to date) seemed unlikely, given these indirect lines of evidence.[10,11] Consistent with this, arterial runoff was acutely lethal to juvenile coho salmon, even when diluted in 95% clean water. Additional factors working against "dilution as the solution" to the urban runoff mortality syndrome include the ubiquitous and diffuse nature of stormwater inputs to salmon habitats (e.g., serial and repeated discharges along migration corridors), ongoing climate change (i.e., reduced receiving water volumes), and the possibility of sublethal toxicity at the lower end of the dilution exposure range examined here. To address these factors, future studies can focus on a few related chemicals (antiozonants and associated transformation products, as opposed to whole urban runoff), using an extensive and established set of tools for studying cardiorespiratory and neurobehavioral toxicity in fish (e.g., Blair et al.[23]). These studies are needed to more precisely define sublethal toxicity thresholds in ESA-listed steelhead and Chinook and to better understand what appear to be striking sensitivity differences across closely related species of salmon, trout, and char.

## ■ ASSOCIATED CONTENT

### ⊛ Supporting Information

The Supporting Information is available free of charge at https://pubs.acs.org/doi/10.1021/acs.estlett.2c00467.

> Table S1: All data for the species comparison exposure studies. Table S2: All data collected for the exposure studies evaluating dilution effect. Table S3: Storm information and water quality measurements. Table S4: Information related to the fish such as age, size, and hatchery of origin. (XLSX)

## ■ AUTHOR INFORMATION

### Corresponding Author

**N. L. Scholz** − *Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric*

https://doi.org/10.1021/acs.estlett.2c00467
*Environ. Sci. Technol. Lett.* 2022, 9, 733–738

Environmental Science & Technology Letters                   pubs.acs.org/journal/estlcu                                   Letter

Administration, Seattle, Washington 98112, United States;
 orcid.org/0000-0001-6207-0272;
Email: nathaniel.scholz@noaa.gov

**Authors**

   **B. F. French** − *Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Seattle, Washington 98112, United States;*  orcid.org/0000-0002-2358-9044

   **D. H. Baldwin** − *Office of Protected Resources, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Seattle, Washington 98115, United States*

   **J. Cameron** − *Saltwater Inc, under contract to Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Seattle, Washington 98112, United States*

   **J. Prat** − *School of the Environment, Puyallup Research and Extension Center, Washington State University, Puyallup, Washington 98371, United States*

   **K. King** − *Environmental Contaminants Program, United States Fish and Wildlife Service, Lacey, Washington 98503, United States*

   **J. W. Davis** − *Environmental Contaminants Program, United States Fish and Wildlife Service, Lacey, Washington 98503, United States*

   **J. K. McIntyre** − *School of the Environment, Puyallup Research and Extension Center, Washington State University, Puyallup, Washington 98371, United States;*  orcid.org/0000-0003-3480-7083

Complete contact information is available at:
https://pubs.acs.org/10.1021/acs.estlett.2c00467

**Notes**

The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

This effort was supported by federal funding for Puget Sound recovery (EPA Interagency Agreement DW-014092437301). Washington State University was also supported by the Alice C. Tyler Trust, the Governor of Washington State, McIntire-Stennis Grant #NI19MSCFRXXXG034, accession #1015288 from the USDA National Institute of Food and Agriculture, and Seattle Public Utilities. We thank Emma Mudrock and Jill Wetzel for assistance with animal husbandry and conducting the exposures. Fish were generously provided by the Washington Department of Fish & Wildlife and the Puyallup Tribe. Additional assistance was provided by Chelsea Mitchell, Stephanie Blair, Lane Maguire, Ben Leonard, Michelle Chow, Jana Labenia, and Julann Spromberg. Our thanks to Su Kim for creating the graphic embedded in the abstract. Findings and conclusions herein are those of the authors and do not necessarily represent the views of the sponsoring organizations.

## ■ REFERENCES

(1) Tian, Z.; Peter, K. T.; Gipe, A. D.; Zhao, H.; Hou, F.; Wark, D. A.; Khangaonkar, T.; Kolodziej, E. P.; James, C. A. Suspect and Nontarget Screening for Contaminants of Emerging Concern in an Urban Estuary. *Environ. Sci. Technol.* **2020**, *54* (2), 889−901.
(2) Du, B.; Lofton, J. M.; Peter, K. T.; Gipe, A. D.; James, C. A.; McIntyre, J. K.; Scholz, N. L.; Baker, J. E.; Kolodziej, E. P. Development of Suspect and Non-target Screening Methods for Detection of Organi c Contaminants in Highway Runoff and Fish

Tissue with High-resolution Time-of-flight Mass Spectrometry. *Environmental Science: Processes & Impacts* **2017**, *19* (9), 1185−1196.
(3) Peter, K. T.; Lundin, J. I.; Wu, C.; Feist, B. E.; Tian, Z.; Cameron, J. R.; Scholz, N. L.; Kolodziej, E. P. Characterizing the Chemical Profile of Biological Decline in Stormwater-Impacted Urban Watersheds. *Environ. Sci. Technol.* **2022**, *56* (5), 3159−3169.
(4) Tian, Z.; Zhao, H.; Peter, K. T.; Gonzalez, M.; Wetzel, J.; Wu, C.; Hu, X.; Prat, J.; Mudrock, E.; Hettinger, R.; Cortina, A. E.; Biswas, R. G.; Kock, F. V. C.; Soong, R.; Jenne, A.; Du, B.; Hou, F.; He, H.; Lundeen, R.; Gilbreath, A.; Sutton, R.; Scholz, N. L.; Davis, J. W.; Dodd, M. C.; Simpson, A.; McIntyre, J. K.; Kolodziej, E. P. A Ubiquitous Tire Rubber-derived Chemical Induces Acute Mortality in Coho Salmon. *Science* **2021**, *371* (6525), 185−189.
(5) Peter, K. T.; Hou, F.; Tian, Z.; Wu, C.; Goehring, M.; Liu, F.; Kolodziej, E. P. More Than a First Flush: Urban Creek Storm Hydrographs Demonstrate Broad Contaminant Pollutographs. *Environ. Sci. Technol.* **2020**, *54* (10), 6152−6165.
(6) Rauert, C.; Charlton, N.; Okoffo, E. D.; Stanton, R. S.; Agua, A. R.; Pirrung, M. C.; Thomas, K. V. Concentrations of Tire Additive Chemicals and Tire Road Wear Particles in an Australian Urban Tributary. *Environ. Sci. Technol.* **2022**, *56* (4), 2421−2431.
(7) Johannessen, C.; Helm, P.; Lashuk, B.; Yargeau, V.; Metcalfe, C. D. The Tire Wear Compounds 6PPD-Quinone and 1,3-Diphenylguanidine in an Urban Watershed. *Arch. Environ. Contam. Toxicol.* **2022**, *82* (1), 171−179.
(8) Seiwert, B.; Nihemaiti, M.; Troussier, M.; Weyrauch, S.; Reemtsma, T. Abiotic Oxidative Transformation of 6-PPD and 6-PPD Quinone from Tires and Occurrence of their Products in Snow from Urban Roads and in Municipal Wastewater. *Water Res.* **2022**, *212*, 118122.
(9) Spromberg, J. A.; Scholz, N. L. Estimating the Future Decline of Wild Coho Salmon Populations Resulting from Early Spawner Die-offs in Urbanizing Watersheds of the Pacific Northwest, USA. *Integrated Environmental Assessment and Management* **2011**, *7* (4), 648−656.
(10) Scholz, N. L.; Myers, M. S.; McCarthy, S. G.; Labenia, J. S.; McIntyre, J. K.; Ylitalo, G. M.; Rhodes, L. D.; Laetz, C. A.; Stehr, C. M.; French, B. L.; McMillan, B.; Wilson, D.; Reed, L.; Lynch, K. D.; Damm, S.; Davis, J. W.; Collier, T. K. Recurrent Die-Offs of Adult Coho Salmon Returning to Spawn in Puget Sound Lowland Urban Streams. *PLoS One* **2011**, *6* (12), e28013.
(11) Feist, B. E.; Buhle, E. R.; Baldwin, D. H.; Spromberg, J. A.; Damm, S. E.; Davis, J. W.; Scholz, N. L. Roads to Ruin: Conservation Threats to a Sentinel Species across an Urban Gradient. *Ecological Applications* **2017**, *27* (8), 2382−2396.
(12) Brinkmann, M.; Montgomery, D.; Selinger, S.; Miller, J. G. P.; Stock, E.; Alcaraz, A. J.; Challis, J. K.; Weber, L.; Janz, D.; Hecker, M.; Wiseman, S. Acute Toxicity of the Tire Rubber-Derived Chemical 6PPD-quinone to Four Fishes of Commercial, Cultural, and Ecological Importance. *Environmental Science & Technology Letters* **2022**, *9*, 333−338.
(13) McIntyre, J. K.; Prat, J.; Cameron, J.; Wetzel, J.; Mudrock, E.; Peter, K. T.; Tian, Z.; Mackenzie, C.; Lundin, J.; Stark, J. D.; King, K.; Davis, J. W.; Kolodziej, E. P.; Scholz, N. L. Treading Water: Tire Wear Particle Leachate Recreates an Urban Runoff Mortality Syndrome in Coho but Not Chum Salmon. *Environ. Sci. Technol.* **2021**, *55* (17), 11767−11774.
(14) McIntyre, J. K.; Lundin, J. I.; Cameron, J. R.; Chow, M. I.; Davis, J. W.; Incardona, J. P.; Scholz, N. L. Interspecies Variation in the Susceptibility of Adult Pacific Salmon to Toxic Urban Stormwater Runoff. *Environ. Pollut.* **2018**, *238*, 196−203.
(15) Chow, M. I.; Lundin, J. I.; Mitchell, C. J.; Davis, J. W.; Young, G.; Scholz, N. L.; McIntyre, J. K. An Urban Stormwater Runoff Mortality Syndrome in Juvenile Coho Salmon. *Aquatic Toxicology* **2019**, *214*, 105231.
(16) McIntyre, J. K.; Davis, J. W.; Hinman, C.; Macneale, K. H.; Anulacion, B. F.; Scholz, N. L.; Stark, J. D. Soil Bioretention Protects Juvenile Salmon and their Prey from the Toxic Impacts of Urban Stormwater Runoff. *Chemosphere* **2015**, *132*, 213−219.

Environmental Science & Technology Letters        pubs.acs.org/journal/estlcu        Letter

(17) Spromberg, J. A.; Baldwin, D. H.; Damm, S. E.; McIntyre, J. K.; Huff, M.; Sloan, C. A.; Anulacion, B. F.; Davis, J. W.; Scholz, N. L. Coho Salmon Spawner Mortality in Western US Urban Watersheds: Bioinfiltration Prevents Lethal Storm Water Impacts. *Journal of Applied Ecology* **2016**, *53* (2), 398−407.

(18) McCarthy, S. G.; Incardona, J.; Scholz, N. Coastal Storms, Toxic Runoff, and the Sustainable Conservation of Fish and Fiisheries. *American Fisheries Society Symposium* **2008**, *64*, 7−27.

(19) Tian, Z.; Gonzalez, M.; Rideout, C. A.; Zhao, H. N.; Hu, X.; Wetzel, J.; Mudrock, E.; James, C. A.; McIntyre, J. K.; Kolodziej, E. P. 6PPD-Quinone: Revised Toxicity Assessment and Quantification with a Commercial Standard. *Environmental Science & Technology Letters* **2022**, *9* (2), 140−146.

(20) Hiki, K.; Asahina, K.; Kato, K.; Yamagishi, T.; Omagari, R.; Iwasaki, Y.; Watanabe, H.; Yamamoto, H. Acute Toxicity of a Tire Rubber-Derived Chemical, 6PPD Quinone, to Freshwater Fish and Crustacean Species. *Environmental Science & Technology Letters* **2021**, *8* (9), 779−784.

(21) Varshney, S.; Gora, A. H.; Siriyappagouder, P.; Kiron, V.; Olsvik, P. A. Toxicological Effects of 6PPD and 6PPD Quinone in Zebrafish Larvae. *Journal of Hazardous Materials* **2022**, *424*, 127623.

(22) Barnes, M. E.; Whelan, G. E. Visitor Policies and Practices at Public Trout and Salmon Hatcheries in North America. *Fisheries* **2004**, *29* (10), 16−21.

(23) Blair, S. I.; Barlow, C. H.; McIntyre, J. K. Acute Cerebrovascular Effects in Juvenile Coho Salmon Exposed to Roadway Runoff. *Canadian Journal of Fisheries and Aquatic Sciences* **2021**, *78* (2), 103−109.

📖 **Recommended by ACS**

**The Tire-Derived Chemical 6PPD-quinone Is Lethally Toxic to the White-Spotted Char *Salvelinus leucomaenis pluvius* but Not to Two Other Salmonid Species**

Kyoshiro Hiki and Hiroshi Yamamoto
NOVEMBER 07, 2022
ENVIRONMENTAL SCIENCE & TECHNOLOGY LETTERS        READ 🔗

**Low Levels of Contaminants Stimulate Harmful Algal Organisms and Enrich Their Toxins**

Evgenios Agathokleous, Edward J. Calabrese, *et al.*
AUGUST 13, 2022
ENVIRONMENTAL SCIENCE & TECHNOLOGY        READ 🔗

**Influence of Life-History Parameters on Persistent Organic Pollutant Concentrations in Blubber of Eastern North Pacific Gray Whales (*Eschrichtius robustus*)**

Kia R. R. Hayes, Céline A. J. Godard-Codding, *et al.*
NOVEMBER 08, 2022
ENVIRONMENTAL SCIENCE & TECHNOLOGY        READ 🔗

**Exposure to the Tire Rubber-Derived Contaminant 6PPD-Quinone Causes Mitochondrial Dysfunction *In Vitro***

Hannah Mahoney, Markus Brinkmann, *et al.*
AUGUST 04, 2022
ENVIRONMENTAL SCIENCE & TECHNOLOGY LETTERS        READ 🔗

Get More Suggestions >

https://doi.org/10.1021/acs.estlett.2c00467
*Environ. Sci. Technol. Lett.* 2022, 9, 733−738

# Exhibit D



**MARCH 2022   •   FINAL VERSION**

# Product - Chemical Profile for Motor Vehicle Tires Containing N-(1,3-Dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD)









# Table of Contents

Product - Chemical Profile for  Motor Vehicle Tires Containing  N-(1,3-Dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD) ................................................................................................................ 0

About This Profile ................................................................................................................. 3

1.   Rationale for Product-Chemical Selection ....................................................................... 4

Potential for Exposure ......................................................................................................... 4

Potential for Significant or Widespread Adverse Impacts ................................................... 5

2.   Product Definition and Scope ....................................................................................... 7

3.   Candidate Chemical Definition and Properties .............................................................. 7

Relevant Physicochemical Properties .................................................................................. 9

Environmental Fate ............................................................................................................. 10

Degradation, Reaction, or Metabolic Products of Concern ................................................ 12

Hazard Traits and Environmental or Toxicological Endpoints ............................................ 15

Structural or Mechanistic Similarity to Chemicals with Known Adverse Impacts ............. 26

4.   Potential for Exposures to the Candidate Chemical in the Product ................................ 27

Presence of the Candidate Chemical in the Product ........................................................... 27

Market Presence and Trends ............................................................................................... 27

Potential Exposures to the Candidate Chemical During the Product's Life Cycle .............. 29

Aggregate Effects ................................................................................................................ 40

Indicators of Potential Exposures to the Candidate Chemical ........................................... 41

5.   Potential for Significant or Widespread Adverse Impacts ............................................. 46

Adverse Impacts Linked to the Candidate Chemical's Hazard Traits ................................. 46

Cumulative Effects .............................................................................................................. 53

Populations That May Be Adversely Impacted ................................................................... 57

Economic Importance to California ..................................................................................... 62

Adverse Waste and End-of-Life Effects .............................................................................. 62

6.   Other Regulatory Programs .......................................................................................... 64

Regulations Addressing the Same Exposures and Impacts ................................................ 64

Regulations Addressing the Safety and Performance of Tires ................................................ 65

Regulations Addressing the Recycling, Reuse, and Disposal of Tires ................................................ 65

7.   Potential Alternatives ................................................ 66

8.   Additional Considerations ................................................ 69

6PPD Antidegradant Mechanism ................................................ 69

Stressors That Exacerbate the Impact of 6PPD-Quinone on Coho Populations ................................................ 71

Alignment With Other Efforts ................................................ 74

9.   Conclusions ................................................ 75

Acronyms and Abbreviations ................................................ 77

References ................................................ 80

Appendix A: Potential Relevant Factors ................................................ 100

Appendix B: Report Preparation ................................................ 101

Preparers and Contributors ................................................ 101

Reviewers ................................................ 101

**Candidate Chemical:** A chemical that exhibits a hazard trait and is listed on one or more authoritative lists in the Safer Consumer Product Regulations

**Product-Chemical Profile:** A report generated by DTSC to explain its determination that a proposed Priority Product meets the Safer Consumer Product regulatory criteria for potential significant or widespread adverse impacts to humans or the environment

**Priority Product:** A product-chemical combination identified in regulations adopted by DTSC that has the potential to contribute to significant or widespread adverse impacts to humans or the environment

## ABOUT THIS PROFILE

The Department of Toxic Substances Control (DTSC) identifies product-chemical combinations for consideration as Priority Products in accordance with the process identified in Article 3 of the Safer Consumer Products (SCP) regulations.[1] DTSC has determined that motor vehicle tires containing N-(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD) meet the key prioritization criteria[2] for listing a Priority Product:

(1) There must be potential public and/or aquatic, avian, or terrestrial animal or plant organism exposure to the Candidate Chemical(s) in the product; and
(2) There must be the potential for one or more exposures to contribute to or cause significant or widespread adverse impacts.

This Product-Chemical Profile (Profile) demonstrates that the regulatory criteria have been met and serves as the basis for Priority Product rulemaking. The Profile does not provide a comprehensive assessment of all available literature on adverse impacts and exposure for 6PPD or motor vehicle tires. If this Priority Product regulation is adopted, the responsible entities must follow the reporting requirements pursuant to the SCP Regulations.[3]

---

[1] California Code of Regulations, title 22, Division 4.5, Chapter 55, Article 3, sections 69504-69503.7
[2] California Code of Regulations. title 22, section 69503.2(a)
[3] California Code of Regulations title 22, section 69503.7 and Article 5 (Alternatives Analysis)

Readers should consider the following:

- This Profile is not a regulatory document and does not impose any regulatory requirements.
- This Profile summarizes information compiled by DTSC as of February 2022 and includes consideration of stakeholder feedback provided during the comment period that closed on September 17, 2021.[4] In preparation for rulemaking, DTSC also requested feedback on the scientific basis of this document from three external scientific peer reviewers. Their feedback was provided to DTSC on February 4, 2022.
- Since the public draft from June 2021, DTSC:
  - Made several editorial changes to improve the clarity of the writing;
  - Corrected a few minor errors identified by DTSC staff, public commenters, or the external scientific peer reviewers
  - Made some clarifications and changes to address points raised by public commenters and the external scientific peer reviewers;
  - Added new references subsequently identified; and
  - Incorporated feedback from California's Native American Tribes.
- By proposing to list this product-chemical combination as a Priority Product containing a Chemical of Concern, DTSC is not asserting that the product cannot be used safely. The proposal indicates only that there is a potential for exposure of people or the environment to the Chemical of Concern in the Priority Product, that such exposure has the potential to cause or contribute to significant or widespread adverse impacts, and that safer alternatives should be explored.

# 1. RATIONALE FOR PRODUCT-CHEMICAL SELECTION

DTSC proposes to list motor vehicle tires containing 6PPD as a Priority Product. This product-chemical combination meets the identification and prioritization factors outlined in the SCP Regulations: (1) there is potential for aquatic organism exposure to 6PPD and its reaction products from motor vehicle tires; and (2) the exposure has the potential to contribute to or cause significant or widespread adverse impacts.

## Potential for Exposure

6PPD has been used as an antidegradant for decades and is found in most if not all motor vehicle tires. 6PPD performs the critical function of protecting rubber from reactions with ozone and oxygen, which can lead to cracks. It is present in tires at 1 to 2% (10,000 to 20,000 micrograms per gram ($\mu$g/g)) and

---

[4] https://calsafer.dtsc.ca.gov/cms/commentpackage/?rid=12757

slowly migrates over the life of the tire to the tire surface to supply a continual source of 6PPD. As such, the total concentration of 6PPD in the tire decreases over the life of the tire.

6PPD is, by design, highly reactive and transforms into a number of reaction products, both known and unknown, at the surface of the tire or when released into the environment. One of the reaction products of most concern is 6PPD-quinone due to its toxicity to coho salmon (*Oncorhynchus kisutch*).

Tire wear particles (TWP) are generated as tires roll across road surfaces, particularly as vehicles brake, accelerate, and turn. TWP, and the 6PPD they contain, can then be released to the aquatic environment through surface runoff and stormwater. Depending on the estimate, the per capita generation of TWP in the United States is between 2.5 and 4.7 kilograms (kg) per year. This translates to between 98,750 and 185,650 metric tons of TWP generated in California each year. A sizeable fraction of these TWP are released to the aquatic environment, especially during rain events, and results in high potential for exposure of aquatic organisms to tire-derived contaminants.

Given the number of tires used in California each year — over 171 million tires were driven on California's roads in 2020 alone—their end-of-life disposition is a major challenge. At the end of their useful life, tires are landfilled, recycled, or reused—either as is or after processing (e.g., by cutting or shredding). For example, they are used in playground surfaces, erosion control, flood control, stormwater treatment applications, and even incinerated for use as fuel. Many of the end-of-life uses of tires provide direct pathways for chemicals to migrate into the aquatic environment and may represent a source of contaminants like 6PPD and 6PPD-quinone. California's extensive efforts to reuse and recycle used tires may contribute to ongoing environmental releases and exposures to these contaminants.

While it is unclear exactly where and how 6PPD-quinone is formed, detections of 6PPD-quinone in California waterways clearly indicate that it is sufficiently persistent in aquatic systems for aquatic organisms to potentially be exposed. 6PPD-quinone has been measured in California streams at concentrations above those shown to kill at least half of coho salmon in laboratory experiments. The highest concentration of 6PPD-quinone measured to date in the San Francisco Bay Area came from a sample collected near a heavily trafficked road passing through a watershed that is approximately 90% open space, indicating that proximity to roads and associated tire wear particles may be more important than the extent of development of surrounding land. This indicates the potential for exposure of coho salmon and other aquatic organisms to lethal concentrations of 6PPD-quinone outside dense urban regions of the state if traffic patterns result in release of TWP to streams.

## Potential for Significant or Widespread Adverse Impacts

6PPD is toxic toward aquatic organisms at multiple trophic levels, can impair wildlife survival, and is toxic to algae. The chemical compound 6PPD-quinone, a reaction product of 6PPD, is acutely toxic to

coho salmon, including juveniles, and kills fish just a few hours after exposure. 6PPD-quinone has been identified as the causal agent in urban runoff mortality syndrome (URMS) observed in the Puget Sound area of Washington state, and it kills coho salmon as they migrate upstream, before they are able to spawn.

The presence of 6PPD in motor vehicle tires and its release to the aquatic environment has the potential to significantly impact two populations of coho salmon in California, one that is listed as endangered and the other that is threatened under the federal Endangered Species Act. The presence of 6PPD-quinone in California runoff and waterways at concentrations above levels that kill at least half of coho salmon in lab studies suggests that exposure to 6PPD-quinone may have contributed to the decline in the coho population over the past 60-70 years. California's Native American tribes and the state together have invested millions of dollars in an effort to retain and replenish coho populations. The presence of 6PPD-quinone in California's waterways continues to threaten the state's remaining coho salmon populations and may jeopardize the recovery of this species, which faces a number of additional challenges including climate change, habitat destruction and loss, and exposure to other contaminants found in urban runoff.

Given the very recent discovery of 6PPD-quinone, little is known about its effects on other aquatic organisms. However, it is potentially toxic to other economically important species that are closely related to coho such as Chinook salmon, steelhead, and the California golden trout. The decline of the coho population has adversely impacted important marine food webs. Coho salmon represent a food source for many marine organisms such as seals and sharks and are a source of ocean-derived nutrients to inland ecosystems. In addition to impacts to aquatic organisms, loss of coho salmon in California has significantly impacted California's Native American tribes. The loss of core traditional food sources for tribal communities can be tied to loss of culture, increased physical and mental health issues, and increased poverty.

While there are currently no regulations restricting the use of recycled tires related to the presence of 6PPD or 6PPD-quinone, increased regulatory scrutiny and public concerns for 6PPD and other tire-derived contaminants may limit future end-of-life applications, potentially hindering recycling efforts and interfering with the California Department of Resources Recycling and Recovery's (CalRecycle) legislative mandate to divert tires from landfills. Additionally, the presence of 6PPD-quinone in California waterways at concentrations proven to be lethal to coho salmon indicates that current stormwater handling practices are often insufficient for the removal of 6PPD-quinone. If 6PPD or 6PPD-quinone were to be regulated in stormwater, many municipalities would have to adopt expensive special handling measures to meet discharge limits and ensure protection of local waterways.

## 2. PRODUCT DEFINITION AND SCOPE

*This section describes the product that forms the basis for the proposed product-chemical combination.*

"Motor vehicle tires containing N-(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD)" means a motor vehicle tire, as defined below, that contains the chemical N-(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD). "Tire" means any product that can be described or observed as a covering for a wheel, usually made of rubber reinforced with cords of nylon, fiberglass, or other material, whether filled with compressed gas (such as air or nitrogen), solid, or non-pneumatic (airless).

"Motor vehicle tire" means any tire, as defined above, that is intended for use on light-duty vehicles (passenger cars, light trucks, vans, and sport utility vehicles); motorcycles; motor homes; medium- and heavy-duty trucks; buses; and trailers (including trailer coaches, park trailers, and semitrailers). "Motor vehicle tire" also means tire tread material, which is defined as circular or linear precured tread and raw rubber solely for use in mold cure retreading of a tire.

"Motor vehicle tire" does not mean a motor vehicle on which tires have been installed or a tire intended for exclusive use on non-motorized vehicles such as bicycles, including electric bicycles. It also does not mean a tire intended for exclusive use on off-road vehicles including aircraft; vehicles intended exclusively for off-road (e.g., dirt track) use; construction and agricultural equipment such as excavators, paving equipment, tractors, combines, bulldozers, and skidders (but not farm labor vehicles); industrial equipment such as forklifts, airport service equipment, and ice-grooming machines; and military vehicles (except those that are equivalent to civilian vehicles covered by this product definition, such as light-duty vehicles used as staff cars, buses, and delivery vehicles). Additionally, "motor vehicle tire" does not mean the used component(s) of a retreaded tire; however, the new tire tread material that is used in a retreaded tire is included in the definition.

## 3. CANDIDATE CHEMICAL DEFINITION AND PROPERTIES

*This section introduces the Candidate Chemical (or Chemicals) in the proposed product-chemical combination.*

N-(1,3-Dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD) is included on DTSC's Candidate Chemicals List (DTSC 2021c). 6PPD is synthesized by reduction of either p-nitro- or p-nitrosodiphenylamine to form 4-aminodiphenylamine (4-ADPA), followed by reaction with methyl isobutyl ketone and hydrogenation over a catalyst (OSPAR Commission 2006; PubChem 2021). 6PPD is a dark brown to violet solid at room temperature, and 6PPD or mixtures containing 6PPD are sold as pellets, pastilles, and in liquid form (OSPAR Commission 2006; Eastman Chemical Company 2021a; PubChem 2021).

*Figure 1. Chemical structure of 6PPD.*

Chemical Abstract Service Registry Number (CASRN): 793-24-8

Chemical formula: $C_{18}H_{24}N_2$

IUPAC name: 4-N-(4-methylpentan-2-yl)-1-N-phenylbenzene-1,4-diamine (PubChem 2021)

Synonyms:

- 4-N-(4-methylpentan-2-yl)-1-N-phenylbenzene-1,4-diamine (PubChem 2021)
- 1,4-benzenediamine, N-(1,3-dimethylbutyl)-N'-phenyl (PubChem 2021)
- 4-(dimethylbutylamino)diphenylamine (ECHA 2021a)
- N-(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine (ECHA 2021a)
- N-(4-Methyl-2-pentyl)-N'-phenyl-1,4-benzenediamine (ECHA 2021a)
- N-(4-Methyl-2-pentyl)-N'-phenyl-1,4-diaminobenzene (ECHA 2021a)
- N-dimethylbutyl-N'-phenyl-p-phenylenediamine (ECHA 2021a)
- 6PPD (PubChem 2021)
- 6-PPD (Wagner et al. 2018)
- HPPD (Lattimer et al. 1983)

Other identifiers (PubChem 2021)

- Pubchem Identifier for 6PPD: CID 13101
- European Community Number = 212-344-0
- InChI = 1S/C18H24N2/c1-14(2)13-15(3)19-17-9-11-18(12-10-17)20-16-7-5-4-6-8-16/h4-12,14-15,19-20H,13H2,1-3H3
- InChIKey = ZZMVLMVFYMGSMY-UHFFFAOYSA-N
- Distributed Structure-Searchable Toxicity (DSSTox) Substances ID = DTXSID9025114

6PPD is an antidegradant (antioxidant and antiozonant) added to tire rubber to protect the rubber polymer from reaction with oxygen ($O_2$) and ozone ($O_3$) (OSPAR Commission 2006; PubChem 2021). Oxidation renders tire rubber brittle, leading to the formation of cracks, particularly under dynamic stress, which can compromise the performance and safety of tires (Cox 1959; Braden and Gent 1962). Several qualities of 6PPD make it an optimal antidegradant for tires, including its solubility and mobility

in rubber, reactivity with ozone, and compatibility with the suite of chemicals and processes used to create tires (USTMA 2021c). 6PPD is also used to protect the rubber in transmission belts, hoses, automotive mounts and bushings, and other mechanical products (OSPAR Commission 2006). It is one of several para-phenylenediamine (PPD) additives used to protect rubber materials (Kruger et al. 2005).

## Relevant Physicochemical Properties

*Reference: California Code of Regulations, title 22, section 69503.3(a)(1)(D).*

*Physicochemical properties can be helpful in predicting a chemical's behavior. A chemical's behavior in humans, wildlife, ecosystems, and the environment may indicate potential adverse public health and environmental impacts.*

The physicochemical properties of 6PPD outlined in Table 1 make it very well suited for use as an antidegradant in tires. Critically, 6PPD is able to diffuse or "bloom" through the rubber to the surface of the tire, where it protects the rubber polymer against oxidation (Cox 1959; Lattimer et al. 1983; Lewis 1986). Importantly, this diffusion must happen quickly enough to offer protection but slowly enough to last for the life of the tire (Lewis 1986). After diffusion, ozone preferentially reacts with 6PPD as opposed to the tire rubber, preventing ozone-induced degradation of the rubber (Cox 1959), and forming a protective film along the outside of the tire that further protects the rubber polymer from cracking (Cox 1959; Lattimer et al. 1983).

*Table 1. Relevant physicochemical properties of 6PPD. All values were obtained from PubChem (2021), unless otherwise noted.*

| Property | Value |
|---|---|
| Physical state | Solid, dark violet flakes |
| Molecular weight | 268.4 g/mol |
| Density | 1.02 g/ml |
| Vapor pressure | Negligible at 25 °C |
| Melting point | 45 – 50 °C |
| Boiling point | 260 °C (500 °F) at 760 mm Hg, calculated 354-412 °C (U.S. EPA 2021a) |
| Water solubility | Reported values variable but all between 0.5 and 2 mg/L (Klöckner et al. 2020; ECHA 2021a; Hiki et al. 2021) |
| Log $K_{ow}$ | Estimated value 4.68 (OSPAR Commission 2006; Klöckner et al. 2020) |
| Log $K_{oc}$ | 4.84 |

The water solubility of 6PPD reported in the literature is variable but ranges from 0.5 to 2 mg/L (Klöckner et al. 2020; ECHA 2021a; Hiki et al. 2021). This variability may be due to 6PPD's high

susceptibility to hydrolysis and short half-life in water (see the Environmental Fate section below). Regardless of the observed variability, 6PPD's water solubility is low.

## Environmental Fate

*Reference: California Code of Regulations, title 22, section 69503.3(a)(1)(E).*

*Environmental fate describes a chemical's mobility in environmental media, transformation (physical, chemical, or biological), or accumulation in the environment or biota. A chemical's environmental fate in air, water, soil, and living organisms relates to its exposure potential hazard traits, as defined in the California Code of Regulations, Title 22, Chapter 54.*

The estimated Henry's Law constant of 6PPD is 7.43 X $10^{-4}$ at 25 °C, which suggests that it has moderate potential to volatilize from surface waters (OSPAR Commission 2006). OSPAR (2006) summarizes research indicating no gaseous emissions of 6PPD from tires; however, it is unclear if that is due to lack of volatility from tires or rapid degradation of 6PPD once released. Generation and release of TWP is most likely the predominant way that 6PPD enters the environment (see the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section, below). Detection of 6PPD on atmospheric particles (Wu et al. 2020) indicates that, while its vapor pressure is negligible, 6PPD may be present in air adsorbed to suspended particles or through resuspension of TWP or tire and road wear particles (TRWP) (see the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section, below). The organic carbon partition coefficient ($K_{oc}$) value for 6PPD suggests a tendency for 6PPD to sorb to soils, sediments, and suspended particulate matter once released to the environment (OSPAR Commission 2006). Therefore, leaching of 6PPD through soil to groundwater is unlikely (OSPAR Commission 2006). Fugacity modeling suggests that, upon release to the environment, 95% of 6PPD will go to soil, 2% to water, and 2% to sediment (OECD 2012).

6PPD has a calculated bioconcentration factor (BCF) of 801, suggesting that it has a moderate potential for bioaccumulation in aquatic organisms (OSPAR Commission 2006). However, under the criteria in California Code of Regulations (CCR), title 22, section 69405.2, only chemicals with BCFs above 1,000 are considered bioaccumulative.

Hydrolysis, initiated via reaction with oxygen species, and photodegradation are believed to be the major means of environmental transformation for 6PPD (OSPAR Commission 2006). 6PPD readily reacts with oxygen and ozone, as further detailed in the 6PPD Antidegradant Mechanism section. The fact that 6PPD is detected in tire eluates and road dust, but rarely in road runoff or associated sediments, suggests that most of the reaction of 6PPD with oxygen or ozone happens on the surface of the tire or road (OSPAR Commission 2006; Klöckner et al. 2020). However, the paucity of measurements of 6PPD in runoff and sediments may also reflect the challenges of analyzing such a reactive compound.

## Abiotic Degradation

In the atmosphere, 6PPD undergoes indirect photodegradation via rapid reaction with hydroxyl radicals, resulting in a half-life in air on the order of one to two hours (OSPAR Commission 2006; ECHA 2021a). 6PPD absorbs UV-B radiation and is also expected to undergo rapid direct photolysis (OSPAR Commission 2006) on a surface, such as that of a tire, in direct sunlight (OECD 2012).

6PPD is highly reactive with oxygen in water, and the reaction rate can be affected by a number of parameters including the presence of metals, pH, temperature, and sunlight (OSPAR Commission 2006). Reported half-lives range from 3.4 hours to less than a day (OSPAR Commission 2006; ECHA 2021a; Hiki et al. 2021), with shorter half-lives noted in warmer waters and waters containing heavy metals (OSPAR Commission 2006; Hiki et al. 2021); however, long-term stability up to four weeks has been noted in cold conditions at a pH of 2 (OSPAR Commission 2006).

While primary transformation products have been relatively well characterized and are produced rapidly, secondary transformation products are less well understood (ECHA 2021a) and are not always recovered in degradation experiments (OSPAR Commission 2006). This suggests that primary transformation products, in particular 3-hydroxydiphenyl-amine and benzoquinone-monoimine, are more stable than the parent 6PPD (ECHA 2021a).

## Biotic Degradation

The degradation of 6PPD in many biodegradation studies is almost certainly by a combination of abiotic and biotic processes (OSPAR Commission 2006; ECHA 2021a). A comparison of 6PPD's half-life in various aquatic media indicates that degradation was fastest in biologically active river water (half-life of 2.9 hours), and slower, but still quite fast (half-life of 6.8 hours), in sterile deionized water (OSPAR Commission 2006).

6PPD does not meet the Organisation for Economic Co-operation and Development's (OECD) strict definition of *readily biodegradable*, calculated based on biological oxygen demand over 28 days (OECD 1992; OSPAR Commission 2006). However, 6PPD undergoes rapid loss via hydrolysis, as evidenced by its 92% removal over the same period (OSPAR Commission 2006), suggesting that abiotic processes are dominant. Further, a 6PPD degradation study indicated comparable loss of 6PPD in river water (97%) and sterilized river water (96%) over 22 hours, indicating that biotic degradation was minimal (ECHA 2021a).

## Degradation in Sediment

No information is available on the stability of 6PPD and its metabolites in sediment (OSPAR Commission 2006). However, its strong tendency to adsorb to organic matter suggests that 6PPD may

persist in sediments in aquatic ecosystems (OSPAR Commission 2006). 6PPD bound to resuspended sediment in rivers is expected to eventually undergo photodegradation and hydrolysis (OSPAR). Nonetheless it has been suggested that until further evidence is obtained, 6PPD should be considered persistent in sediments, and future monitoring of 6PPD in the marine environment should take the sediment phase into account (OSPAR Commission 2006).

## Degradation in Soil

No experimental data is available for the degradation of 6PPD in soil, but a half-life of 1,800 hours has been predicted using the U.S. Environmental Protection Agency's (U.S. EPA) Estimation Program Interface (EPI) Suite (ChemSpider 2021). Photodegradation, mentioned above, is almost certainly a predominant mechanism for 6PPD loss in surficial soils (OSPAR Commission 2006).

## Removal During Wastewater Treatment

Little data exist on the ability of wastewater treatment plants to remove 6PPD or 6PPD-quinone. One report summarized by OSPAR (2006) suggests that 6PPD is at least 96% removed during wastewater treatment, but it is unclear if this is attributable to sorption to solids or degradation.

# Degradation, Reaction, or Metabolic Products of Concern

*Reference: California Code of Regulations, title 22, section 69503.3(a)(1)(G).*

*A Candidate Chemical may degrade, form reaction products, or metabolize into other chemicals that have one or more hazard traits. These metabolites, degradation products, and reaction products (which may or may not be Candidate Chemicals) may cause different adverse impacts from those of the parent chemical. In some cases, a Candidate Chemical's degradation or reaction products or metabolites may have the same hazard trait, and may be more potent or more environmentally persistent, or both, than the parent chemical. In such cases, adverse impacts may be more severe, or may continue long after, the Candidate Chemical's release to the environment.*

6PPD is a Candidate Chemical under Article 2 of the Safer Consumer Products Program[5] and is used in tires to protect the rubber from degradation by oxygen and ozone. While the Safer Consumer Products framework regulations provide only for a Candidate Chemical to be listed as a Chemicals of Concern in a Priority Product, they allow the SCP Program to consider the potential adverse impacts of exposure to degradation, reaction, or metabolic products of a Candidate Chemical in prioritizing product-chemical combinations for possible regulation.[6]

---

[5] California Code of Regulations, title 22, Division 4.5, Chapter 55, Article 2, section 69502.2
[6] California Code of Regulations, title 22, Division 4.5, Chapter 55, Article 3, section 69503.3

While the chemistry of 6PPD's reactions with oxygen species is not entirely clear (see the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section below), it is evident that oxygen and ozone react with 6PPD more readily than with rubber polymers.

Once released into the environment, hydrolysis and photodegradation are believed to be the major means of environmental transformation for 6PPD (OSPAR Commission 2006). Some of the known or suspected hydrolytic reaction products, including those generated via reaction with ozone, are listed below.

- 4-hydroxydiphenylamine (CASRN 122-37-2) (OSPAR Commission 2006; Hiki et al. 2021)
- N-phenyl-p-benzoquinone monoimine (CASRN 2406-04-4) (OSPAR Commission 2006)
- 1,3-dimethylbutylamine (CASRN 108-09-8) (OECD 2004; OSPAR Commission 2006)
- N-(1,3-dimethylbutyl)-N'-(phenyl)-1,4-benzoquinonediimine (6QDI, CASRN 52870-46-9) (ECHA 2021a)
- 4-anilinophenol (CASRN 122-37-2) (OECD 2004)
- p-benzoquinone (CASRN 106-51-4) (OECD 2004)
- 2-anilino-5-[(4-methylpentan-2-yl)amino]cyclohexa-2,5-diene-1,4-dione (6PPD-quinone, PubChem Identifier CID 154926030) (Tian et al. 2021)
- p-hydroquinone (ECHA 2021a)
- imino benzoquinone nitrone (OECD 2004)
- benzoquinone dinitrone (OECD 2004)
- 4-nitroso-N-phenyl-aniline (CASRN 156-10-5) (OECD 2004)
- 1,3-dimethylbutanol (OECD 2004)

The toxicological hazard traits and endpoints for these reaction products are for the most part not known. However, available data for N-phenyl-p-benzoquinone monoimine; 1,3-dimethylbutylamine; and 4-hydroxydiphenylamine indicate that they would not be considered bioaccumulative under the SCP regulatory framework (OSPAR Commission 2006; OECD 2012).

### *6PPD-Quinone*

Tian et al. (2021) recently demonstrated that 6PPD can react with ozone under certain conditions to produce a reaction product implicated in mass die-offs of coho salmon: 6PPD-quinone. However, many questions remain about how and where 6PPD-quinone formation occurs (see the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section). Preliminary analyses indicate that 6PPD-quinone is found on the exterior surfaces of tires, with the highest concentrations on the sidewalls (Patterson 2021).

*Table 2. Select physicochemical properties of 6PPD-quinone. Values are predictions from U.S. EPA's EPI Suite software (U.S. EPA 2021b), unless otherwise noted.*

| Property | Value |
|----------|-------|
| Molecular weight | 298.39 g/mol |
| Vapor pressure | Negligible at 25 °C |
| Melting point | 169.18 °C |
| Boiling point | 430.19 °C |
| Water solubility | 51.34 mg/L at 25 °C (U.S. EPA 2021b), 0.067 ± 0.05 mg/L (Hiki et al. 2021) |
| Log $K_{ow}$ | 3.98 (U.S. EPA 2021b), between 5 and 5.5 (Tian et al. 2021) |
| Log $K_{oc}$ | 3.928 |

Tian et al. (2021) cite a predicted log $K_{ow}$ for 6PPD-quinone between 5 and 5.5, while U.S. EPA's EPI Suite software predicts a log $K_{ow}$ of 3.98 (U.S. EPA 2021b). This is supported by findings from Spromberg et al. (2016) that stormwater which has passed through soil media used in bioretention treatments is not toxic to coho salmon, suggesting that 6PPD-quinone binds to particles.

EPI Suite also predicts a water solubility of 51.34 mg/L, indicating that 6PPD-quinone is more water soluble than 6PPD (U.S. EPA 2021b). However, Hiki et al. (2021) reported an experimentally-determined maximum water solubility of only 0.067 ± 0.05 mg/L for 6PPD-quinone, versus 0.563 ± 0.204 µg/L for 6PPD. These data indicate that the water solubility of 6PPD-quinone may be significantly lower than originally estimated. Given the discrepancy between the predicted and observed water solubilities, additional research is needed to characterize the other physicochemical properties of 6PPD-quinone beyond those predicted by EPI Suite (Table 2).

There are no environmental fate data available for 6PPD-quinone, but monitoring data of 6PPD-quinone in surface water (see Indicators of Potential Exposures to the Candidate Chemical section) suggest it persists in aquatic environments longer than 6PPD, and long enough for exposure to aquatic organisms to induce toxic effects. Hiki et al. (2021) derived a half-life for 6PPD-quinone of 33 hours at 23 °C in dechlorinated tap water, compared to five hours for 6PPD. After four hours, the authors detected 6PPD-quinone in the 6PPD solution, which was attributed to formation from 6PPD. Consistent with previous reports, they also detected the 6PPD degradation product 4-hydroxydiphenylamine (OSPAR Commission 2006). Tian et al. (2021) found that leachate from TWP remained toxic after it was heated to 80 °C for 72 hours, suggesting that 6PPD-quinone remains stable under these conditions, given that it was identified as the causal agent of the observed toxicity. The presence of oxygen atoms in the structure of 6PPD-quinone suggests that it may also be more mobile in the environment than 6PPD (Kolodziej 2021).

*Figure 2: Reaction of 6PPD with ozone ($O_3$) to produce 6PPD-quinone. The dashed arrow indicates that this reaction follows an unknown path.*

California receives little precipitation for much of the year, especially during the summer, when ground-level ozone concentrations are highest (Cataldo 2019). The large and steady flux of 6PPD to roadways and adjacent areas during these long dry periods, combined with high ozone concentrations, may create conditions that allow for significant 6PPD-quinone formation.

## Hazard Traits and Environmental or Toxicological Endpoints

*Reference: California Code of Regulations, title 22, section 69503.3(a)(1)(A).*

*The hazard traits and environmental or toxicological endpoints summarized in this section are defined in the SCP Regulations sections 69501.1(a)(36) and (33), respectively, both of which refer to the Office of Environmental Health Hazard Assessment's Green Chemistry Hazard Trait Regulations (California Code of Regulations, Title 22, Chapter 54). These include exposure potential, toxicological, and environmental hazard traits.*

While 6PPD is an ingredient in tires and is the Candidate Chemical DTSC proposes to regulate, the proposal to list 6PPD in motor vehicle tires as a Priority Product is largely driven by the toxicity of its transformation product, 6PPD-quinone, to coho salmon and, possibly, to other aquatic species. As such, hazard traits of both chemicals are analyzed separately in the following section. Because 6PPD is highly reactive (OECD 2004; OSPAR Commission 2006), exposure of organisms to 6PPD is likely to also include exposure to its environmental transformation products. Consequently, decoupling the toxicological effects of 6PPD and those of its transformation products is difficult. Toxicological outcomes of 6PPD exposure likely depend on environmental context, and one should assume an uncertain degree of co-exposure to 6PPD's transformation products, including 6PPD-quinone.

### *Environmental Hazard Traits*

#### 6PPD

6PPD exhibits phytotoxicity toward algae and impairs wildlife survival at multiple trophic levels (Table 3) (OSPAR Commission 2006). A 96-hour acute fish toxicity experiment using Organisation for Economic Co-operation and Development (OECD) test guideline (TG) 203 determined a median lethal

concentration ($LC_{50}$) of 0.028 mg/L for medaka (*Oryzias latipes*) (OECD 2004; OSPAR Commission 2006). A chronic toxicity study following OECD TG 210 identified a 30-day no-adverse-effect concentration (NOEC) of 0.0037 mg/L for medaka, although supporting information such as exposure system was not specified (ECHA 2021a). The 1986 Monsanto Safety Data Sheet for 6PPD indicates 96-hour $LC_{50}$ values of 0.14 mg/L for trout (species unspecified) and 0.4 mg/L for bluegill (*Lepomis macrochirus*), also with no supporting information on exposure system (Monsanto Company 1986). A prolonged exposure study using U.S. EPA Methods for Acute Toxicity Tests with Fish, Macroinvertebrates and Amphibians determined a 28-day $LC_{50}$ of 0.15 mg/L for the fathead minnow (*Pimephales promelas*) (OECD 2004; OSPAR Commission 2006).[7] For the water flea (*Daphnia magna*), a planktonic crustacean, a static exposure experiment using U.S. EPA methods determined a 48-hour $LC_{50}$ of 0.82 mg/L and a NOEC of 0.56 mg/L at nominal concentrations (OSPAR Commission 2006). Using *D. magna* immobilization or mortality as endpoints, a flow-through exposure using OECD TG 202 methods determined a 24-hour median effective concentration ($EC_{50}$) of 0.4 mg/L, a 48-hour $EC_{50}$ of 0.23 mg/L, and a 48-hour NOEC of 0.05 mg/L (OECD 2004; OSPAR Commission 2006). In a study based on U.S. EPA methodology (Algal Assay Procedure: Bottle Test) using the green alga *Selenastrum capricornutum*, a 96-hour $EC_{50}$ of 0.6 mg/L and NOEC of 0.2 mg/L was determined based on decreased cell count (OECD 2004; OSPAR Commission 2006). The effect of 6PPD on micro-organisms was tested in an activated sludge study conducted according to International Organization for Standardization (ISO) 8192 standards; a three-hour $EC_{50}$ of 420 mg/L (presumed nominal concentration) was determined based on decreased oxygen consumption (OECD 2004; OSPAR Commission 2006). This value indicates that 6PPD is nonhazardous to waste management organisms under aquatic toxicity criteria set forth by the Globally Harmonized System of Classification and Labelling of Chemicals (GHS) based on an $EC_{50}$ less than or equal to 100 mg/L for aquatic species (United Nations 2019). However, based on even the most conservative of the acute toxicity values described for aquatic plants and animals, 6PPD meets the criteria for designation as a Category Acute 1 aquatic toxicant, which is the most hazardous GHS classification (United Nations 2019).

---

[7] The *P. promelas* aquatic toxicity study was flagged for "significant methodological deficiencies" in the OECD Screening Information Dataset Initial Assessment Report for 6PPD due to elevated ammonia levels, undisclosed concentrations of acetone solvent, and unexplained 6PPD contamination in controls that was observed starting at day 21 (OECD 2004). Despite its shortcomings, this study was nonetheless designated as "critical" by OECD and was similarly cited by OSPAR (OECD 2004; OSPAR Commission 2006).

*Table 3. Toxicity values from experimental studies that assessed lethal and sublethal effects of 6PPD on aquatic organisms. (Monsanto Company 1986; OECD 2004; OSPAR Commission 2006; ECHA 2021a). Note that the reactive nature of 6PPD likely results in co-exposure with its transformation products including 6PPD-quinone.*

| Species | Exposure | Measured Parameter | Result (Citation) |
|---------|----------|--------------------|--------------------|
| Medaka (*Oryzias latipes*) | Flow-through | 96-hour $LC_{50}$ | 0.028 mg/L (effective) (a, b) |
| | Unspecified | 30-day NOEC | 0.0037 mg/L (presumed nominal) (c) |
| Trout (Species unspecified) | Unspecified | 96-hour $LC_{50}$ | 0.14 mg/L (presumed nominal) (d) |
| Bluegill (*Lepomis macrochirus*) | Unspecified | 96-hour $LC_{50}$ | 0.4 mg/L (presumed nominal) (d) |
| Fathead minnow (*Pimephales promelas*) | Flow-through | 28-day $LC_{50}$ | 0.15 mg/L (effective)[5] (a,b) |
| Water flea (*Daphnia magna*) | Static | 24-hour $LC_{50}$ | 1.0 mg/L (nominal) (a,b) |
| | Static | 48-hour $LC_{50}$ | 0.82 mg/L (nominal) (a,b) |
| | Static | 48-hour NOEC | 0.56 mg/L (nominal) (a,b) |
| | Static | 48-hour NOEC Immobilization (6PPD prepared fresh) | 0.25 mg/L (nominal) (a) |
| | Static | 48-hour $LC_{50}$ (6PPD prepared fresh) | 0.51 mg/L (nominal) (a,b) |
| | Static | 48-hour NOEC Immobilization (6PPD aged 24 h) | >1.0 mg/L (nominal) (a,b) |
| | Flow-through | 24-hour $EC_{50}$ Mortality/immobilization | 0.4 mg/L (effective) (a,b) |

| | Flow-through | 48-hour EC$_{50}$ Mortality/immobilization | 0.23 mg/L (effective) (a,b) |
|---|---|---|---|
| | Flow-through | 48-hour NOEC Mortality/immobilization | 0.05 mg/L (effective) (a,b) |
| Green alga (*Selenastrum capricornutum*) | Static | 96-hour NOEC Cell count | ~0.2 mg/L (nominal) (a) |
| | Static | 96-hour EC$_{50}$ Cell count | 0.6 mg/L (nominal) (a,b) |
| Activated sludge (Micro-organisms) | Static | 3-hour EC$_{50}$ O$_2$ consumption | 420 mg/L (presumed nominal) (a,b) |

(a) OSPAR 2006
(b) OECD 2004
(c) ECHA 2021
(d) Monsanto Company 1986

A more recent study evaluated the aquatic toxicity of 6PPD in zebrafish (*Danio rerio*) embryos, medaka (*O. latipes*), water flea (*Daphnia magna*), and an amphipod (*Hyalella azteca*) (Hiki et al. 2021). Toxicity of 6PPD was evaluated at its concentration of maximum solubility in water for each respective assay; these concentrations were reported as time-weighted average (TWA) concentrations relative to the duration of the respective test (Hiki et al. 2021). No mortality was observed in a 96-hour assay for zebrafish at 0.137 mg/L TWA, although sublethal effects included decreased hatch rate, decreased total body length, and lateral spine curvature (Hiki et al. 2021). For medaka, 80% mortality was observed in a 96-hour assay at 0.107 mg/L TWA (Hiki et al. 2021). Additionally, all medaka exposed to 6PPD exhibited "abnormal swimming behavior (e.g., surfacing or swimming at the bottom) within 1 hour of exposure" (Hiki et al. 2021). For aquatic invertebrates, a 48-hour assay for *D. magna* resulted in 100% mortality at 0.138 mg/L TWA, while a 96-hour assay for *H. azteca* resulted in 100% mortality at 0.286 mg/L TWA (Hiki et al. 2021). Another larval zebrafish study found that 6PPD was not toxic at the environmentally relevant concentration of 0.001 mg/L in a 96-hour assay, but it could alter larval behavior and reduce eye size at 0.01 mg/L and reduce swim bladder size at 0.025 mg/L (Varshney et al. 2021).

Due to the chemical's instability in water, organisms exposed to 6PPD in aquatic toxicity studies are also exposed to its degradation products (OECD 2004; OSPAR Commission 2006). A degradation toxicity study with *D. magna* examined how the aquatic instability of 6PPD under aerobic conditions

affected its toxicity toward aquatic organisms (OECD 2004; OSPAR Commission 2006). *D. magna* were exposed to a freshly prepared 6PPD medium in parallel with an aged 6PPD medium that had been continuously stirred for 24 hours at room temperature (equivalent to approximately two half-lives) (OECD 2004; OSPAR Commission 2006). While the freshly prepared 6PPD medium had a NOEC of 0.25 mg/L, the solution aged under stirring did not produce any effects at the maximum soluble concentration (NOEC > 1.0 mg/L) (OECD 2004; OSPAR Commission 2006). Information on the presence of specific degradation products in the aged medium was not available, although it was presumed that 6PPD was detoxified through oxidation and/or hydrolysis (OECD 2004; OSPAR Commission 2006). Because only *D. magna* was used in this study, it is uncertain whether 6PPD degradation products formed under these conditions would also exhibit decreased toxicity toward other aquatic species.

## 6PPD-Quinone

As described above, the ozonation of 6PPD produces a reaction product, 6PPD-quinone. In aquatic environments, 6PPD-quinone is known to impair wildlife survival and contributes to loss of biodiversity (Table 4). 6PPD-quinone is particularly toxic to coho salmon and persists long enough in the environment to exert adverse effects (Tian et al. 2021). This reaction product is associated with TWP leachate and has been identified in creeks in Washington and California at physiologically relevant levels (Tian et al. 2021). 6PPD-quinone was recently identified as the primary causative agent of URMS in coho populations in the Puget Sound area (Tian et al. 2021). Behavioral symptoms of URMS occur within a few hours of exposure to urban runoff and include "erratic surface swimming, gaping, fin splaying, and loss of orientation and equilibrium" (Scholz et al., 2011). Physiological changes in symptomatic coho were indicative of acute stress and hypoxia and included increased hematocrit and dysregulation of blood plasma ions (McIntyre et al., 2018). Mortality occurs within a few hours of exposure to urban runoff (Scholz et al. 2011). Symptomatic coho are moribund and do not recover if transferred to clean water (Chow et al. 2019).

Synthetically produced 6PPD-quinone (approximately 98% purity) is acutely toxic toward coho with an experimentally determined $LC_{50}$ of 0.79 ± 0.16 µg/L in juveniles (Tian et al. 2021). This closely matches the initial estimated $LC_{50}$ of 0.82 ± 0.27 µg/L of 6PPD-quinone derived from bulk roadway runoff and TWP leachate exposures (Tian et al. 2021). Tian et al. (2022) conducted follow-up analyses using a better characterized, commercially available 6PPD-quinone standard and have calculated a revised $LC_{50}$ of approximately 0.095 µg/L (Tian et al. 2022), indicating that 6PPD-quinone may be several times more toxic to coho than previously estimated. Environmental monitoring studies have measured 6PPD-quinone in California waterways at concentrations above the $LC_{50}$ (see the Indicators of Potential Exposure to the Candidate Chemical section for more details). Exposure to synthesized 6PPD-quinone produced behavioral symptoms consistent with observations of URMS in the field (Tian et al. 2021). These data indicate that 6PPD-quinone is the primary runoff constituent responsible for URMS (Tian et al. 2021). The observed toxicity of 6PPD-quinone toward coho demonstrates that it impairs wildlife

survival (CCR, title 22, section 69404.9). URMS affects juvenile coho as well as adults returning to spawn in freshwaters (McIntyre et al. 2018; Chow et al. 2019). These adults are often stricken with URMS prior to spawning, with dead or moribund females having retained more than 90% of their eggs (Scholz et al. 2011). For a given watershed in the Puget Sound area, URMS is responsible for the annual loss of up to 90% of fall runs of spawner coho returning to freshwaters (Spromberg and Scholz 2011). Modeling indicates that population abundances of coho cannot be maintained at this rate of loss (Spromberg and Scholz 2011). Consequently, 6PPD-quinone contributes to the loss of biodiversity in affected waterways (CCR, title 22, section 69404.4). While it is also expected that 6PPD-quinone is not uniquely toxic to coho, a recent study evaluating aquatic toxicity of 6PPD-quinone at its maximum water solubility did not observe adverse effects on zebrafish embryos, medaka, *D. magna*, or *H. azteca* (Tian et al. 2021; Hiki et al. 2021).

*Table 4. Environmental hazard traits, and associated relevant indicators, for 6PPD-quinone. Defined in CCR title 22, chapter 54.*

| Environmental Hazard Trait | Relevant Indicators |
|---|---|
| Wildlife survival impairment (CCR title 22 section 69404.9) | Indicators include but are not limited to death; aquatic or terrestrial toxicity; other organ/system specific toxicities; nonspecific toxicities such as narcosis, behavioral impacts, increased susceptibility, or changes in population viability. |
| Loss of genetic diversity, including biodiversity (CCR title 22 section 69404.4) | Indicators include but are not limited to reduction in the abundance of species within a community, assemblage, or ecosystem or the genetic makeup of local populations. |

The mechanism of action by which 6PPD-quinone causes URMS is not yet established. However, a recent study found that exposure to urban runoff compromised the blood-brain barrier (BBB) of juvenile coho salmon that exhibited URMS (Blair et al. 2021). The BBB is a physical barrier that selectively regulates the transport of molecules between circulating blood and the central nervous system (Blair et al. 2021). This barrier allows passage of nutrients and oxygen from the blood to the brain tissue while protecting the central nervous system from many other chemicals, pathogens, and endogenous substances (i.e., chemicals produced in the body) that are harmful to these cells (Blair et al. 2021). The BBB is critical to the functioning of neurons, and severe disruption of the BBB is fatal (Blair et al. 2021). Under normal circumstances, the permeability (ability to pass molecules) of the BBB is limited. Disruption of the BBB can increase permeability and result in leakage of blood plasma and larger molecules (e.g., proteins) into the brain. Increased permeability of the BBB can be observed by

intracardial injection with a dye that preferentially binds serum albumin, followed by intracardiac perfusion (i.e., displacement of blood) with saline solution (Blair et al. 2021).

In juvenile coho salmon that exhibited symptoms of URMS during laboratory-controlled exposure to urban runoff, fluorescence imaging showed that accumulation of dye in the brain and olfactory rosettes was three orders of magnitude greater in the runoff-exposed fish than in fish from the control group (Blair et al. 2021). This indicated that exposure to urban runoff increased the permeability of the BBB, which resulted in the leakage of blood plasma and associated molecules into the central nervous system (Blair et al. 2021). Because plasma loss can result in elevated hematocrit, it may at least partly explain why studies have observed increased hematocrit in coho afflicted with URMS (McIntyre et al. 2018; Chow et al. 2019; Blair et al. 2021). Increased permeability of blood vessels at the BBB can cause severe loss of plasma and unregulated entry of chemicals into the central nervous system, either of which can be lethal (Blair et al. 2021). The study concluded that increased vascular permeability was both necessary and sufficient to cause death (Blair et al. 2021). In a pilot study that used a higher concentration of dye, Blair et al. (2021) also reported that intracardial injection of dye into coho exposed to urban runoff resulted in visible dye leakage from the gills as well as dye presence in the anterior chamber of the eye. This suggests that vasculatures of the gills and other organs may be targets of urban runoff as well.

Although these studies provide insight into the toxic effects of 6PPD-quinone, the mechanism of action leading to URMS has not yet been conclusively demonstrated. The potential sublethal effects of urban runoff, particularly those mediated by disruption of the BBB, also remain to be explored. It has been proposed that the toxicity of 6PPD-quinone may be at least partly attributable to oxidative stress (Blair et al. 2021), although this has not yet been demonstrated. Quinones often, but not always, exhibit high redox activity *in vivo* and form reactive oxygen species (ROS). This can lead to oxidative stress that can damage DNA, proteins, lipids, and other biomolecules (Bolton et al. 2000; Blair et al. 2021). Oxidative stress can also initiate a cascade of molecular events leading to BBB dysfunction, including increased permeability of blood vessel tissue (Bolton et al. 2000; Blair et al. 2021). Higher densities of mitochondria, which naturally produce ROS, may increase the risk for oxidative stress in certain cell types such as cerebral endothelial cells (Bolton et al. 2000; Blair et al. 2021). Selective transport at the BBB is energy intensive, and endothelial cells at the BBB have higher densities of mitochondria than other parts of the circulatory system to meet these energy needs (Oldendorf and Brown 1975). Thus, these cells may be particularly vulnerable to oxidative stress (Blair et al. 2021). This is generally consistent with the target effect of urban runoff on BBB dysregulation and the symptoms of URMS in coho during laboratory 6PPD-quinone exposure (Blair et al. 2021); however, more evidence is needed to determine what role, if any, oxidative stress plays in the etiology of URMS.

Because the study by Blair et al. (2021) exposed coho salmon to urban stormwater, rather than pure 6PPD-quinone, one cannot definitively ascribe all observed toxicological effects to 6PPD-quinone.

However, given that 6PPD-quinone is the causal agent of URMS and many of the observed effects could plausibly contribute to its onset, the evidence strongly suggests that the effects of urban stormwater on vasculature and BBB function are most likely a consequence of 6PPD-quinone exposure (Blair et al. 2021). As described in the following section, 6PPD-quinone is structurally related to other quinones and may impact the physiology of coho salmon through reactivity with biological systems. It is therefore likely that 6PPD-quinone is a vascular and respiratory toxicant in coho whose effects may be exerted, at least partly, through oxidative stress. While this is a plausible hypothesis based on the available evidence, such a mechanism has not yet been demonstrated. It is also not fully understood how extraneous factors (e.g., additional stormwater contaminants) may contribute to the toxicity of 6PPD-quinone in coho. For a discussion on possible cumulative effects with other toxicants and environmental factors, refer to the [Potential for Significant or Widespread Adverse Impacts](#) section.

Another recent study found that exposure of developing zebrafish to 6PPD-quinone altered behavior at 96 hours post-fertilization (Varshney et al. 2021). Parameters such as distance travelled, velocity, and heading (a measure of motility and foraging-like behavior) were significantly decreased in zebrafish exposed to relatively high concentrations of 6PPD-quinone (up to 0.025 mg/L) (Varshney et al. 2021). Similar effects were observed in the 6PPD treatment group (Varshney et al. 2021). The authors hypothesized that behavioral effects in zebrafish larvae indicate an impact on the neuromotor pathway (Varshney et al. 2021), but more research is needed to determine the mode of action.

### *Exposure Hazard Traits*

#### 6PPD

Tissue concentrations of 6PPD have not yet been measured in any organisms, but its chemical properties and behavior in the environment may be used to infer bioaccumulative potential. Substances with a log $K_{OW}$ greater than or equal to 4 and a BCF greater than or equal to 1,000 may be designated with the bioaccumulation hazard trait (CCR, title 22, section 69405.6). Although 6PPD has a calculated log $K_{OW}$ of 4.68, it has a calculated BCF of 801 (Table 1) and is unstable in water as previously described (OECD 2004; OSPAR Commission 2006). 6PPD is therefore not considered bioaccumulative (OSPAR Commission 2006).

#### 6PPD-Quinone

As an emerging contaminant, little is understood about the exposure hazard traits of 6PPD-quinone, and its bioaccumulation has not yet been directly measured in the tissues of any organism. It has a predicted log $K_{OW}$ ranging between 3.98 and 5.5 (U.S. EPA 2021b; Tian et al. 2021), providing limited evidence for the bioaccumulation hazard trait.

## *Toxicological Hazard Traits*

This Profile is based on the potential for tire-derived 6PPD and its transformation product, 6PPD-quinone, to contribute to significant or widespread adverse impacts on aquatic organisms. The emphasis on harm toward aquatic organisms is in accordance with reports from authoritative organizations and the available literature (OECD 2004; OSPAR Commission 2006; Tian et al. 2021; Blair et al. 2021). Although this Profile is not based on the impacts of 6PPD or its transformation products on human health, DTSC has nonetheless conducted a brief review of known toxicological hazard traits. The review is not an exhaustive evaluation of all known studies, but it provides information for the most relevant toxicological hazard traits and endpoints identified in the summary profiles provided by OSPAR, OECD, and the European Chemicals Agency (ECHA) (OECD 2004; OSPAR Commission 2006; ECHA 2021a).

### 6PPD

6PPD has been shown to be acutely toxic through oral and dermal routes of exposure in animal studies, although at relatively high dosages (OECD 2004; OSPAR Commission 2006). In an OECD guideline study using rats, oral gavage of 6PPD dissolved in corn oil resulted in mortality within two to four days post-administration (OECD 2004). The median lethal dose ($LD_{50}$) was 893 milligrams/kilogram body weight (mg/kg bw) for female rats and 1005 mg/kg bw for male rats (OECD 2004). These values fulfill the criterion for Category 4 acute toxicity (relatively low concern) based on the GHS classification approach (United Nations 2019). Clinical signs of toxicity included hypoactivity, diarrhea, bradypnea (abnormally slow breathing), hypothermia, and a prone position, while necropsy revealed lesions in the respiratory and digestive tracts (OECD 2004). Because 6PPD is a lipophilic substance, its dissolution in corn oil likely increased its bioavailability in the OECD guideline study (OECD 2004; OSPAR Commission 2006). Other studies had observed higher $LD_{50}$ values, but they either did not use a lipophilic vehicle or did not disclose the vehicle used (OECD 2004). No OECD guideline studies were conducted for acute toxicity through the dermal route of exposure (OECD 2004). However, an $LD_{50}$ of greater than 3000 mg/kg bw/day was derived from a study using rabbits in which 6PPD was applied to the skin via plastic strips under a dressing (one rabbit per dose) (OECD 2004; OSPAR Commission 2006). Clinical signs of toxicity included reduced food consumption, hypoactivity, and lethargy (OECD 2004). No data were available to evaluate acute toxicity of 6PPD through an inhalation route of exposure (OECD 2004). Additionally, no experimental data were available to evaluate toxicokinetics and *in vivo* metabolism of 6PPD (OECD 2004). In summary, acute toxicity of 6PPD is moderate and low through the oral and dermal routes of exposure, respectively (OECD 2004; OSPAR Commission 2006). While this is important toxicological information, the SCP framework regulations do not specify acute toxicity as a hazard trait; therefore, DTSC would be unable to specify acute toxicity as one of 6PPD's hazard traits in the event it adopts regulations to list tires with 6PPD as a Priority Product.

Although prior studies had previously not identified reproductive effects in either rats or rabbits (OECD 2004; OSPAR Commission 2006), recent OECD TG 421 and 443 studies observed dose-dependent dystocia (difficult birth) related to 6PPD treatment in rats (ECHA 2021a). When dissolved in corn oil and administered by oral gavage, the no-observed-adverse-effect level (NOAEL, or the highest tested dose that does not produce a significant increase in adverse effects) for 6PPD was 7 mg/kg bw/day based on dystocia (ECHA 2021a). Citing the recent OECD TG 443 study, ECHA classifies 6PPD as a Category 1B reproductive toxicant (Category 1B) (ECHA 2021a). Based on observed reproductive effects and classification by an authoritative organization, 6PPD exhibits the hazard trait of reproductive toxicity (CCR, title 22, section 69402.5).

While developmental toxicity of 6PPD in mammalian models has not been conclusively demonstrated, a rabbit study following OECD TG 414 observed that three of 24 dams in the highest 6PPD treatment group (100 mg/kg bw/day) suffered post-implantation fetal loss. Additionally, dams in the 50 and 100 mg/kg bw/day treatment groups had decreased mean fetal weight (ECHA 2021a). These adverse effects were associated with a treatment-related decrease in, or cessation of, food consumption during the implantation period (ECHA 2021a). In rabbits, the restriction of food consumption alone is sufficient to induce abortions and decreased fetal weight (ECHA 2021a). While maternal toxic effects do not necessarily preclude developmental toxicity (United Nations 2019), the study could not discern whether the developmental effects were due to maternal feeding behavior or specific effects of 6PPD on the fetus (ECHA 2021a). As of this writing, 6PPD has not been determined to exhibit the developmental toxicity hazard trait (CCR, title 22, section 69402.3); the observed adverse outcomes for development may be secondary to maternal toxicity (ECHA 2021a).

Studies evaluating repeated oral intake of 6PPD in rats identified the liver and blood cells as the main targets of toxicity (OECD 2004; OSPAR Commission 2006). Two subacute studies, respectively spanning 28 and 48 days, evaluated toxicity through oral gavage of 6PPD dissolved in corn oil (OECD 2004; OSPAR Commission 2006). A NOAEL of 6 mg/kg bw/day and a lowest-observed-adverse-effect level (LOAEL, or the lowest tested dose that produces a significant increase in adverse effects) of 25 mg/kg bw/day were derived based on an increase in liver weight in both sexes and vacuolar degeneration of the liver and salivation in males (OECD 2004; OSPAR Commission 2006). One study also identified increased liver weight accompanied by periportal fatty change and indications of anemia in the 100 mg/kg bw/day treatment (OECD 2004). Two other studies administered 6PPD through feed and evaluated subchronic and chronic effects after 13 weeks and two years, respectively (OECD 2004; OSPAR Commission 2006). Primarily using data from the subchronic study, a NOAEL of 75 mg/kg bw/day and a LOAEL of greater than 75 mg/kg bw/day was derived based on anemia (OECD 2004; OSPAR Commission 2006). The higher NOAEL and LOAEL values in the feed studies may be at least partly due to reduced bioavailability compared to the gavage studies. Taken together, these studies indicate that 6PPD is a GHS Category 2 hepatotoxicant and hematotoxicant (United Nations 2019).

Based on these data, DTSC has determined that 6PPD exhibits the hepatotoxicity (CCR, title 22, section 69403.7) and hematotoxicity (CCR, title 22, section 69403.6) hazard traits.

Some studies have evaluated the toxicity of 6PPD to the skin and eye (OECD 2004). When undiluted 6PPD (amount unknown) was applied to clipped intact skin of rabbits under a dressing of plastic strips, erythema (redness) was apparent 24 hours after removal of the chemical with soap and water (OECD 2004). Another rabbit study found no skin irritation when 0.5 mL of undiluted 6PPD was applied to clipped intact or abraded skin under a semi-occlusive dressing for 24 hours (OECD 2004). While the skin-irritating potential of 6PPD is considered to be low to very low (OECD 2004; OSPAR Commission 2006), other studies suggest the potential for skin sensitization. Evaluation of skin sensitization in a guinea pig maximization test demonstrated medium to high sensitization potential as well as cross-sensitization to other "para group" chemicals (i.e., other PPDs) (OECD 2004; OSPAR Commission 2006). Similar observations were made in human population studies using patch tests, where some positive patch-test results may have been a consequence of para group cross-sensitization (OECD 2004; OSPAR Commission 2006). ECHA classifies 6PPD as a Category 1 skin sensitizer without subcategorization (ECHA 2021a). Eye irritating potential was evaluated in rabbits by application of 0.1 mL undiluted 6PPD to the eyes for 24 hours (OECD 2004). This caused slight ocular erythema, edema (swelling with fluid), and dullness of the cornea, along with "copious discharge" (OECD 2004). Effects to the iris and cornea had "cleared somewhat" by 24 hours post-exposure, while erythema and edema had resolved by the fifth day (OECD 2004). Another study also found eye irritation and both studies concluded that 6PPD is slightly irritating to the eye (OECD 2004). In summary, based on skin sensitizing potential of 6PPD and an authoritative organization's proposal to classify 6PPD as a skin sensitizing agent, there is evidence that 6PPD exhibits the dermatotoxicity hazard trait (CCR, title 22, section 69403.2). There is also evidence that 6PPD exhibits the ocular toxicity hazard trait (CCR, title 22, section 69403.13) based on slight eye irritation (ocular erythema, edema, cornea dullness, and discharge).

6PPD is clastogenic *in vitro* but not *in vivo*, and therefore is not likely to be genotoxic (OECD 2004; OSPAR Commission 2006). The only available *in vivo* studies that evaluated the carcinogenicity of 6PPD were insufficiently documented but found no indication that 6PPD is carcinogenic following long-term exposure (OECD 2004; OSPAR Commission 2006).

## 6PPD-Quinone

No studies are currently available to evaluate the human health effects of 6PPD-quinone exposure. However, SCP regulations allow consideration of suggestive evidence for evaluation of potential hazard traits, including "strong indications of the hazard trait from structure activity relationships" (CCR, title 22, section 69403.17b). Based on its chemical structure, the toxicological hazard traits of 6PPD-quinone include reactivity in biological systems (CCR, title 22, section 69403.15) and respiratory toxicity (CCR, title 22, section 69403.16). The rationale is provided in the following section.

# Structural or Mechanistic Similarity to Chemicals with Known Adverse Impacts

*Reference: California Code of Regulations, title 22, section 69503.3(a)(3).*

*Some chemicals may lack sufficient data to definitively establish presence or absence of harm. In such cases, DTSC may also consider data from other chemicals closely related structurally to the Candidate Chemical to identify potential public health and environmental impacts.*

The human exposure potential and toxicological hazards of 6PPD-quinone have not yet been evaluated directly. Because of this, DTSC has considered the chemical structure and other properties of 6PPD-quinone to provide some indication of its potential hazard traits. According to CCR, title 22, section 69403.15, "the reactivity in biological systems hazard trait is defined as the occurrence of rapid reactions with molecules in the body that lead to alterations in critical molecular function and ultimately adverse health outcomes." The SCP Regulations state that a chemical substance with "structural or mechanistic similarity to other chemical substances that are reactive in biological systems" may be considered to have this hazard trait (CCR, title 22, section 69403.15). 6PPD-quinone possesses a quinone functional group which imparts structural similarity to other chemical substances (quinones) that are extensively documented as reactive in biological systems (Bolton et al. 2000). Quinones are a ubiquitous and diverse class of compounds that may be found naturally, have an endogenous biochemical role, or may be metabolized from a parent aromatic compound (Bolton et al. 2000). Some, but not all, quinones are potent redox-active chemicals and may produce ROS including superoxide, hydrogen peroxide, and hydroxyl radicals (Bolton et al. 2000). This causes oxidative stress, a process that damages critical molecules such as DNA, proteins, and lipids, with the potential for other adverse molecular effects (Bolton et al. 2000). Quinones may also cause cellular damage through the alkylation of DNA and proteins (Bolton et al. 2000).

The structural relationship between 6PPD-quinone and other quinones suggests that 6PPD-quinone may act through toxicological mechanisms similar to other members of this chemical class (Blair et al. 2021), although this has not yet been demonstrated. As an example, an *in vitro* study of human lung epithelial cells found that five polyaromatic quinones (differing by quinone position as well as number of aromatic groups) induced concentration-dependent DNA damage, ROS production, and reduction of cell viability (Shang et al. 2014). These results suggest that the quinones evaluated in this study shared common mechanism(s) of action despite their structural diversity, consistent with the known properties of quinone functionality. Based on the chemical properties of the quinone functional group, the structure of 6PPD-quinone offers suggestive evidence that it exhibits the reactivity in biological systems hazard trait (CCR, title 22, section 69403.15). Similarly, the expected redox potential of the quinone (Bolton et al. 2000) in 6PPD-quinone's chemical structure, along with toxic effects of other quinones on human lung epithelial cells (Shang et al. 2014), offers suggestive evidence that the

structure of 6PPD-quinone imparts the respiratory toxicity hazard trait (CCR, title 22, section 69403.16). Confirmation that 6PPD-quinone imparts toxicity at least partly through oxidative stress will require additional research.

# 4. POTENTIAL FOR EXPOSURES TO THE CANDIDATE CHEMICAL IN THE PRODUCT

*Reference: California Code of Regulations, title 22, section 69503.3(b).*

*The SCP Regulations direct the Department to evaluate the potential for public or aquatic, avian, or terrestrial animal or plant organism exposure to the Candidate Chemical(s) in the product by considering one or more factors for which information is reasonably available.*

## Presence of the Candidate Chemical in the Product

*Reference: California Code of Regulations, title 22, section 69503.3(b)(2).*

*This subsection summarizes available information indicating the Candidate Chemical's presence in and release from the product.*

6PPD has been used in motor vehicle tires since the 1950s or 1960s (Eastman Chemical Company 2021b). New vehicle tires reportedly contain as much as 1 to 2% (10,000 to 20,000 μg/g) 6PPD (OSPAR Commission 2006; USTMA 2021c). However, certain tires, such as those that use silica as a filler material, may require higher amounts of 6PPD (Ignatz-Hoover et al. 2012). Additionally, Cox et al. (1959) indicate that higher antiozonant concentrations may be required in situations where tires are exposed to increased temperatures or ozone concentrations. DTSC is unaware of any motor vehicle tires (as defined in this Profile) sold or offered for sale in the U.S. or Europe that do not contain 6PPD. Preliminary analysis of 6PPD on the surface of a used tire found that over 50% of the total 6PPD was detected on the sidewall, compared to just over 40% on the tire tread (Patterson 2021). Some studies suggest that the 6PPD content of tires decreases by 90% or more as the tire ages (OSPAR Commission 2006; Unice et al. 2015) and 6PPD migrates to the surface where it reacts with ozone.

## Market Presence and Trends

*Reference: California Code of Regulations, title 22, sections 69503.3(b)(1)(A-C).*

*Product market presence information may be used as a surrogate to assess potential exposures to the Candidate Chemical in the product. This information may include statewide sales by volume or number of units, the intended use(s) of the product, and characteristics of the targeted customer base.*

Vehicle tires are ubiquitous in the United States and California. The United States tire manufacturing landscape, however, has changed dramatically over the last 70 years. Seventy-five percent of this United States industry—from 1982 to 1989 alone—faced takeover bids or ultimately restructured (Rajan et al. 2000). In 1971, United States-owned tire manufacturers produced nearly 60% of the world's tires (Rajan et al. 2000). Today that percentage has declined dramatically. Once-prominent companies such as Firestone and Uniroyal were acquired by foreign-owned corporations.

Most tires sold in the United States today are produced domestically by foreign-owned global tire manufacturers that operate production plants across the United States. The five largest global tire companies (based on revenues) with plants in the U.S. are Bridgestone, Goodyear, Sumitomo, Hankook, and Yokohama (Dun & Bradstreet 2021). Goodyear and Cooper represent the two most prominent tire companies headquartered in the U.S. The U.S.-owned tire manufacturing universe of competitors may shrink even further, as Goodyear announced plans in 2021 to acquire Cooper (Butcher 2021).

Two North American Industry Classification System (NAICS) codes—326211 and 441320—comprise Tire Manufacturing (except Retreading) and Tire Dealers, respectively. NAICS defines tire manufacturers as "establishments primarily engaged in manufacturing tires and inner tubes from natural and synthetic rubber." NAICS defines tire dealers as "establishments primarily engaged in retailing new and/or used tires and tubes or retailing new tires in combination with automotive repair services" (United States Office of Management & Budget 2017). According to data on these two NAICS codes, both the number of U.S. businesses in these sectors and their sales revenues remained relatively steady from 2012 to 2017 (United States Census Bureau 2012; United States Census Bureau 2017). The number of tire manufacturers rose from 111 to 119, while sales revenues fell from $20.2 billion to $18.3 billion (United States Census Bureau 2012; United States Census Bureau 2017). Over the 2015-2019 period, U.S. tire manufacturing industry revenues decreased at an annualized rate of 2.7% (IBISWorld 2020).

The number of tire dealers nationwide rose slightly from 20,300 in 2012 to 20,376 in 2017, while sales revenues remained stagnant at $33.4 billion (United States Census Bureau 2012; United States Census Bureau 2017). Only six tire manufacturers operated in California in 2017: Sumitomo, Toyo, Giti, McLaren Industries, Skat-Trak, and Carlstar Group (Dun & Bradstreet 2021). The same year, 2,248 tire dealers operated in the state (United States Census Bureau 2017).

The 13 members of the United States Tire Manufacturers Association (USTMA) operate 56 manufacturing plants in 17 states (USTMA 2021a). USTMA member companies account for approximately 80% of tires shipped each year (USTMA 2020b). Thousands of non-USTMA tire manufacturers also operate worldwide. Some of the largest non-USTMA producers include Doublestar, Shandong Linglong, MRF, and Apollo (Dun & Bradstreet 2021). The vast majority of manufacturers—

both USTMA and non-USTMA—operate on the Asian continent (e.g., China, India) (Dun & Bradstreet 2021). Many large manufacturers operate facilities on more than one continent, including North America.

Based on USTMA data, DTSC estimates that approximately 363,916,000 new tires entered the United States supply stream from both domestic and foreign manufacturers in 2019 (USTMA 2020b).[8] This figure is calculated based on the assumptions that (1) USTMA members account for roughly 80% of domestic tire production, and (2) non-USTMA members export approximately the same percentage of total output. Exports are subtracted from total production, and then imports are added to yield the total number of tires entering the supply stream.

Of the total number of tires entering the U.S. supply stream, the U.S. imported 196,807,000 tires. Thailand represents—by far—the most significant exporter of tires to the U.S. (Manges 2020). Approximately 11.3% of all motor vehicles in the U.S. are registered in California (FHWA 2020). Assuming Californians replace tires at a similar rate to residents of other states, this figure suggests that over 41 million new tires enter the California supply chain stream each year.

The number and types of registered vehicles in California can be used to estimate the number of tires on California roads in a given year. These types include automobiles, motorcycles, commercial trucks, trailers, and long-haul 18-wheel vehicles. California Department of Motor Vehicles data, in combination with DTSC calculations, suggest that 171,461,974 tires rolled on California roads in 2020 (State of California Department of Motor Vehicles 2020).[9]

## Potential Exposures to the Candidate Chemical During the Product's Life Cycle

*Reference: California Code of Regulations, title 22, sections 69503.3(b)(3); 69503.3(b)(4)(A-H).*

*Potential exposures to the Candidate Chemical or its degradation products may occur during various product life cycle stages, including manufacturing, use, storage, transportation, waste, and end-of-life management practices. Information on existing regulatory restrictions, product warnings, or other*

---

[8] DTSC used the following formula to estimate the number of tires entering the supply stream: USTMA Production + non-USTMA Production (estimated) + U.S. Imports – USTMA Exports – non-USTMA Exports (estimated) = Tires Entering the U.S. Supply Stream.

[9] DTSC examined the approximately 10 different vehicle types (e.g., automobiles, motorcycles, International Registration Plan tractor trailers) registered in California, multiplied vehicles times the number of tires associated with each vehicle type, and then totaled the amount.

*product use precautions designed to reduce potential exposures during the product's life cycle may also be discussed here.*

## Manufacturing

6PPD is considered a high-production chemical (OSPAR Commission 2006; U.S. EPA 2021c). The global production of 6PPD in 2001 was approximately 130,000 metric tons, with the majority being used in tires (OSPAR Commission 2006; OECD 2012). U.S. EPA reports that between 50 and 100 million pounds (equivalent to between 22,680 and 45,359 metric tons) of 6PPD are produced in the U.S. each year (U.S. EPA 2021c). According to the most recent U.S. EPA Chemical Data Reporting (CDR) Summary, 26 companies located in the U.S. reported manufacturing or importing 6PPD in 2015 (U.S. EPA 2021c). None of these companies are in California. Most of these companies are importers; only two companies reported domestically manufacturing any 6PPD in 2015. Six companies reported that the 6PPD they import or manufacture is used as an antioxidant/antiozonant/stabilizer or that it is used in rubber. The remaining companies either reported other uses or did not report a use (U.S. EPA 2021c).

The manufacturing of 6PPD can result in environmental emissions via wastewater, though one study found that on-site wastewater treatment could remove up to 96% of the 6PPD (OSPAR Commission 2006). 6PPD can also be released to the environment during tire manufacturing, for example during the rubber vulcanization process (OSPAR Commission 2006). Based on formulation recipes, Unice et al. (2015) estimated 2,200 μg/g 6PPD in uncured tread and 1,200 μg/g in cured tread. Thus, 1,000 μg of 6PPD per gram of tire tread is either released or converted into a transformation product (see [Degradation, Reaction, or Metabolic Products of Concern](#) section) during the curing process.

The U.S. EPA Enforcement and Compliance History Online tool identifies 37 facilities in California that fall under NAICS code 326211 (Tire Manufacturing (except Retreading) and 17 under NAICS code 326212 (Tire Retreading) (U.S. EPA 2021d), which suggests that workers in the state may be occupationally exposed to 6PPD. The U.S. Bureau of Labor Statistics defines tire builders as workers who "operate machines to build tires" (United States Bureau of Labor Statistics 2021a). The number of "Tire Builders" (Standard Occupational Code 51-9197) is projected to increase by 0.5% to 21,100 nationally by 2029 (United States Bureau of Labor Statistics 2021a). However, in 2020, only 250 workers were employed as tire builders in California (United States Bureau of Labor Statistics 2021b).

The CDR data indicate that, nationally, tens of thousands of commercial and industrial workers may be exposed to 6PPD during manufacturing or industrial processing and use (U.S. EPA 2021c). While the OECD (2012) considers workers' exposure to 6PPD during the chemical's manufacture to be negligible, information regarding potential impacts of worker exposure to 6PPD during tire manufacturing is lacking. The safety data sheet for 6PPD indicates that workers may be exposed through the eyes,

inhalation, or skin contact, and that adequate ventilation or respiratory protection is necessary to reduce exposure (SunBoss Chemicals Corp. 2014).

## *Use*

As detailed above, there are over 171 million tires on the roads in California. 6PPD is used in virtually all tires in the U.S. as an antidegradant, to protect against rubber degradation by ozone and oxygen under dynamic conditions (i.e., while the tires are stretched and compressed by driving and bearing the weight of the vehicle) (Huntink et al. 2004). New tires contain approximately 10,000 to 20,000 µg/g 6PPD, but the amount decreases over time to approximately 1,000 µg/g (OSPAR Commission 2006). This decline appears to continue after tires are taken out of service and recycled; a mixture of used shredded car tires sampled in Germany contained an average of 120 ± 29 µg/g 6PPD (Klöckner et al. 2020).

As the 6PPD at the surface of the rubber is depleted by reaction with ozone (see sections on Candidate Chemical Definition and Properties and 6PPD Antidegradant Mechanism), more 6PPD diffuses from the inner parts of the tire toward the surface (Huntink et al. 2004). Fast migration to the surface of the tire and reactivity toward ozone are required characteristics for antiozonants. The diffusion coefficient of 6PPD increases with temperature (Huntink et al. 2004), while its antioxidant protection decreases (Cibulková et al. 2005). Because most of the 6PPD is eventually consumed, ozone protection lasts only for one to five years, depending on service conditions (Huntink et al. 2004).

6PPD and its reaction products can be emitted to the environment from tires in several ways. Some might be leached when it rains or when the car is washed (McIntyre 2021) or, less likely, evaporate into the atmosphere from the surface of tire products (OSPAR Commission 2006). Leaching losses of PPD antiozonants were shown to increase with decreasing water pH, especially for PPDs of low molecular weight; for 6PPD (molecular weight 268.4 grams per mol), the study found minimal loss (5% or less) at neutral pH and 20% loss at a pH of 4.9 (Latos and Sparks 1969).

The main way in which tires release 6PPD and its reaction products into the environment, however, is likely through mechanical tire abrasion on the roads, which produces microplastics[10] known as TWP (OSPAR Commission 2006; Tian et al. 2021). More than 10% of a tire's mass is worn away onto road surfaces over its useful life (Blok 2005). In most instances in this Profile, the focus is on the generation

---

[10] By microplastics, we mean any particles that meet the "microplastics in drinking water" definition adopted by the State Water Board on June 16, 2020: "solid polymeric materials to which chemical additives or other substances may have been added, which are particles which have at least three dimensions that are greater than 1 nm and less than 5,000 micrometers (µm). Polymers that are derived in nature that have not been chemically modified (other than by hydrolysis) are excluded" (State Water Board 2020).

and fate of these tire particles and the role that they may play in exposure of aquatic organisms to 6PPD and 6PPD-quinone. However, when TWP reach the road surface, they typically combine with minerals from the road to form what is often called tire and road wear particles (TRWP) (USTMA 2021b). This Profile refers to TWP when discussing the generation and toxicity of tire wear but will use the term TRWP when appropriate based on the scientific literature being discussed.

Depending on the estimate, a total of 806,354 to 1,524,740 metric tons of TWP are released in the U.S. each year (Kole et al. 2017; USTMA 2021b), which corresponds to between 2.5 and 4.7 kg TWP per person per year. Assuming this rate is constant throughout the U.S., that adds up to between 19,250 and 36,200 metric tons (19.25 to 36.2 million kg) of TWP generated each year in the San Francisco Bay Area (Sutton et al. 2019; USTMA 2021b), and between 98,750 and 185,650 metric tons generated each year in California. An analysis of stormwater in the San Francisco Bay Area found rubbery fragments, likely TWRP, in all samples, at concentrations up to 15.9 particles per liter (Werbowski et al. 2021). The amount of TWP generated can vary significantly based on driving behavior (e.g., speed and braking) and the characteristics of the tires (e.g., inflation pressure), vehicle (e.g., type, speed), and road surface (e.g., road roughness) (Blok 2005; ChemRisk, Inc. and DIK Inc 2008). In particular, urban areas that see increased acceleration, braking, and turning are estimated to have twice as much tire wear per kilometer than more rural areas (van der Gon et al. 2008).

According to a recent study, new TRWP contain an estimated 1,000 µg/g 6PPD, decreasing to 176, 49, 32, and 16 µg/g after 0.1, 0.8, 1.6, and 3.3 years of aging, respectively (Unice et al. 2015). After generation, TWP can remain on the road surface or be suspended in the air, where they can be transported away from the road surface before settling out—although 75% of these particles are expected to fall out within the first six meters (Blok 2005). For instance, 6PPD was found in road dust samples collected in Germany (Klöckner et al. 2020; Klöckner et al. 2021a), as well as in atmospheric particles collected in an urban area using a high-volume air sampler in Chicago (Wu et al. 2020). Both 6PPD and 6PPD-quinone were detected in samples of road dust, parking lot dust, and dust collected from inside vehicles in a recent study conducted in China (Huang et al. 2021). Another recent study documented the presence of 6PPD and 6PPD-quinone at levels up to 487 and 84 picograms per cubic meter (pg/m$^3$), respectively, in airborne particulate matter smaller than 2.5 micrometers in aerodynamic diameter (PM$_{2.5}$) collected from six cities in China, with tire abrasion likely the main source (Zhang et al. 2021). The study authors also observed that the levels of 6PPD-quinone in PM$_{2.5}$ were positively correlated with the levels of 6PPD and ambient ozone. Based on their measurements, the authors were able to estimate daily intakes of 6PPD and 6PPD-quinone from PM$_{2.5}$ inhalation of up to 8 and 1.3 ng, respectively, and annual exposure dosages of up to 2,700 and 400 ng (2.7 and 0.4 µg), respectively, suggesting that human health risks associated with this exposure need further study (Zhang et al. 2021). PM$_{2.5}$ is of special concern because the particles are small enough to reach the deeper parts of the lung (CARB 2021). Non-exhaust emissions of PM$_{2.5}$, such as from tire abrasion,

increase with vehicle weight and therefore can be higher for electric vehicles, which are on average 24% heavier than similar sized non-electric cars (Timmers and Achten 2016).

6PPD was also found at low levels in sediments collected in a technical sedimentation basin and an open settling pond system treating highway runoff in Germany; however, its reaction products such as 6PPD-quinone were not measured in this study (Klöckner et al. 2020). While 6PPD is unlikely to persist in the aquatic environment once released from TWP (Unice et al. 2015), its oxidation reaction products such as 6PPD-quinone might (see Degradation, Reaction, or Metabolic Products of Concern section). Tian et al. (2021) found 6PPD-quinone in TWP leachate from a mix of used and new tires, while Klöckner et al. (2021a) found 6PPD-quinone in tire and road wear particles in highway tunnel road dust. Combining the new information from Tian et al. (2021) and Klöckner et al. (2021a) with the decades-old literature on the mechanism of antiozonant action, it appears that 6PPD-quinone forms on the surface of the tire as part of the protective film, and remains present on TWP.

Multiple studies have indicated the potential for 6PPD to leach out of tires and TWP. Klöckner et al. (2021b) demonstrated that 6PPD leaches from whole shredded car tires in water over 48 hours, in slightly acidic conditions that simulate rain water, but 6PPD-quinone has low leaching potential, which makes it a good marker for the presence of tire and road wear particles in environmental samples. Müller et al. (2022) similarly found that 6PPD leaches from TWP in polar solvents. Of the 6PPD that they were able to extract from fresh TWP samples during their experiment, 3% was leached into fresh water over the course of 28 days, and the remaining 97% was subsequently leached into acetone over 3 hours in an ultrasonic bath intended to simulate accelerated leaching. The authors interpret these results to imply the potential for long-term leaching of 6PPD from TWP over months or years. Another study analyzed compounds that leached out of five standard test tire samples that were frozen until they became brittle and then ground up, to mimic TWP (Thomas et al. 2022). This study found that 6PPD was one of the major compounds that leached out from these particles during freeze-thaw and wet-dry experiments (Thomas et al. 2022). The same authors also exposed these tire particles to accelerated UV weathering; however, they did not detect 6PPD-quinone in the leachates. They attributed this to using a less sensitive instrument than the ones used to detect 6PPD-quinone in previous studies, and are currently conducting further studies to better understand whether or not 6PPD-quinone is present in these leachates (Thomas et al. 2022).

As displayed in Figure 3, stormwater runoff, particularly from urban areas, can serve as a substantial source of tire-derived contaminants to local aquatic environments. An estimated two-thirds of tire wear particles and other debris deposited on the road may run off with rainfall (Blok 2005). During dry periods, TWP and other road debris accumulate on roads, which can result in large pulses of TWP and their associated chemicals into water and sediment, especially after storm events (Unice et al. 2013; Unice et al. 2015; Kole et al. 2017; CASQA 2018; Unice et al. 2019). This is particularly concerning in California climates that can experience dry periods of several months at a time. Klöckner et al. (2021a)

found that 6PPD and 6PPD-quinone levels increased as the size of the tire and road wear particles decreased. Smaller particles may be more likely to remain suspended in the water column than larger particles and have larger surface-to-volume ratios, facilitating the release of chemicals in water, which represents a high potential exposure of coho salmon to these 6PPD and 6PPD-quinone-laden particles.

Peter et al. (2020) conducted a study to better understand how contaminants are released to local waterways during storm events. They evaluated the "pollutograph," defined as "the pollutant concentration profile across the storm hydrograph" for stormwater-derived organic contaminants. This study analyzed samples from a creek in Washington state during rain events that coincided with observations of coho acute mortality by URMS. While this study predated the discovery of 6PPD-quinone, other tire-derived contaminants were included in the analysis. Typically, concerns for stormwater-induced toxicity have focused on the first flush, or the initial 0.5% to 10% runoff from a storm event, particularly for more traditional stormwater contaminants such as metals (Peter et al. 2020). However, the Peter et al. (2020) study indicated that release of tire-derived contaminants to the aquatic environment persists across the extent of the rain event, beyond the first flush. Even smaller storms resulted in significant releases of stormwater-derived contaminants and quickly degraded water quality (Peter et al. 2020). The authors suggest that these observations are consistent with an almost infinite supply of certain stormwater contaminants during a storm. Such contaminants could potentially include 6PPD-quinone. In these instances, pollutant loading to surrounding waterways is limited only by physical transport, such as rain events generating runoff, and not by the amount of contaminant available to be released.

A subsequent study that investigated 6PPD-quinone levels after several storm events in the Greater Toronto Area of Canada bolstered the suggestion by Peter et al. (2020) that transport of 6PPD-quinone into aquatic environments is only limited by the volume of runoff generated by a storm and not the available reservoirs of TWP-derived compounds in urban watersheds (Johannessen et al. 2021a). During a storm event, 6PPD-quinone levels peaked 12 hours after peak discharge of stormwater and remained at that concentration (2.8 µg/L) for 12 to 18 hours. For comparison, the $LC_{50}$ for juvenile coho salmon is 0.095 µg/L (Tian et al. 2022). Johannessen et al. (2021a) also observed a positive relationship between the size of the rain event and the resulting mass loading of 6PPD-quinone into a river, estimated to be up to several kilograms per storm event.



*Figure 3. Environmental release of tire-related chemicals and their impacts on sensitive aquatic ecosystems.*

Tires and tire debris are found in many places of work throughout the U.S. and California. Some of these occupations include tire manufacturers, mechanics, highway workers (e.g., California Department of Transportation (Caltrans) road workers), street sweepers, car washers, and parking attendants. Current data gaps prevent researchers from estimating the amount of 6PPD that may impact workers, but summing relevant occupational projections listed in this section suggests that at least 125,000 California workers may experience some levels of 6PPD exposure by 2028. For instance, the number of "Highway Maintenance Workers" (Standard Occupational Code 47-4051) is projected to increase by 5.0% from 2019 levels, to 163,800 nationally by 2029 (United States Bureau of Labor Statistics 2021a) and by 3.1% from 2018 levels to 6,700 in California by 2028 (California Employment Development Department 2021). The number of "Tire Repairers and Changers" (Standard Occupational Code 49-3093) is projected to increase by 2.3% from 2019 levels to 116,000 nationally by 2029 (United States Bureau of Labor Statistics 2021a) and to remain flat at 11,300 in California from 2018 through 2028 (California Employment Development Department 2021). The number of "Automotive Service Technicians and Mechanics" (Standard Occupational Code 49-3023) is projected to decrease by 3.7% from 2019 levels to 728,800 nationally by 2029 (United States Bureau of Labor Statistics 2021a) and to fall by 0.9% from 2018 levels to 79,500 in California by 2028 (California Employment Development Department 2021). The number of "Parking Attendants" (Standard Occupational Code 53-6021) is projected to increase by 7.2% from 2019 levels to 160,600 nationally by 2029 (United States Bureau of Labor Statistics 2021a) and by 2.5% from 2018 levels to 24,400 in California by 2028 (California Employment Development Department 2021). Additional research must be conducted to determine the precise 6PPD exposure levels for people employed in these fields and the potential health impacts to these worker population groups.

### *End-of-Life*

At their end-of-life, vehicle tires can be repurposed, recycled, landfilled, or littered. In 2019, the U.S. generated an estimated 263.4 million scrap tires (USTMA 2020a). Vehicle tires are recycled in over 110 ways, ranging from stormwater treatment and erosion and flood control to shoe products for developing countries. They can also be reused, for instance as swings, planters, playgrounds, or for earthquake-proofing of buildings (Utires 2017). Waste tires have even been used as artificial reefs (Paylado 2016). California legislation (Public Contract Code Sections 12200-12217) requires that half of the tires purchased by state agencies be retread tires (tires for emergency vehicles are exempt from this requirement) (CalRecycle 2020c). Additionally, the federal Executive Order 13149 mandates the use of retreads on some federal vehicles (CalRecycle 2020c).

The California Tire-Derived Product Catalog, maintained by CalRecycle (CalRecycle, 2020c), includes the following tire-derived products and materials:

- Accessibility products (e.g., ramp systems, edge reducers, entry level surfacing)
- Animal care products (e.g., horse arena footings, exercise and dressage areas, barn and stable flooring, animal bedding, animal wash areas, dog parks)
- Automotive products (e.g., specialized rubber compounds used in tire manufacture and retreading, coating systems, tire sealants, wheel stops used in parking lots)
- Ballistic products (e.g., ballistic rubber backstops and tiles, rifle, pistol, and ballistic ranges, tactical training facilities, combat training pits)
- Civil engineering (construction and infrastructure)
- Coupling fittings
- Flooring
- Landscape surfaces (e.g., commercial landscapes, parks, golf courses, walkways, paths, schools, and universities)
- Mats, pavers, and tiles (e.g., gardens, landscaped areas, walkways, paths, courtyards, patios, decks, water parks, pool decks, hot tub areas, locker rooms, restrooms, sports arenas, ski resorts, barns, stables, restaurants, weed abatement in roads and landscaped areas)
- Paths, walkways, sidewalks, and bike trails (e.g., parks, landscaped areas, playgrounds, driveways, fairgrounds, high-traffic areas in commercial settings, pool areas)
- Paving materials and products
- Playground surfaces (e.g., parks, schools, day care centers, aquatic parks)
- Retreads
- Roofing
- Sport surfaces (e.g., soccer, football, and rugby fields, golf courses, field hockey, tennis courts, indoor basketball courts)
- Tire-derived material feedstock (e.g., fine mesh crumb rubber used for molded or extruded products, crumb rubber, ground rubber used to produce rubber mulch or playground surfacing, tire-derived aggregate used in civil engineering applications, tire shreds used as tire-derived fuel)
- Traffic-related products (e.g., sign systems, parking lots, seismic transition joints, parking or dock bumpers)

According to CalRecycle, more than 51 million reusable and waste tires are generated in California each year (CalRecycle 2020d). California has over 23,000 registered waste tire generators (e.g., tire dealers and auto shops) and over 1,300 registered waste tire haulers (CalRecycle 2020b). In 2019, over 85% of California's waste tires were processed at one of 21 facilities; the rest were either landfilled or used as tire-derived fuel in cement kilns (CalRecycle 2020b). There are 16 manufacturers of tire-derived products located in California (most of them in the Los Angeles area), 17 tire-derived material feedstock suppliers, nine tire-derived product installers that use California-sourced materials, 20 tire-

derived paving materials and product suppliers, and 40 retreaders (CalRecycle 2020c). Thirteen California facilities are permitted to burn waste tires in combination with other fuels, but only five actually do. These facilities burned a total of 10.8 million tires in 2014 (CARB 2016). They include four cement kilns that also burn coal or coke, and one electrical power generating facility that generally uses biomass as a feedstock (CARB 2016).

In 2019, an estimated 470,242 metric tons (518,353 tons) of waste tires generated in California were landfilled, recycled, or managed for reuse (CalRecycle 2020b). Table 5 shows their end-of-life fates. Some end-of-life uses of tires with the potential to release ecotoxic chemicals, such as streambank stabilization (McBride and Strahan 1983), are no longer promoted in California, however legacy installations may continue to expose coho and other aquatic organisms to chemicals such as 6PPD and 6PPD-quinone.

*Table 5: End-of-life fate of the 470,242 metric tons of waste tires generated in California in 2019. Data from CalRecycle (2020b).*

| % of waste tires | End-of-life fate |
|---|---|
| 22.1 | exported for tire-derived fuels |
| 18.0 | disposed in landfills |
| 15.8 | converted to crumb rubber or ground rubber used for paving, synthetic turf infill, playgrounds, and other landscape and building construction products |
| 13.7 | used for tire-derived fuel in California cement kilns |
| 9.2 | retreaded |
| 8.6 | sold as used tires |
| 6.0 | exported as baled tire and tread |
| 3.2 | used as alternative daily cover at three landfills |
| 2.6 | used as tire-derived aggregate in civil engineering applications |
| 0.8 | otherwise recycled |

As noted earlier, 6PPD slowly migrates from the interior of the tread to the surface of a tire over its lifetime, and thus the concentration of 6PPD in tires decreases over time. Nevertheless, analysis of used tires shows that they can still contain 6PPD, and the concentration can be significant. A government study detected 6PPD in samples collected from tire recycling plants (U.S. EPA and CDC/ATSDR 2019), and a study in 14 European countries found an average of 1,478.6 μg/g 6PPD in uncoated end-of-life tire materials collected at tire recycling facilities (Schneider et al. 2020a). 6PPD was also tentatively identified in crumb rubber samples from synthetic football fields, end-of-life tires, and rubber mats collected in Europe in a recent study, but could not be confirmed or quantified due to the lack of an analytical standard (Skoczyńska et al. 2021). Assuming a concentration of approximately

1,000 μg/g 6PPD in older tires (OSPAR Commission 2006), these 470,242 metric tons of waste tires managed in California in 2019 (CalRecycle 2020b) contained approximately 470 metric tons of 6PPD that can be converted to 6PPD-quinone and enter the aquatic environment.

6PPD's presence in waste tires may result in exposure to workers in occupations that come in contact with products made from those tires. For instance, the number of "Highway Maintenance Workers" (Standard Occupational Code 47-4051) is projected to increase by 5.0% from 2019 levels to 163,800 nationally by 2029 (United States Bureau of Labor Statistics 2021a) and by 3.1% from 2018 levels to 6,700 in 2028 in California (California Employment Development Department 2021). The number of "Paving, Surfacing, and Tamping Equipment Operators" (Standard Occupational Code 47-2071) is projected to increase by 4.7% from 2019 levels to 48,800 nationally by 2029 (United States Bureau of Labor Statistics 2021a). In California, employment in this field is projected to rise by 6.9% from 2018 levels to 3,100 people in 2028 (California Employment Development Department 2021).

Some of these uses of tire-derived products and materials may directly lead to 6PPD and 6PPD-quinone releases to the aquatic environment. For instance, tire-derived aggregate can be used as a medium for stormwater treatment (CalRecycle 2016; CalRecycle 2018) and may lead to inadvertent contamination of treated water with 6PPD and 6PPD-quinone. Tire-derived materials are often used in outdoor applications that cover large surface areas. As such, these materials are exposed to stormwater that can leach 6PPD and 6PPD-quinone. In 2019, an estimated 2,268 to 3,629 metric tons of California-produced ground rubber were sold for playground surfacing, porous walkways, paths and bike trails, horse arena footing, landscaping, and military ballistic applications (CalRecycle 2020b). The same year, an estimated 12,701 to 17,237 metric tons of California-produced crumb rubber were used for flooring, roofing, tiles, industrial underground couplings, and traffic safety devices, among other purposes, while an estimated 4,536 to 6,804 metric tons were used as infill in synthetic turf fields (CalRecycle 2020b). Approximately half of the California-produced crumb rubber is used for asphalt rubber paving, mainly due to requirements such as those in Assembly Bill 338 (Levine, Chapter 709, Statutes of 2005), which requires Caltrans to use tire asphalt rubber in at least 35% of its paving projects (CalRecycle 2020b). As the rubberized asphalt nears its useful life span, it can wear out, developing cracks and potholes, thus releasing its chemical constituents into the environment.

There are between 12,000 and 13,000 synthetic turf fields in the U.S., with approximately 1,200 to 1,500 new installations each year, 95% of which use recycled tire crumb rubber as infill (Benson et al. 2019). In California, there are more than 900 synthetic turf fields with crumb rubber infill (OEHHA 2017). For context, each European football pitch contains approximately 100 to 120 metric tons of crumb rubber as infill (Ministry of the Environment and Food of Denmark 2015), which is derived from an estimated 20,000 to 40,000 tires (Gomes et al. 2021).

A portion of the crumb rubber used in synthetic turf fields is lost over time. For example, a full-sized artificial European football pitch (125 m by 85 m) is estimated to lose between 1.5 and 2.5 metric tons of crumb rubber each year (Ministry of the Environment and Food of Denmark 2015). That lost crumb rubber can end up in aquatic ecosystems, where chemicals such as 6PPD and its quinone can leach out. 6PPD has been detected in several studies of crumb rubber samples. For instance, a study of chemicals in synthetic turf crumb rubber detected (but did not quantify) 6PPD in samples from both indoor and outdoor sports fields across the U.S. (U.S. EPA and CDC/ATSDR 2019). Similarly, a California study detected 6PPD in crumb rubber collected from outdoor synthetic turf fields throughout the state (OEHHA 2019). More recently, a study in 14 European countries found 6PPD at average levels of 571 µg/g in crumb rubber collected from synthetic turf sports fields (Schneider et al. 2020a), and ECHA reported a maximum weighted average concentration of 6PPD in turf infill samples of 805 µg/g (805 mg/kg) (ECHA 2021c).

Athletes who use synthetic turf fields may inhale or ingest small crumb rubber particles that may contain 6PPD or 6PPD-quinone. As of this writing, there are no studies on 6PPD-quinone in crumb rubber, but its parent compound, 6PPD, has been found to have high migration rates in artificial sweat, suggesting that it can migrate from rubber into sweat and become available for dermal or ingestion exposure (Schneider et al. 2020b). The National Toxicology Program investigated whether chemicals in crumb rubber are bioaccessible by extracting the crumb rubber with simulated biofluids (sweat, lung fluid, saliva, gastric fluid, and intestinal fluid) to mimic dermal, inhalation, and oral exposure routes. They found 26.3 µg 6PPD in simulated gastric liquid per gram of crumb rubber extracted (NTP 2019), which may indicate a potential for oral exposure to 6PPD.

## Aggregate Effects

*Reference: California Code of Regulations, title 22, section 69503.3(a)(1)(B) and sections 69503.3(b)(3).*

*Multiple sources of exposure to the Candidate Chemical may increase the potential for significant or widespread adverse impacts.*

6PPD is present in numerous consumer products, including many that are common in households and workplaces. Often, the use of these products entails discharging them to the aquatic environment. The rubber industry uses 6PPD as an antidegradant in many products besides tire components, including pressure cooker seals (OSPAR Commission 2006), shoes, and toys (ECHA 2021b). According to limited information from the European Chemicals Agency (ECHA), 6PPD has dozens of uses. In addition to rubber products, other outdoor uses from which 6PPD may be released to the environment include metal, wooden, and "plastic constructions"; building materials; treated wood products; textiles and fabrics; brake pads used in trucks and cars; sanding of buildings (bridges, facades) or vehicles (ships); hydraulic liquids used in automotive suspensions; and lubricants used in motor oil and brake fluids

(ECHA 2021b). Indoor uses of 6PPD that could also lead to environmental releases include flooring, furniture, toys, construction materials, curtains, footwear, leather products, paper and cardboard products, and electronic equipment (ECHA 2021b). 6PPD can be released from textiles during washing, or during indoor paint removal (ECHA 2021b). 6PPD is also found in other complex articles from which releases are less likely, such as machinery, mechanical appliances, and electrical/electronic products (e.g., computers, cameras, lamps, refrigerators, washing machines), electrical batteries and accumulators, and vehicles (ECHA 2021b).

As discussed above, 6PPD can also be found in products made from recycled or reused tires. Many recycled tire products are used in outdoor applications that cover large areas, sometimes in or near waterways (see above). All these products have the potential to release 6PPD and its reaction product, 6PPD-quinone, to the environment and expose coho salmon and other sensitive organisms to these chemicals.

## Indicators of Potential Exposures to the Candidate Chemical

*Reference: California Code of Regulations, title 22, section 69503.3(b)(2).*

*The SCP Regulations consider various data that indicate potential for exposure to the Candidate Chemical or its degradation products, including: monitoring data indicating the Candidate Chemical's presence in the indoor and outdoor environment, biota, humans (e.g., biomonitoring studies), human food, drinking water, and other media; and evidence of persistence, bioaccumulation, lactational and transplacental transfer.*

Although 6PPD has been recognized for many years as a high-production volume chemical, until recently there have been few studies of its environmental presence or fate. In 2011, the Swedish Environmental Research Institute reported low concentrations of 6PPD in surface water, stormwater, wastewater treatment plant effluent, sediment, and soil (ECHA 2021b). More recently, Klöckner et al. (2020) detected 6PPD in road dust samples collected from street sweepers in Leipzig, Germany, in 2019. Measured concentrations from three distinct locations in the city were 180 ± 66 ng/g, 92 ± 30 ng/g, and < 23 ng/g. In the same study, Klöckner et al. (2020) also detected 6PPD in sediments collected between 2016 and 2019 from a technical sedimentation basin, an open settling pond system treating highway runoff, and a lake. Six of seven samples had 6PPD concentrations less than 23 ng/g; the seventh had a concentration of 200 ± 61 ng/g. The relatively low concentrations in sediments may reflect 6PPD's short half-life. As discussed in the Environmental Fate section, 6PPD reacts quickly once released to the environment and may not persist on particles or in stormwater runoff transported away from the road surface. It may also degrade rapidly in samples awaiting laboratory analysis (Patterson 2021).

Klöckner et al. (2021a) also analyzed dust collected inside a German highway tunnel in 2020. They found 6PPD in samples collected in two different areas of the tunnel at 1.5 µg/g dry weight and 1.9 µg/g dry weight. Klöckner et al. also detected 6PPD-quinone in dust from both sampling locations and used semiquantitative techniques to measure the relative abundance of 6PPD-quinone across sample size and density fractions. They found that the abundance of 6PPD and 6PPD-quinone increased as the size and density of the tire and road wear particles decreased.

Huang et al. measured the concentrations of 6PPD, five other para-phenylenediamines (PPDs), and 6PPD-quinone in dust collected in 2020 from roads (curbside), underground parking lots, vehicle interiors, and the living rooms of homes in Guangzhou, China (Huang et al. 2021). As noted in the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section, this study found 6PPD and 6PPD-quinone in road, parking lot, and vehicle interior dusts, while the median 6PPD-quinone concentration in house dust samples was below the quantification limit. Although 6PPD was among the most abundant PPDs detected, it accounted for no more than one-third of the total mass of PPDs measured in the four types of dust examined in this study. The sources of the other PPDs detected remain unclear, but these results suggest that additional research is needed on the sources, transformation products, and fate of other PPDs.

As discussed in the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section, Zhang et al. (2021) analyzed seven PPDs (including 6PPD) and 6PPD-quinone in $PM_{2.5}$ samples taken from large cities across China in 2018 and 2019. 6PPD and 6PPD-quinone were detected in 86% and 81% of the samples, respectively. Concentrations of 6PPD ranged from 0.02 to 487 pg/m$^3$, while 6PPD-quinone concentrations ranged from 0.1 to 84 pg/m$^3$. Consistent with the findings of Huang et al. (2021), 6PPD was among the most abundant of the PPDs analyzed, having the second highest median concentrations (Zhang et al. 2021). Zhang et al. noted a positive relationship between the median concentrations of $PM_{2.5}$-bound PPDs and the number of vehicles in the area, suggesting that tires were most likely the source of 6PPD. The 6PPD-quinone concentrations were positively correlated with both 6PPD and ozone.

Canadian researchers analyzed water samples collected in 2019 and 2020 from two streams draining urban watersheds in the Toronto, Canada, metropolitan area (Johannessen et al. 2021a; Johannessen et al. 2021b). Both watersheds contain major highways that generate significant quantities of runoff during precipitation events. Johannessen et al. measured 0.72 ± 0.26 µg/L 6PPD-quinone in samples taken from one watershed and 2.30 ± 0.05 µg/L in samples taken from the other (2021a; 2021b). For perspective, Tian et al. (2022) derived a 6PPD-quinone $LC_{50}$ for juvenile coho salmon of 0.095 ± 0.015 µg/L.

6PPD-quinone was only recently identified as a toxic contaminant in urban runoff and streams. To date, the clearest indication of the presence of 6PPD-quinone in stormwater runoff and surface waters

in California comes from Tian et al. (2021). Following their identification of 6PPD-quinone, Tian et al. retrospectively quantified 6PPD-quinone in archived sample extracts from the Los Angeles and San Francisco regions.

Concentrations of 6PPD-quinone in samples from Los Angeles (4.1 to 6.1 µg/L) and San Francisco (1.0 to 3.5 µg/L) were all above the $LC_{50}$ for 6PPD-quinone that Tian et al. (2021) originally reported for juvenile coho salmon (0.79 ± 0.16 µg/L); these concentrations were all calculated using a 6PPD-quinone standard synthesized in their lab. In a subsequent study using newly available commercial standards, Tian et al. (2022) concluded that the $LC_{50}$ is 0.095 ± 0.015 µg/L—approximately 8.3 times lower than previously reported. That recalibration also reduces the estimated concentrations in the Los Angeles and San Francisco samples proportionally (Tian et al. 2022). Therefore, while Tian et al. (2022) do not provide revised estimates of 6PPD-quinone concentrations in those samples, the ratios of the estimated concentrations to the $LC_{50}$ should not change. Thus, the concentrations of 6PPD-quinone observed in Los Angeles roadway runoff remain at least five to eight times higher than the $LC_{50}$ for coho salmon. The concentrations in all four San Francisco receiving water samples are approximately equal to or greater than the $LC_{50}$, and the concentrations in half of the San Francisco samples are at least three to four times higher than the $LC_{50}$ (Tian et al. 2021; Tian et al. 2022). Tian et al. (2022) also state that analysis of archived sample extracts is inherently semiquantitative and, in this case, likely underestimates actual concentrations by approximately 30% to 40%.

The data for Los Angeles roadway runoff are noteworthy because, as stated in DTSC's *Rationale Document for Motor Vehicle Tires Containing Zinc* (DTSC 2021b), stormwater runoff may constitute a significant proportion of the total flow of many California waterways during and immediately following precipitation events. Unlike the samples collected in Los Angeles, the San Francisco samples were taken from stormwater-impacted creeks, but all samples, regardless of location, revealed concentrations that demonstrate that 6PPD-quinone is present at ecologically relevant levels in California stormwater and streams (Tian et al. 2021). Also noteworthy is that the San Francisco sample with the highest estimated 6PPD-quinone concentration (San Francisco Site 2), was collected near a heavily trafficked road in a watershed that is approximately 90% open space (Sutton 2021), indicating that proximity to roads and associated tire wear particles may be more important than the extent of development of surrounding land. This indicates the potential for exposure of coho salmon and other aquatic organisms to lethal concentrations of 6PPD-quinone outside dense urban regions of the state if traffic patterns result in release of TWP to streams.

Challis et al. (2021) semiquantitatively analyzed 6PPD-quinone in stormwater samples collected in Saskatoon, Canada, in 2019. Concentrations ranged from 0.086 to 1.400 µg/L, with a mean of 0.6 µg/L. The difference in Challis et al.'s (2021) and Tian et al.'s (2021; 2022) measured 6PPD-quinone concentrations may have more than one explanation, including, but not limited to, differences in population, number of vehicles on the road, regional climate, and differences in analytical standards

used, as discussed above. Nevertheless, the mean concentrations of 6PPD-quinone reported by Challis et al. (2021), across all sampling sites, exceed Tian et al.'s (2022) revised $LC_{50}$ (0.095 µg/L). Challis et al. (2021) also detected 6PPD-quinone in snowmelt samples collected in 2019 and 2020 at concentrations two to eight times lower than they measured in stormwater.

Per the SCP Regulations, (CCR, title 22, section 69501.1(a)(58)(E)(2)) the need to expend public funds to mitigate adverse impacts from stormwater is an indicator of potential exposure. While Tian et al.'s (2021) data set is limited, the presence of 6PPD-quinone at toxicologically relevant concentrations in California waterways strongly suggests that existing stormwater treatment infrastructure in at least some portions of the state does not effectively remove 6PPD-quinone. Stormwater contaminated with aquatic toxicants such as 6PPD and 6PPD-quinone requires special handling to mitigate potential adverse impacts to aquatic organisms (see the Potential for Significant or Widespread Adverse Impacts section). Spromberg et al. (2016) found that lethal and sublethal effects of acutely toxic highway runoff on adult coho salmon could be prevented by treatment using bioinfiltration through soil columns. If 6PPD or 6PPD-quinone were to be regulated in stormwater, California municipalities could be required to install and maintain treatment infrastructure at considerable expense. While not directly applicable, given that the relevant treatment technologies may differ, cost estimates for zinc presented in DTSC's *Rationale Document for Motor Vehicle Tires Containing Zinc* are informative. The estimated total capital cost of projects required to meet applicable zinc limits for the Ballona Creek and Upper Los Angeles River watersheds exceeds $5.8 billion, and the estimated total operations and maintenance cost exceeds $249 million per year (DTSC 2021b).

Given the paucity of information on environmental 6PPD or 6PPD-quinone concentrations, other tire-derived chemicals may function as surrogates for 6PPD and 6PPD-quinone. Peter et al. (2020) estimated TWP concentrations in Miller Creek (a small, urban stream that flows into Puget Sound) using measurements of three chemicals in samples collected between July and December 2018:

- 1,3-diphenylguanidine (DPG, a vulcanization accelerator in tire rubber),
- hexa(methoxymethyl)melamine (HMMM, a cross-linking agent in tire rubber), and
- dicyclohexylurea (DCU, a reaction byproduct in tire rubber).

Peter et al. also observed that October and November storm events corresponded with coho mortality (i.e., urban runoff mortality syndrome, or URMS). Peter et al. (2020) could not identify the URMS toxicant(s); however, in light of Tian et al. (2021), it appears likely that the 6PPD-quinone was responsible. As indicated above, motor vehicle tires are the major source of 6PPD (and, indirectly, 6PPD-quinone) in the environment, and the correlated presence of three other tire-derived chemicals in Miller Creek during URMS events provides additional evidence that 6PPD-quinone was likely present in Miller Creek at toxicologically relevant concentrations.

The presence of TWP in water also indicates potential exposure to tire-derived chemicals such as 6PPD and 6PPD-quinone. The San Francisco Estuary Institute (SFEI) assessed microplastics in stormwater, surface water, and sediment samples collected throughout the larger San Francisco Bay Area between 2016 and 2018 (Sutton et al. 2019). Both stormwater and sediment samples included black fragments with a rubbery texture. SFEI hypothesized that these fragments were synthetic or natural rubber, possibly derived from tires. The black fragments constituted almost half of the particles in the stormwater. As discussed above in the [Potential Exposures to the Candidate Chemical During the Product's Life Cycle](#) section, estimated emissions of TWP range from 2.5 to 4.7 kg/year per capita in the U.S. (Kole et al. 2017; USTMA 2021b). This translates to 19.25 to 36.2 million kg/year of tire-derived microplastics released on roadways in the San Francisco Bay Area, an estimated 70% of which may be released into nearby waterbodies (Blok 2005; Sutton et al. 2019). This finding of substantial loading of TWP to the San Francisco Bay Area, which is the southern limit of the historical range of coho salmon, suggests high potential for 6PPD and 6PPD-quinone exposure to aquatic organisms.

Finally, as discussed in the [Adverse Waste and End-of-Life Effects](#) section, crumb rubber made from scrap tires is used in a range of applications, including playground surfacing, porous walkways, paths and bike trails, and infill in synthetic turf fields. These and other materials made from recycled scrap tires may represent sources of exposure for the people and animals that use them. For example, people, including children, playing on synthetic turf may be exposed to 6PPD or 6PPD-quinone by inhaling or ingesting small crumb rubber particles or via dermal contact, especially when skin surfaces are wet or sweaty. 6PPD has been detected in crumb rubber from synthetic turf fields in Europe and in the U.S., including in California (OEHHA 2019; U.S. EPA and CDC/ATSDR 2019). A recent ECHA investigation found that the concentration of 6PPD in turf infill samples (maximum weighted average: 805 μg/g (805 mg/kg)) was the highest of any nonmetal substance measured (ECHA 2021c). In addition, in urban areas near highways and streets with heavy traffic, people and other terrestrial animals may inhale airborne TWP or TRWP containing 6PPD or 6PPD-quinone (among other chemicals). Kole et al.'s (2017) literature review concluded that the likely size distribution of TWP and TRWP is 10 nanometers to several hundred microns (μm) and that most TWP are smaller than 100 μm. Allen et al. (2019) found that plastic fragments smaller than 300 μm can be transported atmospherically up to 95 km, suggesting that airborne transport over shorter distances (e.g., a few kilometers) in urban areas is likely. Wu et al. (2020) collected atmospheric particles in Chicago, Illinois in 2018 and 2019 and analyzed them for 47 anthropogenic chemicals. They detected 6PPD in 70% of samples (Wu et al. 2020). Taken together, the available data suggest a strong likelihood of both human and ecological exposure to 6PPD and 6PPD-quinone from tires.

# 5. POTENTIAL FOR SIGNIFICANT OR WIDESPREAD ADVERSE IMPACTS

*Reference: California Code of Regulations, title 22, section 69503.2(a).*

*This section integrates the information provided in the Profile to demonstrate how the key prioritization principles, as identified in the SCP Regulations, are met.*

The reaction product of 6PPD, 6PPD-quinone, is acutely toxic to coho salmon, with unknown impacts on other aquatic organisms. The presence of 6PPD in tires and associated release of 6PPD-quinone to the aquatic environment represent a threat to imperiled populations of coho salmon, negatively impact tribal communities that rely on these fish for cultural and subsistence purposes, may interfere with California's ability to reuse and recycle tires, and may require special handling of stormwater runoff to mitigate adverse impacts. The most efficient method to reduce the concentration of 6PPD and 6PPD-quinone in California aquatic environments is to address it at the source.

## Adverse Impacts Linked to the Candidate Chemical's Hazard Traits

*Reference: California Code of Regulations, title 22, section 69503.3(a).*

*The SCP Regulations direct the Department to evaluate the potential for the Candidate Chemical to contribute to or cause adverse impacts by considering several adverse impact factors for which information is reasonably available.*

### Potential for Adverse Impacts to Coho Salmon

The populations of coho salmon in California are teetering on the brink of extinction due to decades of habitat destruction and degradation, overexploitation, and climate change (Brown et al. 1994; CalTrout 2017; CDFW 2021a; NOAA 2021d). Additional stressors, including exposure to chemical pollution, may also be involved in the decline of the species (Afonso et al. 2002; Baldwin et al. 2009a). 6PPD-quinone is acutely lethal to coho and is found in California runoff and waterways at concentrations capable of killing the species (Tian et al. 2021). The chemical's presence strongly suggests that 6PPD-quinone may have contributed to the decline in the coho population over the past 60 to 70 years that 6PPD has been used in tires (Eastman Chemical Company 2021b) in California and poses an ongoing threat to the recovery of the species.

The hazard traits associated with 6PPD-quinone—wildlife survival impairment and loss of genetic diversity and biodiversity—describe the potential for its adverse impacts on coho. These hazard traits are especially concerning because California's coho are listed under the federal Endangered Species Act (ESA) (CalFish 2018). There are two discrete populations of coho in California, referred to as

evolutionary significant units (ESUs) (NOAA 2021d). The Central California Coast (CCC) population has been listed as endangered since 2005 and threatened since 1996 (NOAA 2021b). This ESU extends from south of Punta Gorda in Humboldt County to the tributaries north of Santa Cruz (Brown et al. 1994; NOAA 2021b). The Southern Oregon/Northern California Coast (SONCC) ESU extends from Cape Blanco, Oregon, to Punta Gorda, California, and has been listed as threatened since 1997 (Garwood 2012; NOAA 2021c) (Figure 3). Its vulnerability ranking and recent counts suggest that the status of the SONCC ESU is likely to be updated to endangered (Crozier et al. 2019).



*Figure 4: Map of Southern Oregon/Northern California Coast (SONCC) and Central California Coast (CCC) evolutionary significant units (Stone 2013; Stone 2018).*

**Impacts on the Size of the Coho Population**

The historical decline of coho in California has been well documented. A survey of California coho published in 1994 revealed that they have been lost from 46% of their historical streams (Brown et al. 1994). Brown et al., estimated that California's coho population was 6% of its 1940s levels as of the publication date, and that the statewide population had plummeted by 70% since the 1960s. (Brown et al. 1994). This decline may be even more dramatic in the CCC, whose geographic range includes a larger portion of urbanized streams (see Figure 4 and Figure 5) (Brown et al. 1994; Leidy et al. 2005; NMFS 2012). The 30-year period from the 1960s to the 1990s, during which Brown et al. (1994) documented the 70% decline in coho, corresponds with the use of 6PPD in tires (Lattimer et al. 1983; Lewis 1986; Eastman Chemical Company 2021b). It is also notable that during this period coho were extirpated from the San Francisco Bay Area, which arguably has the highest concentration of vehicle traffic in coho territory within California (see Figure 4). Coho were last documented in the San Francisco Bay estuary in the early to mid-1980s (Leidy et al. 2005). Other factors have undoubtably contributed to the population's decline during this time, such as changes in stream flow and structure due to drought, urbanization, and water diversion for agriculture and flood control (Brown et al. 1994; CDFW 2021a). However, the introduction and use of 6PPD in tires correlates, in part, with the downward population trend.



*Figure 5: These data reflect the estimated population of the CCC coho from the National Marine Fisheries Recovery Plan (NMFS 2012). There was an estimated 90% decline in the CCC coho from the 1960s to the 1990s.*

URMS was first characterized in adult coho that died before spawning, and was initially termed pre-spawn mortality (Scholz et al. 2011) but has subsequently been observed in all life stages of coho (Chow et al. 2019). URMS has not been officially documented in California; it is likely difficult to observe and quantify because of the state's small coho population and the fact that they have been extirpated from many of the streams near cities where biologists and citizen scientists have better access. URMS is easier to observe in large adults whose carcasses are obvious compared to earlier life stages when the fish will easily become prey. Data on coho pre-spawn mortality in California are difficult to find, decentralized, and often not accompanied by rainfall data. Some surveys of salmonid pre-spawn mortality are more focused on Chinook salmon; they often only include the beginning of the coho spawning season and, for a variety of safety and logistical reasons, survey locations may not include small creeks where coho are likely to spawn (Gough et al. 2021). Despite these challenges, a fisheries biologist for one of California's Native American Tribes stated during an informal consultation with DTSC that "there have been large coho salmon kills on the Klamath River and 3 pre-spawn mortality events since 1977, however the cause of these events remains unknown" (DTSC 2021a). A few other cases of pre-spawn coho mortality have been observed in California (Gough et al. 2021), although the cause of these deaths is unclear and may or may not be related to urban runoff (Mattole Restoration Council et al. 2011; Keefer et al. 2020).

After the initial discovery of URMS, Spromberg and Scholz modeled the population decline in the Puget Sound basin based on the failure of adult coho to spawn (2011). In a stream with a 20% pre-spawn mortality rate, the coho populations were predicted to become extinct within that stream in 115 years (Spromberg and Scholz 2011). In streams where 90% of the coho died before spawning, the coho were anticipated to be extirpated within eight years (Spromberg and Scholz 2011). However, the entire Puget Sound coho population may have some resiliency as long as there are other healthy populations that stray into different natal streams to spawn. Unfortunately, that buffer is projected to diminish when pre-spawn mortality rises to 25% in most streams, resulting in predictions of population-wide extinction in Puget Sound within 50 years (Spromberg and Scholz 2011). This modeling was completed before scientists discovered that urban storm runoff, now known to contain 6PPD-quinone, is also toxic to juvenile coho (Chow et al. 2019; Tian et al. 2021). Therefore, the population models likely underestimate the severity of population decline (Spromberg and Scholz 2011). The population of coho in the Puget Sound is much larger compared to the two California populations (NMFS 2012; WDFW 2020; The Nature Conservancy 2021a). Population modeling with 6PPD-quinone-induced pre-spawn mortality has not been conducted on the California populations, but with smaller initial populations a more precipitous decline might be anticipated.

**Impacts of Loss of Genetic Diversity**

The diminished population of California coho already show evidence of genetic diversity loss (Bucklin et al. 2007). Smaller populations lead to inbreeding and genetic drift (Bucklin et al. 2007). Scientists from

NOAA used genetic markers to demonstrate the lack of genetic diversity within the California populations of coho; many of the fish tested from individual sites were siblings (Garza and Gilbert-Horvath 2017). Further loss of individuals due to 6PPD-quinone toxicity will continue to diminish their remaining genetic diversity. Genetic diversity is important because it provides the biological repertoire that the species can draw on to respond and adapt to new stressors. Interbreeding with hatchery fish is likely to further reduce the genetic diversity and reproductive capacity of the two ESUs (Brown et al. 1994; Moyle 2011), degrading their ability to survive.

Because the CCC ESU defines the southernmost extent of the coho's range, it likely has important genetic variations that allow its members to survive in warmer temperatures (Brown et al. 1994). The ESU's genetic adaptations may be important to the survival of the entire species, especially the northern coho populations from Oregon through Alaska, in a rapidly warming climate (Brown et al. 1994). Transmission of the CCC's temperature-tolerant genetic variations to these northern populations requires emigration to northern areas or intentional breeding programs (Garza and Gilbert-Horvath 2017). Continued loss of the genetic diversity in the California populations, which have the genes needed to survive in warmer temperatures, may threaten the survival of the entire species as northern waters experience climate change.

## *Potential Adverse Impacts on Related Species and Other Aquatic Organisms*

Little is known about 6PPD-quinone's sublethal effects in coho or its toxicity in other fish and species at other trophic levels. However, it is unlikely that a chemical that is so acutely toxic to coho would not be toxic to other organisms (Tian et al. 2021). Coho and the chum salmon (*O. keta*) belong to the *Oncorhynchus* genus and spawn about the same time of year. Seemingly healthy chum were observed in some streams where coho concurrently were dying of URMS (Scholz et al. 2011). Both species were tested in the lab for toxicity to urban stormwater runoff (McIntyre et al. 2018). Chum did not exhibit any mortality in the study (McIntyre et al. 2018). More recently, the effects of stormwater runoff have been tested on juvenile steelhead (*O. mykiss*), Chinook (*O. tshawytscha)*, and sockeye (*O. nerka*). While coho had the highest mortality rate when exposed to stormwater, some lethality was observed in the steelhead and, to a lesser extent, Chinook (reviewed in Colton 2021; Blair 2021). Sockeye, like chum, were unaffected (Blair 2021).

Oncorhynchus represents a number of ecologically, economically, and culturally important fishes in California. Given the genetic relatedness of species in the genus, there is potential for 6PPD-quinone to be lethal or cause sublethal toxicities in both anadromous (meaning they are born in freshwater, migrate to the ocean, and complete part of their life cycle in the ocean before returning to freshwater to spawn) and inland salmonids that are of great importance in California. Figure 6 shows the family tree of the salmonids and indicates that Chinook (*O. tshawytscha*) are most closely related to coho. As might be predicted from their relatedness, Chinook show toxicity to stormwater runoff (Blair 2021) and

therefore may be susceptible to 6PPD-quinone. Chinook have a greater distribution in California, are larger in size than coho, and are generally considered more economically and culturally valuable. Given the chemical's ubiquity in urban runoff, if 6PPD-quinone was determined to be even marginally as toxic to Chinook as it is to coho, the decline of Chinook would also pose a significant concern in California. However, no data is currently published on the effects of 6PPD-quinone on Chinook.

Steelhead (O. mykiss), another species closely related to coho, also experienced mortality following exposure to stormwater in laboratory experiments (Blair 2021). O. mykiss has two names—steelhead and rainbow trout. Steelhead are anadromous like salmon, whereas rainbow trout spend their entire life in freshwater. This species also has a much greater distribution across California; and, like the other anadromous salmonids, most populations of steelhead in California are listed as threatened or endangered under the federal ESA (CDFW 2021d). No data is yet available on 6PPD-quinone's toxicity to *O. mykiss*. Similarly, there is no data on the toxicity of 6PPD-quinone to the endemic California golden trout (*O. aguabonita* or *O. mykiss aguabonita*), the state's official freshwater fish. Nor is there information about the toxicity to any of the other trout in California which all belong to the *Oncorhynchus* genus and are closely related to steelhead/rainbow trout: the coastal cutthroat, Eagle Lake rainbow, Goose Lake redband, Kern River rainbow, Little Kern golden, Lahontan cutthroat, McCloud River redband, Paiute cutthroat, or the Warner Lakes redband (CDFW 2021b). Because these species share some common physiology with coho, they may also be sensitive to the toxic effects of 6PPD-quinone. In many cases, these endemic fishes are relatively isolated and have small populations with a minimal capacity to withstand population-level stressors, and thus are listed under the ESA or considered a California sensitive species (Moyle et al. 2015).



Note: All fish species are listed under the Federal Endangered Species Act (ESA) in California unless otherwise noted.

*Figure 6: Family tree of salmonids. This indicates the relatedness among the salmonidae family generally found in California. This is not an exhaustive phylogeny, as geographical isolation has led to speciation of some trout in specific watersheds, as indicated in the paragraph above. This is not intended as an accurate phylogenetic tree; horizontal distances are not intended to reflect time since evolutionary divergence. Tree based on Perry et al. (2002). All sources are in the public domain: 1- Hoen and Co. The Fishes of Alaska (1907); 2- Hudson, Charles. Bulletin of the Bureau of Fisheries (1905); 3- Raver, Duane. Commissioned by U.S. Fish and Wildlife Service (1975); 4- New York Fish and Game Commission (1902); 5- Denton, Sherman. Fishes of North America (1856-1937).*

As unfortunate as this story is for the endangered coho, the scientific investment into coho recovery, the characterization of URMS, and the discovery of 6PPD-quinone and its toxicity may ultimately help to protect other aquatic organisms that are not as apparent as silver salmon swimming up a small creek to spawn. Based on limited measurements of 6PPD-quinone (Tian et al. 2021) and the widespread use of tires containing 6PPD (see Potential for Exposures to the Candidate Chemical in the Product section), there is potential for widespread exposure to other aquatic species in California. 6PPD-quinone is hypothesized to generate reactive oxygen species in biological systems. This is noteworthy because organisms are generally susceptible to oxidative stress caused by free radicals (Lushchak 2011), suggesting the potential for adverse impacts in other species. In spite of this, not all species are expected to respond to 6PPD-quinone in the same way as salmonids. A recent study found that exposure to 6PPD-quinone had no apparent acute toxicity toward zebrafish embryos, medaka, and two species of freshwater crustacean (*D. magna* and *H. azteca*) (Hiki et al. 2021). However, the effects of long-term or repeated exposure to 6PPD-quinone, as might be expected in the rainy season, remains to be determined in these species. There are also many other species whose unique physiologies are not represented by a limited range of model organisms and may be susceptible to the acute toxicity of 6PPD-quinone. Policies to protect other charismatic indicator species, such as the bald eagle from dichloro-diphenyl-trichloroethane (DDT) have helped save many other species and protected human health (U.S. EPA 2014). It will take years of testing to determine 6PPD-quinone's toxicity to other species, but action on 6PPD now may protect other aquatic organisms from potential adverse impacts.

## Cumulative Effects

*Reference: California Code of Regulations, title 22, section 69503.3(a)(1)(C).*

*Cumulative effects occur from exposures to the Candidate Chemical and other chemicals with the same or similar hazard traits or environmental or toxicological endpoints.*

A plethora of stressors has caused the California coho population to plunge since the 1940s and led to their listing under the ESA. Habitat destruction or degradation, climate change, overfishing, introduced disease, and displacement by invasive species have likely all contributed to the species' decline (Brown et al. 1994; Crozier et al. 2019; CDFW 2021a). For the past 60 to 70 years, 6PPD-quinone may have played a role in that decline; it is impossible to attribute the decline exclusively to one factor or another because most of these stressors are additive and impair the survival of the species. In this section we exclusively focus on cumulative impacts of 6PPD-quinone with other chemicals, whereas in the Additional Considerations section we focus on the interplay between 6PPD-quinone and nonchemical stressors. Examination of cumulative effects is especially important because co-exposure to natural physiological stressors and chemical stressors usually has a synergistic (greater than additive) effect on an organism's fitness (Holmstrup et al. 2010). A reduction in fitness makes it more

challenging for an organism to survive in its natural habitat and may impact the population size because of reduced fecundity.

### Cumulative Effects with Urban Runoff

In addition to 6PPD-quinone, urban runoff exposes aquatic life to many other tire-derived aquatic toxicants that can cause sublethal effects (Young et al. 2018). These toxicants include heavy metals, polycyclic aromatic hydrocarbons (PAHs), and other chemical substances found in TWP, brake pad dust, exhaust particles, and petroleum products (Young et al. 2018). It is unknown whether 6PPD-quinone may interact with other chemicals in urban runoff and whether co-exposure to these chemicals may influence susceptibility of coho to URMS. However, as discussed below, chemicals in urban runoff may exert toxicity at least partly through oxidative stress. Organisms have a limited capacity to buffer against oxidative stress, and imbalance of the redox state may result in cellular damage (Valavanidis et al. 2006; Lushchak 2011). Because 6PPD-quinone is hypothesized to cause oxidative stress (see Candidate Chemical Definition and Properties section), 6PPD-quinone may share an underlying mechanism of toxicity with other chemical substances found in urban runoff, and the effects may therefore be cumulative (Blair et al. 2021). Further, sublethal effects may contribute to the impairment of wildlife survival because they can reduce an individual's fitness. This makes it more difficult for organisms to survive in their natural habitat and may also decrease the population's reproductive capacity.

As described by Young et al., the zebrafish is a useful model organism for investigating the biological effects of toxicants in the aquatic environment (Young et al. 2018). In the zebrafish embryo-larval model, urban runoff exposure can impair the lateral line organ, a mechanosensory system composed of hair cell clusters (neuromasts) that sense the movement of water (Young et al. 2018). Normal lateral line function is important for survival as it facilitates detection of predators, prey, and stream flow, the latter of which is important for orientation of fish relative to the current (Montgomery et al. 1997; Montgomery et al. 2013). Larval zebrafish exposed to urban runoff showed signs of impaired function of lateral line hair cells, demonstrating an acute toxic effect toward this organ (Young et al. 2018). Developmental effects were also observed in zebrafish embryos, as urban runoff exposure reduced the number of neuromasts in the lateral line and resulted in fewer hair cells per neuromast (Young et al. 2018). Coho salmon embryos reared in stormwater also had fewer neuromasts (Young et al. 2018). Because lateral line cells of larval and adult zebrafish respond similarly to various toxicants, the neuromasts of adult fish may also be impaired by short-term stormwater exposure (Young et al. 2018). While bioretention filtration can prevent URMS (presumably due to the filtering of 6PPD-quinone from runoff), it does not ameliorate neuromast defects in coho salmon (Young et al. 2018). Therefore, toxicity toward the neuromasts is likely caused by chemicals other than 6PPD-quinone (Young et al. 2018). Because neuromasts are important for proper orientation relative to stream flow, their impairment may complicate the loss of orientation and equilibrium in coho afflicted with URMS due to

6PPD-quinone exposure. In addition to lateral line defects, zebrafish embryos exposed to urban stormwater exhibited growth impairment, deflated swim bladder, and cardiac edema (Young et al. 2018).

While urban runoff contains thousands of chemicals, including those with uncharacterized toxicity, many are relatively well-described toxicants including heavy metals and PAHs (Young et al. 2018). Some heavy metals present in urban runoff, such as copper and cadmium, are known to target the lateral line and may at least partially explain this observed toxicity (Young et al. 2018). These metals can cause oxidative stress, and thus may have cumulative effects with 6PPD-quinone (Mahboob 2013). PAHs, which are known developmental toxicants, may also impair the lateral line and contribute to the other observed malformations in zebrafish following stormwater exposure (Young et al. 2018). The effects of PAHs are generally mediated by the aryl hydrocarbon receptor, which can alter gene expression and cause cardiovascular, craniofacial, and other defects (Incardona 2017; Young et al. 2018). Endogenous metabolism of PAHs can also transform them into toxic intermediates called PAH *o*-quinones, which can cause oxidative stress through the generation of ROS (Bolton et al. 2000).

### Cumulative Effects with Carbon Dioxide and Climate Change

The increasing amount of carbon dioxide in the atmosphere is the primary cause of anthropogenic climate change (Stocker 2014). Rising temperatures have harmed coho and will continue to do so (NMFS 2012; Crozier et al. 2019). Stream temperatures can impact the growth and survival of young coho and their survival when they return to spawn in fresh water (NRC 1996; California Fish & Game Commission 2002). Young coho achieve optimal growth in cold water, 12-14 ˚C (NMFS 2012). If water temperatures are typically above 18 ˚C, young coho are generally absent from the stream (NMFS 2012). Temperatures above 25-26 ˚C are lethal to juvenile coho (NMFS 2012).

Increased water temperatures are likely to affect an individual coho's energy balance (NRC 2004) and may cause damage at the cellular level (Nakano et al. 2014). Increased metabolic activity associated with thermal stress may cause increased oxidative stress and the production of ROS, which may be cumulative with effects induced by 6PPD-quinone (Nakano et al. 2014). In addition, as water temperatures increase, fish need to consume more oxygen (Nakano et al. 2014); however, less dissolved oxygen is available in warmer temperatures. This imbalance results in an energy deficit for cells. Because coho affected by URMS have physiological changes that are consistent with hypoxia (McIntyre et al. 2018), a decrease in dissolved oxygen may accelerate the onset of symptoms and possibly lower the amount of aquatic 6PPD-quinone needed to cause URMS.

Young coho require cold streams for about a year (NMFS 2012). This comparatively long time in freshwater makes them more vulnerable to rising stream temperatures than some other salmonids. Climate change can directly affect water temperatures through ambient warming of the air and

precipitation, which will result in increased water temperatures. Further, warming temperatures will convert mountain snow into rain. Slow-melting snow can help provide cold water to mountain creeks in the hottest weather, and reduction in snowfall and subsequent summer snowmelt will likely change the volume and temperature of creeks (Crozier et al. 2019). In addition, the tree canopy provides vital shade that limits warming in streams despite warm ambient temperatures. However, when shade trees are lost due to fires and drought caused by climate change, the surrounding streams may warm to a point that induces thermal stress in the coho (Brown et al. 1994; NRC 2004; Diffenbaugh et al. 2015; The Nature Conservancy 2021b). Thermal stress may render the fish more susceptible to other environmental stressors through initiation of adverse physiological mechanisms like oxidative stress (Nakano et al. 2014). Blair et al. (2021) identified 6PPD as a chemical that could potentially induce oxidative stress in coho (see the Hazard Trait and Environmental or Toxicological Endpoints section for more information). Therefore, the combination of two stressors—thermal stress and exposure to 6PPD-quinone—may increase oxidative stress effects in coho salmon.

Climate change is expected to modify exposure to, and intensity of, natural physiological stressors. This includes environmental parameters such as temperature, pH, ultraviolet irradiance, and others that influence the fate and ecological consequences of pollutants (Kolomijeca et al. 2020). A study using the fathead minnow demonstrated that the toxicity of tire particle leachate was positively correlated with higher temperatures during the leaching process (Kolomijeca et al. 2020). This indicates that the toxicological impacts of TWP on aquatic environments may change over time as temperatures increase along with increasing atmospheric carbon dioxide ($CO_2$) levels (Kolomijeca et al. 2020). Additionally, co-exposure of organisms to natural physiological stressors and chemical stressors usually has a synergistic toxic effect than either stressor alone (Holmstrup et al. 2010). Because of regionalized weather and climate trends, the effects of TWP leachate on aquatic systems is expected to be globally variable, with some geographical regions impacted by TWP differently (Kolomijeca et al. 2020). Notably, the temperatures of streams in California are expected to increase due to climate change (Ficklin et al. 2013). Thus, coho populations in California's warming streams may be more vulnerable to the toxicity of chemicals in TWP, including 6PPD-quinone.

Anthropogenic inputs of $CO_2$ in the atmosphere cause greater amounts of $CO_2$ to dissolve into the ocean, forming carbonic acid and lowering the pH of the water (Feely and Doney 2011). This phenomenon is known as ocean acidification (Feely and Doney 2011). The lower pH of the ocean water may interfere with a fish's ability to smell, which is especially important in salmon and allows them to detect predators and return to their natal streams to spawn (Williams et al. 2019; Crozier et al. 2019). Disruption of these behaviors will further impair the species' survival (Williams et al. 2019) and lead to further loss of genetic diversity and biodiversity.

## Populations That May Be Adversely Impacted

*Reference: California Code of Regulations, title 22, sections 69503.3(a)(1)(F) and 69503.3(a)(2).*

*This section identifies specific populations of humans and environmental organisms that may be harmed if exposed to the Candidate Chemical in the product. Sensitive subpopulations, environmentally sensitive habitats, endangered and threatened species, and impaired environments in California have special consideration as they may be more vulnerable.*

The severe and acute toxicity of 6PPD-quinone to coho is likely to have implications throughout California. Many of California's Native American tribes have traditionally had an important cultural relationship with coho salmon, a relationship that persists today. Loss of coho and other salmonids has had negative consequences on the health, economy, and culture of tribes and tribal members. Furthermore, loss of coho from their California range is likely to have impacts across adjacent ecosystems and for local economies that rely on fishing and fisheries.

### Human Populations

There are approximately 180 Native American tribes throughout what is now the state of California. Each tribe has its own complex and unique culture, history, and geography. Despite this diversity, historical and current trade and travel between these indigenous communities established lasting cultural ties that have led to the widespread reliance on once-abundant salmonids. To learn about the concerns and experiences of California Native American Tribes related to 6PPD-quinone and its impact on coho, DTSC held government-to-government consultations with several tribes, as well as informal meetings with tribal technical staff. A detailed summary of these meetings is available on DTSC's website (DTSC 2021a). Input received from tribal governments has also been incorporated throughout this Profile, where appropriate. While many of the adverse impacts experienced by the tribes that we consulted with are likely shared by other tribes who rely on salmon, the accounts of the consulting tribes should not be viewed as representing tribal views throughout California because each tribe's experience and perspective is unique (DTSC 2021a).

Coho and other salmonids are culturally significant to California Native American Tribes and have been since time immemorial. This cultural importance extends beyond the coho's range in the northwest region of the state. Archeological evidence and personal accounts from tribal members indicate that tribes throughout California traditionally relied on sophisticated trade and travel to obtain and use salmon (Gobalet 1990; Schilling et al. 2014). For many tribes along the northern and central California coast, salmon are an essential part of their culture and may have accounted for roughly one-third of the fish in their traditional diet (Schilling et al. 2014). As heard throughout our meetings with tribes, salmon continue to play an important role in the culture and diet of many of California's tribes. Salmon

is their single most-consumed fish, and almost all tribal members interviewed by the California State Water Resources Control Board said they used salmon (Schilling et al. 2014). However, tribal members throughout California say that the traditional use of salmon and other fish has decreased because of diminished populations (Schilling et al. 2014). This is true for coho, whose population is about one-tenth of 1940 levels and is subject to strict catch limits (Brown et al. 1994; NMFS 2012)..

Across Indigenous communities, the loss of core traditional food sources can be tied to loss of culture, decreased self-reliance and sovereignty, increased physical and mental health issues, and increased poverty (Norgaard 2005; Schilling et al. 2014; Vinyeta et al. 2016). Samuel Gensaw III, cofounder of the Yurok Ancestral Guard, describes this very plainly: "Once the salmon are gone, it's the end of the world for us and there's no going back" (Rawal 2021). It is difficult to tease out the impacts of the loss of coho from those of the decline in salmonids more broadly because, in many cases, the literature does not single out individual salmon species.

## Health Impacts

"The salmon run is directly connected to the health of our community," says Samuel Gensaw a member of the Yurok Tribe (Rawal 2021). The human toll of the decline of salmon has been well-documented by the Karuk Tribe in the Klamath Basin in Norgaard's report to the Federal Energy Regulatory Commission (2005). The devastating loss of Chinook and coho most closely correlates with the construction of dams on the Klamath River. Traditionally, an individual of the Karuk Tribe ate 450 pounds of fish per year (Norgaard 2005). This was likely a combination of Chinook and coho salmon, lamprey, and sturgeon, but the salmonids were the most important food source. Now, the average person is likely to only consume five pounds of salmon each year. This pattern is similar among many tribes in California. Shilling et al. report that traditional tribal diets included about one pound of fish per week, whereas contemporary diets include significantly less (2014). The caloric deficit is most easily made up by replacing lean, protein-rich fish with carbohydrate and fat-laden commodity foods (Norgaard 2005). The decline of the salmon fishery may not be the only factor in the dramatic shift in the diet of the Karuk, but it has had devastating health consequences for the population.

Diabetes, heart disease, hypertension, and stroke, diseases that are strongly influenced by diet, have become more common in the Karuk since the decline of the salmon fishery. The most striking health impact is the increase in Type II diabetes to 21%, which is nearly four times the national average (Norgaard 2005). Prior to the 1970s, Type II diabetes was nearly unknown among the Karuk. The timing of the increase corresponds to the decline of salmonids in the previous decade. As a whole, Native Americans in the U.S. tend to have worse outcomes with diabetes—including blindness, kidney failure, lower-extremity amputations, neuropathy, dental problems, heart disease, disability, decreased quality of life, and premature death (Norgaard 2005)—all of which are directly tied to loss of traditional foods. The effects of dietary changes are exacerbated by changes in how food is obtained. Harvesting fish is

vigorous exercise, in stark contrast to buying food from a store. Lack of exercise associated with loss of hunting, fishing, gathering, and traditional cultural practices is a cofactor in the development of Type II diabetes.

Changes in diet may also have generational effects. Pregnant women with diabetes have an increased risk of spontaneous abortion, premature birth, high birth weight (infant macrosomia), and increased infant mortality (Norgaard 2005). The adverse pregnancy outcomes associated with diabetes stand in contrast to the benefits of a diet that is high in fish that contain omega-3 oils, which promote better pregnancy outcomes and healthy brain development (Norgaard 2005). Additionally, the reliance on processed or commodity foods and the reduction in exercise from subsistence fishing have led to increases in childhood obesity, which may lead to poor self-esteem and performance in school for Karuk children (Norgaard 2005).

Some of the effects of the change in Native Americans' diets may affect mental health as well as physical health. Many studies have demonstrated that significant stress arises from the lack of food security (Norgaard 2005; Ling et al. 2019), which is tied with food sovereignty. At its core, food sovereignty strives to rebuild a food system that gives indigenous communities greater control over their food, ensuring access to healthy, affordable, traditional, and culturally appropriate foods (Whyte 2017). Native American advocates assert that access to traditional food sources, such as salmon, helps to promote self-reliance among Indigenous peoples and is fundamentally important to protecting Native communities' health, well-being, economic resilience, and cultural heritage (Declaration of Nyéléni 2007; Cramblit 2020; Rawal 2021; Montalvo 2021).

## Cultural Significance

For many tribes along the northern and central California coast and across trade routes, salmon are an essential part of their culture and in some instances are a core part of their religions and creation stories. Yurok Tribal Chairman Thomas P. O'Rourke describes the significance of salmon: "The Klamath salmon is as much a part of our traditional culture as our prayers and our drums. That is what is at stake here, the continuation of our very existence as Yurok people" (Associated Press 2017). Over 90% of individuals interviewed from tribes across the state agreed that fishing and eating fish are culturally important to their communities (Schilling et al. 2014). In Native American tribal communities, traditional foods such as salmon are important for physical health, emotional health, cultural practice, family structure and social relations, ceremonial practice, traditional knowledge, and political sovereignty (Norgaard 2005; Vinyeta et al. 2016; Cramblit 2020). Traditional foods are also important for cultural continuity. Some food-gathering activities, such as the salmon harvest, are multigenerational, social events; when a food source disappears, so do the associated cultural activities (Norgaard 2005). As with many cultures, food-related activities serve as the social glue that binds Native American communities together. Obtaining, preparing, and sharing food helps to define social

roles that instill a sense of identity, and this entire process helps to transmit values (Norgaard 2005). As Norgaard writes, "The present ongoing destruction of the resource base leads to further social disruption for Karuk people today. Just as ceremonies surrounding fish … create and maintain community ties and provide identity, so too does their absence and decline lead to further cultural disruption" (Norgaard 2005).

As explained by Sarah Ryan, Big Valley Band of Pomo Indian Environmental Director, tribes have specific sites and times to harvest and use coho that extend beyond basic utility (Ryan 2021). Alternatives like using other fish species or fishing at other locations do not maintain these traditions and culture (Ryan 2021). Ryan compares this to the way Thanksgiving is celebrated in a certain way at a certain time in the U.S. culture. It wouldn't be Thanksgiving if it was celebrated in May. Time and place are key to maintaining connections to traditional foods and ceremonies (Ryan 2021).

The decline in salmon populations can lead to losses of the skills—and even the language—involved in harvesting and preparing food. These skills, which include the Yurok method for gillnetting (Berkeley Food Institute 2018) and the dipnetting techniques of the Karuk (Norgaard 2005), cannot be taught to younger generations if salmon are absent from their historic streams. Traditional skills involved in processing the meat are also at risk of being lost. Ron Reed, a traditional Karuk fisherman, says this about the importance of food sovereignty and traditional ecological knowledge:

> You can give me all the acorns in the world, you can get me all the fish in the world, you can get me everything for me to be an Indian, but it will not be the same unless I'm going out and processing, going out and harvesting, gathering myself. I think that really needs to be put out in mainstream society that it's not just a matter of what you eat. It's about the intricate values that are involved in harvesting these resources, how we manage them for these resources and when. This knowledge is incorporated under our ceremonies (Norgaard 2005).

This sentiment is echoed by Samuel Gensaw of the Yurok Tribe, "We're salmon people. Our whole life revolves around the relationship that we have with these salmon, because we believe that when these salmon disappear, we disappear" (Rawal 2021).

**Economic Impacts**

The decline of the Klamath salmon fishery has coincided with increases in poverty and hunger (Norgaard 2005). The Karuk spend an estimated $1.9 million per year treating and dealing with the consequences of diabetes and related pathologies (Norgaard 2005). As discussed previously, salmon has invaluable cultural significance to many California tribes. While it is difficult to quantify the cultural costs to the Karuk and other tribes from the decline in salmon, the economic impacts are evident (Norgaard 2005). Some tribes have invested resources to acquire replacement food sources and

devoted significant capital to the study (e.g., Faukner et al. 2017) and restoration of habitat for fishes (see more in the <u>Economic Importance to California</u> section below).

DTSC recognizes the importance of salmon to California tribes, given its prevalence in both traditional and contemporary cultures and diets (Schilling et al. 2014). The information summarized in this section was obtained through consultation with tribes and research. Most of these consultations were with tribes of northwestern California whose traditional lands intersect with current and historical coho habitat. The research was also skewed towards tribes in the northwest because the impact of the loss of salmon on these communities has been publicly documented and is readily accessible. DTSC acknowledges that this discussion does not reflect the viewpoints of all California Native American Tribes. As noted earlier, each of California's approximately 180 Native American tribes, has a unique, rich history and culture, including sophisticated religious traditions and trade systems. Each tribe may have its own specific cultural uses of coho and concerns related to the coho's decline. As such, this discussion does not reflect the viewpoints of all California Native American Tribes.

## Ecological Populations

When Pacific salmon migrate upstream and ultimately die, they transfer marine nutrients to the flora, fauna, and fungi of the riparian habitats and adjacent forests (Naiman et al. 2002; Merz and Moyle 2006; Quinn et al. 2018). This redistribution of nutrients from sea to forest is so important to the riparian and adjacent ecosystems that Pacific salmon have been referred to as a keystone species in the Pacific Rim (Quinn et al. 2018). Coho typically spend 18-24 months in the ocean (CDFW 2021a); generally, 95% of a salmon's body mass is accumulated in the marine environment (Naiman et al. 2002). When the salmon migrate upstream and die, their marine-derived nutrients are readily traceable by their isotopic signatures. These chemical signatures can be traced back to land organisms such as fungi and bacteria, and to trees, and animals, including megafauna such as bears (Naiman et al. 2002; Merz and Moyle 2006). In some cases, enhanced plant and tree growth is associated with more robust salmon runs (Merz and Moyle 2006; Quinn et al. 2018). In a recent decade-long study, nutrients from sockeye salmon were experimentally shown to improve tree growth in an Alaskan forest (Quinn et al. 2018). The nutrients are also important to the river ecosystem (NOAA 2021a), and they support the stream invertebrates that provide food for the young salmon. The continued decline of coho salmon may have unexpected consequences through various ecosystems.

In the ocean, juvenile California coho may be consumed by a variety of other fish, seals, and California sea otters, which are listed as threatened under the ESA and as depleted by the Marine Mammal Protection Act (Naiman et al. 2002; NOAA 2021a; Marine Mammal Commission). Adult coho are a source of food for marine megafauna, including sharks, sea lions, seals, and orcas (NOAA 2021a). Again, despite their small size and relatively low abundance, the further loss of coho may still have significant ecological impacts, especially on megafauna whose survival is increasingly imperiled.

### *Populations Potentially Exposed to 6PPD-Quinone Through Fish Consumption*

The potential human health impacts of consuming fish contaminated with 6PPD or 6PPD-quinone, if any, are unknown. During consultation meetings, California tribal members and tribal representatives expressed significant concern about the potential impacts to their communities and to other animals from consuming such fish (DTSC 2021a). The discovery of 6PPD-quinone is so recent that there is little information about its metabolism in organisms. $K_{OW}$ estimates suggest that it may have the potential to bioaccumulate (see Candidate Chemical Definition and Properties section ) but its quinone structure suggests that it is likely to be reactive, and therefore likely to be transformed in an organism's body (Bolton et al. 2000). More research is needed to understand the risks, if any, to people or animals who consume fish that may have been exposed to 6PPD-quinone and its metabolic products.

## Economic Importance to California

Salmon are economically important in California beyond their importance to Native American tribes as discussed above. California's recreational and commercial salmon fisheries, combined, were valued at $121 million in 2015 based on sales of fish, income for commercial fishers and guides, licenses and fees, boat maintenance and fuel, bait and tackle, and services used by commercial anglers (FishBio 2017). Recreational salmon fishing in streams was valued at $1,236 per fish, while the value is lower for those caught recreationally or commercially in the ocean (FishBio 2017). These numbers are not specific for coho but provide an approximation of the economic impacts related to declines in their populations.

The state of California, as well as California's Native American tribes, have invested millions of dollars to support projects that improve the habitat for salmonids through the Fisheries Restoration Grant Program (CDFW 2021c). These projects tend to focus on improving the physical habitat by controlling erosion and adding features to urbanized streams such as pools and riffles. In Washington state, ironically, restoration activities may have lured coho back into urbanized streams where they fell victim to the toxicity of 6PPD-quinone (Scholz et al. 2011; Tian et al. 2021). Reductions in the release of 6PPD-quinone into streams would help to ensure these resource-intensive restoration projects will help the recovery of coho.

## Adverse Waste and End-of-Life Effects

*Reference: California Code of Regulations, title 22, sections 69503.2(b)(1)(B) and 69501.1 (a)(8).*

*This section summarizes findings related to the waste materials and byproducts generated during the life cycle of the product and their associated adverse effects, as described in the SCP Regulations. These considerations can form part of the basis for proposing the product-chemical combination.*

### *Effects on Solid Waste and Wastewater Disposal, Treatment, and Recycling*

As discussed in the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section, tires represent a significant volume of material that must be disposed of or recycled. To address the large volume of solid waste in California landfills, including tires, Assembly Bill 341 (Chesbro, Chapter 476, Statutes of 2011) set a policy goal for California to divert 75% of its solid waste from landfills by 2020 and mandated that CalRecycle develop a strategy to achieve this goal (CalRecycle 2020a). While not required by the statute, CalRecycle is also aiming for a 75% recycling rate specifically for waste tires (CalRecycle 2021). To continue achieving and exceeding this goal, new and expanded markets for used tires are needed (CalRecycle 2020b). Some current recycling practices will likely need to be reassessed given the recent discovery of the link between 6PPD-quinone and salmon mortality, and any new tire recycling options will also need to take the potential for release of this chemical into account. As discussed above, 6PPD-quinone is a transformation product of 6PPD that is lethal to coho salmon.

Many end-of-life uses of tires have direct pathways to the aquatic environment and may represent a source of contaminants like 6PPD (see the Potential Exposures to the Candidate Chemical During the Product's Life Cycle section). While there are currently no regulations restricting the use of recycled tires due to the presence of 6PPD, increased regulatory scrutiny and public concerns for 6PPD and other tire-derived contaminants may limit future applications (e.g., tires as stormwater filters (Lahontan Regional Board 2018)), potentially hindering recycling efforts and interfering with CalRecycle's legislative mandate.

If California's recycled tire market were limited due to the presence of 6PPD, there would be a significant impact on the business infrastructure developed to support tire recycling efforts. For example, there are over 23,000 registered waste tire generators in California (e.g., tire dealers and auto shops), and over 1,300 registered waste tire haulers (CalRecycle 2020b). In 2019, over 85% of California waste tires were processed at 21 facilities (CalRecycle 2020b). A total of 16 landfills received significant quantities of waste tire shreds in 2019, but seven of them accounted for over 90% of the waste (CalRecycle 2020b). Furthermore, reducing tire recycling due to the presence of toxicants such as 6PPD and its degradation products could lead to drastic increases in the number of tires being landfilled, burned, or illegally dumped.

### *Special Handling Needed to Mitigate Adverse Impacts*

While most urban stormwater in California is discharged to the aquatic ecosystem without treatment (State Water Board 2021), stormwater contaminated with aquatic toxicants such as 6PPD may require special handling to mitigate adverse impacts to aquatic organisms. Neither 6PPD nor 6PPD-quinone are currently regulated in stormwater, but if they were, their removal would likely require enhanced

treatment such as biofiltration. Biofiltration has proven successful in removing lethal and sublethal effects of highway runoff to coho salmon (Spromberg et al. 2016).

The presence of 6PPD-quinone in California waterways at concentrations that have proven lethal to coho salmon (Tian et al. 2021) indicates that current stormwater handling practices are often insufficient for the removal of 6PPD-quinone. If 6PPD or 6PPD-quinone were to be regulated in stormwater, municipalities would potentially be required to adopt expensive special handling measures to meet discharge limits and ensure protection of local waterways.

# 6. OTHER REGULATORY PROGRAMS

*Reference: California Code of Regulations, title 22, section 69503.2(b)(2).*

When deciding whether to list a product-chemical combination as a Priority Product, DTSC must consider other California and federal laws that regulate the product or the Candidate Chemical in the product and the extent to which these other regulations provide adequate protections with respect to the same exposures and adverse impacts. If the exposures or impacts are regulated by another entity, DTSC may only list a product-chemical combination as a Priority Product if it determines that doing so would meaningfully enhance protection of public health or the environment.

DTSC has assessed all applicable state and federal laws and regulations, as well as international treaties or agreements with the force of domestic law, related to the proposed Priority Product and the Candidate Chemical in the product. The results of these assessments are summarized below. DTSC has determined that these programs do not overlap or conflict with this proposal to list motor vehicle tires containing 6PPD as a Priority Product, nor with any subsequent regulatory response that may result from such listing.

## Regulations Addressing the Same Exposures and Impacts

The federal Clean Water Act prohibits the discharge of stormwater containing specific pollutants without a National Pollutant Discharge Elimination System (NPDES) permit. U.S. EPA delegates this federal permitting program to the state of California. California's Municipal Storm Water Program manages NPDES permits for municipalities and the statewide permit for Caltrans. These permits are intended to address the same potential exposures and impacts described in this Profile. Neither 6PPD nor 6PPD-quinone is currently regulated by the California State Water Resources Control Board.

DTSC has determined that listing motor vehicle tires containing 6PPD as a Priority Product could meaningfully enhance protection of the environment by requiring manufacturers to consider whether

there are less-toxic alternatives to 6PPD that would still ensure that tires meet existing performance and safety requirements.

## Regulations Addressing the Safety and Performance of Tires

The National Highway Traffic Safety Administration (NHTSA) regulates the safety of tires. NHTSA has established several Federal Motor Vehicle Safety Standards setting safety and performance requirements for tires (Code of Federal Regulations, title 49, subtitle B, chapter V, part 571, subpart B), including:

- Standard No. 109; New pneumatic and certain specialty tires
- Tire selection and rims and motor home/recreation vehicle trailer load carrying capacity information for motor vehicles with a gross vehicle weight rating (GVWR) of 4,536 kilograms (10,000 pounds) or less
- Standard No. 119; New pneumatic tires for motor vehicles with a GVWR of more than 4,536 kilograms (10,000 pounds) and motorcycles
- Tire selection and rims and motor home/recreation vehicle trailer load carrying capacity information for motor vehicles with a GVWR of more than 4,536 kilograms (10,000 pounds)
- Standard No. 139; New pneumatic radial tires for light vehicles

DTSC has determined that these regulations do not overlap or conflict with the proposal to list motor vehicle tires containing 6PPD, as they do not address the potential exposures or adverse impacts under consideration. If motor vehicle tires containing 6PPD were listed as a Priority Product, they would still be required to meet the same standards for safety and performance. The SCP Regulations do not allow DTSC to require the use of alternatives to a Chemical of Concern that would compromise a Priority Product's compliance with health and safety requirements.

## Regulations Addressing the Recycling, Reuse, and Disposal of Tires

Current laws and regulations require people who store, stockpile, accumulate, or discard waste tires to comply with tire storage and disposal standards and to obtain a waste tire facility permit. CalRecycle is responsible for administering waste tire programs in California and has established technical standards and a permitting program for waste tire facilities (CalRecycle 2021).

DTSC has determined that these regulations do not overlap or conflict with the proposal to list motor vehicle tires containing 6PPD, as they do not address the potential exposures or adverse impacts under consideration. CalRecycle's waste tire and storage and disposal standards primarily address preventing fires and the breeding of mosquitoes, rodents, and other pests. If motor vehicle tires containing 6PPD were listed as a Priority Product, they would still be subject to the same requirements.

# 7. POTENTIAL ALTERNATIVES

*Reference: California Code of Regulations, title 22, section 69503.2(b)(3).*

*This section summarizes information available to DTSC regarding alternatives that may or may not be safer than the Candidate Chemical. DTSC does not need to ensure that these alternatives are safer and may summarize their associated hazards to illustrate readily available information. The sections below may include information such as how readily available an alternative is, product functions addressed by the alternative, and implications for manufacturers using the alternative (e.g., use limitations, product reformulation, different equipment needs).*

As long as rubber tires are used on motor vehicles, they will likely need to be protected from ozone and oxygen. Cataldo (2019) indicates that ground-level ozone concentrations have risen over the past hundred years and are predicted to continue to rise, presumably making antiozonants more important in materials, like tire rubber, that are susceptible to degradation by ozone. Ideally, a safer alternative to 6PPD would exhibit relatively low toxicity itself and in its transformation products.

Perhaps the most obvious chemical alternatives to 6PPD are other 4-aminodiphenylamine (4-ADPA) derivatives such as:

- N-(1,4-dimethylpentyl)-N'-phenyl-p-phenylenediamine (7PPD, CASRN 3081-01-4)
- N-isopropyl-N'-phenyl-p-phenylenediamine (IPPD, CASRN 101-72-4)
- N-cyclohexyl-N'-phenyl-p-phenylenediamine (CPPD, CASRN 101-87-1)
- N,N'-diphenyl-p-phenylenediamine (DPPD, CASRN 74-31-7)

and dialkyl-substituted PPDs. Although structural similarity to 6PPD is likely to imply similar desirable properties for analogs (e.g., reactivity toward ozone and compatibility with vulcanization packages and other materials used in tires), close structural similarity would also predict analogous transformation products and toxicity. As described in the 6PPD Antidegradant Mechanism section, research begun in the early 1980s concluded that 6PPD and other PPDs form dinitrones upon reaction with ozone. If Tian et al. (2021) are correct that the dinitrone is, in fact, a quinone, then those other PPDs likely also form quinones. In fact, a recent study by Zhang et al. (2021) tentatively identified $PM_{2.5}$-bound IPPD-quinone and DPPD-quinone.

There may be other chemicals that function as effective antidegradants, are compatible with tire rubber, and are less toxic than 6PPD and its transformation products. Achieving the same level of performance may require tire manufacturers to assemble a package of safer chemicals, given that a single PPD is able to protect rubber from degradation by ozone, oxygen, fatigue, heat, and metal ions (Ignatz-Hoover 2020). However, Ignatz-Hoover (2020) also notes that, in selecting antidegradants, product formulators must generally select for superior antioxidant or antiozonant performance and

that it makes little sense to sacrifice PPD antiozonants to oxidative loss when less expensive antioxidants are available. As a result, chemical antioxidants such as (N-1,3-dimethyl butyl-N'-phenyl quinone diimine (6QDI) and polymerized 2,2,4-trimethyl-1,2-dihydroquinoline (TMQ; CASRN 147-47-7) may be added to tires (Cardno ChemRisk 2013; Ignatz-Hoover 2020). Ignatz-Hoover (2020) observes that 6PPD and TMQ are an effective antioxidant combination but that 6QDI is even more effective. 6QDI and 6PPD are closely related chemical species: 6QDI can be generated by oxidizing 6PPD; conversely, 6PPD can be generated by reducing 6QDI. During vulcanization, 6QDI can both undergo oxidation to generate 6PPD and bond to rubber polymers or the carbon black typically added to tires (Huntink et al. 2004; Ignatz-Hoover 2020). This means that 6QDI in tires represents a potential source of 6PPD and 6PPD-quinone. Structural analogs of 6QDI may similarly generate other PPDs and PPD-quinones.

Huntink et al. (2004) and Ignatz-Hoover (2020) review many possible alternatives to PPD antidegradants, with an emphasis on long-lasting and non-staining or non-discoloring products. They include hindered phenols and bisphenols; hydroquinones; phosphites; organic sulfur compounds; hindered amine and nitroxyl compounds; phenylnaphthylamines; dihydroquinolines; diphenylamine derivatives; amine-based, bound-in or polymer-bound antioxidants; petroleum waxes; nickel dibutyldithiocarbamate; 6-ethoxy-2,2,4-trimethyl-1,2-dihydroquinoline; triazines and triazinethiones; and oligomeric or polymeric antioxidants (e.g., derivatized polysiloxanes). The limitations of these 6PPD alternatives may include high cost, suspected toxicity, and incompatibility with vulcanization. Krüger et al. (2005) discuss PPD derivatives with a sulfoxide or thioether moiety bearing a long hydrophobic chain; this modification increases solubility in nonpolar elastomer matrices and confers the ability to react (i.e., bond) with the rubber polymer. Huntink et al. (2004) and Krüger et al. (2005) focus, in part, on antioxidants used in food contact or medical applications in which extraction resistance is a key attribute of additives, so the applicability to tire rubber is unknown.

Another possible approach could involve a coating or physical barrier to prevent gas-phase ozone from reaching the tire surface. However, while such an approach might be feasible under static conditions (for example, during transportation to the point of sale and storage), it would likely face significant challenges under dynamic conditions—that is, during a tire's intended use on a motor vehicle. Furthermore, this would likely be an infeasible means of protecting the tire tread.

The observation that manganese oxide can catalyze the destruction of ozone (Li and Oyama 1998) suggests that other, as yet undiscovered additives or coatings that could protect tires from the destructive effects of ozone and oxygen may exist. These possibilities represent potential future research efforts.

Additionally, tires could be made from materials that are less susceptible than conventional tire rubber blends to oxidative degradation. This approach could reduce the need for antidegradants. Huntink et

al. (2004) discuss the addition of ozone-resistant polymers (e.g., ethylene propylene rubber, ethylene propylene diene rubber, halobutyl, and polyethylene) to rubber mixtures. Huntink et al. assert that the ideal proportion of ozone-resistant polymers is 20% to 50%; however, they also state that such polymer blends are imperfect in that they do not completely prevent ozone damage under dynamic stress and, when vulcanized, they lack some of the desired performance characteristics of conventional rubber blends (Huntink et al. 2004).

So-called airless or non-pneumatic tires are another example of tires made from unconventional materials. As the name suggests, airless tires do not rely on trapped, compressed air (or other gas) to support the weight of the vehicle. Current prototypes and the few commercially available examples instead rely on structural elements (for example, spokes) made, at least in part, of materials other than rubber. For example, Michelin's Unique Puncture-Proof Tire System prototype airless tire, designed for passenger cars, features "a flexible load-bearing structure made from glass fiber reinforced plastic" (Michelin 2021a). Bridgestone's "Air Free Concept (Non-Pneumatic) Tire" features spokes made of a thermoplastic resin that becomes flexible and can be shaped or molded when heated, and that hardens as it cools. The materials used to provide structural support in airless tires may be sufficiently different that PPDs are no longer the best choice of antiozonant, although this may not be the case for the treads. Thus, airless tires may reduce the amount of antiozonant used per tire, thereby reducing the total flux of these chemicals to the environment. Several tire manufacturers (Bridgestone, Goodyear, Hankook, Michelin, Sumitomo, Toyo) have signaled that they are developing airless tires for motor vehicles (Hankook 2015; Goodyear 2017; Bridgestone 2021; Michelin 2021b; Sumitomo 2021; Toyo 2021). Michelin's Tweel is presently available for applications—such as golf carts, riding mowers, all-terrain vehicles, and light construction equipment—not covered by DTSC's proposed definition of motor vehicle for this Priority Product (Michelin 2021c).

Emerging technologies may allow for motor vehicles to be equipped with devices to capture TWP as they are generated. For example, a startup called The Tyre Collective has developed a prototype electrostatic device that the company claims "captures 60% of all airborne particles on our test rig" (The Tyre Collective 2021). According to the company's website, it is "currently working with some of the largest tyre and vehicle manufacturers to develop their technology" (*Ibid*.). This approach would reduce emissions of TWP and all the chemicals they contain, not merely 6PPD.

Finally, a less immediate possibility is commercialization of so-called spring tires for motor vehicles, such as those developed by NASA; these are made of a nickel-titanium shape memory alloy (NASA 2021a). A version developed by the SMART Tire Company for bicycles is reportedly slated for launch in late 2022 (NASA 2021b; The SMART Tire Company 2022).

# 8. ADDITIONAL CONSIDERATIONS

*This section summarizes other relevant information not captured under the adverse impact and exposure factors named in section 69503.3 of the Safer Consumer Products Regulations.*

## 6PPD Antidegradant Mechanism

6PPD, like some other PPDs, is thought to function as an antidegradant by migrating to the surface of the tire (a process known as blooming), where it reacts with atmospheric ozone faster than the rubber can, forming a protective film (Lattimer et al. 1983; Huntink et al. 2004); however, the composition of the protective film may be very complex and remains unclear. For example, PPDs may also react with phenolic antioxidants (if present in tires), producing a variety of reaction products, including some quinones other than 6PPD-quinone (Taimr and Pospiil 1984).

There are now competing theories for the mechanism of 6PPD's reaction with ozone. Researchers in the early 1980s (Lattimer et al. 1983) proposed a dinitrone structure for one of the ozonation products of 6PPD ($C_{18}H_{22}N_2O_2$), a conclusion that was supported by subsequent investigations (Huntink et al. 2004). However, a recent study (Tian et al. 2021) using two-dimensional nuclear magnetic resonance (NMR) spectroscopy concluded that $C_{18}H_{22}N_2O_2$ is a quinone, not a dinitrone. Lattimer et al. (1983) identified 13 structures for ozone-6PPD reaction products and considered several possible mechanisms that could produce these structures. They concluded that the reaction follows three competing ozonation pathways. According to their findings, the dominant mechanism is the nitroxide radical pathway, which leads to the formation of a nitrone (Figure 7a) and, to a lesser extent, the dinitrone (Figure 7b). The other two relevant pathways are the amine oxide pathway (forming nitrosoaryl and nitroaryl products) and side chain oxidation pathway (forming low molecular weight products, including some amides).

Subsequent studies describe several intermediate reaction products during the oxidation of 6PPD, including 6QDI (Figure 7c) (Hong and Lin 2000; Cataldo 2002; Li and Koenig 2003; Huntink et al. 2004; Cibulková et al. 2005).



*Figure 7: Oxidation products of 6PPD proposed in earlier studies: (a) nitrone; (b) dinitrone; (c) 6QDI; (d) ketimine.*

Environmental conditions have differed across a plethora of studies involving the mechanism of PPD oxidation; this has led to debate over competing mechanisms with multiple possible intermediate and final reaction products. Benzoquinone diimines (QDIs) are generally thought to be intermediate reaction products in the oxidation of PPDs that protect the rubber (Cibulková et al. 2005), but they are not included in the 6PPD-quinone formation mechanism suggested by Tian et al. (2021). At neutral or weakly basic pH, alkyl-aryl PPD-derived quinone diimines appear to be relatively stable, but at even slightly acidic pH in the presence of water they hydrolyze to their benzoquinoneimine derivatives (Taimr and Pospisil 1984). Some researchers have argued that the mechanism involves the preferential dehydrogenation of the PPD at the N-bonded tertiary carbon atom, resulting in a ketimine (phenyl-N=C, see Figure 7d) rather than a quinone diimine (phenyl=N-C, see Figure 7c) (Polovková et al. 2006; Gatial et al. 2007). Subsequently, Rapta et al. (2009) described different mechanisms for the antioxidant action of PPDs, depending on environmental conditions, especially on the matrix, pH, and temperature. They found that benzoquinone diimines are the final oxidation products of PPDs in solution, whereas the ketimine structure forms when the PPD sample is heated in air.

Thus, for the past few decades, the reaction protecting tires against ozone attack was thought to start with ozone extracting an electron from a nitrogen atom of the PPD molecule. It was reported that PPDs donate hydrogen atoms, forming aminyl radicals through a process that involves condensation,

hydrolytic, and redox reactions (Klein et al. 2005), but the exact mechanism depends on temperature (Puškárová et al. 2016) and pH (Taimr and Pospisil 1984).

The study by Tian et al. (2021) changed the current understanding of 6PPD ozonation mechanisms. They used two-dimensional NMR spectroscopy and simulations to demonstrate that the compound with formula $C_{18}H_{22}N_2O_2$ first described by Lattimer et al. (1983) as a dinitrone (Figure 7b) is, in fact, a quinone, which they called 6PPD-quinone (Figure 2). They also demonstrated that 6PPD-quinone can form from the reaction of 6PPD and ozone in gas phase in the lab. They hypothesized that the 6PPD-quinone forms through a phenol or semiquinone radical intermediate.

While Tian et al. (2021) make a compelling case for the quinone structure of $C_{18}H_{22}N_2O_2$, several questions remain. Their proposed mechanism does not account for the $C_{18}H_{22}N_2O$ compound described as a nitrone by Lattimer et al. (1983), nor for the $C_{18}H_{22}N_2$ compound described as a quinone diimine (i.e., 6QDI) (Huntink et al. 2004; Cibulková et al. 2005) or a ketimine (Polovková et al. 2006; Gatial et al. 2007; Rapta et al. 2009) in previous studies. A more recent study of tire composite samples and road dust tentatively proposed a mechanism in which 6PPD ($C_{18}H_{24}N_2$) first loses two hydrogen atoms to convert into 6QDI ($C_{18}H_{22}N_2$), which reacts with oxygen to form 6QDI-OH ($C_{18}H_{22}N_2O$), which further reacts with oxygen to form 6PPD-quinone ($C_{18}H_{22}N_2O_2$) (Klöckner et al. 2021b). It is unclear under what environmental conditions (e.g., temperature, ozone levels, presence or absence of water) these proposed mechanisms would be favored or whether other mechanisms may be at play.

Regardless of the exact mechanism or chemical structure, Tian et al. (2021) demonstrated that the $C_{18}H_{22}N_2O$ compound is present in TWP leachate and is lethal to coho salmon. Filling some of the data gaps about the exact reaction mechanism that leads to the formation of 6PPD-quinone and where that reaction takes place can help inform DTSC's work, but the acute toxicity of 6PPD-quinone has been amply demonstrated and there is sufficient information about potential exposures and adverse impacts for DTSC to propose regulating tires containing 6PPD as a Priority Product.

## Stressors That Exacerbate the Impact of 6PPD-Quinone on Coho Populations

A range of anthropogenic factors can exacerbate 6PPD-quinone's lethality to coho. While the chemical's toxicity is newly discovered, it has been used in tires for decades as an antiozonant. 6PPD's use since roughly the 1950s or 1960s (Eastman Chemical Company 2021b) has coincided with a dramatic drop in California's coho populations (Brown et al. 1994). 6PPD's reaction product, 6PPD-quinone, may have been a previously unrecognized factor—among many other stressors (Brown et al. 1994; CalTrout 2017; CDFW 2021a)—contributing to the coho's decline. The interaction between these stressors, discussed below, can cause adverse impacts at both the individual and the population level. Sublethal effects of 6PPD-quinone and these other stressors have potentially acted in concert to

depress the coho population over the past 60 years (Brown et al. 1994; NRC 2004; Baldwin et al. 2009b). The cumulative impacts of sublethal levels of toxicants and other stressors wreak havoc on the individual's physiology and may threaten the animal's survival. At the population level, 6PPD-quinone represents one of many stressors faced by California's already-decimated coho populations that, taken together, threaten the survival of the species.

## Changes in Stream Flow

### Dams

Dams block access to rivers and streams that formerly provided habitat for coho (California Fish & Game Commission 2002; NRC 2004). For example, in the Klamath Basin, the Iron Gate Dam blocks the main stem of the Klamath while the Dwinnell Dam blocks the upper Shasta River, and the Trinity River Diversion Project disrupts that river's flow (see Figure 4 above). Further, there are numerous small dams used for irrigation that block small tributaries which previously provided habitat for spawning and for the young coho to mature (NRC 2004). Dams are generally a stressor at the population level by reducing previously available habitat. In addition, changes in water flow due to dams may alter the temperature of creeks and cause physiologic stress at the individual level.

### Drought

Disruption of the precipitation patterns that have allowed coho to thrive along the Pacific Coast for the past 6 million years (Waples et al. 2008) is another factor stressing coho salmon (Barboza et al. 2014; Crozier et al. 2019). The frequency and severity of droughts in California is predicted to increase with climate change (Diffenbaugh et al. 2015). Winter rains are needed to allow adults to pass sand bars and other barriers in order to migrate upstream to spawn. In the drought of 2014, hundreds of adult coho were seen circling at the mouth of Scott Creek near Santa Cruz, waiting for sufficient winter rains to be able to pass the sand bar that partly blocks the mouth (Barboza et al. 2014). The same year in Siskiyou County coho returned in abundance to Scott River but there was so little water in the smaller tributaries that fish could not reach 90% of their natal streams to spawn (Barboza et al. 2014). Failure to spawn may result in a failure of an entire year class. Furthermore, some creeks may dry up during droughts, trapping young salmon in isolated pools whose water is likely to exceed the temperature lethal to coho (Mattole Restoration Council et al. 2011; Wilson 2021). Again, this could kill off an entire year class. It is unlikely that a coho population can survive many successive years of drought.

In addition, the low water flows and high water temperatures associated with dammed rivers may also exacerbate the lethal effects of the salmonid bacterial pathogen, *Ceratonova shasta* (Som et al. 2019). With normal river temperatures and flows, the *C. shasta* population is kept at a moderate level and does not typically harm healthy fish (Som et al. 2019). Unfortunately, in May 2021, Yurok fish biologists reported that 97% of juvenile salmon caught in traps in the Klamath were infected with the bacteria

due to low flows caused by the drought (Associated Press 2021; Greenson 2021). The effects of toxicants and pathogens can be additive, where the sublethal effects of one stressor may make the fish more vulnerable to the effects of the other (Austin 1998; Arkoosh et al. 1998; Beiras 2018; Lundin et al. 2019). Thus, 6PPD-quinone may make fish more vulnerable to bacterial infections, and fish weakened by a heat-related high pathogen load may be more susceptible to the chemical's toxicity.

Drought may also indirectly affect coho. The tree canopy provides vital shade that limits warming in streams despite warm ambient temperatures. When shade trees are lost due to droughts or drought-induced fires (Diffenbaugh et al. 2015), heavily shaded stream sections may no longer be available, and therefore streams can warm to a point that causes thermal stress for the coho (Brown et al. 1994; NRC 2004). This heat stress could make individuals more susceptible to the effects of 6PPD-quinone and other toxins (Laetz et al. 2014). At the population level, heat stress is yet another factor contributing to the decline of coho in California.

### Changes in Stream Morphology and Sedimentation

Salmon require complex stream morphology, with pools, riffles, and gravel beds needed for spawning and juvenile development (CDFW 2021a). Salmon lay eggs in gravelly substrate on the stream bed (CDFW 2021a). The gravel helps to hide the hatchlings when they emerge from their eggs (UC ANR 2021). As the fish mature, they tend to prefer deeper pools, especially those created by downed trees or fallen branches that provide refuge from predators and storms (CDFW 2021a; The Nature Conservancy 2021b; UC ANR 2021). When the levels of dissolved oxygen decrease, juvenile salmon often move into riffles or other areas of turbulent water flow, where the oxygen levels are higher (UC ANR 2021). All these physical features in streams are critical for the long-term success of coho. Urbanization often leads to the channelization of streams—straightening their curves and creating a more uniform depth. These changes in the stream may facilitate human management of the water, but they destroy the coho habitat (CDFW 2021a; The Nature Conservancy 2021b).

Besides urbanization, other land-use changes can impact the physical habitat of the stream by changing the pattern of runoff. For example, logging and the associated road-building required to transport machinery and logs increase erosion on steep and often fragile slopes (NRC 2004). The increased deposition of sediment into streams limits the availability of ideal substrate for spawning salmon to build their nests, as well as the availability of habitat for hatchlings to hide (Cederholm and Reid 1987; NRC 2004; KRISWeb 2011; Moyle 2011). Runoff can smother the eggs and reduce hatching success, particularly if it is laden with fine sediment (KRISWeb 2011; CDFW 2021a). Sediment can also fill the pools and crevasses where juveniles seek refuge (Muck 2010). Increased turbidity may reduce the juvenile's ability to effectively forage and hunt (Cederholm and Reid 1987). At the individual level, sediment may accumulate on the gill filaments, interfere with respiration, and harm gill tissue (Cederholm and Reid 1987). Increased sediment loading may have synergistic effects with 6PPD-

quinone, since the gills are seemingly a target of the chemical's toxicity (Kendra and Willms 1990; Blair et al. 2021). At high sediment concentrations, juvenile coho show visible signs of distress, such as rapid opercular movements and coughing (Cederholm and Reid 1987). Even moderate levels of sediment may result in sublethal and behavioral effects such as increased activity, stress, and a decline in prey capture success (Cederholm and Reid 1987). Other salmonids also show reduced growth and resistance to disease; physical abrasion; biochemical changes; avoidance of the area; and interference with orientation in homing and migration at higher turbidity levels (Servizi and Martens 1992; Muck 2010).

### *Natural Life History*

Pacific salmonids, including coho salmon, are anadromous species (Crozier et al. 2019). They have complex life cycles that involve multiple growth stages and distant migrations (Crozier et al. 2019). Salmonids have evolved physiological and behavioral capacities that allow them to survive under stressful conditions (Katz et al. 2013). This is particularly true of salmonids native to California, which live at the southern edge of their species' range and have adapted to seasonal extremes and inter-annual variability in stream flow (Katz et al. 2013). These adaptations come at the cost of living near or at their physiological limits, which may make the salmonids particularly vulnerable to the rapid onset of adverse environmental conditions caused by human activities (Katz et al. 2013).

While it is impossible to tease out 6PPD-quinone's role in the decline of coho in California, the chemical's continued presence in California's waterways poses a serious challenge to the recovery of the state's coho populations. Other stressors may have made individuals more susceptible to the chemical's effects. It may also be that the population is so suppressed by these other stressors that losing even a fraction of coho to 6PPD-quinone could push the species past the tipping point for extinction.

## Alignment With Other Efforts

6PPD is on Minnesota's Toxic-Free Kids Act Chemicals of High Concern List (Minnesota Department of Health 2019) and Maine's Chemicals of Concern list (Maine DEP 2017). Like California, both states list 6PPD by reference to Part A of the list of Chemicals for Priority Action adopted by the Oslo and Paris Conventions for the Protection of the Marine Environment of the North-East Atlantic (OSPAR).

Two bills (HF 639 and HF 1079) in the Minnesota House of Representatives would require the state Clean Water Council to develop and issue a request for proposals for a study of the impacts of 6PPD-quinone on the state's waters and fish populations (Hansen et al. 2021; Leon and Rick 2021).

# 9. CONCLUSIONS

DTSC has determined that motor vehicle tires containing 6PPD meet the key prioritization criteria for listing a Priority Product (CCR, title 22, section 69503.2(a)):

(1) There are potential public and/or aquatic, avian, or terrestrial animal or plant organism exposures to 6PPD and 6PPD-quinone from motor vehicle tires; and

(2) There is a potential for one or more of these exposures to contribute to or cause significant or widespread adverse impacts.

The use of motor vehicle tires is widespread across California. It has been estimated that over 171 million tires were rolling on California roads in 2020 alone. 6PPD is present in most, if not all, of these tires at concentrations up to 1% to 2% by weight (10,000 to 20,000 µg/g). The chemical slowly migrates from the interior of the tire over the tire's lifetime to ensure a continuous source of 6PPD at the tire surface. 6PPD reacts with ozone at the surface of the tire and forms a number of reaction products, including 6PPD-quinone.

TWP are generated as tires roll across road surfaces and can enter the aquatic environment through surface runoff and stormwater. While an individual tire generates only a small amount of TWP per mile, the aggregate amount released by the hundreds of millions of tires on California's roads is very large. TWP have a high potential to expose aquatic organisms to 6PPD and 6PPD-quinone. Repurposing, recycling, or landfilling used motor vehicle tires may exacerbate the potential for 6PPD and 6PPD-quinone exposure to coho and other aquatic life.

6PPD-quinone has been detected in California streams at concentrations that are lethal to coho in laboratory experiments. The highest concentration of 6PPD-quinone measured to date in the San Francisco Bay Area came from a sample collected near a heavily trafficked road passing through a watershed that is approximately 90% open space, indicating that proximity to roads and associated tire wear particles may be more important than the extent of development of surrounding land. This indicates the potential for exposure of coho salmon and other aquatic organisms to lethal concentrations of 6PPD-quinone outside dense urban regions of the state if traffic patterns result in release of TWP to streams. Detections of 6PPD-quinone in California waterways clearly indicate that it is sufficiently persistent in aquatic systems, and exposures to coho salmon and other aquatic organisms can occur.

6PPD is acutely toxic to aquatic organisms at multiple trophic levels and can impair wildlife survival. 6PPD is also phytotoxic. 6PPD-quinone, a reaction product of 6PPD, is acutely toxic to coho salmon, including juveniles, and kills fish just a few hours after exposure. The compound has been identified as the causal agent for URMS in the Puget Sound area of the Washington coast. 6PPD-quinone kills coho salmon as they migrate upstream, before they are able to spawn. Thus, the presence of 6PPD in motor

vehicle tires and its release to the aquatic environment has the potential to significantly impact two populations of coho salmon in California, one of which is endangered and the other threatened.

California tribes and the state of California together have invested millions of dollars in an effort to restore and replenish coho populations. The continued presence of 6PPD-quinone may jeopardize the recovery of this species, which faces a number of additional challenges including climate change, habitat destruction and loss, and exposure to other contaminants found in urban runoff.

Given the very recent discovery of 6PPD-quinone, little is known about the effect of this compound on other aquatic organisms besides coho. However, toxicity is particularly likely for economically important species closely related to coho such as Chinook salmon, steelhead, and the California golden trout.

Many of the end-of-life uses of tires have direct pathways to the aquatic environment and may represent sources of contaminants like 6PPD. Release of 6PPD from used tires and tire-derived products may exacerbate the environmental releases and exposures during tires' use phase. Since the recent publication of the paper by Tian et al (2021), 6PPD's use in tires has drawn increased regulatory scrutiny and heightened public concern about tire-derived contaminants. This attention could hamper current and future efforts to divert tires from landfills through various types of recycling. If 6PPD or 6PPD-quinone were to be regulated in stormwater, municipalities would be forced to adopt expensive special handling measures to meet discharge limits and ensure protection of local waterways.

Further studies may help inform DTSC's future decision-making. Despite these data gaps, DTSC has sufficient information regarding potential exposures and adverse impacts from motor vehicle tires containing 6PPD to designate this as a Priority Product.

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| 6QDI | N-1,3-dimethyl butyl-N'-phenyl quinone diimine |
| 6PPD | N-1,3-dimethylbutyl-N'-phenyl-p-phenylenediamine |
| 6PPD-quinone | 2-anilino-5-[(4-methylpentan-2-yl)amino]cyclohexa-2,5-diene-1,4-dione |
| 7PPD | N-(1,4-dimethylpentyl)-N'-phenyl-p-phenylenediamine (CASRN 3081-01-4) |
| BBB | Blood-brain barrier |
| BCF | Bioconcentration factor |
| CalRecycle | California Department of Resources Recycling and Recovery |
| Caltrans | California Department of Transportation |
| CASRN | Chemical Abstract Service Registry Number |
| CCC | Central California Coast population of coho |
| CCR | California Code of Regulations |
| CDFW | California Department of Fish and Wildlife |
| CDR | Chemical Data Reporting |
| $CO_2$ | Carbon dioxide |
| CPPD | N-Cyclohexyl-N'-phenyl-p-phenylenediamine (CASRN 101-87-1) |
| DCU | Dicyclohexylurea |
| DDT | Dichloro-diphenyl-trichloroethane |
| DPG | 1,3-Diphenylguanidine |
| DPPD | N,N'-Diphenyl-p-phenylenediamine (CASRN 74-31-7) |
| DTSC | Department of Toxic Substances Control |
| $EC_{50}$ | Median effective concentration |
| ECHA | European Chemicals Agency |
| ESA | Endangered Species Act |

| | |
|---|---|
| ESU | Evolutionary significant unit |
| g | Gram |
| GHS | Globally Harmonized System of Classification and Labelling of Chemicals |
| GVWR | Gross Vehicle Weight Rating |
| HMMM | Hexa(methoxymethyl)melamine |
| IPPD | N-Isopropyl-N'-phenyl-p-phenylenediamine (CASRN 101-72-4) |
| ISO | International Organization for Standardization |
| IUPAC | International Union of Pure and Applied Chemistry |
| kg | Kilogram |
| $K_{oc}$ | Organic carbon partition coefficient |
| $K_{ow}$ | Octanol-water partition coefficient |
| L | Liter |
| $LC_{50}$ | Median lethal concentration |
| $LD_{50}$ | Median lethal dose |
| LOAEL | Lowest-observed-adverse-effect level |
| mg | Milligram |
| μg | Microgram |
| μm | Micrometer, sometimes referred to as micron |
| mL | Milliliter |
| NAICS | North American Industry Classification System |
| ng | Nanogram |
| NHTSA | National Highway Traffic Safety Administration |
| NMR | Nuclear magnetic resonance |
| NOAEL | No-observed-adverse-effect level |
| NOEC | No observed effects concentration |

| | |
|---|---|
| NPDES | National Pollutant Discharge Elimination System |
| *O.* | *Oncorhynchus* genus |
| $O_2$ | Oxygen or dioxygen |
| $O_3$ | Ozone |
| OECD | Organisation for Economic Co-operation and Development |
| OSPAR | Oslo and Paris Conventions for the Protection of the Marine Environment of the North-East Atlantic |
| PAH | Polycyclic aromatic hydrocarbon |
| $pg/m^3$ | Picograms per cubic meter |
| $PM_{2.5}$ | Particulate matter smaller than 2.5 micrometers |
| PPD | para-Phenylenediamine |
| QDIs | Benzoquinone diimines |
| ROS | Reactive oxygen species |
| SCP | Safer Consumer Products |
| SFEI | San Francisco Estuary Institute |
| SONCC | Southern Oregon/Northern California Coast population of coho |
| TG | Test guideline |
| TMQ | 2,2,4-Trimethyl-1,2-dihydroquinoline |
| TWA | Time-weighted average |
| TWP | Tire wear particles |
| TRWP | Tire and road wear particles |
| URMS | Urban runoff mortality syndrome |
| USTMA | United States Tire Manufacturers Association |
| U.S. EPA | United States Environmental Protection Agency |

# REFERENCES

Afonso LOB et al. (2002). Y-chromosomal DNA markers for discrimination of chemical substance and effluent effects on sexual differentiation in salmon. Environmental Health Perspectives. 110(9):881–887. doi: 10.1289/ehp.02110881.

Allen S et al. (2019). Atmospheric transport and deposition of microplastics in a remote mountain catchment. Nature Geoscience. 12(5):339–344. doi: 10.1038/s41561-019-0335-5.

Arkoosh M et al. (1998). Effect of Pollution on Fish Diseases: Potential Impacts on Salmonid Populations. Journal of Aquatic Animal Health. 10:182–190. doi: 10.1577/1548-8667(1998)010<0182:EOPOFD>2.0.CO;2.

Associated Press. (2017). Yurok have to import fish for tribe's annual Salmon Festival. in: Chico Enterprise-Record. Available at: https://www.chicoer.com/general-news/20170816/yurok-have-to-import-fish-for-tribes-annual-salmon-festival. Accessed 11 May 2021.

Associated Press. (2021). Water crisis deepens on California-Oregon line. in: NBC News. Available at: https://www.nbcnews.com/news/us-news/worst-day-water-crisis-deepens-california-oregon-line-n1267479. Accessed 18 May 2021.

Austin B. (1998). The effects of pollution on fish health. Journal of Applied Microbiology. 85(S1):234S-242S. doi: https://doi.org/10.1111/j.1365-2672.1998.tb05303.x.

Baldwin DH et al. (2009a). Sublethal effects of copper on coho salmon: Impacts on nonoverlapping receptor pathways in the peripheral olfactory nervous system. Environmental Toxicology and Chemistry. 22(10):2266–2274. doi: https://doi.org/10.1897/02-428.

Baldwin DH et al. (2009b). A fish of many scales: extrapolating sublethal pesticide exposures to the productivity of wild salmon populations. Ecological Applications: A Publication of the Ecological Society of America. 19(8):2004–2015. doi: 10.1890/08-1891.1.

Barboza et al. (2014). Drought blocking passages to sea for California coho salmon. in: Los Angeles Times. Available at: https://www.latimes.com/science/la-xpm-2014-feb-09-la-me-salmon-drought-20140210-story.html. Accessed 19 Feb 2021.

Beiras R. (2018). Chapter 14 - Sublethal Toxicity at the Level of Organism. in: Beiras R (ed). Marine Pollution. Elsevier, pp 233–245. ISBN: 978-0-12-813736-9.

Benson K et al. (2019). Federal Research Action Plan on Recycled Tire Crumb Used on Playing Fields: Tire Crumb Rubber Characterization and Exposure Characterization Study Overview. Journal of Environmental Health. 82(2):3.

Berkeley Food Institute. (2018). Changemakers: Sammy Gensaw III - Fighting to save the salmon.

Blair S. (2021). DTSC Workshop on Motor Vehicle Tires Containing 6PPD Priority Product Proposal: Mechanisms of toxicity in coho urban runoff mortality syndrome (URMS). Beginning at 2 hours 15 minutes in recording. Available at: https://www.youtube.com/watch?v=OZwXNWYCoy4.

Blair SI, Barlow CH and McIntyre JK. (2021). Acute cerebrovascular effects in juvenile coho salmon exposed to roadway runoff. Canadian Journal of Fisheries and Aquatic Sciences. doi: 10.1139/cjfas-2020-0240.

Blok J. (2005). Environmental exposure of road borders to zinc. Science of The Total Environment. 348(1–3):173–190. doi: 10.1016/j.scitotenv.2004.12.073.

Bolton JL et al. (2000). Role of quinones in toxicology. Chemical Research in Toxicology. 13(3):135–160.

Braden M and Gent AN. (1962). The attack of ozone on stretched rubber vulcanizates. III. Action of antiozonants. Journal of Applied Polymer Science. 6(22):449–455. doi: 10.1002/app.1962.070062209.

Bridgestone. (2021). Airless Tires | Benefits for Cars & the Future of Airless Tires. Available at: https://www.bridgestonetire.com/tread-and-trend/drivers-ed/awd-4wd-drivetrains-in-snow-tires. Accessed 1 Apr 2021.

Brown, Moyle and Yoshiyama. (1994). Historical decline and current status of coho salmon in California. North American Journal of Fisheries Management. 14.

Bucklin KA, Banks MA and Hedgecock D. (2007). Assessing genetic diversity of protected coho salmon ( *Oncorhynchus kisutch* ) populations in California. Canadian Journal of Fisheries and Aquatic Sciences. 64(1):30–42. doi: 10.1139/f06-171.

Butcher L. (2021). Goodyear to acquire Cooper Tire & Rubber Company. in: Tire Technology International. Available at: https://www.tiretechnologyinternational.com/news/business/goodyear-to-acquire-cooper-tire-rubber-company.html. Accessed 9 Mar 2021.

CalFish. (2018). Coho. Available at: https://www.calfish.org/FisheriesManagement/SpeciesPages/CohoSalmon.aspx. Accessed 5 Apr 2021.

California Employment Development Department. (2021). Employment Projections - California. Available at: www.labormarketinfo.edd.ca.gov/data/employment-projections.html. Accessed 8 Mar 2021.

California Fish & Game Commission. (2002). Status review of California coho salmon north of San Francisco: Report to the California Fish and Game Commission. Available at: https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID=121350.

CalRecycle. (2016). Evaluation of tire derived aggregate (TDA) as a media for stormwater treatment. Contractor's report produced under contract by Humboldt State University. California Department of Resources Recycling and Recovery (CalRecycle).

CalRecycle. (2018). Addendum to Evaluation of tire derived aggregate as a media for stormwater treatment. Contractor's report produced under contract by Humboldt State University. California Department of Resources Recycling and Recovery (CalRecycle).

CalRecycle. (2020a). Mandatory Commercial Recycling. California Department of Resources Recycling and Recovery (CalRecycle). Available at: https://www.calrecycle.ca.gov/recycle/commercial. Accessed 13 May 2021.

CalRecycle. (2020b). California Waste Tire Market Report: 2019. Contractor's report produced under contract by Boisson Consulting. California Department of Resources Recycling and Recovery (CalRecycle). Available at: https://www2.calrecycle.ca.gov/Publications/Details/1691.

CalRecycle. (2020c). California TDP Catalog. California Department of Resources Recycling and Recovery (CalRecycle). Available at: https://www.e-productcatalog.com/TDPCatalog/. Accessed 25 Jan 2021.

CalRecycle. (2020d). Tire Management. California Department of Resources Recycling and Recovery (CalRecycle). Available at: https://www.calrecycle.ca.gov/tires. Accessed 25 Feb 2021.

CalRecycle. (2021). Report to the Legislature: Five-Year Plan for the Waste Tire Recycling Management Plan (Tenth Edition Covering FY 2019-20 to 2023-24 (DRRR-2019-1653). California Department of Resources Recycling and Recovery (CalRecycle). Available at: https://www2.calrecycle.ca.gov/Publications/Details/1653. Accessed 13 May 2021.

CalTrout. (2017). State of the Salmonids: Status of California's Emblematic Fishes 2017 - Southern Oregon-Northern California Coast Coho Salmon. Available at: https://caltrout.org/wp-content/uploads/2017/08/SOS-II_Final.pdf.

CARB. (2016). 2016 Report on Air Emissions from Facilities Burning Waste Tires in California. California Air Resources Board (CARB). Available at: https://ww2.arb.ca.gov/sites/default/files/classic//research/apr/reports/2016_tire_burning_report.pdf?_ga=2.189951535.580973856.1611622172-1734207304.1578946822.

CARB. (2021). Inhalable Particulate Matter and Health (PM2.5 and PM10). California Air Resources Board (CARB). Available at: https://ww2.arb.ca.gov/resources/inhalable-particulate-matter-and-health. Accessed 29 Sep 2021.

Cardno ChemRisk. (2013). Prepared for: Rubber Manufacturers Association, Washington, DC: Review of the Human Health & Ecological Safety of Exposure to Recycled Tire Rubber found at Playgrounds and Synthetic Turf Fields.

CASQA. (2018). Zinc from Tires - Petition for Addition of Motor Vehicle tires to the Priority Product List. Submitted to: California Department of Toxic Substances Control. California Stormwater Quality Association (CASQA). Available at: https://calsafer.dtsc.ca.gov/workflows/ProductChemicalPetition/11589/?from=search.

Cataldo F. (2002). A study on the reaction between N-substituted p-phenylenediamines and ozone: Experimental results and theoretical aspects in relation to their antiozonant activity. European Polymer Journal. 38(5):885–893. doi: 10.1016/S0014-3057(01)00248-8.

Cataldo F. (2019). Protection mechanism of rubbers from ozone attack. Ozone: Science & Engineering. 41(4):358–368. doi: 10.1080/01919512.2018.1542518.

CDFW. (2021a). Coho Salmon: California Department of Fish and Wildlife (CDFW). Available at: https://wildlife.ca.gov/Conservation/Fishes/Coho-Salmon. Accessed 25 Jan 2021.

CDFW. (2021b). California Department of Fish and Wildlife (CDFW): Fishes. Available at: https://wildlife.ca.gov/Conservation/Fishes. Accessed 2 Apr 2021.

CDFW. (2021c). California Department of Fish and Wildlife (CDFW) Fisheries Restoration Grant Program. Available at: https://wildlife.ca.gov/Grants/FRGP. Accessed 16 Mar 2021.

CDFW. (2021d). Coastal Rainbow Trout / Steelhead. California Department of Fish and Wildlife (CDFW). Available at: https://wildlife.ca.gov/Conservation/Fishes/Coastal-Rainbow-Trout-Steelhead. Accessed 12 Mar 2021.

Cederholm C and Reid L. (1987). Impact of Forest Management on Coho Salmon (Oncorhynchus kisutch) Populations of the Clearwater River, Washington: A Project Summary.

Challis JK et al. (2021). Occurrences of Tire Rubber-Derived Contaminants in Cold-Climate Urban Runoff. Environmental Science & Technology Letters. acs.estlett.1c00682. doi: 10.1021/acs.estlett.1c00682.

ChemRisk, Inc. and DIK Inc. (2008). State of Knowledge Report for Tire Materials and Tire Wear Particles. Available at: https://eclass.uoa.gr/modules/document/file.php/GEOL105/%CE%A3%CE%A7%CE%95%CE%A4%CE%99%CE%9A%CE%97%20%CE%92%CE%99%CE%92%CE%9B%CE%99%CE%9F%CE%93%CE%A1%CE%91%CE%A6%CE%99%CE%91/%CE%B2%CE%B9%CE%B2%CE%BB%CE%B9%CE%BF%CE%B3%CF%81%CE%B1%CF%86%CE%AF%CE%B1%20%CE%B1%CF%83%CF%84%CE%B9%CE%BA%CE%AE%CF%82%CE%B3%CE%B5%CF%89%CF%87%CE%B7%CE%BC%CE%B5%CE%AF%CE%B1%CF%82/ChemRisk_stateOfKnowledgeReportJuly2008.pdf.

ChemSpider. (2021). N-(1,3-Dimethylbutyl)-N'-phenyl-1,3-phenylenediamine. Available at: http://www.chemspider.com/Chemical-Structure.12553.html?rid=656b07f4-2aae-4d0f-ab5a-06ed0b73b04e. Accessed 29 Mar 2021.

Chow MI et al. (2019). An urban stormwater runoff mortality syndrome in juvenile coho salmon. Aquatic Toxicology. 214:105231. doi: 10.1016/j.aquatox.2019.105231.

Cibulková Z et al. (2005). Antioxidant activity of p-phenylenediamines studied by DSC. Polymer Degradation and Stability. 87(3):479–486. doi: 10.1016/j.polymdegradstab.2004.10.004.

Colton J. (2021). Coho Urban Runoff Mortality – An Overview.

Cox W. (1959). Chemical antiozonants and factors affecting their utility. Rubber Chemistry and Technology. 32(2):346–378.

Cramblit A. (2020). Food Sovereignty in a Food Desert. in: North Coast Journal. Available at: https://www.northcoastjournal.com/humboldt/food-sovereignty-in-a-food-desert/Content?oid=19050923. Accessed 28 Apr 2021.

Crozier LG et al. (2019). Climate vulnerability assessment for Pacific salmon and steelhead in the California Current Large Marine Ecosystem. PLOS ONE. 14(7):e0217711. doi: 10.1371/journal.pone.0217711.

Declaration of Nyéléni. (2007). Forum for Food Sovereignty  -  Food sovereignty - Newsletter, Bulletin, Boletin. Available at: https://nyeleni.org/spip.php?article290. Accessed 10 Apr 2021.

Diffenbaugh NS, Swain DL and Touma D. (2015). Anthropogenic warming has increased drought risk in California. Proceedings of the National Academy of Sciences. 112(13):3931–3936.

DTSC. (2021a). DTSC Tribal consultations and meetings: Summary of input on motor vehicle tires containing 6PPD. Available at: https://dtsc.ca.gov/wp-content/uploads/sites/31/2021/12/Summary-of-Tribal-Input-SCP-6PPD.pdf.

DTSC. (2021b). Rationale Document for Motor Vehicle Tires Containing Zinc: Discussion Draft. Department of Toxic Substances Control (DTSC). Available at: https://dtsc.ca.gov/wp-content/uploads/sites/31/2021/03/Rationale-Document-Zinc-in-Tires.pdf.

DTSC. (2021c). Candidate Chemical: N(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD). Department of Toxic Substances Control (DTSC). in: CalSAFER Safer Consumer Products Information Management System. Available at: https://calsafer.dtsc.ca.gov/cms/candidatechemical/?rid=22237. Accessed 1 Oct 2020.

Dun & Bradstreet. (2021). Hoovers Database. in: Dun and Bradstreet Hoovers. Available at: https://www.dnb.com/. Accessed 9 Mar 2021.

Eastman Chemical Company. (2021a). Eastman's product list for Santoflex antidegradants. Available at: https://www.eastman.com/Brands/Tire_Additives/Santoflex/Pages/ProductList.aspx. Accessed 20 Jan 2021.

Eastman Chemical Company. (2021b). Personal communication via email with DTSC Safer Consumer Products program staff.

ECHA. (2021a). 1,4-Benzenediamine, N1-(1,3-dimethylbutyl)-N4-phenyl- Registration Dossier - European Chemicals Agency (ECHA). Available at: https://echa.europa.eu/registration-dossier/-/registered-dossier/15367/5/1. Accessed 29 Mar 2021.

ECHA. (2021b). Substance Infocard: N-1,3-dimethylbutyl-N'-phenyl-p-phenylenediamine. European Chemicals Agency (ECHA). Available at: https://echa.europa.eu/substance-information/-/substanceinfo/100.011.222. Accessed 13 May 2021.

ECHA. (2021c). Annex XV Investigation Report: Investigation into whether substances in infill material cause risks to the environment and human health that are not adequately controlled - prioritisation and preliminary risk assessment. European Chemicals Agency (ECHA). Available at: https://echa.europa.eu/documents/10162/13563/rest_sub_infill_material_investigation_report_en.pdf/77424e81-d78e-8abc-1404-f213d27c2b3f.

Faukner J et al. (2017). A previously undocumented life history behavior in juvenile coho salmon (Oncorhynchus kisutch) from the Klamath River, California. California Fish and Game. 103(2):72–78.

Feely RA and Doney SC. (2011). Ocean acidification: The other $CO_2$ problem. ASLO Web Lectures. 3(1):1–59.

FHWA. (2020). Highway Statistics Series - Highway Statistics 2018. United States Department of Transportation Federal Highway Administration (FHWA). in: Highway Statistics Series. Available at: https://www.fhwa.dot.gov/policyinformation/stATISTICS/2018/MV1.CFM. Accessed 20 Mar 2021.

Ficklin DL, Stewart IT and Maurer EP. (2013). Effects of climate change on stream temperature, dissolved oxygen, and sediment concentration in the Sierra Nevada in California. Water Resources Research. 49(5):2765–2782. doi: https://doi.org/10.1002/wrcr.20248.

FishBio. (2017). The Value of a California Salmon. Available at: https://fishbio.com/field-notes/the-fish-report/value-california-salmon. Accessed 8 Mar 2021.

Garwood J. (2012). California Department of Fish and Game: Historic and Recent Occurrence of Coho Salmon (Oncorhynchus kisutch) in California Streams within the Southern Oregon/Northern California Evolutionarily Significant Unit.

Garza JC and Gilbert-Horvath L. (2017). NMFS: Prospects for Recovery and Restoration of Coho Salmon in California. Available at: https://www.calsalmon.org/sites/default/files/files/2017_Confab_Garza_Horvath_Recovery_and_Restoration.pdf.

Gatial A et al. (2007). On the dehydrogenation of N,N′-substituted p-phenylenediamine antioxidants. II. *N*-Phenyl-*N′*-(a-methylbenzyl)-p-phenylenediamine (SPPD). Vibrational Spectroscopy. 44(1):1–8. doi: 10.1016/j.vibspec.2006.06.011.

Gobalet KW. (1990). Using archeological remains to document regional fish presence in prehistory; A central California case study. Transactions of the Western Section of the Wildlife Society. 40:107–113.

Gomes FO et al. (2021). A review of potentially harmful chemicals in crumb rubber used in synthetic football pitches. Journal of Hazardous Materials. 409:124998. doi: 10.1016/j.jhazmat.2020.124998.

Goodyear. (2017). Goodyear Introduces Airless Tire Technology for Commercial Mower Application. in: Goodyear Corporate. Available at: https://corporate.goodyear.com/en-US/media/news/goodyear-introduces-airless-tire-technology-for-commercial-mower-application.html. Accessed 1 Apr 2021.

Gough S et al. (2021). U.S. Fish and Wildlife Service (USFWS) 2018 Trinity mainstem spawning survey report. Available at: https://www.fws.gov/arcata/fisheries/reports/dataSeries/2018%20Trinity%20Spawning%20Survey%20Report%20Final.pdf.

Greenson T. (2021). The Definition of a Disaster. in: North Coast Journal. Available at: https://www.northcoastjournal.com/humboldt/the-definition-of-a-disaster/Content?oid=20524029. Accessed 20 May 2021.

Hankook. (2015). Hankook Tire's Future-oriented Tire Succeeds High-speed Driving without Air Pressure. in: Hankook Global. Available at: https://www.hankooktire.com/global/about-hankook-tire/media-center/press-room.54727.html. Accessed 1 Apr 2021.

Hansen R, Jordan S and Hollins A. (2021). HF 639 1st Engrossment - 92nd Legislature (2021 - 2022). in: HF 639 1st Engrossment - 92nd Legislature (2021 - 2022). Available at: https://www.revisor.mn.gov/bills/text.php?session=ls92&number=HF639&session_number=0&session_year=2021&version=list. Accessed 5 Apr 2021.

Hiki K et al. (2021). Acute toxicity of a tire rubber-derived chemical, 6PPD quinone, to freshwater fish and crustacean species. Environmental Science & Technology Letters. 8(9):779–784. doi: 10.1021/acs.estlett.1c00453.

Holmstrup M et al. (2010). Interactions between effects of environmental chemicals and natural stressors: A review. Science of The Total Environment. 408(18):3746–3762. doi: 10.1016/j.scitotenv.2009.10.067.

Hong SW and Lin CY. (2000). Improving flex fatigue and dynamic ozone crack resistance through antidegradants.pdf. Rubber World. 36–41.

Huang W et al. (2021). Occurrence of Substituted p-Phenylenediamine Antioxidants in Dusts. Environmental Science & Technology Letters. 8(5):381–385. doi: 10.1021/acs.estlett.1c00148.

Huntink NM, Datta RN and Noordermeer JWM. (2004). Addressing durability of rubber compounds. Rubber Chemistry and Technology. 77(3):476–511. doi: 10.5254/1.3547833.

IBISWorld. (2020). Tire Manufacturing in the US industry trends (2015-2020) - US Industry (NAICS) Report. Available at: https://www.ibisworld.com/united-states/market-research-reports/tire-manufacturing-industry/.

Ignatz-Hoover F. (2020). 19 - Antidegradants. in: Rubber Technology Compounding and Testing for Performance. Third Edition. Carl Hanser Verlag, Munich ISBN: 978-1-56990-615-6.

Ignatz-Hoover F, Killmeyer, Diane and To, Byron H. (2012). Aging characteristics of carbon black filled vs silica filled compound. Available at: https://www.kgk-rubberpoint.de/wp-content/uploads/migrated/paid_content/artikel/2238.pdf.

Incardona JP. (2017). Molecular mechanisms of crude oil developmental toxicity in fish. Archives of Environmental Contamination and Toxicology. 73(1):19–32.

Johannessen C et al. (2021a). The tire wear compounds 6PPD-quinone and 1,3-diphenylguanidine in an urban watershed. Arch Environ Contam Toxicol. doi: 10.1007/s00244-021-00878-4.

Johannessen C, Helm P and Metcalfe CD. (2021b). Detection of selected tire wear compounds in urban receiving waters. Environmental Pollution. 287:117659. doi: 10.1016/j.envpol.2021.117659.

Katz J et al. (2013). Impending extinction of salmon, steelhead, and trout (Salmonidae) in California. Environmental Biology of Fishes. 96(10):1169–1186.

Keefer ML et al. (2020). Tissue toxicants and prespawn mortality in Willamette River Chinook salmon. Environmental Biology of Fishes. 103(2):175–183. doi: 10.1007/s10641-019-00944-w.

Kendra W and Willms R. (1990). Washington State Department of Ecology, Environmental Services Program, Surface Water Investigations Section: Recurrent coho salmon mortality at Maritime Heritage Fish Hatchery, Bellingham: A synthesis of data collected from 1987-1989. Available at: https://apps.ecology.wa.gov/publications/documents/90e54.pdf.

Klein E, Cibulková Z and Lukeš V. (2005). A study of the energetics of antioxidant action of p-phenylenediamines. Polymer Degradation and Stability. 88(3):548–554. doi: 10.1016/j.polymdegradstab.2004.12.019.

Klöckner P et al. (2020). Characterization of tire and road wear particles from road runoff indicates highly dynamic particle properties. Water Research. 185:116262. doi: 10.1016/j.watres.2020.116262.

Klöckner P et al. (2021a). Comprehensive characterization of tire and road wear particles in highway tunnel road dust by use of size and density fractionation. Chemosphere. doi: https://doi.org/10.1016/j.chemosphere.2021.130530.

Klöckner P et al. (2021b). Organic markers of tire and road wear particles in sediments and soils: Transformation products of major antiozonants as promising candidates. Environmental Science & Technology. acs.est.1c02723. doi: 10.1021/acs.est.1c02723.

Kole PJ et al. (2017). Wear and tear of tyres: A stealthy source of microplastics in the environment. International Journal of Environmental Research and Public Health. 14(10):1265. doi: 10.3390/ijerph14101265.

Kolodziej E. (2021). DTSC Workshop on Motor Vehicle Tires Containing 6PPD Priority Product Proposal: Evaluation of water quality impacts on coho salmon. Beginning at 59 minutes, 40 seconds in recording. 6PPD-quinone mobility discussion around 1 hour 12 minutes, revised LC50 discussion around 1 hour 17 minutes. Available at: https://www.youtube.com/watch?v=OZwXNWYCoy4.

Kolomijeca A et al. (2020). Increased temperature and turbulence alter the effects of leachates from tire particles on fathead minnow (*Pimephales promelas*). Environmental Science & Technology. 54(3):1750–1759. doi: 10.1021/acs.est.9b05994.

KRISWeb. (2011). Sediment in streams. Available at: http://www.krisweb.com/stream/sediment.htm. Accessed 27 Mar 2021.

Kruger RH et al. (2005). New phenylenediamine antiozonants for commodities based on natural and synthetic rubber. Food Additives & Contaminants. 22(10):968–974. doi: 10.1080/02652030500098177.

Laetz CA et al. (2014). Elevated temperatures increase the toxicity of pesticide mixtures to juvenile coho salmon. Aquatic Toxicology (Amsterdam, Netherlands). 146:38–44. doi: 10.1016/j.aquatox.2013.10.022.

Lahontan Regional Board. (2018). California Lahontan Region Executive Officer's Report, Covers December 16, 2018 - January 15, 2018. State of California Lahontan Regional Water Quality Control Board (Lahontan Regional Board). Available at: https://www.waterboards.ca.gov/lahontan/publications_forms/available_documents/e_o_reports/2018/2_Feb_2018_Report.pdf.

Latos EJ and Sparks AL. (1969). Water leaching of antiozonants. Rubber Journal.

Lattimer RP et al. (1983). Mechanisms of ozonation of N-(1,3-dimethylbutyl)-N'-phenyl-p-phenylenediamine. Rubber Chemistry and Technology. 56(2):431–439. doi: 10.5254/1.3538136.

Leidy RA, Becker and Harvey. (2005). Historical status of Coho Salmon in streams of the urbanized San Francisco Estuary, California. California Fish and Game. 4(91):219–254.

Leon L and Rick H. (2021). H.F. 1079 3rd Engrossment - 92nd Legislature (2021 - 2022). Available at: https://www.revisor.mn.gov/bills/text.php?number=HF1079&type=bill&version=3&session=ls92&session_year=2021&session_number=0. Accessed 27 Apr 2021.

Lewis PM. (1986). Effect of ozone on rubbers: Countermeasures and unsolved problems. Polymer Degradation and Stability. 15(1):33–66. doi: 10.1016/0141-3910(86)90004-2.

Li GY and Koenig JL. (2003). FTIR imaging of oxidation of polyisoprene 2. The role of N-phenyl-N′-dimethyl-butyl-p-phenylenediamine antioxidant. Polymer Degradation and Stability. 81(3):377–385. doi: 10.1016/S0141-3910(03)00109-5.

Li W and Oyama ST. (1998). Mechanism of Ozone Decomposition on a Manganese Oxide Catalyst. 2. Steady-State and Transient Kinetic Studies. Journal of the American Chemical Society. 120(35):9047–9052. doi: 10.1021/ja9814422.

Ling J, Robbins LB and Xu D. (2019). Food Security Status and Hair Cortisol among Low-income Mother-Child Dyads. Western Journal of Nursing Research. 41(12):1813–1828. doi: 10.1177/0193945919867112.

Lundin JI et al. (2019). Legacy habitat contamination as a limiting factor for Chinook salmon recovery in the Willamette Basin, Oregon, USA. PLOS ONE. 14(3):e0214399. doi: 10.1371/journal.pone.0214399.

Lushchak VI. (2011). Environmentally induced oxidative stress in aquatic animals. Aquatic Toxicology. 101(1):13–30.

Mahboob S. (2013). Environmental pollution of heavy metals as a cause of oxidative stress in fish: a review. Life Science Journal. 10:336–347.

Maine DEP. (2017). Chemicals of Concern. Maine Department of Environmental Protection (DEP). in: Chemicals of Concern, Safer Chemicals, Maine DEP. Available at: https://www.maine.gov/dep/safechem/childrens-products/concern/index.html. Accessed 5 Apr 2021.

Manges M. (2020). 2020 MTD Facts Issue - Industry Snapshot. in: Modern Tire Dealers. Available at: https://lsc-pagepro.mydigitalpublication.com/publication/?m=61244&i=646796&p=32&ver=html5. Accessed 25 Feb 2021.

Marine Mammal Commission. Southern Sea Otter. in: Southern Sea Otter: Enhydrs Lutris Nereis. Available at: https://www.mmc.gov/priority-topics/species-of-concern/southern-sea-otter/. Accessed 8 Mar 2021.

Mattole Restoration Council, Mattole Salmon Group and Sanctuary Forest. (2011). Mattole coho recovery strategy, 2011. Available at: https://www.mattole.org/wp-content/uploads/2021/01/Mattole_Coho_Recovery_Strategy_2011.pdf.

McBride JR and Strahan J. (1983). Evaluating riprapping and other streambank stabilization techniques. California Agriculture. 3.

McIntyre J. (2021). Written Testimony of Jenifer McIntyre, Ph.D., Assistant Professor, College of Arts & Sciences; College of Agricultural, Human and Natural Resource Sciences, Washington State University before the Committee on Natural Resources, Subcommittee on Oversight and Investigations. Available at: https://naturalresources.house.gov/imo/media/doc/2021_07_15_Written_Testimony_Jenifer_McIntyre.pdf.

McIntyre JK et al. (2018). Interspecies variation in the susceptibility of adult Pacific salmon to toxic urban stormwater runoff. Environmental Pollution. 238:196–203. doi: https://doi.org/10.1016/j.envpol.2018.03.012.

Merz JE and Moyle PB. (2006). Salmon, Wildlife, and Wine: Marine-Derived Nutrients in Human-Dominated Ecosystems of Central California. Ecological Applications. 16(3):999–1009.

Michelin. (2021a). Airless - A technology that eliminates the risk of flats and rapid pressure loss and reduces environmental impact. in: Michelin - Airless. Available at: https://www.michelin.com/en/innovation/vision-concept/airless/. Accessed 30 Mar 2021.

Michelin. (2021b). Michelin - Airless. in: Michelin. Available at: https://www.michelin.com/en/innovation/vision-concept/airless/. Accessed 1 Apr 2021.

Michelin. (2021c). Michelin X Tweel Airless Radial Tires | Shop and Buy Online. Available at: https://tweel.michelinman.com/. Accessed 1 Apr 2021.

Ministry of the Environment and Food of Denmark. (2015). Microplastics: Occurrence, effects and sources of releases to the environment in Denmark. Available at: https://www2.mst.dk/Udgiv/publications/2015/10/978-87-93352-80-3.pdf.

Minnesota Department of Health. (2019). Minnesota Toxic Free Kids Act 2019 Chemicals of High Concern. in: Toxic Free Kids Act: Chemicals of High Concern - EH: Minnesota Department of Health. Available at: https://www.health.state.mn.us/communities/environment/childenvhealth/tfka/highconcern.html. Accessed 30 Mar 2021.

Monsanto Company. (1986). Santoflex® 13 Antiozonant; MSDS No. 000793248. St. Louis, MO, USA.

Montalvo M. (2021). Indigenous Food Sovereignty Movements Are Taking Back Ancestral Land. in: Civil Eats. Available at: https://civileats.com/2021/03/31/indigenous-food-sovereignty-movements-are-taking-back-ancestral-land/. Accessed 28 Apr 2021.

Montgomery J, Bleckmann H and Coombs S. (2013). Sensory ecology and neuroethology of the lateral line. in: The lateral line system. Springer, pp 121–150.

Montgomery JC, Baker CF and Carton AG. (1997). The lateral line can mediate rheotaxis in fish. Nature. 389(6654):960–963.

Moyle. (2011). Coho in Crisis, Part 2: Saving coho, saving salmon, restoring streams. in: California WaterBlog. Available at: https://californiawaterblog.com/2011/10/12/coho-in-crisis-part-2-saving-coho-saving-salmon-restoring-streams/. Accessed 25 Jan 2021.

Moyle PB et al. (2015). California Department of Fish and Wildlife (CDFW): Fish species of special concern in California. Third Edition. Prepared for California Department of Fish and Wildlife (CDFW). Available at: https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID=107740.

Muck. (2010). U.S. Fish and Wildlife Service (USFWS): Biological effects of sediment on bull trout and their habitat. Available at: https://www.fws.gov/wafwo/documents/2010FinalSedimentDoc.pdf.

Müller K et al. (2022). Probing the chemical complexity of tires: Identification of potential tire-borne water contaminants with high-resolution mass spectrometry. Science of The Total Environment. 802:149799. doi: 10.1016/j.scitotenv.2021.149799.

Naiman et al. (2002). Pacific salmon, nutrients, and the dynamics of freshwater and riparian ecosystems. Ecosystems. 5:399–417.

Nakano T et al. (2014). Effect of severe environmental thermal stress on redox state in salmon. Redox Biology. 2:772–776. doi: https://doi.org/10.1016/j.redox.2014.05.007.

NASA. (2021a). Superelastic Tire. National Aeronautics and Space Administration (NASA). Available at: https://technology.nasa.gov/patent/LEW-TOPS-99. Accessed 1 Apr 2021.

NASA. (2021b). NASA's Airless Tire Technology Rethinks Rover Tire Design with Earth Applications. National Aeronautics and Space Administration (NASA). Available at: https://technology.nasa.gov/page/nasas-airless-tire-technology-re. Accessed 1 Apr 2021.

NMFS. (2012). Recovery plan for the evolutionarily significant unit of Central California Coast coho salmon. United States National Marine Fisheries Service (NMFS). Available at: https://repository.library.noaa.gov/view/noaa/15987.

NOAA. (2021a). Coho Salmon | NOAA Fisheries. National Oceanic and Atmospheric Administration (NOAA). in: NOAA. Available at: https://www.fisheries.noaa.gov/species/coho-salmon. Accessed 8 Mar 2021.

NOAA. (2021b). Central California Coast Coho Salmon | NOAA Fisheries. National Oceanic and Atmospheric Administration (NOAA). in: NOAA. Available at: https://www.fisheries.noaa.gov/west-coast/endangered-species-conservation/central-california-coast-coho-salmon. Accessed 10 Mar 2021.

NOAA. (2021c). Southern Oregon/Northern California Coast Coho Salmon | NOAA Fisheries. National Oceanic and Atmospheric Administration (NOAA). in: NOAA. Available at: https://www.fisheries.noaa.gov/west-coast/endangered-species-conservation/southern-oregon-northern-california-coast-coho-salmon. Accessed 10 Mar 2021.

NOAA. (2021d). Coho Salmon (Protected) | NOAA Fisheries. National Oceanic and Atmospheric Administration (NOAA). in: NOAA. Available at: https://www.fisheries.noaa.gov/species/coho-salmon-protected. Accessed 9 Mar 2021.

Norgaard KM. (2005). The Effects of Altered Diet on the Health of the Karuk People: Submitted to the Federal Energy Regulatory Commission, Docket #P-2082 on behalf of the Karuk Tribe of California.

NRC. (1996). Upstream: Salmon and society in the Pacific Northwest. National Research Council (NRC).

NRC. (2004). Endangered and Threatened Fishes in the Klamath River Basin: Causes of Decline and Strategies for Recovery. National Research Council (NRC). Available at: https://www.nap.edu/read/10838/chapter/1.

NTP. (2019). NTP Research Report on the Chemical and Physical Characterization of Recycled Tire Crumb Rubber. Available at: https://ntp.niehs.nih.gov/go/rr11abs.

OECD. (1992). OECD Guideline for Testing of Chemicals. 301, Adopted 17.07.92. Ready Biodegradability. Organisation for Economic Co-operation and Development (OECD). Available at: https://www.oecd.org/chemicalsafety/risk-assessment/1948209.pdf.

OECD. (2004). SIDS Initial Assessment Report for N-(1,3-Dimethylbutyl)-N′-phenyl-1,4-phenylenediamine (6PPD), Organisation for Economic Co-operation and Development (OECD). Available at: https://hpvchemicals.oecd.org/UI/handler.axd?id=5e1a446c-5969-479c-9270-7ced8726952e.

OECD. (2012). SIDS Initial Assessment Profiles agreed in the course of the OECD HPV Chemicals Programme from 1993 to 2011. Organisation for Economic Co-operation and Development (OECD). Available at: http://www.oecd.org/officialdocuments/publicdisplaydocumentpdf/?cote=env/jm/mono(2012)4/part4&doclanguage=en.

OEHHA. (2017). Synthetic Turf Study. Synthetic Turf Scientific Advisory Panel Meeting. Office of Environmental Health Hazard Assessment (OEHHA). Available at: https://oehha.ca.gov/media/downloads/risk-assessment/document/2017turfsap.pdf.

OEHHA. (2019). Synthetic Turf Study. Synthetic Turf Scientific Advisory Panel Meeting. Office of Environmental Health Hazard Assessment (OEHHA). Available at: https://oehha.ca.gov/media/downloads/crnr/may2019turfappendicespdf.pdf.

Oldendorf WH and Brown WJ. (1975). Greater Number of Capillary Endothelial Cell Mitochondria in Brain Than in Muscle. Proceedings of the Society for Experimental Biology and Medicine. 149(3):736–738. doi: 10.3181/00379727-149-38889.

OSPAR Commission. (2006). Hazardous Substances Series 4-(dimethylbutylamino)diphenylamine (6PPD) 2005 (2006 Update). Available at: https://www.ospar.org/documents?v=7029.

Patterson A. (2021). DTSC Public Workshop on Motor Vehicle Tires Containing 6PPD Priority Product Proposal. Analysis of 6PPD-quinone in a variety of matrices. Eurofins Environment Testing America. Beginning at 1 hour 56 minutes. Available at: https://dtsc.ca.gov/wp-content/uploads/sites/31/2021/08/Ext.-Speaker-4-Patterson_ADA-Compliant-7.26.2021.pdf.

Paylado T. (2016). Artificial Reefs made from Old Tires – A Bad Idea. Available at: http://www.costarica-scuba.com/artificial-reefs-made-from-old-tires-a-bad-idea/. Accessed 25 Feb 2021.

Perry W, Lodge D and Feder J. (2002). Importance of Hybridization Between Indigenous and Nonindigenous Freshwater Species: An Overlooked Threat to North American Biodiversity. Systematic Biology. 51:255–275. doi: 10.1080/10635150252899761.

Peter KT et al. (2020). More than a first flush: Urban creek storm hydrographs demonstrate broad contaminant pollutographs. Environmental Science & Technology. 54(10):6152–6165. doi: 10.1021/acs.est.0c00872.

Polovková J et al. (2006). On the dehydrogenation of N,N'-substituted p-phenylenediamine antioxidants. I. N-Phenyl-N'-isopropyl-p-phenylenediamine (IPPD). Polymer Degradation and Stability. 91(8):1775–1780. doi: 10.1016/j.polymdegradstab.2005.11.016.

PubChem. (2021). N-(1,3-Dimethylbutyl)-N'-phenyl-p-phenylenediamine. Available at: https://pubchem.ncbi.nlm.nih.gov/compound/13101. Accessed 20 Jan 2021.

Puškárová I, Šoral M and Breza M. (2016). On NMR prediction of the antioxidant effectiveness of p-substituted diphenyl amines. Polymer Degradation and Stability. 130:189–193. doi: 10.1016/j.polymdegradstab.2016.06.013.

Quinn TP et al. (2018). A multidecade experiment shows that fertilization by salmon carcasses enhanced tree growth in the riparian zone. Ecology. 99(11):2433–2441. doi: 10.1002/ecy.2453.

Rajan R, Volpin P and Zingales L. (2000). The Eclipse of the U.S. Tire Industry. National Bureau of Economic Research. ISBN: 0-226-42431-6:51–92.

Rapta P et al. (2009). A variety of oxidation products of antioxidants based on N,N′-substituted p-phenylenediamines. Polymer Degradation and Stability. 94(9):1457–1466. doi: 10.1016/j.polymdegradstab.2009.05.003.

Rawal S. (2021). Illumine Running, LLC: Gather. Available at: https://gather.film/.

Ryan S. (2021). Contaminants and Tribal Water Programs. Available at: https://www.youtube.com/watch?v=OZwXNWYCoy4.

Schilling F et al. (2014). SWRCB and UC Davis: California Tribes Fish-Use: A Report for the State Water Resources Control Board and the U.S. Environmental Protection Agency.

Schneider K et al. (2020a). ERASSTRI - European Risk Assessment Study on Synthetic Turf Rubber Infill – Part 1: Analysis of infill samples. Science of The Total Environment. 718:137174. doi: 10.1016/j.scitotenv.2020.137174.

Schneider K et al. (2020b). ERASSTRI - European Risk Assessment Study on Synthetic Turf Rubber Infill – Part 2: Migration and monitoring studies. Science of The Total Environment. 718:137173. doi: 10.1016/j.scitotenv.2020.137173.

Scholz NL et al. (2011). Recurrent die-offs of adult Coho salmon returning to spawn in Puget Sound lowland urban streams. PLOS ONE. 6(12):e28013. doi: 10.1371/journal.pone.0028013.

Servizi JA and Martens DW. (1992). Sublethal Responses of Coho Salmon (*Oncorhynchus kisutch*) to Suspended Sediments. Canadian Journal of Fisheries and Aquatic Sciences. 49(7):1389–1395. doi: 10.1139/f92-154.

Shang Y et al. (2014). Airborne quinones induce cytotoxicity and DNA damage in human lung epithelial A549 cells: The role of reactive oxygen species. Chemosphere. 100:42–49. doi: 10.1016/j.chemosphere.2013.12.079.

Skoczyńska E et al. (2021). Analysis of recycled rubber: Development of an analytical method and determination of polycyclic aromatic hydrocarbons and heterocyclic aromatic compounds in rubber matrices. Chemosphere. 276:130076. doi: 10.1016/j.chemosphere.2021.130076.

Som NA et al. (2019). Estimating annual *Ceratonova shasta* mortality rates in juvenile Scott and Shasta River coho salmon that enter the Klamath River mainstem. Available at: http://pubs.er.usgs.gov/publication/70206402.

Spromberg JA et al. (2016). Coho salmon spawner mortality in western US urban watersheds: bioinfiltration prevents lethal storm water impacts. Journal of Applied Ecology. 53(2):398–407. doi: https://doi.org/10.1111/1365-2664.12534.

Spromberg JA and Scholz NL. (2011). Estimating the future decline of wild coho salmon populations resulting from early spawner die-offs in urbanizing watersheds of the Pacific Northwest, USA. Integrated Environmental Assessment and Management. 7(4):648–656. doi: 10.1002/ieam.219.

State of California Department of Motor Vehicles. (2020). Statistics for Publication Jan. through Dec. 2020. Available at: https://www.dmv.ca.gov/portal/file/department-of-motor-vehicles-statistics-pdf/. Accessed 25 Feb 2021.

State Water Board. (2020). State Water Resources Control Board Resolution NO. 2020-0021. Adoption of Definition of "Microplastics in Drinking Water". State Water Resources Control Board (State Water Board). Available at: https://www.waterboards.ca.gov/board_decisions/adopted_orders/resolutions/2020/rs2020_0021.pdf. Accessed 28 Jan 2022.

State Water Board. (2021). Stormwater. State Water Resources Control Board (State Water Board). Available at: https://www.waterboards.ca.gov/rwqcb2/water_issues/programs/stormwater/. Accessed 19 Oct 2021.

Stocker T. (2014). Climate change 2013: the physical science basis: Working Group I contribution to the Fifth assessment report of the Intergovernmental Panel on Climate Change. Cambridge university press.

Stone S. (2013). BIOS Data Layer: Coho Salmon ESU, Central California Coast - NOAA [ds804]. California Dept of Fish and Wildlife. Biogeographic Information and Observation System (BIOS):v5.99.22.

Stone S. (2018). BIOS Data Layer: Coho Salmon ESU, Southern Oregon and Northern California Coast - NOAA [ds803]. California Dept of Fish and Wildlife. Biogeographic Information and Observation System (BIOS):v.5.99.22.

Sumitomo. (2021). SMART TYRE CONCEPT │ Sumitomo Rubber Industries, Ltd. in: Sumitomo Rubber Industries, Ltd. Available at: https://www.srigroup.co.jp/english/innovation/report_02.html. Accessed 1 Apr 2021.

SunBoss Chemicals Corp. (2014). Safety Data Sheet 6PPD. Available at: https://www.sunboss.ca/files/products/6ppd-765347.pdf. Accessed 19 Feb 2021.

Sutton R et al. (2019). San Francisco Estuary Institute, 5 Gyres: Understanding microplastic levels, pathways, and transport in the San Francisco Bay Region. Available at: https://www.sfei.org/sites/default/files/biblio_files/Microplastic%20Levels%20in%20SF%20Bay%20-%20Final%20Report.pdf.

Sutton R. (2021). Personal communication via email with DTSC Safer Consumer Products program staff. August 11, 2021.

Taimr L and Pospisil J. (1984). Antioxidants and stabilizers: Part XCV-A co-operative effect between antioxidants N-iso-propyl-N'-phenyl-l,4-phenylene diamine and 2,6-di-tert-butylphenol. Polymer Degradation and Stability. 8:23–35.

The Nature Conservancy. (2021a). Statewide Status – State of Salmon. Available at: https://casalmon.org/statewide-status/#coho. Accessed 22 Mar 2021.

The Nature Conservancy. (2021b). Restoration Solutions – State of Salmon. Available at: https://casalmon.org/restoration-solutions/. Accessed 22 Mar 2021.

The SMART Tire Company. (2022). The SMART Tire Company - FAQs. in: The SMART Tire Company. Available at: https://www.smarttirecompany.com/faqs. Accessed 25 Feb 2022.

The Tyre Collective. (2021). The Tyre Collective. in: The Tyre Collective. Available at: https://www.thetyrecollective.com/. Accessed 4 Oct 2021.

Thomas J et al. (2022). Investigation of abiotic degradation of tire cryogrinds. Polymer Degradation and Stability. 195:109814. doi: 10.1016/j.polymdegradstab.2021.109814.

Tian Z et al. (2021). A ubiquitous tire rubber–derived chemical induces acute mortality in coho salmon. Science. 371(6525):185–189. doi: 10.1126/science.abd6951.

Tian Z et al. (2022). 6PPD-quinone: Revised toxicity assessment and quantification with a commercial standard. Environmental Science & Technology Letters. acs.estlett.1c00910. doi: 10.1021/acs.estlett.1c00910.

Timmers VRJH and Achten PAJ. (2016). Non-exhaust PM emissions from electric vehicles. Atmospheric Environment. 134:10–17. doi: 10.1016/j.atmosenv.2016.03.017.

Toyo. (2021). Neo-futuristic airless concept tire "noair" | R&D / TECHNOLOGY. in: TOYO TIRES GLOBAL WEBSITE. Available at: https://www.toyotires-global.com/rd/noair/. Accessed 1 Apr 2021.

UC ANR. (2021). University of California Agriculture and Natural Resources (UC ANR) California Fish Species - California Fish Website. Available at: http://calfish.ucdavis.edu/species/?uid=25&ds=698. Accessed 1 Mar 2021.

Unice K et al. (2015). Experimental methodology for assessing the environmental fate of organic chemicals in polymer matrices using column leaching studies and OECD 308 water/sediment systems: Application to tire and road wear particles. The Science of the Total Environment. 533:476–487. doi: 10.1016/j.scitotenv.2015.06.053.

Unice KM et al. (2019). Characterizing export of land-based microplastics to the estuary - Part I: Application of integrated geospatial microplastic transport models to assess tire and road wear particles in the Seine watershed. Science of The Total Environment. 646:1639–1649. doi: 10.1016/j.scitotenv.2018.07.368.

Unice KM, Kreider ML and Panko JM. (2013). Comparison of tire and road wear particle concentrations in sediment for watersheds in France, Japan, and the United States by quantitative pyrolysis GC/MS analysis. Environmental Science & Technology. 47(15):8138–8147. doi: 10.1021/es400871j.

United Nations. (2019). Globally Harmonized System of Classification and Labelling of Chemicals (GHS). Fourth revised edition. Chapter 4.1: Hazards to the Aquatic Environment. Available at: https://unece.org/fileadmin/DAM/trans/danger/publi/ghs/ghs_rev08/ST-SG-AC10-30-Rev8e.pdf.

United States Bureau of Labor Statistics. (2021a). Employment Projections - United States. Available at: https://www.bls.gov/emp/tables/emp-by-detailed-occupation.htm. Accessed 8 Mar 2021.

United States Bureau of Labor Statistics. (2021b). May 2020 State Occupational Employment and Wage Estimates - California. Available at: https://www.bls.gov/oes/current/oes_ca.htm. Accessed 12 May 2021.

United States Census Bureau. (2012). Economic Census - 2012. Available at: https://www.census.gov/programs-surveys/economic-census/data/tables.html. Accessed 15 Mar 2021.

United States Census Bureau. (2017). Economic Census - 2017. Available at: https://www.census.gov/programs-surveys/economic-census/data/tables.html. Accessed 15 Mar 2021.

United States Office of Management & Budget. (2017). North American Industry Classification System Manual - 2017. Available at: https://www.census.gov/naics/reference_files_tools/2017_NAICS_Manual.pdf. Accessed 5 Apr 2021.

U.S. EPA. (2021a). CompTox Chemicals Dashboard. United States Environmental Protection Agency (U.S. EPA). Available at: https://comptox.epa.gov/dashboard/dsstoxdb/results?abbreviation=EPAHPV&search=793-24-8. Accessed 22 Feb 2021.

U.S. EPA. (2021b). Estimation Programs Interface Suite™ for Microsoft Windows, v4.1. United States Environmental Protection Agency (U.S. EPA). Available at: https://www.epa.gov/tsca-screening-tools/epi-suitetm-estimation-program-interface.

U.S. EPA. (2021c). ChemView. U.S. Environmental Protection Agency (U.S. EPA). Available at: https://chemview.epa.gov/chemview/. Accessed 2 Feb 2021.

U.S. EPA. (2021d). Facility Search – Enforcement and Compliance Data (ECHO). U.S. Environmental Protection Agency (U.S. EPA). Available at: https://echo.epa.gov/facilities/facility-search. Accessed 19 Feb 2021.

U.S. EPA and CDC/ATSDR. (2019). Synthetic Turf Field Recycled Tire Crumb Rubber Research Under the Federal Research Action Plan Final Report: Part 1 - Tire Crumb Characterization (Volumes 1 and 2). United States Environmental Protection Agency (U.S. EPA), Centers for Disease Control and Prevention/Agency for Toxic Substances and Disease Registry (CDC/ATSDR). Available at: https://www.epa.gov/sites/production/files/2019-07/documents/synthetic_turf_field_recycled_tire_crumb_rubber_research_under_the_federal_research_action_plan_final_report_part_1_volume_1.pdf.

U.S. EPA O. (2014). DDT - A Brief History and Status. United States Environmental Protection Agency (U.S. EPA). in: U.S. EPA. Available at: https://www.epa.gov/ingredients-used-pesticide-products/ddt-brief-history-and-status. Accessed 14 May 2021.

USTMA. (2020a). 2019 U.S. Scrap Tire Management Summary. United States Tire Manufacturers Association (USTMA). Available at: https://www.ustires.org/sites/default/files/2019%20USTMA%20Scrap%20Tire%20Management%20Summary%20Report.pdf. Accessed 19 Feb 2021.

USTMA. (2020b). FactBook 2020, U.S. Shipment Activity Report for the Statistical Year 2019. United States Tire Manufacturers Association (USTMA).

USTMA. (2021a). U.S. Tire Manufacturers Association (USTMA). Available at: www.ustires.org. Accessed 18 Mar 2021.

USTMA. (2021b). Comments by the U.S. Tire Manufacturers on the Product - Chemical Profile for Motor Vehicle Tires Containing N-(1,3-Dimethylbutyl)-N'-phenyl-p-phenylenediamine (6PPD). Available at: https://calsafer.dtsc.ca.gov/workflows/Comment/13054/?from=search. Accessed 28 Sep 2021.

USTMA. (2021c). Antioxidants and antiozonants role in manufacturing safe tires. U.S. Tire Manufacturers Association (USTMA).

Utires. (2017). What Are Recycled Car Tires Used For? Available at: https://www.utires.com/articles/what-are-recycled-car-tires-used-for/. Accessed 25 Feb 2021.

Valavanidis A et al. (2006). Molecular biomarkers of oxidative stress in aquatic organisms in relation to toxic environmental pollutants. Ecotoxicology and Environmental Safety. 64(2):178–189.

van der Gon HD, ten Broeke H and Hulskotte H. (2008). Road surface wear. Emission estimates for diffuse sources. Netherlands Emission Inventory. Available at: http://www.emissieregistratie.nl/ERPUBLIEK/documenten/Water/Factsheets/English/Road%20surface%20wear.pdf.

Varshney S et al. (2021). Toxicological effects of 6PPD and 6PPD quinone in zebrafish larvae. Journal of Hazardous Materials. 127623. doi: 10.1016/j.jhazmat.2021.127623.

Vinyeta, Lake and Norgaard. (2016). Karuk Climate Change Projects. Chapter 3: Vulnerabilities of Traditional Foods and Cultural Use Species. Available at: https://karuktribeclimatechangeprojects.com/chapter-3-vulnerabilities-of-traditional-foods-and-cultural-use-species/.

Wagner S et al. (2018). Tire wear particles in the aquatic environment - A review on generation, analysis, occurrence, fate and effects. Water Research. 139:83–100. doi: 10.1016/j.watres.2018.03.051.

Waples RS, Pess GR and Beechie T. (2008). Evolutionary history of Pacific salmon in dynamic environments. Evolutionary Applications. 1(2):189–206. doi: 10.1111/j.1752-4571.2008.00023.x.

WDFW. (2020). 2020 Wild Coho Forecasts for Puget Sound, Washington Coast, and Lower Columbia. Washington Department of Fish and Wildlife (WDFW).

Werbowski LM et al. (2021). Urban stormwater runoff: A major pathway for anthropogenic particles, black rubbery fragments, and other types of microplastics to urban receiving waters. ACS EST Water. doi: 10.1021/acsestwater.1c00017.

Whyte KP. (2017). Food sovereignty, Justice and indigenous peoples: An essay on settler colonialism and collective continuance. Oxford University Press.

Williams CR et al. (2019). Elevated CO2 impairs olfactory-mediated neural and behavioral responses and gene expression in ocean-phase coho salmon (*Oncorhynchus kisutch*). Global Change Biology. 25(3):963–977. doi: https://doi.org/10.1111/gcb.14532.

Wilson S. (2021). California's disappearing salmon. Available at: https://www.washingtonpost.com/nation/interactive/2021/california-disappearing-salmon/.

Wu Y, Venier M and Hites RA. (2020). Broad exposure of the North American environment to phenolic and amino antioxidants and to ultraviolet filters. Environmental Science & Technology. 54(15):9345–9355. doi: 10.1021/acs.est.0c04114.

Young A et al. (2018). Urban stormwater runoff negatively impacts lateral line development in larval zebrafish and salmon embryos. Scientific Reports. 8(1):1–14.

Zhang Y et al. (2021). P-Phenylenediamine antioxidants in PM2.5: The underestimated urban air pollutants. Environmental Science & Technology. acs.est.1c04500. doi: 10.1021/acs.est.1c04500.

# APPENDIX A: POTENTIAL RELEVANT FACTORS

**Non-exhaustive list of adverse impact factors that may be relevant to this proposed Priority Product**

Relevant Factors are used in SCP's Alternatives Analysis (AA) to make a focused and meaningful comparison of adverse impacts during the product's lifecycle between the PP and alternative. This Profile has identified adverse impacts in the following categories:

- Adverse environmental impacts
- Adverse public health impacts
- Adverse waste and end-of-life effects
- Environmental fate
- Physicochemical properties
- Associated exposure pathways and life cycle segments
  - Manufacture
  - Use
  - Waste generation and management
  - Reuse and recycling
  - End-of-life disposal

**At a minimum**, all AAs submitted for this product-chemical combination must include a discussion of these impacts and how they compare between the Priority Product and whatever alternative(s), including their reaction products, have been identified at the appropriate point in the lifecycle. This list is not intended to be comprehensive. Also, alternatives evaluated in the AA report will likely have additional adverse impacts that don't apply to the Priority Product; these will also need to be assessed in the AA report. Product performance and economics are generally not evaluated in the Profile.

# APPENDIX B: REPORT PREPARATION

## Preparers and Contributors

Simona Bălan, Ph.D., Safer Consumer Products Program, Senior Environmental Scientist (Specialist)

Robert Brushia, Ph.D., Safer Consumer Products Program, Research Scientist III

Topher Buck, M.F.S., Safer Consumer Products Program, Senior Environmental Scientist (Specialist)

Anne Cooper Doherty, Ph.D., Safer Consumer Products Program, Senior Environmental Scientist (Specialist)

Michael Ernst, P.E., Safer Consumer Products Program, Hazardous Substances Engineer

Michael Garland, Ph.D., Human and Ecological Risk Office, Associate Toxicologist

Kelly Grant, Ph.D., Safer Consumer Products Program, Senior Environmental Scientist (Specialist)

Kyle Harris, Ph.D., Safer Consumer Products Program, Research Data Specialist II

Patricia Moran Kennedy, Office of Environmental Equity, Senior Environmental Planner

Minoo Safai-Amini, Ph.D., Safer Consumer Products Program, Research Data Specialist I

## Reviewers

André Algazi, Branch Chief, Safer Consumer Products Program

Karl Palmer, Deputy Director, Safer Consumer Products Program

# Exhibit E

# Journal of Applied Ecology

British Ecological Society

*Journal of Applied Ecology* 2016, **53**, 398–407

doi: 10.1111/1365-2664.12534

# Coho salmon spawner mortality in western US urban watersheds: bioinfiltration prevents lethal storm water impacts

Julann A. Spromberg[1], David H. Baldwin[2], Steven E. Damm[3], Jenifer K. McIntyre[4], Michael Huff[5], Catherine A. Sloan[2], Bernadita F. Anulacion[2], Jay W. Davis[3] and Nathaniel L. Scholz[2]*

[1]Ocean Associates, Under Contract to Northwest Fisheries Science Center, National Marine Fisheries Service, NOAA, 2725 Montlake Blvd. E., Seattle, WA 98112, USA; [2]Environmental and Fisheries Science Division, Northwest Fisheries Science Center, National Marine Fisheries Service, NOAA, 2725 Montlake Blvd. E., Seattle, WA 98112, USA; [3]U.S. Fish and Wildlife Service, Washington Fish and Wildlife Office, 510 Desmond Dr. S.E., Lacey, WA 98503, USA; [4]Puyallup Research and Extension Center, Washington State University, 2606 W. Pioneer Ave., Puyallup, WA 98371, USA; and [5]Suquamish Tribe, PO Box 498, 18490, Suquamish Way, Suquamish, WA 98392, USA

## Summary

**1.** Adult coho salmon *Oncorhynchus kisutch* return each autumn to freshwater spawning habitats throughout western North America. The migration coincides with increasing seasonal rainfall, which in turn increases storm water run-off, particularly in urban watersheds with extensive impervious land cover. Previous field assessments in urban stream networks have shown that adult coho are dying prematurely at high rates ($> 50\%$). Despite significant management concerns for the long-term conservation of threatened wild coho populations, a causal role for toxic run-off in the mortality syndrome has not been demonstrated.

**2.** We exposed otherwise healthy coho spawners to: (i) artificial storm water containing mixtures of metals and petroleum hydrocarbons, at or above concentrations previously measured in urban run-off; (ii) undiluted storm water collected from a high traffic volume urban arterial road (i.e. highway run-off); and (iii) highway run-off that was first pre-treated via bioinfiltration through experimental soil columns to remove pollutants.

**3.** We find that mixtures of metals and petroleum hydrocarbons – conventional toxic constituents in urban storm water – are not sufficient to cause the spawner mortality syndrome. By contrast, untreated highway run-off collected during nine distinct storm events was universally lethal to adult coho relative to unexposed controls. Lastly, the mortality syndrome was prevented when highway run-off was pretreated by soil infiltration, a conventional green storm water infrastructure technology.

**4.** Our results are the first direct evidence that: (i) toxic run-off is killing adult coho in urban watersheds, and (ii) inexpensive mitigation measures can improve water quality and promote salmon survival.

**5.** *Synthesis and applications.* Coho salmon, an iconic species with exceptional economic and cultural significance, are an ecological sentinel for the harmful effects of untreated urban run-off. Wild coho populations cannot withstand the high rates of mortality that are now regularly occurring in urban spawning habitats. Green storm water infrastructure or similar pollution prevention methods should be incorporated to the maximal extent practicable, at the watershed scale, for all future development and redevelopment projects, particularly those involving transportation infrastructure.

**Key-words:** habitat restoration, non-point source pollution, Pacific salmon, run-off, storm water, urban ecology, urban streams

*Correspondence author. E-mail: nathaniel.scholz@noaa.gov

© 2015 The Authors. Journal of Applied Ecology © 2015 British Ecological Society.
This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.

1365-2664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

1365-2664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

## Introduction

In recent decades, non-point source run-off has become the leading pollution threat to aquatic habitats in the USA and similarly developed countries. In highly built watersheds, the transport of toxic chemical contaminants via storm water contributes to the well documented 'urban stream syndrome', as evidenced by various indicators of biological and ecological degradation (Walsh *et al.* 2005). These include declines in species abundance, species diversity and the proliferation of non-native, pollution-tolerant taxa.

Nevertheless, field assessments in urban watersheds rarely report fish kills or similar acute mortality events for aquatic life. A notable exception is the recurring die-off of adult coho salmon that return from the ocean to spawn each year in large metropolitan areas of northern California, western Oregon and Washington in the USA, and southern British Columbia in Canada. The coho mortality phenomenon has been studied most extensively in lowland streams of the greater Seattle area of Puget Sound. Coho begin the freshwater phase of their spawning migration with the onset of autumn rainfall. Typically within days of arriving at stream reaches suitable for spawning, affected fish become stricken with symptoms that progress from a loss of orientation (surface swimming) to a loss of equilibrium and death on a time-scale of a few hours (Videos S1 and S2, Supporting information; Scholz *et al.* 2011). Year-to-year mortality rates within and across urban watersheds are typically high (~50–90%), as measured by the proportion of unspawned females for an entire annual run (Scholz *et al.* 2011).

As might be expected, initial modelling indicates that such high mortality rates at the critical spawner life stages pose a significant extinction risk for wild coho populations (Spromberg & Scholz 2011). Coho distinct population segments, or evolutionarily significant units (ESUs; Waples 1991), are comprised of metapopulations that span large river basins with varying degrees of urban and suburban land use (e.g. Pess *et al.* 2002; Bilby & Mollot 2008). This population structure and the highly migratory life histories of salmonids have generally constrained ecotoxicological studies (Ross *et al.* 2013). Nevertheless, if urban run-off is killing adult coho, ongoing regional development pressures may present an important obstacle to the recovery of coho ESUs, including those designated as threated (Lower Columbia River) or a species of concern (Puget Sound) under the US Endangered Species Act.

To date, the evidence linking urban storm water run-off and coho spawner mortality has been indirect. The uniform nature of the symptoms, over many years and across many streams, is consistent with a common and prevalent form of toxicity. A forensic investigation spanning nearly a decade ruled out several other potential causes, including conventional water quality parameters (e.g. dissolved oxygen, temperature), habitat availability, poor spawner condition and disease (Scholz *et al.* 2011). Moreover, an initial geospatial land cover analysis found a significant positive association between the severity of the coho die-off phenomenon and the extent of impervious surface within a watershed (Feist *et al.* 2011).

The aim of the present study was to explore the connection between water quality and coho mortality more directly by experimentally exposing freshwater-phase spawners to both artificial and actual highway run-off. Although urban storm water is chemically complex, field collected samples consistently contain motor vehicle-derived mixtures of metals and polycyclic aromatic hydrocarbons (PAHs), many of which are toxic to salmon at other life stages (e.g. copper, McIntyre *et al.* 2012; Sandahl *et al.* 2007; PAHs, Meador *et al.* 2006; Heintz *et al.* 2000). If the mortality syndrome could be reproduced with an environmentally realistic mixture of metals and PAHs, it would then be possible to identify the causal agents by removing different components of the mixture. To account for the possibility that some other contaminant(s) may be causal, we also exposed adult coho to storm water collected from a dense urban arterial road (i.e. highway run-off). Lastly, we exposed adult coho to highway run-off which was pre-treated with a conventional green storm water infrastructure (GSI) technology (bioinfiltration through soil columns) to remove pollutants, with the aim of lessening or eliminating any overtly harmful impacts of unmitigated storm water.

## Materials and methods

### ANIMALS

Adult coho salmon were collected at the Suquamish Tribe's Grovers Creek Hatchery near Poulsbo, Washington. Hatchery coho are an appropriate surrogate for wild coho given that field observations have documented the mortality syndrome in spawners of both wild and hatchery origins (Scholz *et al.* 2011). At Grovers Creek, returning coho migrate <4 km in freshwater from Miller Bay in Puget Sound to a hatchery pond via a fish ladder. The pond was seined on Monday, Wednesday and Friday of each week, and thus the fish were in the pond for a maximum of 72 h prior to capture. The coho were strays from a net-pen operation designed to provide a terminal fishery to the south of Miller Bay. When available, females were used for the controlled storm water exposures. For trials with an insufficient number of females, males were also included, as the urban mortality syndrome affects males and females alike (Scholz *et al.* 2011). Only fish exhibiting normal behaviour and with no obvious signs of trauma, disease or poor condition were included. One set of exposures was conducted on a given day.

Each individual coho spawner was placed in a holding tube constructed of PVC, of either $15.2 \times 76.2$ cm (diameter × length) or $20.3 \times 106.7$ cm with 1.1-cm-thick polyethylene gates fitted into slots at either end. Ventilation was provided by six 2.5-cm-diameter holes on either side of the anterior (head) end of each tube and five 1.75-cm-diameter holes in each gate. A ventilation hose attached to a pump (for 2011–12, a Flotec Tempest 1/6 HP, 4.5 m³ h⁻¹ (Flotec Water, Delavan, WI, USA); for 2013–14, a Lifegard Aquatics Quiet One 3000, 3.1 m³ h⁻¹ (Lifegard Aquatics, Cerritos, CA,

13652664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**400**   *J. A. Spromberg* et al.

USA)) submerged in the polyethylene tank supplied a minimum of 4 L min$^{-1}$ flow through the forward gate and over each fish in an anterior–posterior direction.

For each trial, four separate coho holding tubes were placed in a large polyethylene tank containing 440 L of clean well water, artificial storm water, highway run-off, or run-off pretreated with soil infiltration. Adult coho were exposed for 4–48 h depending on the treatment (see below). Aeration was provided with air stones attached to an air pump (Coralife 05146 Model SL-38 Super Luft Air Pump, Central Aquatics-Coralife, Franklin, WI, USA). Exposure waters were maintained at temperatures below 14 °C by flow-through (2011) and Aqua Logic® Cyclone® Drop-In Titanium Chillers (2012). Smaller ventilation pumps that produced less heat were used in 2013–14, and thus, chillers were not needed.

### EXPOSURES TO ARTIFICIAL STORM WATER

In the autumn of 2011, returning adult coho were exposed to artificial storm water containing mixtures of PAHs and metals. The mixtures were comprised of individual compounds at concentrations at or above those measured during autumn storm events in Seattle-area urban streams (Seattle Public Utilities 2007), or at levels representative of urban storm water run-off more generally (Stein, Tiefenthaler & Schiff 2006; Gobel, Dierkes & Coldewey 2007; Tiefenthaler, Stein & Schiff 2008). The PAH profile of urban run-off is compositionally similar to that of crude oil, particularly for toxic three- and four-ring compounds (McIntyre *et al.* 2014). The exception is a lack of dissolved pyrene and fluoranthene in crude oil (Incardona *et al.* 2009). Thus, the PAH portion of the mixture was generated from a water-accommodated fraction (WAF) of Alaska North Slope crude oil, to which pyrogenic pyrene and fluoranthene were added (Table S1). The WAFs were prepared in a 3-speed commercial blender with a 3·8-L stainless steel container (Waring CB15; Waring Commercial, Torrington, CT, USA), following a protocol developed to yield fine oil droplets and bioavailable PAHs in the dissolved phase (Incardona *et al.* 2013). In brief, the stainless steel container was cleaned with acetone and dichloromethane, the rubber lid was lined with dichloromethane-rinsed heavy-duty aluminium foil, and the container was filled with 1 L of deionized water. The volume of crude oil added to the WAF (1 mL) was intended to produce a final maximum phenanthrene exposure concentration of 0·384 µg L$^{-1}$ (Stein, Tiefenthaler & Schiff 2006). Pyrene and fluoranthene were then added to coequal final target exposure concentrations of 0·584 µg L$^{-1}$. Water and oil were blended for 30 s on the lowest speed four times. The oil–water mixture was then poured into a 1-L separatory funnel and allowed to sit for 1 h. With care to leave the surface slick undisturbed, 789·3 mL at the bottom were then drawn off and added to the exposure chamber.

The metals fraction of the PAHs/metals mixture consisted of cadmium, nickel, lead, copper and zinc (anhydrous CdCl$_2$, NiCl$_2$, PbCl$_2$, CuCl$_2$ and ZnCl$_2$; Sigma-Aldrich, St. Louis, MO, USA, > 98% purity) added to clean well water at nominal concentrations (Table S1) that were in the upper range of metal detections in urban streams (Stein, Tiefenthaler & Schiff 2006; Gobel, Dierkes & Coldewey 2007; Seattle Public Utilities 2007; Tiefenthaler, Stein & Schiff 2008). Moreover, the concentrations of metals in urban run-off are transiently elevated during the first flush interval (Kayhanian *et al.* 2012). To capture this exposure scenario, experiments in the autumn of 2012 used relatively higher

nominal concentrations of metals only (Table S1). Temperature and dissolved oxygen were monitored and maintained at physiological ranges for adult salmon, and water samples were collected for analytical verification of exposure concentrations.

### EXPOSURES TO HIGHWAY RUN-OFF

Storm water was collected from the downspouts of an elevated urban principal arterial road in Seattle, WA. The downspouts receive run-off from the on-ramp to a four-lane (70 m wide) highway over which approximately 60 000 motor vehicles travel each day (WA DOT 2013a). The highway, paved with Portland cement concrete (WA DOT 2013b), is a conventional urban impervious surface. All of the flow to the downspouts originated from precipitation falling on the active arterial road.

The captured run-off was transported to the hatchery facility in either covered glass carboys or in a stainless steel tank. The holding interval prior to exposures varied with the timing and intensity of autumn storm events, but did not exceed 72 h. While some collections took place after an extended antecedent dry interval and therefore included the first flush for a given storm, others spanned periods of intermittent rainfall. Daily and cumulative rainfall for each autumn season is shown in Fig. 1, with each storm water collection interval superimposed (solid rectangular boxes). Collected run-off was used for one exposure only. Temperature, pH and dissolved oxygen were measured at the outset of each exposure, and water samples were collected for chemical analyses to quantify concentrations of metals and PAHs (2012–13 but not 2014 storms). After exposures, the run-off was transported to a Kitsap County Wastewater Pump Station for disposal.

### EXPOSURES TO FILTERED RUN-OFF

In the autumn of 2013, four 200-L bioretention columns were constructed and plumbed with outflow drains following conventional guidelines for green storm water infrastructure (WA DOE 2012). The filtration columns were composed of a 30·5-cm drainage layer of gravel aggregate overlain by 61 cm of bioretention soil media (60% sand: 40% compost) and topped with 5 cm of mulched bark. In the autumn of 2014, the bioretention columns were emptied and fresh media installed. In each year, the bioretention media were conditioned by passing seven pore volumes (660 L) of clean well water from the hatchery facility through each column at a rate of 2 L min$^{-1}$: equivalent to 2 months of summer rainfall on a contributing area 20 times the size of the treatment area. Urban highway run-off was collected as described above, and the homogenized volume was evenly divided to flow through one of the four bioretention columns at a rate of 2 L min$^{-1}$, with the outflows from the four columns recombined into a single post-treatment exposure volume. Adult coho spawners were exposed to either untreated urban storm water or the same run-off post-filtration for 4–24 h. Water quality was measured, and samples were collected for chemical analyses as described above.

### OBSERVATIONS OF SYMPTOMATIC FISH

Hallmark characteristics of the adult coho spawner mortality syndrome include a progression from lethargy to a loss of orientation, a loss of equilibrium, followed by death (Scholz *et al.* 2011). Individual fish were examined for these symptoms during and after each exposure. Fish were moved from the large exposure

13652664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*Toxic urban run-off and salmon survival*   **401**



Fig. 1. The presence or absence of the pre-spawn mortality syndrome in adult coho salmon exposed to unfiltered highway run-off (E) or clean well water (C). Paired exposures spanned three consecutive autumn spawning seasons, 2012–14. Shown in each panel are daily rainfall (shaded bars), cumulative rainfall (dotted lines), highway run-off collection intervals for each separate exposure event (black rectangles) and the presence or absence of symptomatic (or dead) fish in each individual treatment (4–24 h duration; see Materials and methods). Symptoms included lethargy, loss of orientation or loss of equilibrium.

tank and released from their holding tubes into an observation tank containing clean well water at a minimum depth of 50 cm. Swimming ability and evasiveness (responses to light and gentle prodding) were recorded over a 1- to 3-min observation interval. For the trials using artificial storm water, symptomology was assessed at 24 h and then again at the end of the exposure. Coho exposed to highway run-off were visually examined at 2, 4 and 24 h. Live fish at 2 and 4 h were returned to their holding tubes and exposure chambers for the remainder of the trial.

### WATER QUALITY ANALYSES

Conventional water quality parameters, including pH, dissolved oxygen, alkalinity, total suspended solids, N-ammonia, nutrients and organic carbon, were measured for selected trials using standard instrumentation or by outside laboratories using US EPA-approved methods (Analytical Resources Inc., Tukwila, WA, USA or Am Test Inc., Kirkland, WA, USA). Total and dissolved concentrations of cadmium, copper, nickel, lead and zinc were determined by inductively coupled plasma mass spectrometry (ICP-MS) by Frontier Global Sciences (Bothell, WA, USA; EPA method 1638) or Am Test Inc. (EPA method 200.8). Briefly, samples were preserved in 1% (v/v) nitric acid (total metals) or passed through a 0·45-µm filter (dissolved metals) and then oven-digested prior to analysis by ICP-MS. Duplicate samples and laboratory blanks were included to ensure quality control. Selected water samples for PAH determinations were preserved with 10% dichloromethane and stored at 4 °C in amber glass bottles until analysis at the NOAA Northwest Fisheries Science Center by gas chromatography/mass spectrometry (GC-MS) with additional selected ion monitoring for alkyl-PAHs (Sloan *et al.* 2014).

### TISSUE SAMPLING AND ANALYSES

At the conclusion of each exposure, fish length, weight, reproductive status and origin (i.e. hatchery or wild spawned) were

assessed. To confirm the bioavailability of PAHs in exposure waters, bile was screened for PAH metabolites in a subset of 2011 and 2012 trials with both artificial storm water and highway run-off. Fish were killed, and bile was collected from the gall bladder and stored in amber glass vials at −20 °C until analysis for PAH metabolites using high-performance liquid chromatography with fluorescence detection (Krahn *et al.* 1986; da Silva *et al.* 2006). The concentrations of fluorescent PAH metabolites in bile are determined using naphthalene (NPH), phenanthrene (PHN) and benzo[a]pyrene (BaP) as external standards and converting the relative fluorescence response of bile to NPH, PHN and BaP equivalents, and reported as ng g$^{-1}$ bile or ng mg$^{-1}$ biliary protein.

Coho gills were sampled to confirm uptake of metals in selected 2011 and 2012 artificial and collected storm water exposures. Tissues were excised with Teflon or titanium scissors and plastic forceps, placed in plastic Whirl-paks, and stored at −80 °C. Metals analyses were determined by inductively coupled mass spectroscopy (ICP-MS) at the Trace Elements Research Laboratory (TERL; College Station, TX, USA) using standard methods (TERL Method Codes 001, 006). Briefly, gill tissues were wet digested with nitric acid, freeze-dried, and homogenized by ball-milling in plastic containers. Samples were ionized in high-temperature argon plasma, and positively charged ions were separated on the basis of their mass : charge ratios by a quadrupole mass spectrometer. Student's *t*-tests assessed differences in the tissue concentrations between exposures and their respective paired control.

## Results

### ADULT COHO RESPONSES ACROSS TREATMENTS

Coho spawners exposed for 24 h to mixtures of PAHs and metals at concentrations slightly higher than those previously measured in urban run-off were asymptomatic

13652664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12541, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**402**  *J. A. Spromberg* et al.

– that is behaviourally indistinguishable from controls exposed to clean well water (Table 1). Although there was some mortality across the four independent trials ($n = 4$ of 30 fish total), this was not significantly different by treatment (Fisher exact tests, two-tailed, $P \geq 0.21$) and was therefore apparently attributable to handling stress. Extending the exposures to 48 h did not increase the incidence of mortality or symptomology ($n = 4$ of 22 fish total, two control and two exposed). Increasing the concentrations of metals fivefold or 10-fold in metal-only mixtures was also insufficient to elicit the symptoms of the pre-spawn mortality syndrome (Table 2). As with the PAHs/metals mixture, there was a small but insignificant amount of mortality across treatments ($n = 2$ of 38 fish; Fisher exact tests, two-tailed, $P = 1$).

Although the artificial storm water preparations were designed to have a similar composition to highway runoff for many PAHs and metals, the effects on coho spawners were very different. Whereas the artificial mixtures did not elicit the distress characteristic of the mortal-

**Table 1.** Adult coho salmon spawner mortality following a 24-h exposure to either clean well water (unexposed) or a mixture of polycyclic aromatic hydrocarbons (PAHs) or metals. Shown in parentheses are the numbers of symptomatic or dead fish as a proportion of the total numbers of spawners in each exposure. The PAH/metal exposures were based on measured levels in urban creeks during storm events (see Materials and methods). Relative to environmental samples, the artificial mixture contained higher concentrations of both total PAHs and metals. Each exposure was conducted on a separate day

| | Mortality | |
|---|---|---|
| Exposure (h) | Unexposed | PAHs/Metals mixture |
| 24 | 25% (1/4) | 0% (0/4) |
| 24 | 33% (1/3) | 0% (0/3) |
| 24 | 0% (0/4) | 50% (2/4) |
| 24 | 0% (0/4) | 0% (0/4) |

**Table 2.** Exposures to relatively high levels of metals in artificial mixtures are not sufficient to elicit the coho spawner mortality syndrome. Similar to unexposed controls, nearly all of the adults survived exposures to mixtures of metals (Cd, Cu, Pb, Ni, Zn) that were fivefold (Low) or 10-fold (High) higher than measured concentrations in urban creeks where coho mortality syndrome was observed. Shown in parentheses are the numbers of symptomatic or dead fish as a proportion of the total numbers of spawners in each exposure. Each exposure was conducted on a separate day

| | Mortality | | |
|---|---|---|---|
| Exposure (h) | Unexposed | Low metals | High metals |
| 24 | 0% (0/4) | 0% (0/4) | |
| 24 | 0% (0/4) | 0% (0/3) | |
| 24 | 0% (0/4) | | 0% (0/4) |
| 24 | 25% (1/4) | | 25% (1/4) |
| 24 | 0% (0/3) | | 0% (0/4) |

**Table 3.** Proportion of adult coho displaying the spawner mortality syndrome after placement in clean well water (unexposed) or highway run-off that was either unfiltered or filtered through an experimental soil bioretention system (during 2013 and 2014). Shown in parentheses are the numbers of symptomatic or dead fish as a fraction of the total number of coho in each treatment. Each exposure was conducted on a separate day

| | Mortality | | |
|---|---|---|---|
| Exposure (h) | Unexposed | Unfiltered | Filtered |
| 4 | 0% (0/4) | 100% (4/4) | 0% (0/4) |
| 24 | 0% (0/4) | 100% (4/4) | 0% (0/4) |
| 24 | 0% (0/4) | 100% (4/4) | 0% (0/4) |
| 24 | 0% (0/4) | 100% (4/4) | 0% (0/4) |
| 24 | 0% (0/4) | 100% (4/4) | 0% (0/4) |

ity syndrome, coho exposed to the unfiltered highway run-off rapidly became symptomatic. For every discrete rainfall collection interval ($n = 9$; 2012–2014), all of the exposed fish were either symptomatic or dead within 4 h (Fig. 1, Table 3). Those that survived the initial 4-h exposure were dead by 24 h. All of the paired control coho in clean well water survived, showing no behavioural symptoms at 4 or 24 h (Fig. 1, Table 3). Each exposure showed a statistically significant difference in mortality (Fisher exact tests, two-tailed, $P = 0.006$). Examples of asymptomatic control fish and symptomatic, run-off-exposed spawners are shown in Video S3. For the purpose of comparing symptoms, digital movies of affected coho in Seattle-area urban watersheds are shown in Videos S1 and S2. Thus, despite the event-to-event variation in rainfall duration and intensity, and a corresponding variation in water chemistry (conventionals, metals and PAHs, Tables S2, S3 and S5), urban run-off was 100% lethal to otherwise healthy adult coho salmon. The contribution of handling stress was evidently minimal, as the survival rate for controls across treatments in 2012–2014 was 100%.

The constructed bioretention columns effectively treated the highway run-off in terms of both toxic chemical exposure and salmon spawner survival. Although the focal (measured) contaminants were not completely removed by infiltration, the overall improvement in water quality was sufficient to completely prevent the lethal effects and sublethal symptomology caused by untreated storm water. All of the adult coho exposed to filtered run-off survived and showed no behavioural symptoms at either 4 or 24 h (100% survival, $n = 20$; Table 3; Video S3). Thus, urban storm water contains an as-yet unidentified chemical component(s) that, while lethal to salmon spawners, can be removed using inexpensive bioinfiltration.

### MEASURED LEVELS OF METALS, PAHS AND CONVENTIONAL WATER QUALITY PARAMETERS ACROSS TREATMENTS

The chemical properties of highway run-off were evaluated for the six distinct collection events in the autumn of 2012

© 2015 The Authors. Journal of Applied Ecology © 2015 British Ecological Society, *Journal of Applied Ecology*, **53**, 398–407

13652664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*Toxic urban run-off and salmon survival*  **403**

and 2013. As expected, conventional water quality parameters varied across storm water collections, as did concentrations of PAHs and metals. The analytical results are shown in Tables S2, S3 and S5. As expected, suspended solids (TSS: 23–220 mg L$^{-1}$) and organic matter (DOC: 8–92 mg L$^{-1}$) were elevated in urban run-off relative to control water (TSS < 1·1 mg L$^{-1}$, DOC < 1·8 mg L$^{-1}$). In contrast, run-off had lower Mg ($t(8) = 6·072$, $P < 0·001$), alkalinity ($t(8) = 6·201$, $P < 0·001$) and phosphate ($t(8) = 3·547$, $P = 0·008$). The pH values for run-off were circumneutral (6·12–7·47) and consistently lower than those for control water ($t(8) = 2·691$, $P = 0·027$). Other conventional chemistry parameters were not significantly different among treatments, including Ca ($t(8) = -0·121$, $P = 0·907$) and hardness ($t(8) = 1·159$, $P = 0·280$). At the outset of exposures, dissolved oxygen levels ranged from 8·1 to 10·7 mg O$_2$ L$^{-1}$ and were maintained above 6·5 mg L$^{-1}$ with additional aeration as needed.

Collected highway run-off had a more pyrogenic (or combustion-driven) PAH profile relative to the artificial storm water mixtures, as evidenced by a relative enrichment of higher molecular weight (5- and 6-ring) compounds and fewer low molecular weight (2- and 3-ring) compounds (Fig. 2). Bile PAH metabolites were not significantly different between fish exposed to control well

water or storm water run-off after a 4-h exposure (Fig. 3). Although the measured concentrations of PAH metabolites in the bile of fish exposed for 24 h to the PAHs/metals mixture were elevated relative to paired controls, the difference was not significant (Student's *t*-test; $P = 0·1$, 0·14, 0·11 for phenanthrene, benzo-a-pyrene and naphthalene metabolites, respectively). This indicates that low-level PAH exposures typical of urban run-off do not produce large increases in measurable bile metabolites, consistent with bile PAH metabolite measurements from symptomatic coho previously collected during field surveys of urban spawning habitats (Scholz *et al.* 2011).

Notably, in 2012, the levels of 2- and 3-ring PAHs in the control exposure water were unexpectedly elevated relative to all other control treatments (Fig. 2, arrow). This was attributed to the recent drilling of a new well at the Suquamish hatchery facility. Measured PAH levels in the well water declined sharply over a time span of 2 weeks (Fig. 2), and adult coho controls that were exposed during the interval did not exhibit behavioural symptoms (Fig. 1).

Whereas the levels of dissolved-phase Cd and Pb were generally lower in collected run-off relative to all of the artificial storm water mixtures (Fig. 2), Cu and Ni in run-off spanned the range of these two metals in the environmentally relevant mixture. Zinc levels in run-off were



**Fig. 2.** Dissolved metal (left column) and dissolved polycyclic aromatic hydrocarbon (right column) concentrations summarized by ring number for adult exposures to well water controls, polycyclic aromatic hydrocarbons (PAHs)/metal mixtures, highway run-off and filtered run-off. Closed symbols indicate dead or symptomatic individuals were observed in the exposure. Lines connect paired highway run-off and filtered run-off from the same collection. Control points are the mean of samples collected each year. The number of mean values below the reporting limits (i.e. non-detects) is indicated by # ND.

1365664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**404**   *J. A. Spromberg* et al.



**Fig. 3.** Left column shows the relative measured concentrations of metals in adult coho salmon gill tissue for Cd, Cu, Pb, Ni and Zn ($\mu g \ g^{-1}$). Control values are means of control tests run in 2011 and 2012. Closed symbols indicate dead or symptomatic individuals observed in the exposure. The right column shows bile fluorescent aromatic compounds (FACs) detected at naphthalene (NPH), phenanthrene (PHN), benzo-a-pyrene (BAP) wavelengths shown as protein corrected polycyclic aromatic hydrocarbons (PAH) equivalents ($ng \ mg^{-1}$).

higher, and within the range of corresponding Zn levels in the high-metal mixture. The concentrations of metals in the gills of storm water-exposed and unexposed coho (4 h) were not significantly different (Student's *t*-tests, $P > 0.05$; Fig. 3) and, in both cases, were lower than gill metal levels measured from symptomatic spawners collected from the field (Scholz *et al.* 2011). Similarly, exposures to the environmentally relevant artificial storm water mixture of PAHs/metals did not produce a significant accumulation of metals in the gills, with the exception of Ni (Student's *t*-test, $P = 0.017$). For the high metals mixture, only gill Cd, Cu and Pb levels were significantly elevated relative to controls (Student's *t*-test; $P = 0.002, 0.018, 0.003$ for Cd, Cu and Pb, respectively).

Filtering collected highway run-off through the bioretention columns reduced total PAHs by 94% and total metals by 58%. As expected, removal efficiency varied for different contaminants. For example, the soil columns removed lower molecular weight PAHs less efficiently than higher molecular weight PAHs (e.g. 81–89% for 2–3 ring PAHs vs. 93% removal of 4- to 5-ring PAHs; Table S5). Notably, the medium in the bioretention columns was a source (i.e. an exporter) of total Ni to the treated run-off, resulting in a 57% increase over the pre-filtration input (Table S3). All other total metals decreased by an average of 48–88% across the two events

in the order of Cd < Pb < Cu < Zn. For each of the metals, concentrations in the dissolved phase also declined after soil column infiltration (Table S3). In addition to exporting Ni, the bioretention columns were also a source of DOC (post-/pre-filtration increase of 164%), alkalinity (+29%), Ca (+60%), Mg (+372%), ortho-P (+4000%) and increasing hardness (+107%). By contrast, column infiltration reduced the ammonia content of storm water by 92% (Table S2).

## Discussion

We have confirmed that controlled exposures to untreated urban run-off are sufficient to reproduce the coho spawner mortality syndrome. Adult coho became symptomatic and died within a few hours of immersion in collected storm water. Mortality rates were 100% for exposed fish vs. 0% in control fish held in clean well water, and these results were consistent across nine distinct rainfall intervals that spanned three consecutive autumn spawning runs. As evidence that one or more toxic chemical contaminants are causal, pre-treating the highway run-off with soil bioinfiltration completely prevented the acutely lethal impacts on coho spawners. Surprisingly, coho did not develop symptoms in response to artificial mixtures of PAHs and metals, even at concentrations that were higher

1365664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

than those typically measured in storm water, including the first flush. Urban run-off is chemically complex, with many chemical constituents that are very poorly characterized in terms of toxicity to fish. While it may take years of additional assessment to identify precisely which of these agents is killing coho, our initial results suggest that simple GSI technologies hold promise as a means to improve water quality and effectively prevent coho mortality in urban spawning habitats.

Our finding that road run-off alone is sufficient to induce the spawner mortality syndrome aligns with previous evidence for a positive association between the amount of impervious surface within an urban watershed and the year-to-year severity of coho die-offs (Feist *et al.* 2011). It appears that other forms of water quality degradation are not necessary to produce the phenomenon. Consistent with this, symptomatic spawners do not show evidence of neurotoxic pesticide exposure (Scholz *et al.* 2011), and adult coho are not unusually vulnerable to low-level mixtures of currently used pesticides (King *et al.* 2013). The link to impervious run-off also discounts a role for personal care products, pharmaceuticals, and other classes of compounds that are transported to some urban streams via combined sewer overflows in heavy rains.

As noted above, urban road run-off contains a complex mixture of chemicals, many of which originate from motor vehicles in the form of exhaust, leaking crankcase oil and the wearing of friction materials (i.e. brake pads) and tyres. We assessed the toxicity of PAH and metal mixtures because these compounds are ubiquitous in storm water and are known to be disruptive to the fish cardiovascular system (PAHs: Brette *et al.* 2014), as well as the respiratory and osmoregulatory functions of the gill (metals: Niyogi & Wood 2004). Although bile and gill tissue results suggest that PAHs and some metals are bioavailable to the coho spawners (this study; Scholz *et al.* 2011), artificial mixtures of PAHs and metals did not produce the symptoms of the mortality syndrome. Our results appear to rule out many of the PAHs that are common to urban run-off and crude oil spills (e.g. phenanthrenes). However, there may be a role for the higher molecular weight pyrogenic PAHs found in particulate vehicle exhaust (i.e. soot), other than pyrene or fluoranthene. The remaining list of potential causal chemicals is long and includes other organic hydrocarbons such as methylphenols, quinones, thiazoles, thiophenes, furans and quinolines. Given the logistical challenges associated with adult coho exposures – seasonal availability of animals, large volume assays, limited number of fish, etc. – it may be years before the causal agent(s) is identified. Notably from a water resource management perspective, this will likely be a chemical or chemicals for which there are no existing water quality criteria.

Biological indicators play an important role in field assessments to document the urban stream syndrome in affected watersheds world-wide. Common examples are benthic indices of biological integrity (B-IBIs), which are used to characterize the health of streams based on the diversity and abundance of macroinvertebrates (Karr 1999). Although poor B-IBI scores are diagnostic of aquatic habitat degradation, they do not necessarily differentiate between drivers that may be chemical (i.e. pollution) vs. physical or biological. Conversely, biological indicators that are specific to toxic run-off may not have directly meaningful implications for individual survival, as a basis for guiding species conservation at the population and community scales. This includes, for example, the upregulation of sensitive and responsive cytochrome p450 enzymes in the livers of fish exposed *in situ* to certain PAHs and other contaminants that act via the aryl hydrocarbon receptor (van der Oost, Beyer & Vermeulen 2003).

Coho spawners, by contrast, appear to be very sensitive ecological indicators, with a response metric that is directly attributable to toxic storm water. Moreover, the implications of widespread and recurring mortality are relatively clear at higher scales (e.g. Spromberg & Scholz 2011). Although the highway run-off used in this study (at the point of discharge) presumably contained higher concentrations of chemical contaminants than surface water conditions in urban spawning habitats, it is evident that run-off in urban waterways is not sufficiently diluted to protect many or most coho from premature death (Scholz *et al.* 2011). By establishing a direct link between non-point source pollution and the mortality syndrome, our findings set the stage for future indicator studies in western North America. This includes, for example, more refined predictive mapping of vulnerable habitats as a function of impervious land cover, at present and with future urban growth scenarios (Feist *et al.* 2011). Coho survival in urban streams can also indicate the success of pollution control programmes, via GSI or other strategies. Intensive control measures will almost certainly be necessary, across large spatial scales, to: (i) recover viable coho populations in the built environment, and (ii) prevent the rapid future loss of coho as a consequence of expanding impervious cover in watersheds that are currently productive but primarily non-urban.

In the future, it may be possible to narrow the focal list of chemicals by determining more precisely why storm water-exposed coho are dying. The gaping, surface swimming and disequilibrium of affected spawners suggest adverse physiological impacts on the gill, the heart, the nervous system or some combination of these. An earlier forensic study found no evidence of physical injury to the gills or other tissues (Scholz *et al.* 2011). An alternative approach would be to screen the target organs of symptomatic fish for changes in gene expression, and specifically gene sets that are diagnostic for specific categories of physiological stress (e.g. respiratory uncoupling). If the cause of death is ultimately found to be heart failure, for example, the candidate chemicals could be screened for cardiotoxic potential. It may also be possible to develop alternative exposure methods that reflect different sources of contaminants on roadways. This includes, for example,

Case 3:23-cv-05748-JD   Document 128-1   Filed 06/27/24   Page 146 of 167

13653664, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

large-volume suspensions of particulate soot from motor vehicle exhaust, dust from brake pad wear or fine particles from tyre wear.

Lastly, toxic run-off is likely to represent an increasingly important conservation challenge for west coast coho populations in the coming years. Extant population segments are generally at historically low abundances, as evidenced by current US Endangered Species Act threatened designations in central and northern California, as well as north-western Oregon and south-western Washington. Land cover change has been extensive in some lowland watersheds where coho spawn, as a consequence of sprawl in recent decades (e.g. Robinson, Newell & Marzluff 2005). Over a similar period of time, coho habitat use in areas affected by urbanization has declined sharply (Bilby & Mollot 2008). Resource managers have been aware of the urban pre-spawn mortality syndrome among adult coho since at least the 1980s (Kendra & Willms 1990). However, the extent to which recurring adult dieoffs have driven down wild coho numbers in urbanizing watersheds is not presently known. Initial modelling has shown that local populations in urbanizing watersheds cannot withstand the rates of mortality observed in Puget Sound urban stream surveys since 2000 (Spromberg & Scholz 2011). However, in terms of recovery planning, this storm water-related threat has yet to be mapped out for actual coho conservation units at the sub-basin scale.

In conclusion, a core objective of GSI is to slow, spread and infiltrate storm water. As anticipated from recent studies (e.g. McIntyre *et al.* 2015), the experimental soil columns used here effectively prevented the acutely lethal toxicity of run-off from a dense urban arterial road. This extends the range of aquatic species and life stages that demonstrably benefit from storm water bioinfiltration. These include the early life stages of zebrafish (McIntyre *et al.* 2014), juvenile coho salmon and their macroinvertebrate prey (McIntyre *et al.* 2015), and adult coho spawners (this study). Bioretention is therefore a promising clean water technology from the standpoint of installation cost, reliability, reproducibility and scalability. However, the science of GSI effectiveness is still relatively young (Ahiablame, Engel & Chaubey 2012), and fundamental questions remain as-yet unanswered, for example how much treatment will be needed, over what spatial scales, to ensure coho salmon survival? Whereas bioretention may work well for small-footprint sites that receive modest inputs of storm water, they are but one of many evolving non-point source pollution control and prevention methods that are currently under development (Hughes *et al.* 2014). For the urban watersheds of the future, the coexistence of humans and wild coho will likely hinge on the success of these innovations.

## Acknowledgements

We appreciate the technical assistance of Allisan Beck, Richard Edmunds, Tony Gill, Emma Mudrock, Tiffany Linbo, Kate Macneale, Jana Labenia, Mark Tagal, Frank Sommers, Gina Ylitalo, Daryle Boyd, Barb French, Ann England, Karen Peck, MaryJean Willis, Cathy Laetz, Sylvia Charles, William Alexander, Ben Purser, Corey Oster, Luke Williams and the Kitsap Poggie Club. This study received agency funding from the NOAA Coastal Storms Program (National Ocean Service, Coastal Services Center), the U.S. Fish & Wildlife Service, the Puget Sound's Regional Stormwater Monitoring Programme (RSMP as administered by the WA State Dept. of Ecology), and the U.S. Environmental Protection Agency, Region 10. Lastly, we appreciate the helpful suggestions of two anonymous reviewers. Findings and conclusions herein are those of the authors and do not necessarily represent the views of the sponsoring organizations.

## Data accessibility

Data generated from this study are included in the text, tables, figures and uploaded online supporting information.

## References

Ahiablame, L.M., Engel, B.A. & Chaubey, I. (2012) Effectiveness of low impact development practices: literature review and suggestions for future research. *Water Air and Soil Pollution*, **223**, 4253–4273.

Bilby, R.E. & Mollot, L.A. (2008) Effect of changing land use patterns on the distribution of coho salmon (*Oncorhynchus kisutch*) in the Puget Sound region. *Canadian Journal of Fisheries and Aquatic Sciences*, **65**, 2138–2148.

Brette, F., Machado, B., Cros, C., Incardona, J.P., Scholz, N.L. & Block, B.A. (2014) Crude oil impairs excitation-contraction coupling in fish. *Science*, **343**, 772–776.

Feist, B.E., Buhle, E.R., Arnold, P., Davis, J.W. & Scholz, N.L. (2011) Landscape ecotoxicology of coho salmon spawner mortality in urban streams. *PLoS One*, **6**, e23424.

Gobel, P., Dierkes, C. & Coldewey, W.C. (2007) Storm water runoff concentration matrix for urban areas. *Journal of Contaminant Hydrology*, **91**, 26–42.

Heintz, R.A., Rice, S.D., Wertheimer, A.C., Bradshaw, R.F., Thrower, F.P., Joyce, J.E. & Short, J.W. (2000) Delayed effects on growth and marine survival of pink salmon *Oncorhynchus gorbuscha* after exposure to crude oil during embryonic development. *Marine Ecology Progress Series*, **208**, 205–216.

Hughes, R.M., Dunham, S., Maas-Hebner, K.G., Yeakley, J.A., Harte, M., Molina, N., Shock, C.C. & Kaczynski, V.W. (2014) A review of urban water body challenges and approaches: (2) mitigating effects of future urbanization. *Fisheries*, **39**, 30–40.

Incardona, J.P., Carls, M.G., Day, H.L., Sloan, C.A., Bolton, J.L., Collier, T.K. & Scholz, N.L. (2009) Cardiac arrhythmia is the primary response of embryonic Pacific herring (*Clupea pallasi*) exposed to crude oil during weathering. *Environmental Science & Technology*, **43**, 201–207.

Incardona, J.P., Swarts, T.L., Edmunds, R.C., Linbo, T.L., Aquilina-Beck, A., Sloan, C.A., Gardner, L.D., Block, B.A. & Scholz, N.L. (2013) Exxon Valdez to Deepwater Horizon: comparable toxicity of both crude oils to fish early life stages. *Aquatic Toxicology*, **142–143**, 303–316.

Karr, J.R. (1999) Defining and measuring river health. *Freshwater Biology*, **41**, 221–234.

Kayhanian, M., Fruchtman, B.D., Gulliver, J.S., Montanaro, C., Ranieri, E. & Wuertz, S. (2012) Review of highway runoff characteristics: comparative analysis and universal implications. *Water Research*, **46**, 6609–6624.

Kendra, W. & Willms, R. (1990) Recurrent coho salmon mortality at Maritime Heritage Fish Hatchery, Bellingham: a synthesis of data collected from 1987–1989, 28 pp. Washington State Department of Ecology Report 90-e54, Olympia, Washington, USA.

King, K.A., Grue, C.E., Grassley, J.M. & Fisk, R.J. (2013) Pesticides in urban streams and early life stages of Pacific coho salmon. *Environmental Toxicology and Chemistry*, **32**, 920–931.

Krahn, M.M., Rhodes, L.D., Myers, M.S., Moore, L.K., MacLeod, W.D. Jr & Malins, D.C. (1986) Associations between metabolites of aromatic compounds in bile and the occurrence of hepatic lesions in English sole (*Parophrys vetulus*) from Puget Sound, Washington. *Archives of Environmental Contamination and Toxicology*, **15**, 61–67.

McIntyre, J.K., Baldwin, D.H., Beauchamp, D.A. & Scholz, N.L. (2012) Low-level copper exposures increase visibility and vulnerability of juve-

Case 3:23-cv-05748-JD   Document 128-1   Filed 06/27/24   Page 147 of 167

13635964, 2016, 2, Downloaded from https://besjournals.onlinelibrary.wiley.com/doi/10.1111/1365-2664.12534, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

nile coho salmon to cutthroat trout predators. *Ecological Applications*, **22**, 1460–1471.

McIntyre, J.K., Davis, J.W., Incardona, J.P., Anulacion, B.F., Stark, J.D. & Scholz, N.L. (2014) Zebrafish and clean water technology: assessing soil bioretention as a protective treatment for toxic urban runoff. *Science of the Total Environment*, **500–501**, 173–180.

McIntyre, J.K., Davis, J.W., Hinman, C., Macneale, K.H., Anulacion, B.F., Scholz, N.L. & Stark, J.D. (2015) Soil bioretention protects juvenile salmon and their prey from the toxic impacts of urban stormwater runoff. *Chemosphere*, **132**, 213–219.

Meador, J.P., Sommers, F.C., Ylitalo, G.M. & Sloan, C.A. (2006) Altered growth and related physiological responses in juvenile Chinook salmon (*Oncorhynchus tshawytscha*) from dietary exposure to polycyclic aromatic hydrocarbons (PAHs). *Canadian Journal of Fisheries and Aquatic Sciences*, **63**, 2364–2376.

Niyogi, S. & Wood, C.M. (2004) Biotic ligand model, a flexible tool for developing site-specific water quality guidelines for metals. *Environmental Science and Technology*, **38**, 6177–6192.

van der Oost, R., Beyer, J. & Vermeulen, N.P.E. (2003) Fish bioaccumulation and biomarkers in environmental risk assessment: a review. *Environmental Toxicology and Pharmacology*, **13**, 57–149.

Pess, G.R., Montgomery, D.R., Bilby, R.E., Steel, E.A., Feist, B.E. & Greenberg, H.M. (2002) Landscape characteristics, land use, and coho salmon (*Oncorhynchus kisutch*) abundance, Snohomish River, Washington, USA. *Canadian Journal of Fisheries and Aquatic Sciences*, **59**, 613–623.

Robinson, L., Newell, J.P. & Marzluff, J.M. (2005) Twenty-five years of sprawl in the Seattle region: growth management responses and implications for conservation. *Landscape and Urban Planning*, **71**, 51–72.

Ross, P.S., Kennedy, C.J., Shelley, L.K., Patterson, D.A., Fairchild, W.L. & Macdonald, R.W. (2013) The trouble with salmon: relating pollutant exposure to toxic effect in species with transformational life histories and lengthy migrations. *Canadian Journal of Fisheries and Aquatic Sciences*, **70**, 1252–1264.

Sandahl, J.F., Baldwin, D.H., Jenkins, J.J. & Scholz, N.L. (2007) A sensory system at the interface between urban stormwater runoff and salmon survival. *Environmental Science and Technology*, **41**, 2998–3004.

Scholz, N.L., Myers, M.S., McCarthy, S.G., Labenia, J.S., McIntyre, J.K., Ylitalo, G.M. *et al.* (2011) Recurrent die-offs of adult coho salmon returning to spawn in Puget Sound lowland urban streams. *PLoS One*, **6**, e28013.

Seattle Public Utilities. (2007) *City of Seattle State of the Waters 2007: Volume I Seattle Watercourses*, 240 pp. Seattle Public Utilities, Seattle, WA.

da Silva, D.A., Buzitis, J., Krahn, M.M., Bicego, M.C. & Pires-Vanin, A.S. (2006) Metabolites in bile of fish from Sao Sebastiao Channel, Sao Paulo, Brazil as biomarkers of exposure to petrogenic polycyclic aromatic compounds. *Marine Pollution Bulletin*, **52**, 175–183.

Sloan, C.A., Anulacion, B.F., Baugh, K.A., Bolton, J.L., Boyd, D., Boyer, R.H. *et al.* (2014) *Northwest Fisheries Science Center's Analyses of Tissue, Sediment, and Water Samples for Organic Contaminants by Gas Chromatography/Mass Spectrometry and Analyses of Tissue for Lipid Classes by Thin Layer Chromatography/Flame Ionization Detection*, 61 pp. U.S. Dept. Commerce, NOAA Tech. Memo. NMFS-NWFSC-125, Seattle, Washington, USA.

Spromberg, J.A. & Scholz, N.L. (2011) Estimating the future decline of wild coho salmon populations due to early spawner die-offs in urbanizing watersheds of the Pacific Northwest. *Integrated Environmental Assessment and Management*, **7**, 648–656.

Stein, E.D., Tiefenthaler, L.L. & Schiff, K. (2006) Watershed-based sources of polycyclic aromatic hydrocarbons in urban storm water. *Environmental Toxicology and Chemistry*, **25**, 373–385.

Tiefenthaler, L.L., Stein, E.D. & Schiff, K.C. (2008) Watershed and land use-based sources of trace metals in urban storm water. *Environmental Toxicology and Chemistry*, **27**, 277–287.

Walsh, C.J., Roy, A.H., Feminella, J.W., Cottingham, P.D., Groffman, P.M. & Morgan, R.P. II (2005) The urban stream syndrome: current knowledge and the search for a cure. *Journal of the North American Benthological Society*, **24**, 706–723.

Waples, R.S. (1991) Pacific salmon, *Oncorhynchus* spp., and the definition of "species" under the Endangered Species Act. *Marine Fisheries Review*, **53**, 11–22.

Washington Department of Ecology (2012) Stormwater Management Manual for Western Washington Volume V: Runoff Treatment BMPs. Publication No. 12-10-030, 301 pp. Washington Department of Ecology, Olympia, Washington, USA.

Washington State Department of Transportation (WA DOT) (2013a) *2012 Annual Traffic Report*, 231 pp. WA DOT, Olympia, Washington, USA.

Washington State Department of Transportation (WA DOT) (2013b) State Highway Log Planning Report 2012: SR2 to SR 971, 1781 pp. WA DOT, Olympia, Washington, USA.

*Received 2 April 2015; accepted 2 September 2015*
*Handling Editor: Julia Blanchard*

## Supporting Information

Additional Supporting Information may be found in the online version of this article.

**Table S1.** Nominal concentrations ($\mu g\ L^{-1}$) for metals and selected polycyclic aromatic hydrocarbons (PAHs) in the PAHs/metals mixture and the metals-only mixture exposures.

**Table S2.** Measured conventional water chemistry parameters in treatments used in adult coho experiments during 2012–2013.

**Table S3.** Measured metal concentrations in treatments used in adult coho experiments during 2012–2013.

**Table S4.** Abbreviations and polycyclic aromatic hydrocarbon (PAH) analytes, including sums of alkyl PAH isomers measured in water samples.

**Table S5.** Measured parent and alkylated homologue polycyclic aromatic hydrocarbons (PAHs) ($\mu g\ L^{-1}$) in treatments used in adult coho experiments during 2012–2013.

**Video S1.** Video 1 of a symptomatic adult coho spawner in a Seattle-area urban stream.

**Video S2.** Video 2 of a field observation of a symptomatic adult coho in a Seattle-area urban stream.

**Video S3.** Adult coho spawners exposed under controlled experimental conditions to either clean well water, unfiltered urban runoff, or run-off treated using bioinfiltration.

© 2015 The Authors. *Journal of Applied Ecology* © 2015 British Ecological Society, *Journal of Applied Ecology*, **53**, 398–407

# Exhibit F

Science of the Total Environment 902 (2023) 165759

Contents lists available at ScienceDirect

# Science of the Total Environment

journal homepage: www.elsevier.com/locate/scitotenv





# Bioretention filtration prevents acute mortality and reduces chronic toxicity for early life stage coho salmon (*Oncorhynchus kisutch*) episodically exposed to urban stormwater runoff

Jenifer K. McIntyre [a, *], Julann Spromberg [b], James Cameron [c], John P. Incardona [b], Jay W. Davis [d], Nathaniel L. Scholz [b]

[a] Washington State University, School of the Environment, Puyallup Research and Extension Center, 2606 W Pioneer Ave, Puyallup, WA 98371, USA
[b] Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, 2725 Montlake Blvd. E., Seattle, WA 98112, USA
[c] Saltwater Inc, under contract to Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, 2725 Montlake Blvd. E., Seattle, WA 98112, USA
[d] United States Fish and Wildlife Service, Environmental Contaminants Program, 510 Desmond Dr. SE, Lacey, WA 98503, USA

## HIGHLIGHTS

- Juvenile and adult coho salmon die from brief (<24h) exposure to roadway runoff
- Are early life stages similarly sensitive, affecting species recovery?
- Coho embryos were intermittently exposed to road runoff during development
- Embryo survival in runoff was high (>90%) but 87% of alevin (hatched) died
- Bioretention filtration prevented all mortality and reduced sublethal toxicity

## GRAPHICAL ABSTRACT



## ARTICLE INFO

Editor: Susanne Brander

*Keywords:*
Transportation
6PPD-quinone
Tire chemicals
Oncorhynchus
Green stormwater infrastructure
Bioretention

## ABSTRACT

As the human population of western North America continues to expand, widespread patterns of urban growth pose increasingly existential threats to certain wild stocks of Pacific salmon and steelhead (*Oncorhynchus* sp.). Rainfall previously absorbed into the soils of forests and grasslands falls instead on pavement and other hardened surfaces. This creates stormwater runoff that carries toxic metals, oil, and many other contaminants into salmon-bearing habitats. These include freshwater streams where coho salmon (*O. kisutch*) spawn in gravel beds. Coho salmon embryos develop within a thick eggshell (chorion) for weeks to months before hatching as alevins and ultimately emerging from the gravel as fry. Untreated urban runoff is highly toxic to older coho salmon (freshwater-resident juveniles and adult spawners), but the vulnerability of the earliest life stages remains poorly understood. To address this uncertainty, we fertilized eggs and raised them under an episodic stormwater exposure regimen, using runoff collected from a high-traffic arterial roadway from 15 discrete storm events. We monitored survival and morphological development, as well as molecular markers for contaminant exposure and

\* Corresponding author.
*E-mail address:* jen.mcintyre@wsu.edu (J.K. McIntyre).

https://doi.org/10.1016/j.scitotenv.2023.165759
Received 8 May 2023; Received in revised form 10 July 2023; Accepted 22 July 2023
Available online 24 July 2023
0048-9697/© 2023 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY-NC license (http://creativecommons.org/licenses/by-nc/4.0/).

*J.K. McIntyre et al.*

*Science of the Total Environment 902 (2023) 165759*

cardiovascular stress. We also evaluated the benefit of treating runoff with green infrastructure (bioretention filtration) on coho salmon health and survival. Untreated runoff caused subtle sublethal toxicity in pre-hatch embryos with no mortality, followed by high rates of mortality from exposure at hatch. Bioretention filtration removed most measured contaminants (bacteria, dissolved metals, and polycyclic aromatic hydrocarbons), and the treated effluent was considerably less toxic – notably preventing mortality at the alevin stage. Our findings indicate that untreated urban runoff poses an important threat to early life stage coho salmon, in terms of both acute and delayed-in-time mortality. Moreover, while inexpensive management strategies involving bio-infiltration are promising, future green infrastructure effectiveness research should emphasize sublethal metrics for contaminant exposure and adverse health outcomes in salmonids.

# 1. Introduction

Stormwater runoff from roads, parking lots, and similar impervious surfaces is a ubiquitous source of pollution to aquatic ecosystems. Storm events mobilize complex mixtures of chemical contaminants, some of which have been a focus of ecotoxicological study for decades (e.g., metals, petrochemicals) while others have only recently been identified as emerging concerns for the health of aquatic species (Du et al., 2017; Peter et al., 2018, 2020, 2022). A prominent example of an emerging contaminant is *N*-(1,3-dimethylbutyl)-*N'*-phenyl-*p*-phenylenediamine (6PPD), an anti-degradant chemical added during tire manufacturing primarily to prevent tire rubber from cracking when exposed to ozone. As 6PPD migrates to the surface of tires over the lifetime of the tire, it is transformed by ozone into a quinone derivative (6PPD-quinone) that readily dissolves into water (Monaghan et al., 2021) and has recently been shown to cause widespread die-offs of coho salmon (*Oncorhynchus kisutch*; Tian et al., 2021; McIntyre et al., 2021).

The urban runoff mortality syndrome now attributed to 6PPD-quinone was initially characterized in adult coho salmon returning from the ocean to spawn in restored urban watersheds. Early field studies revealed a very high premature mortality rate for spawners across numerous runoff-dominated stream networks (>60 % mortality; Scholz et al., 2011). Importantly, the urban runoff mortality syndrome is not limited to adult spawners, but also affects juvenile coho. Specifically, untreated roadway runoff is also acutely lethal to juvenile (freshwater stage) coho salmon over a timescale of a few hours (McIntyre et al., 2015; Chow et al., 2019), producing a distress syndrome identical to that of adults (Chow et al., 2019). Moreover, acute mortality from runoff exposure has also been confirmed in other Pacific salmonids, including juvenile Chinook salmon (*O. tshawytscha*) and steelhead trout (*O. mykiss*) (French et al., 2022), expanding concern over stormwater impacts to additional species of economic, ecological, and cultural importance.

Several distinct wild population segments of coho, steelhead, and Chinook salmon are currently protected under the U.S. Endangered Species Act (ESA) throughout California and the Pacific Northwest. The conservation of these protected species is generally managed at the population-scale, which necessitates a consideration of cumulative losses across all life stages from exposure to toxic urban runoff. Conventional demographic models typically aggregate estimated losses across distinct life stages. For salmonids, vulnerable stages encompass adults in freshwater to release their gametes (spawners) and their offspring (embryos) that hatch (alevins) and then emerge from gravel nests (fry), subsequently rearing as juveniles (fingerlings) before migrating to the ocean (smolts). Despite a growing body of toxicological information for the juvenile and adult life stages, less is known about impacts to embryos and alevins. Accordingly, initial population models (Spromberg and Scholz, 2011) are likely to underestimate aggregate risk.

A related conservation goal is the promotion of mitigation strategies that reduce non-point source contaminant loadings to receiving waters (i.e., salmonid spawning and rearing habitats). Given the importance of 6PPD for the structural integrity and safety of tires currently used throughout the world, it may be more than a decade before non-toxic alternatives are in use. At the same time, initial modeling of the urban

mortality syndrome (Spromberg and Scholz, 2011) suggests local salmon population extinctions over a time course of a few years to a few decades. There is therefore an intensive and ongoing societal effort to identify mitigation strategies that can capture and remove 6PPD-quinone, and many other toxics, before they reach rivers, lakes, and estuaries. Bioretention is a green stormwater infrastructure technology that uses an engineered soil media to treat runoff pollutants (Liu et al., 2014; Tirpak et al., 2021). We previously showed that bioretention can prevent mortality of coho salmon spawners (Spromberg et al., 2016) and juveniles (McIntyre et al., 2015), but corresponding benefits for early life stages have not been examined.

The chemical complexity of stormwater runoff and the potential for interactions between chemicals are major sources of uncertainty with respect to anticipating toxicity to fish embryos. Runoff from urban roadways contains mixtures of petroleum-derived polycyclic aromatic hydrocarbons (PAHs), a subset of which are well known to cause developmental defects in fish and other vertebrates (reviewed by Incardona, 2017; Incardona and Scholz, 2018). Therefore, the potential for PAH toxicity in fish spawning habitats is common to both oil spill injury assessments and urban stormwater management. Runoff from urban roadways contains mixtures of petroleum-derived polycyclic aromatic hydrocarbons (PAHs), a subset of which are well known to cause developmental defects in fish and other vertebrates (reviewed by Incardona, 2017; Incardona and Scholz, 2018). Therefore, the potential for PAH toxicity in fish spawning habitats is common to both oil spill injury assessments and urban stormwater management. Runoff from urban roadways contains mixtures of petroleum-derived polycyclic aromatic hydrocarbons (PAHs), a subset of which are well known to cause developmental defects in fish and other vertebrates (reviewed by Incardona, 2017; Incardona and Scholz, 2018). Therefore, the potential for PAH toxicity in fish spawning habitats is common to both oil spill injury assessments and urban stormwater management. Much of what is currently known about environmental risks from PAHs is derived from the global oil spill literature – e.g., determinations of fisheries losses in the aftermaths of the 1989 and 2010 *Exxon Valdez* and *Deepwater Horizon* oil spills in U.S. waters, respectively.

Numerous studies related to oil spills have shown that certain PAHs induce the metabolizing capability of CYP1A, a mixed function oxygenase of the cytochrome P450 superfamily (Uno et al., 2012). The induction of CYP1A is also a sensitive indicator of sublethal detoxification stress in fish embryos experimentally exposed to urban runoff, including zebrafish (*Danio rerio*; McIntyre et al., 2016a) and Pacific herring (*Clupea pallasii*; Harding et al., 2020). Moreover, tricyclic PAHs such as phenanthrene – pervasive in both crude oil and stormwater – are known to specifically disrupt the normal physiological function of fish heart muscle cells (Brette et al., 2014, 2017; Vehniainen et al., 2019; Kompella et al., 2021; Al-Moubarak et al., 2021). Fish embryos exposed to PAHs in complex environmental mixtures – whether as weathered crude oil or urban runoff – displayed nearly indistinguishable defects in cardiac development and function (McIntyre et al., 2016a; Harding et al., 2020). Moreover, stormwater-associated cardiovascular dysregulation occurred in concert with upregulation of the gene *nppb* (McIntyre et al., 2016a), which encodes a B-type natriuretic protein used as a biomarker for cardiac stress in humans (Hama et al., 1995; Liang et al., 2003) as well as fish exposed to mixtures of PAHs (Edmunds et al., 2015; McIntyre et al., 2016b).

The current study had two primary objectives. The first was to generate lethal and sub-lethal toxicity information for salmonid early life stages to fill a data gap for population-level decision support tools that are presently guiding the management of ESA-listed stocks. To this end, we exposed coho salmon to stormwater runoff from fertilization (embryo stage) until just after hatch (alevin stage). To emulate discrete and episodic rainfall events, runoff was collected from multiple storms. In addition to survival, we monitored developmental abnormalities via morphometrics and changes in the expression of *cyp1a* and *nppb* genes as molecular biomarkers of exposure and injury. The second goal was to

*J.K. McIntyre et al.* *Science of the Total Environment 902 (2023) 165759*

evaluate the effectiveness of soil bioretention treatment, as quantified by reducing or eliminating mortality and morphometric and molecular indicators of exposure and sublethal toxicity. Notably, our experiments were performed in 2014–2016, so our findings are discussed in the context of the subsequent identification of 6PPD-quinone (Tian et al., 2021), as well as the transferability of oil spill-related exposure and injury biomarkers for assessing salmonid health in rapidly urbanizing watersheds.

## 2. Experimental methods

### 2.1. Coho embryo fertilization and husbandry

Adult coho salmon were spawned on November 23, 2015 by personnel at the Grovers Creek Salmon Hatchery (Indianola, WA, USA) operated by the Suquamish Tribe. Milt from 11 males was collected in individual plastic cups and added simultaneously to a bucket containing the eggs from 8 ripe females. Fertilized eggs were placed in cups made from acrylonitrile butadiene styrene (ABS) pipe (Schedule 40; 1.5″ high, 3″ diameter) with mesh bottoms (fiberglass window screen). Following water hardening, the eggs placed in each cup ($\bar{x}$ = 90, SD = 9) formed a monolayer atop the screen.

Embryos were reared in vertical flow incubator stacks in a covered area outdoors. An individual stack consisted of eight trays. The upper 4–5 trays in each stack were left empty to allow for settling of fine sediments and other particulates. Nine cups of eggs were distributed randomly in each of the lower trays. Each stack served as a distinct treatment (Fig. S1): undiluted stormwater runoff (100 %; R100), the same runoff filtered through bioretention columns (F100), runoff diluted by 50 % with clean water (R50), and a clean water control – a mix of well and spring water supplying the normal operation of the hatchery. Sufficient eggs were available to fill four replicate trays for the R100 and F100 treatments, and three trays in R50 and control treatments.

Daily fluctuations in ambient water temperature were monitored with data loggers (Hobo U22, Onset Computer Corporation, Borne, MA, US) placed in the top tray of each stack and programmed to record on a 2-h time step. Cup position was rotated within each tray during development to prevent potential location bias. Beginning at the eyed stage (29 days post-fertilization; dpf), each stack was treated with formalin by hatchery personnel (1500 mg/L for 15 min/day) to prevent fungal growth due to unfertilized or dead embryos. This husbandry approach yielded high survival rates among controls (>90 %).

### 2.2. Episodic runoff exposure simulation

Stacks received flow-through (7.6 L/min) control water between exposure days to simulate transient exposures to runoff during rain events in urban watersheds. Roadway runoff was collected opportunistically from 15 discrete storms from a busy urban arterial road in Seattle, WA (Spromberg et al., 2016). For each rainfall event, stormwater was transported in a large stainless steel tote (250 gal; 946 L) to the hatchery. On exposure days, exposure water supplied to the top of each stack was switched from flow through hatchery water to recirculated water from a stainless-steel sump dedicated to that stack. Sumps were filled with 115 L of exposure water (control, R50, R100 or F100). Runoff for the F100 treatment was filtered through bioretention media as described previously (Spromberg et al., 2016). Briefly, undiluted runoff (R100) was dispensed by peristaltic pump through silicone tubing at 2 L/min to 4 drums (55-gal) containing bioretention media. Media was a mixture of sand and compost (60:40 % by volume, 46 cm deep), overlying a gravel drainage layer (30 cm), and covered with wood bark mulch (8 cm). The bioretention system was constructed during autumn 2014 when it was used to treat ~2500 L of roadway runoff from the same collection source, for studies with adult salmon (Spromberg et al., 2016). During a

pilot year of the current study (Nov 2014–Jan 2015), an additional ~850 L was filtered, followed by an additional ~1700 L (Nov 2015–Jan 2016). The effluent (F100) was collected in high density polyethylene (HDPE) buckets and used to fill the sump supplying the F100 stack. When sumps were full, conventional water quality was recorded for each treatment (temperature, pH, dissolved oxygen) and samples were collected for water chemistry analyses (see Methods Section 2.5 Water chemistry).

To start the exposure, the flow-through input of clean water was turned off and stacks were allowed to drain (approximately 5 min). A recirculation pump (QuietOne 3000, LifeGard Aquatics, Santa Fe Springs, CA, US) in each sump was turned on (7.6 L/min) to supply treatment water to the top tray of each stack, which cascaded down and finally drained from the bottom tray into the respective sump. Approximately 7 L of hatchery water was retained in each stack when it was drained, amounting to a dilution of nominal stormwater concentrations by approximately 6 %. Each of the 15 individual episodic exposures was 24–48 h in duration and interspersed throughout the 64 days of coho embryonic development in our study [1–64 days post-fertilization (dpf); Table S1]. The cumulative exposure was 45 % of the development period. At the end of each exposure, recirculation pumps were turned off, stacks allowed to drain, and clean hatchery water flow-through (7.6 L/min) was restored.

### 2.3. Embryo sampling

To ensure that embryos were not disturbed during the sensitive stage of gastrulation, sampling did not begin until 22 dpf (Dec 15). Embryos were then sampled weekly for seven weeks. For each sampling event, one cup was removed from each of three trays for each treatment (stack). Cups were transported in Salmon Ringer solution (3.2 mM $CaCl_2$, 2.4 mM $NaHCO_3$, 3.8 mM KCl, 135 mM CaCl) into the adjacent indoor laboratory where each cup was photographed, and all embryos enumerated and scored (hatched or unhatched, live or dead). Ten live embryos were randomly selected for cardiovascular and morphometric analysis from each of the three replicate cups and manually dechorionated. The degree of physical manipulation necessary to remove the thick chorion of salmon caused frequent cardiovascular defects, rendering ensuing cardiovascular metrics unreliable. As a result, morphometrics analysis included only embryo length and eye area.

Dechorionated embryos were embedded in 3 % methylcellulose, with their left side exposed, and assessed for developmental stage (Velsen, 1980; Danner, 2003; Boyd et al., 2010) using a stereomicroscope (Nikon SMZ-800, Nikon Corporation). Each embryo was photographed for later analysis of morphometrics. The first embryo from each replicate group of ten was placed in a 2.0-mL microcentrifuge tube (safelock Eppendorf™) after imaging, frozen in liquid nitrogen, and stored at −80 °C for quantitative analysis of *cyp1a* and *nppb* expression.

### 2.4. Quantitative gene expression (RT-qPCR)

The relative expression patterns of the target genes *cyp1a* and *nppb* were calculated using reverse transcriptase quantitative polymerase chain reaction (RT-qPCR) following established guidelines (Bustin et al., 2009; Bustin and Nolan, 2017). RNA was extracted from embryos using a Zymo Direct-zol™ RNA purification kit (Zymo Research, Irvine, California, US). Briefly, embryos were homogenized in TRIzol® (Life Technologies, Carlsbad, California, US) with a 5 mm stainless steel bead (Qiagen, Venlo, The Netherlands) and TissueLyser II (Qiagen). The sample fraction relative to TRIzol was <5 % by volume (v/v). Lysed samples were phase separated with 10 % v/v of 1-Bromo-3-chloropropane (BCP). A complementary DNA (cDNA) was synthesized from each RNA molecule using reverse transcriptase (RT) in a Superscript IV kit (ThermoFisher Scientific, Waltham, Massachusetts, US) and oligo dt(20) primers (IDT, Integrated DNA Technologies, Inc., San Diego, California, US) to initiate the RT reaction from the 3′ poly-A tail of each

*J.K. McIntyre et al.*

*Science of the Total Environment 902 (2023) 165759*

messenger RNA. After synthesis, the cDNA was diluted and stored in Invitrogen yeast tRNA (ThermoFisher Scientific) at 1 µL of cDNA reaction to 100 µL of 0.1 mg/mL tRNA (1:100).

RT-PCR assays were performed on an ABI Viia™ 7 Real-Time PCR system with Fast SYBR (ThermoFisher Scientific), using 10 µL of buffer with 10 ng of cDNA per reaction. All primer sets were designed from a consensus sequence of orthologous genes from the following species: *O. kisutch, O. mykiss, O. gorbuscha, O. nerka,* and *O. tshawytscha,* and are applicable for use in all of these species. Amplicons produced by each primer set were validated for a single product via melt curve and gel purification and sequenced via Sanger sequencing to confirm gene identification. Primer efficiency was tested by applying primer sets to coho cDNA pooled across each treatment (not individual samples). Standard curves with acceptable slopes were produced (Nolan et al., 2006).

The relative abundance and fold-change of *cyp1a* and *nppb* were calculated from conventional Ct (cycle threshold) values after normalization to five ubiquitously expressed candidate reference genes (*rxrba, spop, ef1a, mtm1,* and *wdtc1*; Table S2). The reference genes were selected from a consensus of algorithms based on correlation (Best-Keeper; Pfaffl et al., 2004), ranks (GeNorm; Vandesompele et al., 2002), and ratios (NormFinder; Andersen et al., 2004) using RefFinder (Xie et al., 2012). The consensus-based approach showed that expression levels of *rxrba, spop,* and *ef1a* remained constant across all developmental samples, irrespective of experimental treatment. Normalized expression levels (ΔCt) were then calculated by subtracting the Ct value for each target gene by the geomean of the three selected reference genes per sample [Ct(target gene) − Ct(geomean ref gene) = ΔCt]. Relative expression levels (ΔΔCt) were normalized to the mean ΔCt for *cyp1a* and *nppb* across all control samples [ΔCt(target) − ΔCt(controls) = ΔΔCt]. The normalized ΔΔCt data were expressed graphically as $2^{-\Delta\Delta Ct}$ representing fold-change from controls (Schmittgen and Livak, 2008).

### 2.5. Water chemistry

On the first day of each of the 15 discrete stormwater exposures, water from each treatment was sampled for analysis of dissolved metals (As, Cd, Cr, Cu, Ni, Pb, Zn), dissolved organic carbon (DOC), nutrients (ortho-phosphate, nitrite+nitrate ($NO_X$)), total suspended solids (TSS), fecal coliform (FC) and polycyclic aromatic hydrocarbons (PAHs). Samples were collected in a stainless-steel cup from each sump just prior to beginning recirculation and dispensed into containers provided by Am-Test Laboratories (Kirkland, WA). Samples were kept on ice until delivery to the laboratory for analysis within 24 h. Additional water samples for analysis of polycyclic aromatic hydrocarbons (PAHs) were collected in amber glass containers to which 10 % methylene chloride was added as a preservative following Sloan et al. (2006). Concentrations of 19 parent and 23 alkylated PAHs (Table S3) were analyzed by GC–MS at the National Oceanic and Atmospheric Administration (NOAA) Northwest Fisheries Science Center (Seattle, WA) following established protocols (Sloan et al., 2014).

### 2.6. Data treatment and statistical analyses

All statistical analyses were conducted in R programming language with RStudio (2020), using $\alpha = 0.05$ to determine statistical significance unless otherwise noted. Programming code is presented in square brackets.

#### 2.6.1. Water quality

Undetected analytes were assigned a value of ½ the detection limit, except for individual PAH congeners (assigned a value of zero). The contaminant removal performance of the bioretention system was calculated as the concentration of measured analytes in filtered effluent (F100) relative to their concentration in untreated influent runoff

(R100), or $C_{EFF}/C_{INF}$. Values >1 indicated net export from bioretention whereas a value <1 indicated net retention by bioretention. The percent of the 15 storm events for which there was net retention was calculated as well as the median of the ratio $C_{EFF}/C_{INF}$. Finally, for each analyte, effluent concentration was regressed on influent concentration [$\log_{10}(-C_{EFF}) \sim \log_{10}(C_{INF})$] to determine whether influent concentration played a role in the degree of treatment. Treatments with non-detects (either inflow or outflow) were not analyzed.

#### 2.6.2. Embryo thermal experience and development

Water temperature is an important determinant of developmental rate in fish. Thermal experience of the embryos was analyzed using a linear mixed effects model (*lmer* function in *lmerTEST* package) with average daily temperature as the dependent variable, treatment (Control, R50, R100, F100) as a fixed factor, and exposure condition (flow-through or recirculating) as a random factor: [Temp ~ Treatment + (1| Exposure)]. A dependency of temperature on exposure condition was explored by Student's *t*-test (*t.test* function): [Temp ~ Exposure]. Developmental stage across sampling periods was assessed by linear mixed model with ATU and tray position as random factors: [StageNum ~ Treatment + (1|ATU) + (1|Tray)].

#### 2.6.3. Embryo survival

Survival of fertilized embryos was assessed across sampling days using ANOVA with proportion alive as the dependent variable and treatment and sampling date (dpf) as fixed factors: [Survival ~ Treatment*dpf]. Due to a significant interaction between treatment and date, treatment effects were interpreted for each date by Tukey HSD post-hoc analysis.

#### 2.6.4. Embryo morphometrics

For each weekly sampling event, values for each individual were normalized to the average value for controls on that date, to account for allometric growth. Across the study as a whole, the effect of each exposure treatment was assessed relative to controls by a linear mixed model, with treatment as a fixed factor, and ATU and tray position as random factors: [Morphometric ~ Treatment + (1|ATU) + (1|Tray)]. To assess the outcome at the end of embryo development, a linear mixed effect model was used to determine the effect of treatment for just the final sampling day (64 dpf), with tray position as a random factor: [Morphometric ~ Treatment + (1|Tray)], followed by a Tukey HSD post-hoc analysis.

#### 2.6.5. Quantification of biomarker mRNAs

Expression levels for *cyp1a* and *nppb* were analyzed for embryos exposed to runoff before and after bioretention-treatment (R100 and F100), relative to controls, using both a linear mixed effects model (*lmer*) and ANOVA (*aov*). The *lmer* model accounted for differences in transcription due to sampling date (dpf), to determine if there was an overall effect of exposure on gene induction as ΔΔCt: [ΔΔCt ~ Treatment + (1| dpf)]. The ΔΔCt data for *cyp1a* was log-transformed to meet normality. The two-way ANOVA used treatment and sampling date (dpf) as factors to assess whether there were differences in transcription related to sampling day: [ΔΔCt ~ Treatment*dpf]. Subsequently, treatment effects were assessed for each sampling day with an ANOVA followed by Tukey HSD because of a significant interaction between treatment and dpf (described in Results Section 3.5 Upregulation of molecular biomarkers for contaminant exposure and cardiac stress). To account for the numerous resulting comparisons, a false discovery rate approach (Narum, 2006) was used when assessing differences among treatments. The adjusted critical values were p = 0.034 for *cyp1a* and p = 0.046 for *nppb*. The high variability among *nppb* transcription in R100 on the final sampling day (COV = 75 %) suggested a difference in individual response. To further explore an effect of treatment for R100, the three individual samples from Day 64 were compared with controls using a Z-test.

*J.K. McIntyre et al.*

*Science of the Total Environment 902 (2023) 165759*

## 3. Results

### 3.1. Urban runoff water quality improved by pre-treatment with soil column infiltration

Collected runoff was chemically similar to runoff from the same source reported in previous studies (McIntyre et al., 2015; Spromberg et al., 2016). Bioretention was effective at reducing concentrations of most contaminants of concern (Table 1); 50–100 % of samples showed net removal of bacteria, solids, ammonia, most dissolved metals, and total PAHs in runoff. The highest rates of removal were for PAHs, with concentrations in effluent at just 3 % of influent concentration (Table 1). Removal of dissolved As, Ni, DOC, Mg, and nutrients was less efficient (7–33 % of samples); bioretention media appeared to be a source of these pollutants into treated runoff, as indicated by ratios of effluent to influent concentration ($C_{EFF}/C_{INF}$) that were predominantly >1 (Table 1). For four parameters, effluent concentration was correlated with influent concentration, suggesting that the amount of treatment depended on influent concentration (Fig. 1). For fecal coliform bacteria (FC), influent and effluent concentrations were positively correlated, indicating relatively less treatment of bacteria when influent concentrations were higher. Despite this, there was a net reduction in FC concentration for 14/15 events (Table 1), with median effluent concentration 37 % of the influent concentration. In contrast, DOC, As, and ortho-P concentrations in effluent concentration were negatively correlated with influent concentration, indicating relatively more retention at higher influent concentrations (Fig. 1, Table S4).

### 3.2. Stormwater exposures did not cause developmental delay in embryonic coho

Water temperature was not significantly different among treatments, accounting for exposure condition ($F_{(3,267)} = 0.0359$, p = 0.991), despite a 2 % difference in accumulated thermal units (ATU) for embryos between treatments (Table S5). There was a significant difference in temperature among exposure conditions (t(57) = 6.13, p < 0.001); exposure waters were cooler during exposures than during flow-through conditions (Table S5). Embryos were well into organogenesis (Stage >18) at the time of first sampling (22 dpf; Table S6).

Accounting for ATUs and tray position across the study period, treatment did not have an effect on developmental stage ($F_{(3,47)}$ <0.001, p = 1.000).

### 3.3. High rates of mortality among runoff-exposed alevins at hatch

Survival in the control treatment remained high (>90 %) for most of the experiment duration (Fig. 2B). The effect of treatment on survival was highly dependent on sampling date (interaction: $F_{(3,73)} = 7.824$, p < 0.001). For the first six sampling events, survival in runoff treatments was not different from controls (Tukey post-hoc: p = 0.248–0.883). On the final sampling date, embryos were mostly hatched (Fig. 2A), and survival was low in R50 (29 %) and R100 (13 %) compared with controls (98 %) (Tukey post-hoc: all p < 0.001). In contrast, embryo survival in filtered runoff (F100) was similar to controls (96 %) (Tukey post-hoc: p = 0.993). Importantly, most embryos hatched between the penultimate and final sampling events (Fig. 2A), an interval that included the final two exposures. Consequently, many coho at the final point of data collection had recently hatched directly into unfiltered or filtered runoff.

### 3.4. Surviving alevins showed reduced body length and eye size

Treatment affected embryo length and eye area (Length $F_{(3,24)} = 4.93$, p = 0.008; Eye $F_{(3,24)} = 6.74$, p = 0.002). Across the study as a whole, embryos were significantly shorter with smaller eyes in the R100 treatment compared to controls that did not receive runoff (Fixed Effects: p(length) = 0.006, p(eye) = 0.014). Bioretention treatment (F100) did not prevent all impairments (Fig. 3); embryos exposed to treated water had smaller eyes (p = 0.004) relative to controls for the study as a whole. Differences between treatments were most pronounced in surviving alevin (hatched) at the end of the study. At 64 dpf, surviving alevin exposed to R100 were 13 % shorter with 16 % smaller eyes than controls (both Tukey HSD: p < 0.001). Deficiencies were less pronounced in embryos exposed to filtered runoff (vs controls, Tukey HSD: p ≤ 0.001), though not completely prevented (Fig. 3). F100 alevin were only 6 % shorter and with eyes 11 % smaller than controls, a statistically significant improvement for length (vs. runoff Tukey HSD: p < 0.001).

**Table 1**
Water quality parameters measured across all episodic events for well water (control), 100 % runoff (R100), and 100 % runoff filtered through bioretention (F100). Values are median (min-max). % $C_{EFF}/C_{INF}$ < 1 is the percent of events with net removal; $C_{EFF}$ = effluent (filtered) concentration; $C_{INF}$ = influent (runoff) concentration. DL = Detection Limit.

| Type | Parameter | Units | DL | Control | Runoff | Filtered | % $C_{EFF}/C_{INF}$ < 1 | MEDIAN $C_{EFF}/C_{INF}$ |
|---|---|---|---|---|---|---|---|---|
| Bacteria | FC | CFU/100 mL | 1 | 1 (<1–150) | 400 (100–2800) | 190 (29–650) | 93 % | 0.37 |
| | E. coli | CFU/100 mL | 1 | 1 (<1–120) | 350 (100–2520) | 171 (29–500) | 93 % | 0.38 |
| Conventional | pH | std | 0.1 | 7.0 (6.6–7.3) | 6.9 (6.7–7.4) | 7.0 (6.6–7.2) | 33 % | 1.0 |
| | SSC | mg/L | 0.2 | <0 (<0–4) | 160 (34–480) | 43 (10–140) | 73 % | 0.51 |
| | TSS | mg/L | 1 | <0.2 (<0.2–2) | 170 (40–670) | 36 (12–81) | 80 % | 0.34 |
| | DOC | mg/L | 0.5 | 2.4 (1.6–9.0) | 4.7 (2.6–14) | 6.2 (6–53) | 20 % | 4.9 |
| | Alkalinity | mg/L CaCO3 | 1 | 74 (58–82) | 24 (14–50) | 62 (18–140) | 20 % | 3.0 |
| | Hardness | mg/L CaCO3 | 0.05 | 89 (76–93) | 38 (24–340) | 68 (17–920) | 27 % | 1.7 |
| | Ca | mg/L | 0.05 | 16 (14–30) | 12 (6.9–120) | 17 (5.4–230) | 33 % | 1.2 |
| | Mg | mg/L | 0.01 | 12 (3.1–13) | 1.9 (1.2–11) | 6.4 (0.8–85) | 13 % | 3.3 |
| | Ammonia | mg/L | 0.01 | 0.04 (0.01–0.13) | 0.81 (0.39–6.8) | 0.04 (0.02–0.21) | 100 % | 0.04 |
| Nutrients | NOx | mg/L | 0.025 | 1.58 (0.72–3.2) | 0.28 (0.13–2.5) | 3.4 (0.01–19) | 7 % | 7.8 |
| | Ortho-P | mg/L | 0.005 | 0.051 (<0.005–0.41) | <0.005 (<0.005–0.3) | 0.53 (<0.005–1.1) | 0 % | 126 |
| Dissolved Metals | As | µg/L | 0.02 | 1.3 (0.52–1.7) | 0.70 (0.42–3.2) | 2.7 (1.1–7.2) | 13 % | 2.3 |
| | Cd | µg/L | 0.025 | <0.025 | 0.07 (<0.03–1.4) | 0.05 (0.01–0.12) | 67 % | 0.74 |
| | Cr | µg/L | 0.05 | 0.92 (0.33–1.6) | 1.4 (0.73–3.2) | 1.4 (0.20–2.5) | 67 % | 0.79 |
| | Cu | µg/L | 0.1 | 0.8 (0.3–1.8) | 9.4 (4.6–61) | 12 (3.6–25) | 53 % | 0.95 |
| | Pb | µg/L | 0.05 | <0.05 | 0.09 (<0.05–0.26) | 0.19 (<0.05–1.02) | 40 % | 2.8 |
| | Ni | µg/L | 0.05 | 6.0 (1.4–14) | 1.1 (0.64–8.7) | 3.7 (0.79–8.1) | 13 % | 2.5 |
| | Zn | µg/L | 0.5 | <0.5 (<0.5–2.9) | 67 (35–294) | 8.9 (1.7–29) | 100 % | 0.17 |
| Aromatics | TPAH | µg/L | na | 0.1 (0–1.2) | 10.1 (2.5–33.8) | 0.2 (0.1–1.6) | 100 % | 0.03 |

FC = fecal coliform; SSC = suspended sediment concentration; TSS = total suspended solids; DOC = dissolved organic carbon; NOx = nitrate+nitrite; TPAH = sum of all polycyclic aromatic hydrocarbons.

*J.K. McIntyre et al.*   *Science of the Total Environment 902 (2023) 165759*



**Fig. 1.** Contaminant concentrations in influent runoff ($C_{INF}$) and treated effluent ($C_{EFF}$) waters from the bioretention system. Shaded polygons enclose events for which there was net export of the analyte in effluent water from the bioretention system. Significant linear regressions of effluent concentrations on influent concentrations are shown as solid ($p < 0.01$) or dashed ($p < 0.1$) lines. Regression statistics are shown in Table S4. Positive correlations indicate relatively less treatment at higher influent concentration (FC) whereas negative correlations indicate relatively more retention at higher influent concentration (DOC, As, oP). Units are mg/L for total suspended solids (TSS), ortho-P (oP), dissolved organic carbon (DOC), nitrate+nitrites (NOx), CFU/100 mL for fecal coliform (CF), or µg/L for metals and PAHs.

J.K. McIntyre et al.

Science of the Total Environment 902 (2023) 165759



**Fig. 2.** Average A) hatching and B) survival for coho embryos across weekly sampling events. Shaded vertical bars indicate recirculating periods of 24–48 h, numbered sequentially. The x-axis applies to both panels. Error bars are one standard error of the mean of $n = 3$ replicates containing 68–112 ($\bar{x}$-bar = 90) embryos. Asterisks indicate survival significantly different ($p < 0.05$) from control on Day 64.



**Fig. 3.** Average A) embryo length and B) eye area relative to same-day controls for each treatment across the study (clean water control, 50 % or 100 % runoff (R), or filtered 100 % runoff (F100)). Error bars are one standard error of the mean for the 10 embryos imaged from each of three replicates per treatment. Letters indicate statistical significance for treatments at 64 dpf. For each treatment, treatments that share a letter are not statistically different (Tukey's post-hoc).

### 3.5. Upregulation of molecular biomarkers for contaminant exposure and cardiac stress

Transcripts for *cyp1a* and *nppb* were assessed in three embryos from each of the control, 100 % runoff, and filtered runoff treatments (Fig. 4). The linear mixed effects model detected a study-wide effect on



**Fig. 4.** Gene expression for each sampling day, showing the mean ($n = 3$) and standard error of the mean for clean water controls, episodic runoff exposure (R100), and episodic exposure to filtered runoff (F100). One sampling day (Day 43) was concurrent with an exposure. A) Induction of *cyp1a* (bars, legend in Panel B), with sum of PAH concentrations in episodic exposure waters for each treatment (symbols, legend in Panel A). There were one to two exposures between most sampling dates. The symbol '<' indicates the only day that *cyp1a* was not significantly induced in R100 above controls. The asterisk indicates the only unique day on which F100 was different from controls. B) Induction of *nppb*. On Day 64, *nppb* values for the three unique samples for the R100 treatment are additionally shown, as squares. Asterisks indicate samples (or treatments on Day 43) significantly induced above controls.

transcripts of *cyp1a* ($F_{(2,48)} = 49.1$; $p < 0.001$); with R100 > F100 > Control (Tukey's comparison: $p \le 0.002$), suggesting that the overall increase in *cyp1a* transcripts caused by runoff was not completely prevented by filtration (Fig. 4A). There was also a study-wide effect on induction of *nppb* ($F_{(2,50)} = 4.68$; $p = 0.014$), attributed to R100 ($p = 0.011$) but not F100 ($p = 0.510$). Explicitly considering transcription on different sampling days, there was a significant interaction between treatment and sampling date for both *cyp1a* ($F_{(1,12)} = 2.446$, $p = 0.018$) and *nppb* ($F_{(1,12)} = 2.222$, $p = 0.031$) indicating that transcription was upregulated on some but not all dates for both genes. Transcription of *cyp1a* was upregulated on six of the seven sampling days (not Day 57) in embryos episodically exposed to runoff ($0.001 \ge p \le 0.034$; Fig. 4A), with the highest value (30-fold upregulation) relative to controls on 43 dpf. This sampling date occurred during an exposure to one of the highest measured concentration of aromatic hydrocarbons (TPAH = 24.1 μg/L; Table 1). On other dates, upregulation of *cyp1a* was 2–8-fold higher than controls. In contrast, embryos episodically exposed to filtered runoff did not show significant upregulation of *cyp1a* on any individual sampling date ($0.053 \ge p \le 1.000$). Induction of the cardiac stress gene *nppb* was elevated 5-fold above controls for both runoff ($p = 0.008$) and filtered runoff ($p = 0.010$) on Day 43. On the last sampling date (64 dpf), *nppb* induction was on average 11-fold higher than controls (Fig. 4B). The response was highly significant for two of the three sampled individuals (Z-stats = −17.25, −22.6; $p < 0.001$).

## 4. Discussion

Untreated runoff from roads, parking lots, and similar hardscapes represents a geographically widespread, and growing threat to Pacific salmon and steelhead conservation. We have shown here that the earliest coho salmon life history stages (embryos and newly-hatched

*J.K. McIntyre et al.*

*Science of the Total Environment 902 (2023) 165759*

alevins) are sensitive to chemical contaminants in stormwater. Together with an expanding body of evidence for stormwater-driven mortality in adult spawners (Scholz et al., 2011; Spromberg et al., 2016; McIntyre et al., 2018) and freshwater-resident juveniles (McIntyre et al., 2015; Chow et al., 2019; French et al., 2022), our findings demonstrate the importance of evaluating losses across the entire coho salmon life cycle. The embryolarval information gap is an obstacle to ongoing efforts to estimate aggregate reductions in lifetime survival and reproductive success (i.e., individual fitness) for wild coho populations at risk from ongoing urbanization in the western U.S. We also show here that simple and inexpensive bioinfiltration substantially reduces the bioavailability and corresponding toxicity of contaminants in conventional urban runoff to coho salmon early life stages, in accordance with positive green infrastructure outcomes previously reported for older juveniles (McIntyre et al., 2015) and adults (Spromberg et al., 2016).

### 4.1. Sublethal toxicity during embryogenesis is consistent with PAH exposure

Previous studies of fish organogenesis, based on continuous exposures to petrogenic PAH mixtures containing $\sum$PAH levels in the ranges of stormwater samples used here, would be expected to impact cardiac function and morphology. Threshold concentrations in water and tissue are low for these impacts. For example, latent impacts on heart development were observed in pink salmon embryos exposed to crude oil-derived mixtures as low as $\sum$PAH 9.8 μg/L (222 ng/g tissue) and herring embryos exposed to stormwater with $\sum$PAH 7.5 μg/L (71 ng/g tissue) (Incardona et al., 2015; Harding et al., 2020). Coho salmon embryos in the current study were exposed to stormwater with $\sum$PAH ranging 2.5–34 μg/L. While we were unable to assess direct impacts on cardiac function and development due to technical constraints, the episodic exposures resulted in upregulation of both *cyp1a*, a biomarker of exposure to PAHs and other aromatic organic contaminants (Uno et al., 2012), and *nppb*, a biomarker of cardiac stress, consistent with cardiac injury from stormwater exposure documented in other species (McIntyre et al., 2016a, 2016b; Harding et al., 2020). Similar to our findings here, smaller eyes and shorter larvae are commonly observed following exposures to environmental mixtures enriched in PAHs (Hose et al., 1996; Colavecchia et al., 2007; McIntyre et al., 2014; McIntyre et al., 2016a, 2016b; Magnuson et al., 2020) as well as single PAH compounds (particularly phenanthrene; Incardona et al., 2004).

Whereas crude oil containing higher PAH concentrations reduced eye development and body size of Atlantic haddock embryos secondary to reduced cardiac function (e.g., Sorhus et al., 2021), oil-derived chemical mixtures containing lower PAH concentrations did not impact length or eye size of herring embryos (Incardona et al., 2021). In contrast, exposure to stormwater runoff reduced both growth metrics in herring, at similarly low PAH concentrations (Harding et al., 2020). This difference in response is likely related to compositional differences between the two environmental mixtures. For example, stormwater is relatively enriched in higher molecular weight PAHs that have not been studied extensively in salmonids or herring, in addition to other aromatic contaminants that could contribute to these impacts. This includes 6PPD-quinone and other tire-derived chemicals, which were recently shown to reduce eye size in embryolarval zebrafish (Varshney et al., 2022; Chang et al., 2023). Our observed effects on eye and body size may also be an indirect consequence of distributed physiological demands associated with detoxifying and eliminating the much more complicated stormwater mixture. Specifically, *cyp1a* induction is likely indicative of an upregulation of protective metabolic pathways (Weinrauch et al., 2021) in the skin and other tissues, which would invariably divert maternally-derived energy resources away from growth.

In contrast to previous live imaging of translucent fish embryos, technical constraints related to the tough chorion of coho salmon prevented a detailed analysis of heart chamber orientation, rhythm, and output during early development. Consequently, determinations of early-onset cardiotoxicity will necessarily await future studies that circumvent the challenges posed by the salmon egg membrane. However, potential latent impacts of embryonic exposure to cardiotoxicants should be accessible in coho that survive post-hatch (e.g., Incardona et al., 2015; Gardner et al., 2019). Consequently, future stormwater toxicity assessments should focus on the fine structure of the post-hatch ventricle and corresponding reductions in cardiac output at later, free-swimming life stages.

### 4.2. Acute lethality after hatch is consistent with 6PPD-quinone toxicity

Despite high survival prior to hatching, coho salmon alevin (post-hatch) experienced high rates of mortality following exposure to urban road runoff. Studies exposing salmonids to various contaminants supports increased susceptibility post-hatch versus during embryo stages (Vanleeuwen et al., 1985; Vuorinen and Vuorinen, 1987; Viant et al., 2006), which could reflect toxicokinetics related to the chorion, or the ontogeny of molecular/cellular targets. This sensitivity timeline agrees with previous studies demonstrating acute mortality of coho juveniles (McIntyre et al., 2014; Chow et al., 2019) and returning adults (Scholz et al., 2011; Spromberg et al., 2016; McIntyre et al., 2018) exposed to runoff from this same source and subsequently attributed to 6PPD-quinone – a highly toxic anti-degradant from tires (Tian et al., 2022) discovered after our study was conducted. That the observed alevin mortality was driven by 6PPD-quinone is further supported by recent single-chemical exposure studies that show 6PPD-quinone is acutely lethal to early life stages of coho salmon (Lo et al., 2023) at concentrations consistently measured in runoff from the source used in this study (Tian et al., 2022). Furthermore, significant mortality was recently observed for coho salmon exposed to 6PPD-quinone for a few hours during hatching (Greer et al., 2023). The available evidence therefore suggests 6PPD-quinone is the primary driver of the salmonid urban runoff mortality syndrome across all free-swimming life stages (alevins, juveniles, and adults).

### 4.3. Implications for environmental monitoring in salmon spawning habitats

The present study is an outgrowth of two decades of applied stormwater research designed to understand how deteriorating water quality in urbanizing watersheds might compromise the viability of wild Pacific salmon and steelhead (McCarthy et al., 2008). An underlying goal is to improve and expand the toolbox for *in situ* assessments of salmon environmental health in habitats impacted by runoff, now and in the future. Monitoring is essential to adaptive management. For example, in the late 1990s, dying adult coho salmon in restored urban streams set the research community on a search for causal and potentially emerging contaminants underlying observed fish kills, which led eventually to the discovery of 6PPD-quinone in roadway runoff. Field surveys remain the most direct and accurate approach to quantifying the urban mortality syndrome, although the phenomenon is generally easier to document for large adult carcasses relative to dead juveniles. Nevertheless, field surveys have yielded watershed-by-watershed mortality estimates for coho salmon (Scholz et al., 2011; Feist et al., 2017), thereby informing extinction risk projections (Spromberg and Scholz, 2011), and vulnerability mapping for wild coho salmon across the entire Puget Sound Basin (Peter et al., 2022; Ettinger et al., 2021; Feist et al., 2011, 2017).

Less well understood are runoff-driven toxicity pathways that cause indirect mortality from sublethal stress, often in combination with other habitat stressors. Sublethal risks remain a major management concern for ESA-listed species, and extend beyond coho salmon to other Pacific salmonids, including species for which 6PPD-quinone does not induce mortality (e.g., sockeye and chum). In the context of generalized contaminant exposure, we anticipated an upregulation of *cyp1a*, a well-established and highly sensitive biomarker that is responsive to many aromatic contaminants including PAHs, PCBs, and potentially 6PPD-

*J.K. McIntyre et al.*

*Science of the Total Environment 902 (2023) 165759*

quinone. Despite this biomarker promiscuity, the relationship between *cyp1a* induction and delayed mortality has been studied extensively in salmon embryos exposed to PAHs in crude oil following the 1989 Exxon Valdez disaster. A main conclusion drawn from those earlier studies is that any significant measurable upregulation of *cyp1a* in developing salmon is an indicator of metabolic stress, and corresponds to significant reductions in marine survival at later life stages (Carls et al., 2005). Thus, as previously discussed in the context of green infrastructure science (McIntyre et al., 2016a), *cyp1a* expression should serve as a useful indicator of chemical exposure and sublethal injury, both for baseline/ trends monitoring in urban waterways and for assessing the biological effectiveness of pollution control strategies (Lapointe et al., 2022).

### 4.4. Protective benefits of soil infiltration extend to coho early life stages

Bioinfiltration of roadway runoff prevented acute mortality of coho alevin, similar to studies with older coho juveniles (McIntyre et al., 2015) and adults (Spromberg et al., 2016). This is consistent with bioretention media retaining the majority of applied 6PPD-quinone during stormwater treatment (Rodgers et al., 2023). Bioretention treatment also prevented most induction of the cardiac injury biomarker *nppb* and all induction of the aromatic hydrocarbon exposure biomarker *cyp1a*. The lack of response of exposure and cardiac injury biomarkers in filtered water agrees with effective elimination (>93 % reduction) of PAHs by bioretention treatment, similar to previous studies of PAH-containing stormwater treated by bioretention (McIntyre et al., 2016a, 2016b). Filtration through bioretention did not prevent all effects for coho embryos; the smaller length and eye area noted for embryos exposed to runoff were only partially prevented by filtering stormwater. This agrees with prior assessments of bioretention treatment that showed a still significant, but reduced, impact on eye size for zebrafish embryos exposed to filtered roadway runoff (McIntyre et al., 2014). Bioretention filtration resulted in clear benefits to water quality and drastic improvement in the survival of coho alevin, although studies are needed to assess whether there are long-term impacts from developmental defects still present after bioretention filtration.

### 4.5. Implications for assessing risks to vulnerable coho populations

Previous population modeling, albeit limited in scope, strongly suggests that wild coho cannot withstand the high rates of observed mortality in Puget Sound watersheds. Adult spawner mortality rates can be expected to drive local extinctions on a timescale of a few years to a few decades (Spromberg and Scholz, 2011). Given that unfiltered stormwater has subsequently been shown to be lethal also to juvenile coho (McIntyre et al., 2015; Chow et al., 2019), and alevins (present study), the current modeling is likely to substantially underestimate actual extinction risk, given losses to these other freshwater life stages. For example, in the present study, we observed an increase in mortality at hatching (64 dpf) from ∼10 % in clean water controls to ∼90 % following exposure to stormwater. Moreover, the earlier population decline projections did not consider sublethal toxicity, or interactions between stormwater contaminants and other stressors. At the same time, GIS-based vulnerability mapping has shown that large geographical segments of lowland Puget Sound are already compromised by poor water quality (Peter et al., 2022; Ettinger et al., 2021; Feist et al., 2017), a trend that is accelerating with increasing development and corresponding expansion of the regional transportation grid. Future salmon recovery is premised on an adequate supply of cool, clean water across watershed scales. To date, with a few notable exceptions (Spromberg and Scholz, 2011; Baldwin et al., 2009; Lundin et al., 2019), the clean water requirements for wild salmon populations have not been assessed using models or related decision-support tools, particularly where exposures to complex environmental mixtures of toxics are the norm. As evidenced by our current findings, stormwater toxicity to salmonid early life stages should be integral to future life-cycle modeling in large

western river basins where people and salmon coexist, now and in the future.

### CRediT authorship contribution statement

Jenifer McIntyre: Conceptualization, Funding acquisition, Project administration, Methodology, Investigation, Data analysis, Writing – original draft preparation. Julann Spromberg: Conceptualization, Methodology, Investigation, Writing – Reviewing and Editing. James Cameron: Methodology, Investigation, Data analysis, Writing – original draft preparation. John Incardona: Conceptualization, Methodology, Investigation, Writing – Reviewing and Editing. Jay Davis: Conceptualization, Funding acquisition, Project administration, Writing – Reviewing and Editing. Nat Scholz: Conceptualization, Funding acquisition, Resources, Writing – Reviewing and Editing.

### Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

### Data availability

Data will be made available on request.

### Acknowledgements

We thank Mike Huff and the Suquamish Tribe for providing salmon and access to the Grovers Creek Hatchery. This effort was supported by federal funding for Puget Sound recovery, as administered by the Environmental Protection Agency, Region 10 (EPA Interagency Agreement DW-014092437301). Washington State University was also supported by the Alice C. Tyler Trust, the Washington State Office of the Governor, and Seattle Public Utilities. A pilot year of this study was funded by Washington State municipalities through the Stormwater Action Monitoring program. Special thanks for technical assistance to Jill Wetzel and Emma Mudrock of Washington State University; Michelle Chow of the University of Washington; Steve Damm and Ken King of the U.S. Fish and Wildlife Service; and Bernadita Anulacion, David Baldwin, Jennie Bolton, Richard Edmunds, Tony Gill, Jana Labenia, Cathy Laetz, Tiffany Linbo, Jessica Lundin, Catherine Sloan, Mark Tagal, and Gina Ylitalo of NOAA's Northwest Fisheries Science Center. Findings and conclusions herein are those of the authors and do not necessarily represent the views of the sponsoring organizations.

### Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.scitotenv.2023.165759.

### References

Al-Moubarak, E., Shiels, H.A., Zhang, Y., Du, C., Hanington, O., Harmer, S.C., Dempsey, C.E., Hancox, J.C., 2021. Inhibition of the hERG potassium channel by the polycyclic aromatic hydrocarbon pollutant phenanthrene. Cell. Mol. Life Sci. 78, 7899–7914.

Andersen, C.L., Jensen, J.L., Ørntoft, T.F., 2004. Normalization of real-time quantitative reverse transcription-PCR data: a model-based variance estimation approach to identify genes suited for normalization, applied to bladder and colon cancer data sets. Cancer Res. 64, 5245–5250.

Baldwin, D.H., Spromberg, J.A., Collier, T.K., Scholz, N.L., 2009. A fish of many scales: extrapolating sublethal pesticide exposures to the productivity of wild salmon populations. Ecol. Appl. 19 (8), 2004–2015.

Boyd, J.W., Oldenburg, E.W., McMichael, G.A., 2010. Color photographic index of fall Chinook salmon embryonic development and accumulated thermal units. PLoS One 5 (7).

Brette, F., Machado, B., Cros, C., Incardona, J.P., Scholz, N.L., Block, B.A., 2014. Crude oil impairs cardiac excitation-contraction coupling in fish. Science 343 (6172), 772.

Brette, F., Shiels, H.A., Galli, G.L.J., Cros, C., Incardona, J.P., Scholz, N.L., Block, B.A., 2017. A novel cardiotoxic mechanism for a pervasive global pollutant. Sci. Rep. 7, 41476 https://doi.org/10.1038/srep41476.

Bustin, S., Nolan, T., 2017. Talking the talk, but not walking the walk: RT-qPCR as a paradigm for the lack of reproducibility in molecular research. Eur. J. Clin. Investig. 47 (10), 756.

Bustin, S.A., Vandesompele, J., Pfaffl, M.W., 2009. Standardization of qPCR and RT-qPCR. Genet. Eng. Biotechnol. News 29 (14), 40.

Carls, M.G., Heintz, R.A., Marty, G.D., Rice, S.D., 2005. Cytochrome P4501A induction in oil-exposed pink salmon *Oncorhynchus gorbuscha* embryos predicts reduced survival potential. Mar. Ecol. Prog. Ser. 301, 253.

Chang, J., Jiao, M., Zhang, Z., Liu, W., Li, W., Xu, P., Wan, B., 2023. Mechanistic insight into the adverse outcome of tire wear and road particle leachate exposure in zebrafish (*Danio rerio*) larvae. Environ. Int. 178, 108053 https://doi.org/10.1016/j.envint.2023.108053.

Chow, M.I., Lundin, J.I., Mitchell, C.J., Davis, J.W., Young, G., Scholz, N.L., McIntyre, J.K., 2019. An urban stormwater runoff mortality syndrome in juvenile coho salmon. Aquat. Toxicol. 214, 105231.

Colavecchia, M.V., Hodson, P.V., Parrott, J.L., 2007. The relationships among CYP1A induction, toxicity, and eye pathology in early life stages of fish exposed to oil sands. J. Toxicol. Environ. Health - A - Curr. Issues 70 (18), 1542.

Danner, G.R., 2003. Salmonid embryo development and pathology. In: 65th Symposium on Physical Factors Affecting Salmon Spawning and Egg Survival to Emergence Integrating Science and Remediation Management, p. 37 (Quebec City, Canada).

Du, B., Lofton, J.M., Peter, K.T., Gipe, A.D., James, C.A., McIntyre, J.K., Scholz, N.L., Baker, J.E., Kolodziej, E.P., 2017. Development of suspect and non-target screening methods for detection of organic contaminants in highway runoff and fish tissue with high-resolution time-of-flight mass spectrometry. Environmental Science: Processes & Impacts 19, 1185.

Edmunds, R.C., Gill, J.A., Baldwin, D.H., Linbo, T.L., French, B.L., Brown, T.L., Esbaugh, A.J., Mager, E.M., Stieglitz, J.D., Hoenig, R., Benetti, D., Grosell, M., Scholz, N.L., Incardona, J.P., 2015. Corresponding morphological and molecular indicators of crude oil toxicity to the developing hearts of mahi mahi. Sci. Rep. 5, 17326.

Ettinger, A.K., Buhle, E.R., Feist, B.E., Howe, E., Spromberg, J.A., Scholz, N.L., Levin, P. S., 2021. Prioritizing conservation actions in urbanizing landscapes. Sci. Rep. 11 (1), 818.

Feist, B.E., Buhle, E.R., Arnold, P., David, J.W., Scholz, N.L., 2011. Landscape ecotoxicology of coho salmon prespawn mortality in urban streams. PLoS1 6 (8), 1.

Feist, B.E., Buhle, E.R., Baldwin, D.H., Spromberg, J.A., Damm, S.E., Davis, J.W., Scholz, N.L., 2017. Roads to ruin: conservation threats to a sentinel species across an urban gradient. Ecol. Appl. 27 (8), 2382.

French, B.L., Baldwin, D.H., Cameron, J., Prat, J., King, K., Davis, J.W., McIntyre, J.K., Scholz, N.L., 2022. Urban roadway runoff is lethal to juvenile coho, steelhead, and Chinook salmonids, but not congeneric sockeye. Environ. Sci. Technol. Lett. 9 (9), 733–738.

Gardner, L.D., Peck, K.A., Goetz, G.W., Linbo, T.L., Cameron, J.R., Scholz, N.L., Block, B. A., Incardona, J.P., 2019. Cardiac remodeling in response to embryonic crude oil exposure involves unconventional NKX family members and innate immunity genes. J. Exp. Biol. 222 (21), jeb205567.

Greer, J.B., Dalsky, E.M., Lane, R.F., Hansen, J.D., 2023. Tire-derived transformation product 6PPD-quinone induces mortality and transcriptionally disrupts vascular permeability pathways in developing coho salmon. Environ. Sci. Technol. https://doi.org/10.1021/acs.est.3c01040.

Hama, N., Itoh, H., Shirakami, G., Nakagawa, O., Suga, S., Ogawa, Y., Masuda, I., Nakanishi, K., Yoshimasa, T., Hashimoto, Y., Yamaguchi, M., Hori, R., Yasue, H., Nakao, K., 1995. Rapid ventricular induction of brain natriuretic peptide gene expression in experimental acute myocardial infarction. Circulation 92 (6), 1558.

Harding, L.B., Tagal, M., Ylitalo, G.M., Incardona, J.P., Davis, J.W., Scholz, N.L., McIntyre, J.K., 2020. Stormwater and crude oil injury pathways converge on the developing heart of a shore-spawning marine forage fish. Aquat. Toxicol. 229, 105654.

Hose, J.E., McGurk, D., Marty, G.D., Hinton, D.E., Brown, E.D., Baker, T.T., 1996. Sublethal effects of the Exxon Valdez oil spill on herring embryos and larvae: morphological, cytogenetic, and histopathological assessments, 1989–1991. Can. J. Fish. Aquat. Sci. 53 (10), 2355.

Incardona, J.P., 2017. Molecular mechanisms of crude oil developmental toxicity in fish. Arch. Environ. Contam. Toxicol. 73 (1), 19–32.

Incardona, J.P., Scholz, N.L., 2018. Case study: the 2010 deepwater horizon oil spill and its environmental developmental impacts. In: Burggren, W., Dubansky, B. (Eds.), Development and Environment. Springer, Cham. https://doi.org/10.1007/978-3-319-75935-7_10.

Incardona, J.P., Collier, T.K., Scholz, N.L., 2004. Defects in cardiac function precede morphological abnormalities in fish embryos exposed to polycyclic aromatic hydrocarbons. Toxicol. Appl. Pharmacol. 196 (2), 191.

Incardona, J., Carls, M., Holland, L., Linbo, T.L., Baldwin, D.H., Myers, M.S., Peck, K., Tagal, M., Rice, S.D., Scholz, N.L., 2015. Very low embryonic crude oil exposures cause lasting cardiac defects in herring and salmon. Sci. Rep. 5, 13499.

Incardona, J.P., Linbo, T.L., French, B.L., Cameron, J., Peck, K.A., Laetz, C.A., Hicks, M. B., Hutchinson, G., Allan, S.E., Boyd, D.T., Ylitalo, G.M., Scholz, N.L., 2021. Low-level embryonic crude oil exposure disrupts ventricular ballooning and subsequent trabeculation in Pacific herring. Aquat. Toxicol. 235.

Kompella, S.N., Brette, F., Hancox, J.C., Shiels, H.A., 2021. Phenanthrene impacts zebrafish cardiomyocyte excitability by inhibiting I-Kr and shortening action potential duration. J. Gen. Physiol. 153 (2), e202012733.

Lapointe, M., Rochman, C.M., Tufenkji, N., 2022. Sustainable strategies to treat urban runoff needed. Nat. Sustain. 5 (5), 366.

Liang, F.Q., Webb, P., Marimuthu, A., Zhang, S.M., Gardner, D.G., 2003. Triiodothyronine increases brain natriuretic peptide (BNP) gene transcription and amplifies endothelin-dependent BNP gene transcription and hypertrophy in neonatal rat ventricular myocytes. J. Biol. Chem. 278 (17), 15073.

Liu, J., Sample, D.J., Bell, C., Guan, Y.T., 2014. Review and research needs of bioretention used for the treatment of urban stormwater. Water 6 (4), 1069.

Lo, B.P., Marlatt, V.L., Liao, X., Reger, S., Gallilee, C., Brown, T.M., 2023. Acute toxicity of 6PPD-quinone to early life stage juvenile Chinook (*Oncorhynchus tshawytscha*) and coho (*Oncorhynchus kisutch*) salmon. Environ. Toxicol. Chem. 42 (4), 815–822.

Lundin, J.I., Spromberg, J.A., Jorgensen, J.C., Myers, J.M., Chittaro, P.M., Zabel, R.W., Johnson, L.L., Neely, R.M., Scholz, N.L., 2019. Legacy habitat contamination as a limiting factor for Chinook salmon recovery in the Willamette Basin, Oregon, USA. PLoS One 14 (3).

Magnuson, J.T., Bautista, N.M., Lucero, J., Lund, A.K., Xu, E.G., Schlenk, D., Burggren, W.W., Roberts, A.P., 2020. Exposure to crude oil induces retinal apoptosis and impairs visual function in fish. Environ. Sci. Technol. 54 (5), 2843.

McCarthy, S.G., Incardona, J.P., Scholz, N.L., 2008. Coastal Storms, Toxic Runoff, and the Sustainable Conservation of Fish and Fisheries. American Fisheries Society Symposium, p. 64.

McIntyre, J.K., Davis, J.W., Incardona, J., Anulacion, B.F., Stark, J.D., Scholz, N.L., 2014. Zebrafish and clean water technology: assessing soil bioretention as a protective treatment for toxic urban runoff. Sci. Total Environ. 500-501, 173.

McIntyre, J.K., Davis, J.W., Hinman, C., Macneale, K.H., Anulacion, B.F., Scholz, N.L., Stark, J.D., 2015. Soil bioretention protects juvenile salmon and their prey from the toxic impacts of urban stormwater runoff. Chemosphere 132, 213.

McIntyre, J.K., Edmunds, R.C., Redig, M.G., Mudrock, E.M., Davis, J.W., Incardona, J.P., Stark, J.D., Scholz, N.L., 2016a. Confirmation of stormwater bioretention treatment effectiveness using molecular indicators of cardiovascular toxicity in developing fish. Environ. Sci. Technol. 50 (3), 1561.

McIntyre, J.K., Edmunds, R.C., Anulacion, B.F., Davis, J.W., Incardona, J., Stark, J.D., Scholz, N., 2016b. Severe coal tar runoff toxicity to fish and reversal by bioretention filtration. Environ. Sci. Technol. 50 (3), 1570.

McIntyre, J.K., Lundin, J.I., Cameron, J.R., Chow, M.I., Davis, J.W., Incardona, J.P., Scholz, N.L., 2018. Interspecies variation in the susceptibility of adult Pacific salmon to toxic urban stormwater runoff. Environ. Pollut. 238, 196.

McIntyre, J.K., Prat, J., Cameron, J., Wetzel, J., Mudrock, E., Peter, K.T., Tian, Z.Y., Mackenzie, C., Lundin, J., Stark, J.D., King, K., Davis, J.W., Kolodziej, E.P., Scholz, N.L., 2021. Treading water: tire wear particle leachate recreates an urban runoff mortality syndrome in coho but not chum salmon. Environ. Sci. Technol. 55 (17), 11767.

Monaghan, J., Jjaeger, A., Agua, A.R., Stanton, R.S., Pirrung, M., Gill, C.G., Krogh, E.T., 2021. A direct mass spectrometry method for the rapid analysis of ubiquitous tire-derived toxin *N*-(1,3-dimethylbutyl)-*N′*-phenyl-p-phenylenediamine quinone (6PPDQ). Environ. Sci. Technol. Lett. 8, 1051–1056.

Narum, S.R., 2006. Beyond Bonferroni: less conservative analyses for conservation genetics. Conserv. Genet. 7, 783.

Nolan, T., Hands, R.E., Bustin, S.A., 2006. Quantification of mRNA using real-time RT-PCR. Nat. Protoc. 1 (3), 1559.

Peter, K.T., Tian, Z.Y., Wu, C., Lin, P., White, S., Du, B.W., McIntyre, J.K., Scholz, N.L., Kolodziej, E.P., 2018. Using high-resolution mass spectrometry to identify organic contaminants linked to urban stormwater mortality syndrome in coho salmon. Environ. Sci. Technol. 52 (18), 10317.

Peter, K.T., Hou, F., Tian, Z.Y., Wu, C., Goehring, M., Liu, F.M., Kolodziej, E.P., 2020. More than a first flush: urban creek storm hydrographs demonstrate broad contaminant pollutographs. Environ. Sci. Technol. 54 (10), 6152.

Peter, K.T., Lundin, J.I., Wu, C., Feist, B.E., Tian, Z.Y., Cameron, J.R., Scholz, N.L., Kolodziej, E.P., 2022. Characterizing the chemical profile of biological decline in stormwater-impacted urban watersheds. Environ. Sci. Technol. 56 (5), 3159–3169.

Pfaffl, M.W., Tichopad, A., Prgomet, C., Neuvians, T.P., 2004. Determination of stable housekeeping genes, differentially regulated target genes and sample integrity: BestKeeper - excel-based tool using pair-wise correlations. Biotechnol. Lett. 26 (6), 509.

Rodgers, T.F.M., Wang, Y., Humes, C., Jeronimo, M., Johannessen, C., Spraakman, S., Giang, A., Scholes, R.C., 2023. Bioretention cells provide a 10-fold reduction in 6PPD-quinone mass loadings to receiving waters: evidence from a field experiment and modeling. Environ. Sci. Technol. Lett. 10 (7), 582–588. https://doi.org/10.1021/acs.estlett.3c00203.

RStudio Team, 2020. RStudio: Integrated Development for R. RStudio, PBC, Boston, MA. URL. http://www.rstudio.com/.

Schmittgen, T.D., Livak, K.J., 2008. Analyzing real-time PCR data by the comparative C-T method. Nat. Protoc. 3 (6), 1101.

Scholz, N.L., Myers, M.S., McCarthy, S.G., Labenia, J.S., McIntyre, J.K., Ylitalo, G.M., Rhodes, L.D., Laetz, C.A., Stehr, C.M., French, B.L., McMillan, B., Wilson, D., Reed, L., Lynch, K.D., Damm, S., Davis, J.W., Collier, T.K., 2011. Recurrent die-offs of adult coho salmon returning to spawn in Puget Sound lowland urban streams. PLoS1 6 (12), 1.

Sloan, C.A., Brown, D.W., Ylitalo, G.M., Buzitis, J., Herman, D.P., Burrows, D.G., Yanagida, G., Pearce, R.W., Bolton, J.L., Boyer, R.H., Krahn, M.M., 2006. Quality Assurance Plan for Analyses of Environmental Samples for Polycyclic Aromatic Compounds, Persistent Organic Pollutants, Fatty Acids, Stable Isotope Ratios, Lipid Classes, and Metabolites of Polycyclic Aromatic Compounds. US. Department of Commerce (NMFS-NWFSC-77, 30).

Sloan, C.A., Anulacion, B.F., Baugh, K.A., Bolton, J.L., Boyd, D., Boyer, R.H., Burrows, D. G., Herman, D.P., Pearce, R.W., Ylitalo, G.M., 2014. Northwest Fisheries Science

*J.K. McIntyre et al.*

*Science of the Total Environment 902 (2023) 165759*

Center's Analyses of Tissue, Sediment, and Water Samples for Organic Contaminants by Gas Chromatography/Mass Spectrometry and Analyses of Tissue for Lipid Classes by Thin Layer Chromatogrphy/Flame Ionization Detection. U.S. Dept. Commer (NMFS-NWFSC-125, 61).

Sorhus, E., Meier, S., Donald, C.E., Furmanek, T., Edvardsen, R.B., Lie, K.K., 2021. Cardiac dysfunction affects eye development and vision by reducing supply of lipids in fish. Sci. Total Environ. 800, 149460 https://doi.org/10.1016/j. scitotenv.2021.149460.

Spromberg, J.A., Scholz, N.L., 2011. Estimating the future decline of wild coho salmon populations due to early spawner die-offs in urbanizing watersheds of the Pacific Northwest. Integr. Environ. Assess. Manag. 7 (4), 648.

Spromberg, J.A., Baldwin, D.H., Damm, S., McIntyre, J.K., Huff, M., Sloan, C.A., Anulacion, B.F., Davis, J.W., Scholz, N.L., 2016. Widespread coho salmon spawner mortality in western U.S. urban watersheds: lethal stormwater impacts are reversed by soil bioinfiltration. J. Appl. Ecol. 53, 498.

Tian, Z.Y., Zhao, H., Peter, K.T., Gonzalez, M., Wetzel, J., Wu, C., Hu, X., Prat, J., Mudrock, E., Hettinger, R., Cortina, A.E., Biswas, R.G., Kock, F.V.C., Soong, R., Jenee, A., Du, B., Hou, F., He, H., Lundeen, R., Gilbreath, A., Sutton, R., Scholz, N.L., David, J.W., Dodd, M.C., Simpson, A., McIntyre, J.K., Kolodziej, E.P., 2021. Ubiquitous tire rubber-derived chemical induces acute mortality in coho salmon. Science 371 (6525), 185.

Tian, Z.Y., Gonzalez, M., Rideout, C.A., Zhao, H.N., Hu, X.M., Wetzel, J., Mudrock, E., James, C.A., McIntyre, J.K., Kolodziej, E.P., 2022. 6PPD-quinone: revised toxicity assessment and quantification with a commercial standard. Environ. Sci. Technol. Lett. 9 (2), 140.

Tirpak, R.A., Afrooz, A., Winston, R.J., Valenca, R., Schiff, K., Mohanty, S.K., 2021. Conventional and amended bioretention soil media for targeted pollutant treatment: a critical review to guide the state of the practice. Water Res. 189, 116648.

Uno, T., Ishizuka, M., Itakura, T., 2012. Cytochrome P450 (CYP) in fish. Environ. Toxicol. Pharmacol. 34 (1), 1–13.

Vandesompele, J., De Preter, K., Pattyn, F., Poppe, B., Van Roy, N., De Paepe, A., Speleman, F., 2002. Accurate normalization of real-time quantitative RT-PCR data by geometric averaging of multiple internal control genes. Genome Biol. 3 (7).

Vanleeuwen, C.J., Griffioen, P.S., Vergouw, W.H.A., Maasdiepeveen, J.L., 1985. Differences in susceptibility of early life stages of rainbow trout (*Salmo gairdneri*) to environmental pollutants. Aquat. Toxicol. 7 (1–2), 59.

Varshney, S., Gora, A.H., Siriyappagouder, P., Kiron, V., Olsvik, P.A., 2022. Toxicological effects of 6PPD and 6PPD quinone in zebrafish larvae. J. Hazard. Mater. 424, 127623.

Vehniainen, E.R., Haverinen, J., Vornanen, M., 2019. Polycyclic aromatic hydrocarbons phenanthrene and retene modify the action potential via multiple ion currents in rainbow trout *Oncorhynchus mykiss* cardiac myocytes. Environ. Toxicol. Chem. 38 (10), 2145.

Velsen, P.F.J., 1980. Embryonic Development in Eggs of Sockeye Salmon, *Oncorhynchus nerka*. Department of Fisheries and Oceans. Canadian Special Publication of Fisheries and Aquatic Sciences, p. 49.

Viant, M.R., Pincetich, C.A., Eerderna, R.S.T., 2006. Metabolic effects of dinoseb, diazinon and esfenvalerate in eyed eggs and alevins of Chinook salmon (*Oncorhynchus tshawytscha*) determined by H-1 NMR metabolomics. Aquat. Toxicol. 77 (4), 359.

Vuorinen, M., Vuorinen, P.J., 1987. Effects of bleached kraft mill effluent on early life stages of brown trout (*Salmo trutta* L.). Ecotoxicol. Environ. Saf. 14 (2), 117.

Weinraub, A.M., Folkerts, E.J., Alessi, D.S., Goss, G.G., Blewett, T.A., 2021. Changes to hepatic nutrient dynamics and energetics in rainbow trout (*Oncorhynchus mykiss*) following exposure to and recovery from hydraulic fracturing flowback and produced water. Sci. Total Environ. 764, 142893.

Xie, F.L., Xiao, P., Chen, D.L., Xu, L., Zhang, B.H., 2012. miRDeepFinder: a miRNA analysis tool for deep sequencing of plant small RNAs. Plant Mol. Biol. 80 (1), 75.

# Exhibit G





Downloaded via 209.63.222.68 on June 29, 2023 at 15:39:52 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

pubs.acs.org/journal/estlcu

Letter

# Bioretention Cells Provide a 10-Fold Reduction in 6PPD-Quinone Mass Loadings to Receiving Waters: Evidence from a Field Experiment and Modeling

Timothy F. M. Rodgers,[†] Yanru Wang,[†] Cassandra Humes, Matthew Jeronimo, Cassandra Johannessen, Sylvie Spraakman, Amanda Giang, and Rachel C. Scholes*

Cite This: https://doi.org/10.1021/acs.estlett.3c00203

Read Online

ACCESS | Metrics & More | Article Recommendations | Supporting Information

**ABSTRACT:** Road runoff to streams and rivers exposes aquatic organisms to complex mixtures of chemical contaminants. In particular, the tire-derived chemical 6PPD-quinone ($N$-(1,3-dimethylbutyl)-$N'$-phenyl-$p$-phenylenediamine-quinone) is acutely toxic to several species of salmonids, which are critical to fisheries, ecosystems, and Indigenous cultures. We therefore urgently require interventions that can reduce loadings of 6PPD-quinone to salmonid habitats. Herein, we conducted a spike and recovery experiment on a full-scale, mature bioretention cell to assess the efficacy of stormwater green infrastructure technologies in reducing 6PPD-quinone loadings to receiving waters. We then interpreted and extended the results of our experiment using an improved version of the "Bioretention Blues" contaminant transport and fate model. Overall, our results showed that stormwater bioretention systems can effectively mitigate >∼90% of 6PPD-quinone loadings to streams under most "typical" storm conditions (i.e., < 2-year return period). We therefore recommend that stormwater managers and other environmental stewards redirect stormwater away from receiving waters and into engineered green infrastructure systems such as bioretention cells.

**KEYWORDS:** bioretention, stormwater, 6PPD-quinone, trace organic contaminants, fate models, green infrastructure, salmonids



## INTRODUCTION

Road runoff to creeks, streams, and rivers exposes aquatic organisms to complex mixtures of chemical contaminants. Salmonids are anadromous or freshwater fish species that are frequently found in waters that receive road runoff. Wild or farmed salmonids are found in temperate waters around the globe and make up ∼18% of global fisheries and aquaculture trade.[1] Salmonids are particularly important along the Pacific coast of North America, where they are keystone species of critical importance to many ecosystems[2] and Indigenous cultures.[3,4]

This cultural, ecological, and economic importance means that in many areas managing threats to salmonid populations is important to maintaining socio-ecologically healthy aquatic environments. In streams in the U.S. Pacific Northwest, exposure to road runoff has been linked to the prespawn mortality of 40–90% of returning coho salmon (*Oncorhynchus kisutch*).[5] For coho salmon, the primary toxicant in road runoff was recently discovered to be the compound 6PPD-quinone ($N$-(1,3-dimethylbutyl)-$N'$-phenyl-$p$-phenylenediamine-quinone), which is produced as a transformation product when atmospheric ozone reacts with 6PPD, an antiozonant tire

additive.[6] 6PPD-quinone has been found at toxicologically relevant levels in many urban streams across North America,[7−9] and in road dust in Japan,[10] and further research has shown that a number of other salmonid species are impacted at environmentally relevant concentrations of 6PPD-quinone.[11−13] 6PPD-quinone toxicity is an area of evolving research, with results indicating that juvenile salmon are also very sensitive to 6PPD-quinone exposure,[14] that toxicity is not consistent among aquatic organisms, and that the modes of toxicity are not fully understood.[15]

We therefore urgently require interventions that can reduce loadings of 6PPD-quinone to salmonid habitats, particularly in urban areas along the Pacific coast of North America where sensitive populations and high loadings coincide. Regulators are currently assessing alternatives to 6PPD in car tires, but the

Received: March 17, 2023
Revised: May 26, 2023
Accepted: May 30, 2023



© XXXX The Authors. Published by American Chemical Society

A

Environmental Science & Technology Letters          pubs.acs.org/journal/estlcu          Letter

development and adoption of alternatives, including the replacement of the current in-use stock of tires, will likely take many years.[16] For instance, the California (USA) Department of Toxic Substances Control has proposed listing motor vehicle tires containing 6PPD as a "priority product", which would require labeling and alternatives assessments by manufacturers, but would not ban its use. The Washington State (USA) Department of Ecology investigated alternatives to 6PPD, but concluded that it was difficult to determine if any alternative would be safer than 6PPD.[17]

Previous research suggests that bioretention systems or "rain gardens",[18,19] a type of "green infrastructure," or "low impact development"[20,21] technology, could be effective at reducing 6PPD-quinone loadings to urban streams. First, the physicochemical properties of 6PPD-quinone indicate that it could be partially captured by soil sorption.[22] Further, in studies conducted before 6PPD-quinone was discovered as the primary causal toxicant in stormwater runoff, McIntyre et al.[23] and Spromberg et al.[24] found that stormwater filtered through laboratory-scale bioretention columns protected coho salmon from the acutely lethal effects of stormwater runoff. However, in a field-scale bioretention system preferential flow paths, differing loading patterns, and other factors can substantially impact bioretention system performance.[25,26]

Herein, we conducted a 6PPD-quinone spike and recovery test on a full-scale bioretention cell in Vancouver, Canada. We interpreted and extended our analysis using the Bioretention Blues model of organic contaminant fate in bioretention systems.[22] The goals of our study were to (A) Experimentally assess the effectiveness of mature bioretention systems for reducing the discharge of 6PPD-quinone, (B) model the performance of bioretention systems for removing 6PPD-quinone under different hydrological conditions, and (C) model dominant processes in 6PPD-quinone fate in bioretention systems and determine gaps in our understanding of those processes.

## ■ METHODS

**Study Site.** The studied bioretention system is located on the northeast corner of Pine and eighth Streets in Vancouver, Canada. It was constructed in summer 2021 and planted in fall 2021. The system area is 22 m$^2$, the contributing drainage area is 694 m$^2$, ponding depth is 15 cm, media depth is 45 cm with a layer of mulch on the surface, and the unlined bottom contains an underdrain wrapped in clear crush gravel and geotextile. Figures S1 and S2 show engineering drawings of the system, and SI section S1.1 gives detailed site details.

**Experimental Protocol.** Our spike and recovery experiment was designed to represent the largest rainfall event that did not cause the system to overflow. We followed the experimental framework of Gu et al.[27] with some modifications. First, we conducted a "spike" test where chemicals (including 6PPD-quinone, bromide and rhodamine-WT) were added to the system while water was pumped from a water truck on July 28th, 2022. To assess whether 6PPD-quinone would be remobilized by rain events with small antecedent dry periods, we conducted a "flushing" test, where ∼13m$^3$ of water but no chemicals were added (Figure 1C) on August third, 2022. We took effluent samples from the system's underdrain at a frequency of ∼5–20 min for a total of 28 effluent and triplicate spike mixture samples during the spike test and 17 effluent samples during the flushing test. Further details are available in SI S1.2. Measured concentrations for 6PPD-

quinone, rhodamine-WT, and bromide, measured flow rates and other water quality parameters (temperature, pH, and conductivity), the version of the Bioretention Blues model used here, and all input model parametrization files (including an EPA-SWMM model of the catchment) can be found in our data repository[28] and from the cofirst author's GitHub page.[29]

**Sample Extraction and Analysis.** We quantified 6PPD-quinone by extracting the water samples using off-line solid-phase extraction (SPE), and analyzed 1 mL of well-mixed extract using an Agilent 1200 series high-performance liquid chromatography (HPLC) system and a 6410 triple quadrupole mass spectrometer (Agilent Technologies, CA, USA). Full details on the sample extraction and analysis are discussed in the SI (Section S1.3 and Table S1). We measured the concentrations of the bromide and rhodamine-WT tracers using ion chromatography (Dionex Aquion, Thermo Scientific, Ontario, Canada) and UV/vis spectroscopy (Unicam UV 300, Thermo Spectronic, USA), respectively.

**Quality Assurance and Quality Control.** We collected six field blanks, four background samples from the water truck, and two field duplicate samples. We created three additional duplicates by subsampling the volumes collected in the field. When analyzing our results, we replaced values below the MDL with half the MDL. We defined the method detection limit (MDL) as the mean field blank level plus either the 99 or the 98% confidence interval from the field blanks (Table S2).

**Model Development, Parametrization, and Calibration.** We developed an updated version of the Bioretention Blues[22] model (Figure 1C) to help interpret the spike and recovery experiment and to extend our results to conditions and design configurations beyond those observed during the experiment (see SI S1.4 for full details).

We parametrized the updated Bioretention Blues model to represent the bioretention system at Pine and eighth St. in Vancouver, Canada. We calibrated the model hydrology using the Kling-Gupta efficiency (KGE)[30] between the measured and modeled outflows, and contaminant behavior using the conservative bromide and the sorptive rhodamine-WT tracers (full details in SI S1.4). We did not calibrate any parameters for 6PPD-quinone. We estimated the partition coefficients for 6PPD-quinone using BIOVIA COSMOtherm (version 21.0),[31–34] the estimated values for log $K_{OC}$ of 3.14 and the octanol−water partition coefficient (log $K_{OW}$) of 4.12 are both close to experimental values of 3.2−3.5, for log $K_{OC}$ in road dust,[10] and 4.3 for log $K_{OW}$.[35] We linearly interpolated the concentrations and flow rates between observations to generate a higher temporal resolution data set to use as inputs to the model (see additional parametrization details in SI S1.4).

**Model Application.** First, we modeled the spike and recovery experiment, using the fit between the measured and modeled values to evaluate the model, and the model outputs to help interpret the experimental results. Then, we used the model to extend our analysis and evaluate how a "typical" bioretention cell,[18] represented by our system, would perform in reducing loadings of 6PPD-quinone to receiving bodies. We simulated single event time-series for 28 design storms across the intensity-duration-frequency (IDF) curves used by the City of Vancouver, and for a continuous simulation across a synthetic "average" water year used by the City of Vancouver that contains less intense events (see SI Section S1.5 for full details, Table S3 shows the rainfall intensities for the IDF

https://doi.org/10.1021/acs.estlett.3c00203
Environ. Sci. Technol. Lett. XXXX, XXX, XXX−XXX

Environmental Science & Technology Letters

pubs.acs.org/journal/estlcu

Letter

events and our data repository[28] contains the complete time-series used as inputs to the model.

We defined the "performance" of the system as its ability to reduce mass loadings and effluent concentrations of 6PPD-quinone. We assessed the "direct effluent" as the proportion of the influent mass that was released to the sewer network, through the underdrain or by overflowing. We defined the flow-weighted mean effluent concentration (MEC, ng L$^{-1}$) as the direct effluent mass of 6PPD-quinone divided by the total water volume entering the sewer network. We also calculated the acute risk quotient (RQ)[36] using the LC$_{50}$ for adult coho salmon of 95 ng L$^{-1}$.[9] We note that an LC$_{50}$ of 41 ng L$^{-1}$ was recently reported by Lo et al.[14] for juvenile Coho salmon, using this value would increase all of the reported RQs by 2.3 times. We used the RQ to calculate an average (RQ$_{av}$) based on the MEC. An RQ$_{av}$ > 0.5 indicates a "high" risk, $0.1 \leq$ RQ$_{av} \leq 0.5$ the potential for acute risk, and $0.05 \leq$ RQ$_{av} \leq 0.1$ the potential for acute risk to endangered species.[36]

## ■ RESULTS AND DISCUSSION

Our results indicate that bioretention systems can effectively reduce 6PPD-quinone loadings in urban runoff. Despite the short hydraulic residence time (peak effluent concentrations were observed ~3–11 min after injection), our experimental results showed substantial mass and concentration reductions to the effluent for 6PPD-quinone. The observed flow rates (Figure 1a) indicated that water infiltrated rapidly into the studied system and then exfiltrated to the surrounding soil.

The bromide tracer (Figure 1b, orange) peaked within ~5 min and was flushed from the system in under an hour, exhibiting a right-skewed distribution. By contrast, the sorptive rhodamine-WT tracer peaked after ~3 min (Figure 1b, blue), but then had a long tail of continued detectable concentrations. This indicates that rhodamine-WT sorbed to the soil during the initial spike and then desorbed back into the flowing water. For 6PPD-quinone (Figure 1c), the experimental results indicated a mass reduction of ~95% to the underdrain. The peak effluent concentration of ~150 ng L$^{-1}$ was substantially lower than the influent spike mixture concentration of ~4300 ng L$^{-1}$, partially because the spike mixture was immediately diluted with injection water. Notably, there was a 7 min period where the concentration of 6PPD-quinone was above the LC$_{50}$ of coho salmon (95 ng/L), but the concentration fell below the MDL (14–16 ng L$^{-1}$) within half an hour after spiking.

**Model Evaluation and Results.** The fit between measured and modeled data indicated that the Bioretention Blues model reproduced the processes involved in contaminant transport and fate in the bioretention cell during the spike and recovery experiment (Figure 1, see SI Section S2.1). The model showed adequate performance (defined as KGE values $\geq$0.5, 1 indicates an ideal fit)[22,37] for the calibrated flows (Figure 1a) and for the tracer compounds bromide and rhodamine-WT (Figure 1b). For 6PPD-quinone, the KGE modified to ignore bias in variances was 0.64 (Figure 1c, see SI Section S2.2).

Encouragingly, our results indicated that once captured 6PPD-quinone is unlikely to leach out of the bioretention system, at least over short interevent time scales. First, during our initial experiment we only saw detectable levels of 6PPD-quinone immediately following the spike injection. By contrast, concentrations of rhodamine-WT remained elevated throughout the experiment. This difference in fate was captured by our model, which predicted substantial remobilization of rhod-



**Figure 1.** Overview of the results from the 6PPD-quinone (6PPD-Q) spike test. (A) Hydrology of the spike and recovery and flushing experiment, showing the measured influent and effluent flow rates, the modeled effluent flow rate (dashed line), and the timing of the spike injection. (B, C) Modeled (dashed lines) and measured (dots) effluent underdrain concentrations of the (B) calibrated tracer compounds and (C) uncalibrated 6PPD-quinone for the initial spike and recovery test period. (D) Modeled fate of 6PPD-quinone across the entire spike and flush test time period. Solid arrows represent mass transfers between compartments or into and out of the system, as a percentage of the influent mass (shown entering the ponding zone with units in $\mu$g); double-headed arrows indicate two-way processes with the larger arrowhead showing the dominant direction of exchange (e.g., 76% transfer from mobile water to media). Dashed lines represent primary transformation. $M_m$ shows the percentage of influent mass retained by the soil.

amine-WT with the influx of clean water but predicted that 6PPD-quinone would mostly remain sorbed to the soil. Supporting this contention, during the flushing experiment, where we introduced ~13m$^3$ of clean water approximately 1 week after the initial spike experiment, we did not observe detectable effluent concentrations of 6PPD-quinone. For this event, the model predicted that ~2% of the influent mass would be remobilized to either the underdrain or to the surrounding soil. Although this lack of detection could have been caused by transformation or plant uptake of the 6PPD-quinone (given the uncertainty in the model parameters for those processes), it still showed that remobilization and leaching of 6PPD-quinone from fresh influent was not a substantial mass transport process, even given a very short interval (of <1 week) between leach events. Overall, across the modeled period the model estimated that ~75% of the influent 6PPD-quinone was retained by the soil, with <5% released through the underdrain and ~20% exfiltrated to the surrounding soil (Figure 1d), with >2.5% predicted trans-

https://doi.org/10.1021/acs.estlett.3c00203
Environ. Sci. Technol. Lett. XXXX, XXX, XXX–XXX

Environmental Science & Technology Letters          pubs.acs.org/journal/estlcu                                    Letter



**Figure 2.** (A, D) Fate of 6PPD-quinone through the (A) studied and (D) low-$K_n$ bioretention cell across the storm events defined by the City of Vancouver intensity-frequency-duration (IDF) curves. The contour colors (interpolated between the 28 simulated events) show the proportion of the influent mass that was advected through the bioretention cell to the sewer system, with brown colors representing less than 50% released and blue more than 50% released. The mean and range of the effluent concentrations (MEC) and the average risk quotients (RQ$_{av}$) are shown on the IDF figure. (B, E, C, F) Fate of 6PPD-quinone across (B, E) a synthetic "average" water year and (C, F) the City of Vancouver 100 year 1 h design storm event, respectively; E and F represent the low-$K_n$ scenario. Solid arrows represent mass transfers between compartments or into and out of the system, as a percentage of the influent mass (shown entering the ponding zone with units in mg or ng); double-headed arrows indicate two-way processes with the larger arrowhead showing the dominant direction of exchange. Dashed lines represent primary transformation. $M_m$ shows the percentage of influent mass retained by the soil.

formation in the soil compartment. SI Section S2.3 discusses limitations of our model and results.

**Performance of Bioretention for 6PPD-Quinone.** We ran the calibrated model for 28 events across the City of Vancouver intensity-duration-frequency (IDF) curves, assuming a constant 1000 ng L$^{-1}$ influent concentration to represent a "worst-case" scenario, such as a system receiving effluent from a large highway (see SI section S1.5 for more details). Under these conditions, we predict that the as-built bioretention system would reduce mass-loadings of 6PPD-quinone to receiving systems by >90% for all events with a recurrence period of ≤2 years (Figure 2a). In an "average" water year, we predicted a reduction in annual mass loadings of >95%, with 26% of the influent mass predicted to transform (Figure 2b), although we note that little is known about how quickly 6PPD-quinone is transformed in soil. Some uptake by plants may occur,[38] although this is likely minor in a fast-draining bioretention system such as this one.[22] The system's RQ$_{av}$ ranged from 0.38 for the 2 year, 10 min event to 1.9 for the 200 year, 1 h event. For larger events, there were

substantial periods with an RQ > 1, indicating sustained effluent concentrations well above the LC$_{50}$ for coho salmon.

The study system had a high exfiltration rate due to the high calibrated permeability (~125 mm h$^{-1}$) of the surrounding soil. To broaden the applicability of our results, we simulated the performance of a "low permeability" scenario consisting of an identical system situated in a soil with an infiltration rate of 3.3 mm h$^{-1}$, representing clayey or silty soils.[39] In this scenario, the system performed similarly to the as-built high permeability system, with more mass released to the sewer (e.g., 11% vs <1% for the studied system across the average water year), but a lower RQ$_{av}$ of 0.24−1.6 across the 28 events due to the larger volume of underdrain flow diluting the effluent concentrations (Figure 2d). We note that since the Bioretention Blues model relies on system-specific calibrated parameters the uncertainty surrounding this simulated system is larger than for the as-built system.

For both the as-built and the low-permeability scenarios, this relatively high RQ$_{av}$ (well above the US Environmental Protection Agency (EPA) threshold of >0.5 for a "high" risk) across all events was particularly driven by overflow of the

https://doi.org/10.1021/acs.estlett.3c00203
Environ. Sci. Technol. Lett. XXXX, XXX, XXX−XXX

Environmental Science & Technology Letters        pubs.acs.org/journal/estlcu                    Letter

system during larger events (Figure 2c); water that overflowed the system received only minimal treatment due to settling and diffusion, leading to high combined effluent concentrations. On entering a stream, concentrations would be reduced through dilution. However, depending on the size of the stream, localized high concentrations would still be possible. Tire-derived chemicals such as 6PPD-quinone are believed to be rapidly mobilized by the first flush of a rainfall event,[40] meaning that the excellent performance for both the as-built and low permeability scenarios for smaller events and across an "average" water year could substantially reduce the risks to salmon. Larger events still present a risk, however, as in many catchments 6PPD-quinone is believed to exhibit an additional "middle flush"[40] of elevated concentrations of 6PPD-Q[7] throughout the hydrograph. Design or management interventions could therefore improve the ability of bioretention systems to protect salmon from 6PPD-quinone during extreme events.

**Environmental Implications.** Overall, our results showed that mature, field-scale bioretention systems can effectively capture 6PPD-quinone in stormwater. Although finding safer alternatives to 6PPD will provide the most complete protection for salmonids and other potentially sensitive aquatic organisms, the efficacy of bioretention systems means that in the short term, stormwater managers can protect sensitive populations by redirecting runoff away from streams and toward engineered systems such as bioretention. Our modeling results indicate that under most "typical" storm conditions (e.g., <2 year return period) bioretention will greatly reduce the mass and concentration of 6PPD-quinone being directly released. Even during larger events, almost 50% of 6PPD-quinone may be captured, with the lower performance for the largest events driven mainly by overflow from the ponding zone. Although knowledge gaps remain regarding the transformation rates of 6PPD-quinone in soil, and the potential for transport through interflow and shallow groundwater flow, our results indicate that 6PPD-quinone is not likely to be remobilized from soil. Therefore, redirection to riparian zones or other vegetated areas may provide protection as well. By directing road runoff toward bioretention systems, stormwater managers and other environmental stewards can help protect salmonids and any other sensitive aquatic organisms from toxic road runoff and support socio-ecologically healthy aquatic environments.

## ASSOCIATED CONTENT

### Data Availability Statement

The data used in this paper, along with an archived version of the Bioretention Blues model code, is available from our data repository.[28] Current and future versions of the model are also available with an interactive tutorial from one of the lead authors' GitHub pages.[29]

### Supporting Information

The Supporting Information is available free of charge at https://pubs.acs.org/doi/10.1021/acs.estlett.3c00203.

Additional methodological details, including further information on the study site, experimental design, sample processing and analysis, and the model parametrization and calibration; additional results and discussion, including the calibrated model parameters, additional model evaluation details, and a discussion of limitations (PDF)

## AUTHOR INFORMATION

### Corresponding Author

**Rachel C. Scholes** — Department of Civil Engineering, University of British Columbia, Vancouver, British Columbia V6T 1Z4, Canada; orcid.org/0000-0001-5450-8377; Phone: 604-822-1987; Email: rachel.scholes@ubc.ca

### Authors

**Timothy F. M. Rodgers** — Institute of Resources, Environment and Sustainability, University of British Columbia, Vancouver, British Columbia V6T 1Z4, Canada; orcid.org/0000-0003-1850-404X

**Yanru Wang** — Department of Civil Engineering, University of British Columbia, Vancouver, British Columbia V6T 1Z4, Canada

**Cassandra Humes** — Green Infrastructure Design Team, City of Vancouver Engineering Services, Vancouver V5Z 0B4, Canada

**Matthew Jeronimo** — School of Population and Public Health, University of British Columbia, Vancouver, British Columbia V6T 1Z9, Canada; orcid.org/0000-0001-8188-8993

**Cassandra Johannessen** — Department of Chemistry and Biochemistry, Concordia University, Montreal, Quebec H4B 1R6, Canada; orcid.org/0000-0001-8763-4994

**Sylvie Spraakman** — Green Infrastructure Design Team, City of Vancouver Engineering Services, Vancouver V5Z 0B4, Canada

**Amanda Giang** — Institute of Resources, Environment and Sustainability and Department of Mechanical Engineering, University of British Columbia, Vancouver, British Columbia V6T 1Z4, Canada; orcid.org/0000-0002-0146-7038

Complete contact information is available at:
https://pubs.acs.org/10.1021/acs.estlett.3c00203

### Author Contributions

T.F.M.R.: Conception, investigation, data curation, methodology, software, writing (original draft), and visualization; Y.W.: Investigation, data curation, methodology, writing (original draft); C.H.—Investigation, methodology, writing (review and editing); M.J.: Investigation, methodology, writing (review and editing); C.J.: software (COSMOtherm), writing (review and editing); S.S.: Conception, investigation, data curation, methodology, writing (review and editing), supervision; A.G.: Conception, writing (review and editing), supervision; R.C.S.: Conception, investigation, methodology, writing (review and editing) and supervision.

### Author Contributions

†T.F.M.R. and Y.W. contributed equally to this project.

### Notes

The authors declare no competing financial interest.

## ACKNOWLEDGMENTS

Many thanks to Sal Fuda and Colin Taylor for helping with sampling during the experiments; to Antonio Dias and Cayla Anderson for helping process samples for analysis; to Nick-Mead Fox for providing the SWMM model of the catchment and discussions around SWMM modeling; and to Prof. Elodie Passeport (University of Toronto) for helpful discussions regarding our experimental design. Computations were performed using infrastructure supported by CFI Innovation Fund to the Rapid Air Improvement Network (RAIN, grant number 39971). We would like to thank the Natural Sciences

https://doi.org/10.1021/acs.estlett.3c00203
Environ. Sci. Technol. Lett. XXXX, XXX, XXX−XXX

and Engineering Research Council (NSERC) of Canada for an NSERC postdoctoral fellowship to T.F.M.R. and NSERC Discovery Grants to A.G. (RGPIN-2018-04893) and R.C.S (RGPIN-2022-03115). We would also like to acknowledge that this research was conceptualized and implemented on the traditional, ancestral, and unceded territory of the Musqueam, Squamish, and Tsleil-Waututh peoples. As settler scholars, we are grateful to live, work, and learn as uninvited guests on these lands and we support the efforts of these communities, including their roles in stewarding, protecting, and restoring aquatic ecosystems.

## ■ REFERENCES

(1) Food and Agriculture Organization of the United Nations (FAO). FISHSTAT, 2022. https://www.fao.org/fishery/statistics-query/en/trade (accessed 2023-01-19).

(2) Walsh, J. C.; Pendray, J. E.; Godwin, S. C.; Artelle, K. A.; Kindsvater, H. K.; Field, R. D.; Harding, J. N.; Swain, N. R.; Reynolds, J. D. Relationships between Pacific Salmon and Aquatic and Terrestrial Ecosystems: Implications for Ecosystem-based Management. *Ecology* 2020, *101* (9), e03060.

(3) Carothers, C.; Black, J.; Langdon, S. J.; Donkersloot, R.; Ringer, D.; Coleman, J.; Gavenus, E. R.; Justin, W.; Williams, M.; Christiansen, F.; Samuelson, J.; Stevens, C.; Woods, B.; Clark, S. J.; Clay, P. M.; Mack, L.; Raymond-Yakoubian, J.; Sanders, A. A.; Stevens, B. L.; Whiting, A. Indigenous Peoples and Salmon Stewardship: A Critical Relationship. *E&S* 2021, *26* (1), art16.

(4) Campbell, S. K.; Butler, V. L. Archaeological Evidence for Resilience of Pacific Northwest Salmon Populations and the Socioecological System over the Last ∼7,500 Years. *E&S* 2010, *15* (1), art17.

(5) Scholz, N. L.; Myers, M. S.; McCarthy, S. G.; Labenia, J. S.; McIntyre, J. K.; Ylitalo, G. M.; Rhodes, L. D.; Laetz, C. A.; Stehr, C. M.; French, B. L.; McMillan, B.; Wilson, D.; Reed, L.; Lynch, K. D.; Damm, S.; Davis, J. W.; Collier, T. K. Recurrent Die-Offs of Adult Coho Salmon Returning to Spawn in Puget Sound Lowland Urban Streams. *PLoS One* 2011, *6* (12), e28013.

(6) Tian, Z.; Zhao, H.; Peter, K. T.; Gonzalez, M.; Wetzel, J.; Wu, C.; Hu, X.; Prat, J.; Mudrock, E.; Hettinger, R.; Cortina, A. E.; Biswas, R. G.; Kock, F. V. C.; Soong, R.; Jenne, A.; Du, B.; Hou, F.; He, H.; Lundeen, R.; Gilbreath, A.; Sutton, R.; Scholz, N. L.; Davis, J. W.; Dodd, M. C.; Simpson, A.; McIntyre, J. K.; Kolodziej, E. P. A Ubiquitous Tire Rubber–Derived Chemical Induces Acute Mortality in Coho Salmon. *Science* 2021, *371* (6525), 185–189.

(7) Johannessen, C.; Helm, P.; Lashuk, B.; Yargeau, V.; Metcalfe, C. D. The Tire Wear Compounds 6PPD-Quinone and 1,3-Diphenylguanidine in an Urban Watershed. *Arch. Environ. Contam. Toxicol.* 2022, *82*, 171–179.

(8) Challis, J. K.; Popick, H.; Prajapati, S.; Harder, P.; Giesy, J. P.; McPhedran, K.; Brinkmann, M. Occurrences of Tire Rubber-Derived Contaminants in Cold-Climate Urban Runoff. *Environ. Sci. Technol. Lett.* 2021, *8* (11), 961–967.

(9) Tian, Z.; Gonzalez, M.; Rideout, C. A.; Zhao, H. N.; Hu, X.; Wetzel, J.; Mudrock, E.; James, C. A.; McIntyre, J. K.; Kolodziej, E. P. 6PPD-Quinone: Revised Toxicity Assessment and Quantification with a Commercial Standard. *Environ. Sci. Technol. Lett.* 2022, *9* (2), 140–146.

(10) Hiki, K.; Yamamoto, H. Concentration and Leachability of N-(1,3-Dimethylbutyl)-N′-Phenyl-p-Phenylenediamine (6PPD) and Its Quinone Transformation Product (6PPD-Q) in Road Dust Collected in Tokyo, Japan. *Environ. Pollut.* 2022, *302*, 119082.

(11) Hiki, K.; Yamamoto, H. The Tire-Derived Chemical 6PPD-Quinone Is Lethally Toxic to the White-Spotted Char *Salvelinus Leucomaenis Pluvius* but Not to Two Other Salmonid Species. *Environ. Sci. Technol. Lett.* 2022, *9* (12), 1050–1055.

(12) French, B. F.; Baldwin, D. H.; Cameron, J.; Prat, J.; King, K.; Davis, J. W.; McIntyre, J. K.; Scholz, N. L. Urban Roadway Runoff Is Lethal to Juvenile Coho, Steelhead, and Chinook Salmonids, But Not

(13) Brinkmann, M.; Montgomery, D.; Selinger, S.; Miller, J. G. P.; Stock, E.; Alcaraz, A. J.; Challis, J. K.; Weber, L.; Janz, D.; Hecker, M.; Wiseman, S. Acute Toxicity of the Tire Rubber-Derived Chemical 6PPD-Quinone to Four Fishes of Commercial, Cultural, and Ecological Importance. *Environ. Sci. Technol. Lett.* 2022, *9*, 333.

(14) Lo, B. P.; Marlatt, V. L.; Liao, X.; Reger, S.; Gallilee, C.; Brown, T. M. Acute Toxicity of 6PPD-quinone to Early Life Stage Juvenile Chinook (*Oncorhynchus Tshawytscha*) and Coho (*Oncorhynchus Kisutch*) Salmon. *Environ. Toxicol. Chem.* 2023, *42* (4), 815–822.

(15) Hiki, K.; Asahina, K.; Kato, K.; Yamagishi, T.; Omagari, R.; Iwasaki, Y.; Watanabe, H.; Yamamoto, H. Acute Toxicity of a Tire Rubber-Derived Chemical, 6PPD Quinone, to Freshwater Fish and Crustacean Species. *Environ. Sci. Technol. Lett.* 2021, *8* (9), 779–784.

(16) Dixon, S.; Goh, C-Y. Tire-driven stormwater toxicity and salmon mortality from 6PPD-quinone. *Trends*, Aug 28, 2022.https://www.americanbar.org/groups/environment_energy_resources/publications/trends/2022-2023/september-october-2022/tire-driven-stormwater-toxicity/.

(17) State of Washington Department of Ecology. Hazardous Waste and Toxics Reduction Program Technical Memo. https://www.ezview.wa.gov/Portals/_1962/Documents/6ppd/6PPD%20Alternatives%20Technical%20Memo.pdf.

(18) Spraakman, S.; Rodgers, T. F. M.; Monri-Fung, H.; Nowicki, A.; Diamond, M. L.; Passeport, E.; Thuna, M.; Drake, J. A Need for Standardized Reporting: A Scoping Review of Bioretention Research 2000–2019. *Water (Switzerland)* 2020, *12* (11), 3122.

(19) Roy-Poirier, A.; Champagne, P.; Filion, Y. Review of Bioretention System Research and Design: Past, Present, and Future. *J. Environ. Eng.* 2010, *136* (9), 878–889.

(20) Ahiablame, L. M.; Engel, B. A.; Chaubey, I. Effectiveness of Low Impact Development Practices: Literature Review and Suggestions for Future Research. *Water, Air, and Soil Pollution* 2012, *223* (7), 4253–4273.

(21) Wang, J.; Banzhaf, E. Towards a Better Understanding of Green Infrastructure: A Critical Review. *Ecological Indicators* 2018, *85*, 758–772.

(22) Rodgers, T. F. M.; Wu, L.; Gu, X.; Spraakman, S.; Passeport, E.; Diamond, M. L. Stormwater Bioretention Cells Are Not an Effective Treatment for Persistent and Mobile Organic Compounds (PMOCs). *Environ. Sci. Technol.* 2022, *56*, 6349.

(23) McIntyre, J. K.; Davis, J. W.; Hinman, C.; Macneale, K. H.; Anulacion, B. F.; Scholz, N. L.; Stark, J. D. Soil Bioretention Protects Juvenile Salmon and Their Prey from the Toxic Impacts of Urban Stormwater Runoff. *Chemosphere* 2015, *132*, 213–219.

(24) Spromberg, J.; Baldwin, D. H.; Damm, S. E.; McIntyre, J. K.; Huff, M.; Sloan, C. A.; Anulacion, B. F.; Davis, J. W.; Scholz, N. L. Coho Salmon Spawner Mortality in Western US Urban Watersheds: Bioinfiltration Prevents Lethal Storm Water Impacts. *J. Appl. Ecol.* 2016, *53* (2), 398–407.

(25) de Macedo, M. B. de; do Lago, C. A. F. do; Mendiondo, E. M.; de Souza, V. C. B. Performance of Bioretention Experimental Devices: Contrasting Laboratory and Field Scales through Controlled Experiments. *RBRH* 2018, *23*, DOI: 10.1590/2318-0331.0318170038.

(26) Marvin, J. T.; Passeport, E.; Drake, J. State-of-the-Art Review of Phosphorus Sorption Amendments in Bioretention Media: A Systematic Literature Review. *Journal of Sustainable Water in the Built Environment* 2020, *6* (1), DOI: 10.1061/JSWBAY.0000893.

(27) Gu, X.; Rodgers, T. F. M.; Spraakman, S.; Van Seters, T.; Flick, R.; Diamond, M. L.; Drake, J.; Passeport, E. Trace Organic Contaminant Transfer and Transformation in Bioretention Cells: A Field Tracer Test with Benzotriazole. *Environ. Sci. Technol.* 2021, *55* (18), 12281–12290.

(28) Data for: Bioretention Cells Provide a Tenfold Reduction in 6PPD-Quinone Mass Loadings to Receiving Waters: Evidence from a Field Experiment and Modeling. *Hydroshare*, https://doi.org/10.4211/hs.c24df560663448aebcbba9228c4fda19.

https://doi.org/10.1021/acs.estlett.3c00203
*Environ. Sci. Technol. Lett.* XXXX, XXX, XXX–XXX

Environmental Science & Technology Letters          pubs.acs.org/journal/estlcu          Letter

(29) Rodgers, T. F. M. Subsurface Sinks Model. *GitHub*, 2021. https://github.com/tfmrodge/SubsurfaceSinks.

(30) Gupta, H. V.; Kling, H.; Yilmaz, K. K.; Martinez, G. F. Decomposition of the Mean Squared Error and NSE Performance Criteria: Implications for Improving Hydrological Modelling. *Journal of Hydrology* **2009**, *377* (1−2), 80−91.

(31) Eckert, F.; Klamt, A. Fast Solvent Screening via Quantum Chemistry: COSMO-RS Approach. *AIChE J.* **2002**, *48* (2), 369−385.

(32) Klamt, A. Conductor-like Screening Model for Real Solvents: A New Approach to the Quantitative Calculation of Solvation Phenomena. *J. Phys. Chem.* **1995**, *99* (7), 2224−2235.

(33) Klamt, A.; Jonas, V.; Bürger, T.; Lohrenz, J. C. W. Refinement and Parametrization of COSMO-RS. *J. Phys. Chem. A* **1998**, *102* (26), 5074−5085.

(34) *BIOVIA COSMOtherm Release*; Dassault Systèmes, 2023; http://www.3ds.com.

(35) Walsh, J. C.; Pendray, J. E.; Godwin, S. C.; Artelle, K. A.; Kindsvater, H. K.; Field, R. D.; Harding, J. N.; Swain, N. R.; Reynolds, J. D. Relationships between Pacific Salmon and Aquatic and Terrestrial Ecosystems: Implications for Ecosystem-based Management. *Ecology* **2020**, *101* (9), e03060.

(36) US EPA. *Technical Overview of Ecological Risk Assessment: Risk Characterization*; 2017. https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/technical-overview-ecological-risk-assessment-risk (accessed 2022-10-24).

(37) Randelovic, A.; Zhang, K.; Jacimovic, N.; McCarthy, D.; Deletic, A. Stormwater Biofilter Treatment Model (MPiRe) for Selected Micro-Pollutants. *Water Res.* **2016**, *89*, 180−191.

(38) Castan, S.; Sherman, A.; Peng, R.; Zumstein, M. T.; Wanek, W.; Hüffer, T.; Hofmann, T. Uptake, Metabolism, and Accumulation of Tire Wear Particle-Derived Compounds in Lettuce. *Environ. Sci. Technol.* **2023**, *57* (1), 168−178.

(39) Hill, J. Low Permeability Soils. In *Low Impact Development Stormwater Management Planning and Design Guide*. Sustainable Technologies Evaluation Program, 2017; https://wiki.sustainabletechnologies.ca/index.php?title=Low_permeability_soils&mobileaction=toggle_view_desktop.

(40) Peter, K. T.; Hou, F.; Tian, Z.; Wu, C.; Goehring, M.; Liu, F.; Kolodziej, E. P. More Than a First Flush: Urban Creek Storm Hydrographs Demonstrate Broad Contaminant Pollutographs. *Environ. Sci. Technol.* **2020**, *54* (10), 6152−6165.

https://doi.org/10.1021/acs.estlett.3c00203
*Environ. Sci. Technol. Lett.* XXXX, XXX, XXX−XXX