ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
NOORULANNE JAN (*Pro Hac Vice*)
njan@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources*
*& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>Defendants. | Case No. 23-cv-05748-JD<br><br>**DECLARATION OF JOEL KAWAHARA** |

I, JOEL KAWAHARA, state and declare as follows:

1. I make this declaration based on personal knowledge and am competent to testify as to matters set out herein.

2. I reside in Quilcene, Washington. I am a commercial salmon troller, harvesting salmon via hook-and-line. I own and operate my own boat, F/V Karolee. Although I occasionally employ a crew member, I generally fish alone. I currently have commercial salmon fishing permits from Alaska, Oregon, and Washington, and I held a California permit until 2010.

3. I am the vice president and director of the Coastal Trollers Association (CTA), a 501(c)(6) non-profit organization representing professional salmon trollers and salmon-related businesses operating in the Pacific Northwest. I've been a member of CTA since 2012, and I've served as vice president and director since 2019. CTA is a member association of the Institute for Fisheries Resources (IFR) and Pacific Coast Federation of Fishermen's Associations (PCFFA). Therefore, I am an individual member of IFR and PCFFA. I have also served on PCFFA's Board of Directors. I support IFR and PCFFA's efforts to restore salmon habitat across the West Coast.

4. I have been fishing for salmon for nearly half a century—since 1978. I fish for salmon in the ocean waters off the coasts of Alaska, Oregon, and Washington. The salmon in the fisheries in which I operate are migratory, originating from aquatic systems like the Columbia River Basin, Puget Sound, the Sacramento River, the Klamath River, coastal Alaska, Washington, Oregon, and British Columbia. Today, commercial ocean salmon harvests are composed primarily of hatchery-origin Chinook and Coho, as wild stocks have declined substantially. The largest and most valuable portion of the fisheries in which I operate are Chinook, which are the economic backbone of our fisheries. Chinook spawn in their natal streams—often near urban areas—and then migrate through river systems into the oceans, where CTA members (myself included) can troll for them.

5. I also troll for Coho salmon where regulatory authorities allow me to do so, though these fish make up a less valuable proportion of my harvest. Nonetheless, I am dependent on the survival of Coho because of "weak stock management." Under this management system, the weakest stock within any mixed-stock fishery triggers closures of the entire fishery, so if fish

harvesters accidentally catch too many Coho as "bycatch," federal authorities will curtail Chinook fishing in the fishery to protect the Coho.

6. My livelihood, and the livelihoods of all of CTA's members, is thus inextricably bound up with Chinook and Coho salmon. Yet the populations of Chinook and Coho have been falling for years. For instance, scientists estimate that there used to be nearly 300,000 Lower Columbia River Chinook, but by 2013 fewer than 14,000 remained; Puget Sound Chinook and Upper Willamette River Chinook have also experienced similarly massive drops in population. Lower Columbia River Coho, meanwhile, have declined so radically that the National Marine Fisheries Service (NMFS) estimates that just 3 of the 24 populations constituting this species unit are likely to survive the century.

7. I fish as often as I am able and as the seasons and limits for commercially harvestable salmon allow, but the declining populations of Chinook and Coho have endangered my ability to continue doing so. In 2023, the Pacific Fisheries Management Council (PFMC) determined that the populations of several Chinook species had fallen so far that the summer Chinook fishery in California and Oregon was closed.

8. This closure affected me directly and indirectly. The direct consequence was that I had zero opportunity to participate in the Oregon salmon fishery until the end of the summer season, in September 2023. Even after fishing resumed, the season in September and October was so meager that I did not participate. Indirectly, this state of affairs in the Oregon salmon fishery led to increased participation in the Washington fishery. Because the Washington fishery is on a strict numerical quota for the annual catch of Chinook, greater participation reduced the number of fish available to all participants, including myself. This is clearly observable in the available data. Between 2000 and 2005, the average number of Chinook caught by commercial fish harvesters between the U.S.-Mexican border and Cape Falcon, Oregon, was 658,393. In 2022, 241,712 Chinook were harvested in the same area. In 2023, that number fell to just 1,456.

9. As a result of the fishery closure, my income has been significantly reduced. For the first time in decades, I had to find a non-fishing job—as a shipwright in Port Townsend,

Washington—in the winter of 2023 to help make ends meet. I estimate that my income fell by half that year.

10. I plan to resume fishing in Alaska, Oregon, and Washington ocean waters as soon as I am able, and I have been maintaining my boat in order to do so.

11. I have witnessed the devastating effects of falling Chinook and Coho populations all around me. In Washington, for instance, fish harvesters were employed an average of 11,819 days each year between 1981 and 1985. In 2023, that number had fallen to 2,066 days. In Oregon and California over the same time periods, the days fished fell from 84,165 to 441. What these numbers mean is that many, many fishermen have left fishing for other livelihoods. The boats have been sold or abandoned. The entire community has been severely depleted. There are no young people trying to break into trolling along the West Coast. There are no future skippers. Who will be fishing when the current generation dies out?

12. Based on my understanding, the fact that the Defendants include 6PPD in all of the tires they manufacture and distribute in the United States bears significant responsibility for the falling Chinook and Coho populations. Over time, 6PPD wears off tires and runs off into aquatic environments. This chemical and its transformation product, 6PPD-q, are highly toxic to Chinook, Coho, and other salmonids. According to news releases that I've read from the National Oceanic and Atmospheric Administration (NOAA), the presence of this toxic chemical in fish habitats is causing mass die-offs of salmonids, which helps explain why so few Chinook and Coho have been returning to ocean fisheries.

13. I've personally witnessed these destructive impacts. As far back as the 1990s, I participated in attempts to restore salmonid populations in the Seattle area. One project was attempting to hatch Coho eggs in a stream that ran through an urban neighborhood. I remember speaking to one of the creekside residents who had participated in the project for a number of years. He relayed how futile the effort seemed, since he had never seen a single fish return to his backyard in all the years of attempting to get eggs to hatch. In retrospect, it seems likely that this was because of road runoff (containing 6PPD/6PPD-q) from nearby roads. I recall that we worked near a small bridge over the creek. This is consistent with NMFS findings that runoff has

contributed to the declines of imperiled species like the Lower Columbia River Chinook, Puget Sound Chinook, Upper Willamette River Chinook, and Lower Columbia River Coho.

14. I believe that if this court were to grant the relief that IFR and PCCFA are seeking, declaring that Defendants are unlawfully "taking" Chinook, Coho, and steelhead populations listed under the Endangered Species Act and enjoining them from continuing to do, my ability to support myself by trolling for salmon would greatly improve. If tire companies ceased to include 6PPD in all of their tires, that would eventually result in less 6PPD in road runoff and therefore less 6PPD in aquatic environments, giving imperiled Chinook and Coho—and therefore salmon trollers—a fighting chance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 4, 2024, in Quilcene, Washington.

*Joel Kawahara*
Joel Kawahara