ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
NOORULANNE JAN (*Pro Hac Vice*)
njan@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources*
*& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>Defendants. | Case No. 23-cv-05748-JD<br><br>**DECLARATION OF DAVID BITTS** |

I, DAVID BITTS, declare as follows:

1. I make this declaration based on personal knowledge and am competent to testify as to matters set out herein.

2. I am a professional commercial fisherman based out of my home port of Eureka, California and I reside in McKinleyville, California. I first went into commercial salmon fishing in 1973 and since then committed my heart and soul to fishing for nearly fifty years. I have made my living almost entirely from commercial fishing since 1975, save the three years when I tried substitute teaching in the early 80's. I returned to fishing and, in 1985, became captain of my own commercial fishing boat, *Elmarue*—a 45-foot salmon troller built in 1946.[1] Salmon fishing has been a major component of my income, and often the majority of it, for nearly half a century.

3. I am a member of the Humboldt Fishermen's Marketing Association (HFMA). HFMA is a member of the Pacific Coast Federation of Fishermen's Associations (PCFFA) and a voting member organization of PCFFA's sister organization, the Institute for Fisheries Resources (IFR). PCFFA is the largest trade association on the west coast representing commercial fishing families and their family fishing businesses. IFR is a research and conservation organization dedicated to protecting and restoring west coast fisheries. As an HFMA member, I continue to associate with and receive membership benefits of PCFFA's fishing industry advocacy and IFR's conservation efforts.

4. In my capacity as a member and officer of HFMA, I served as HFMA's official representative to both the IFR and PCFFA Boards of Directors for several years. I also served as Vice-President of PCFFA for several years until 2008, and as its President from 2008 to 2019, and continue to engage with PCFFA leadership in an advisory capacity. I represented PCFFA before the Pacific Fishery Management Council (PFMC) for over thirty years, including five years as California troll advisor. I also represented California trollers on two federal advisory

---

[1] Ocean "troll" fisheries are hook-and-line fisheries in which the lures are dragged ("trolled") behind the boat slowly on leaders attached to weighted 1/16" seven strand wires. This is the standard method of commercial salmon harvest over most of the west coast.

DAVID BITTS DECLARATION
CASE NO. 23-cv-05748-JD

1

committees dealing with Klamath River salmon issues for over ten years each. This experience gave me insights into salmon biology and fisheries management that I would not have gained from fishing alone.

5. I currently hold a California ocean salmon troll fishing permit, an Oregon troll permit, and a California Dungeness crab permit with a 250-trap limit. These permits allow me to fish for salmon in both California and Oregon coastal waters. In my early years as a fisherman, I fished for both Coho and Chinook salmon, but since retention of Coho was banned in 1993, I have fished exclusively for Chinook. In other words, I have caught and sold coho when it was permitted, but always incidentally to my pursuit of Chinook. For example, I once had a trip of 250 Chinook and 100 coho. Since keeping coho was prohibited, I have had the experience of being unable to avoid them and ending my fishing trip early, which cost me Chinook production.

6. Chinook are the most desirable, and highest priced, of the five wild Pacific salmon species, in part because of their high omega-3 fat content. To get from those streams to the ocean, and as adults to get back home, Central Valley Chinook must pass through San Francisco Bay, home of California's second largest urban area. The Chinook I fish for mostly come from the Sacramento River and pass through the San Francisco Bay. As the Chinook pass through the San Francisco Bay, their lives are at risk in part because, as I understand it, the area receives anywhere from 5,000 to 40,000 tons of contaminants, including those in urban stormwater runoff.

7. The drastic decline in Chinook populations in recent years has cost me most of my salmon fishing opportunity and income. Whereas crab and salmon fishing each used to contribute about half my net income, in recent years I have had to rely more and more on crabs. Last year and this year, along with all other California sport and commercial fishermen, I have had to do all my salmon fishing at Costco. And remember: crab fishing until quite recently provided only about half my below-median income, and cannot be expected to make up for my lost income. With only one fishery available, there is no way to recover from a poor crab season.

8. I am near the end of my fishing career, and Social Security partially helps me weather these lean times for salmon fishing. But there is a younger generation of fishermen, like me reliant on the crab and salmon fisheries. And there is no combination of other summer

fisheries that can fill whatever professional and financial gaps are created by severely restricted or closed salmon seasons. The Central Valley used to produce a pretty steady average of about 500,000 Chinook of harvestable size; really good years would see 800,000 to 1 million. Fishery management rules call for leaving from 120,000 to 180,000 of those to go up the river and produce the next generation. This year the predicted abundance is about 220,000 more than last year, but less than half what it takes to make a decent season, and within the margin of predictive error of the spawning goal. Closing the season was a prudent management decision, agreed to by both recreational and commercial fishing representatives.

9. The above explains why our interest as fishermen lies in all reasonable measures to improve fish production – including holding tire manufacturers accountable for creating tires with 6PPD, a chemical I understand to be toxic to Coho, Chinook, and steelhead. My understanding is that Defendants use 6PPD in their tires, 6PPD then transforms into 6PPD-q, which gets into the natural environment by shedding off tires. I have heard that 6PPD-q causes prespawn mortality in Coho, Chinook, and steelhead. Salmon dying before they can spawn means fewer juvenile salmon are coming out of key river systems each year up and down the west coast. I have also heard that prespawn mortality of Coho, Chinook, and steelhead brought about by 6PPD-q has been a major factor in driving our ocean commercial harvests downward, coastwide, year by year. Therefore, Defendants' inclusion of 6PPD affects my income from salmon fishing because there are fewer spring-Chinook and fall-Chinook adult salmon in the ocean, directly diminishing my ocean Chinook salmon harvest opportunities in both California and Oregon waters.

10. I intend to fish as long as I am able, and the rules allow it. I do not know what else I would do for income. But 6PPD is a severe threat to Oregon and California coast salmon stocks and it greatly concerns me. The substantial decrease of salmon that I have observed over the years results in high anxiety and uncertainty before the season, and greatly reduced catches during the season. Thus, I do not have a time during the year where I am not stressed about my financial future as a fisherman.

11. I believe the harm to my commercial fishing interest will be addressed, at least in part, by an order from the Court granting PCFFA and IFR relief, declaring that the tire manufacturers are unlawfully "taking" Coho, Chinook, and steelhead populations listed under the Endangered Species Act, and enjoining them from continuing to do so. This would lessen the 6PPD in the environment and mitigate prespawn mortality of Coho, Chinook, and steelhead so that these salmon populations can recover. This, in turn, will help to improve my commercial fishing prospects for Chinook, and those of my younger colleagues.

I declare under penalty of perjury under 28 U.S.C. § 1746 that to the best of my knowledge the foregoing is true and correct.

Executed this 5th day of June, 2024, in McKinleyville, California.

*/s/ David Bitts*
DAVID BITTS