ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
NOORULANNE JAN (*Pro Hac Vice*)
njan@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources & Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>             Plaintiffs,<br>       v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>             Defendants. | Case No. 23-cv-05748-JD<br><br>**DECLARATION OF SARAH JANE BATES** |

SARAH JANE BATES DECLARATION
CASE NO. 23-cv-05748-JD

I, SARAH JANE BATES, state and declare as follows:

1. I make this declaration based on personal knowledge and am competent to testify as to matters set out herein.

2. I reside in Oakland, California. I am a commercial fish harvester, providing salmon to consumers across the country and around the world. I own and operate my boat, Bounty, which is docked in San Francisco. Sometimes I hire a deckhand, but about half the time I'm a solo operator. I have a commercial fishing license from California, and my boat has a commercial registration and salmon fishing permit from California. I am a member of the San Francisco Crab Boat Owners' Association (SFCBOA), the oldest fishing association on the West Coast, which represents the commercial fishing fleet of San Francisco (the name is a historical artifact). I've been a member of SFCBOA since 2016, and I've served as Treasurer since 2019. SFCBOA is a member association of the Institute for Fisheries Resources (IFR) and Pacific Coast Federation of Fishermen's Associations (PCFFA). Therefore, I am an individual member of IFR and PCFFA. I support IFR and PCFFA's efforts to restore salmon habitat across the West Coast.

3. I began fishing salmon full-time in 2012. I launch from San Francisco and harvest salmon in fisheries off the coast of California—I fish salmon as far north as Shelter Cove and as far south as Point Sur. I principally catch Chinook salmon, which is the most abundant species of salmon in the ocean off the coast of California. Chinook are big fish whose populations range across the Pacific; they can travel thousands of miles in the ocean before swimming hundreds of miles upriver to spawn in their natal streams, many of which are located near urban areas. Most of the Chinook that I catch originate from the Sacramento River. In the years I've been fishing, the Sacramento River Fall-run Chinook have been the principal component of the entire California commercial harvest. These fish spawn in the Sacramento River and its tributaries, migrate through the Golden Gate as juveniles, and are available to ocean fisheries two to three years later.

4. The numbers of Chinook across many different populations have been falling for several years, including those from the Sacramento River on which I rely. For instance,

Sacramento River Winter-Run Chinook have been listed as Endangered under the Endangered Species Act (ESA) since 1992. This population contained 100,000 salmon in the 1960s, but numbers had fallen to under 200 by the 1990s. Thus, California harvesters like me primarily rely on Sacramento River Fall-Run Chinook, the numbers of which have historically been stronger. Still, fish harvesters throughout SFCBOA have observed a broad trend of declining Chinook populations over the last decade. In 2002, commercial harvesters in California and Oregon landed approximately 447,700 Sacramento River Fall-Run Chinook, and in 2003 they landed approximately 501,600. In 2022, they landed approximately 135,800 Sacramento River Fall-Run Chinook, and in 2023 they landed approximately 3,900.

5. I do not harvest coho salmon, since the direct targeting and retention of coho has been prohibited off the coast of California for decades, due to the plummeting coho stocks and the consequent ESA listing of many coho populations. Nonetheless, the survival of coho directly impacts my ability to make a living from fishing Chinook. Due to incidental hooking mortality of coho within the commercial Chinook fishery, fisheries managers will restrict or close down Chinook fishing in order to protect the coho. In fact, this is happening right now in Oregon fisheries, where managers just shortened the season by two weeks due to excess incidental mortality of Southern Oregon/Northern California Coastal coho (listed as Threatened under the ESA).

6. Since 2012, I have fished as often as possible, according to the limits and the seasons imposed by fisheries managers. Between 2012 and 2022, salmon fishing was my primary source of income. Although I occasionally worked odd jobs, during those years fishing generated roughly 85 to 90 percent of my income. In 2023, however, the National Marine Fisheries Service (NMFS) closed commercial and recreational salmon fishing off the coast of California due to the diminished numbers of Chinook returning to rivers along the West Coast. California salmon fisheries remain closed for the 2024 season.

7. When our salmon fisheries reopen, I plan to resume fishing California ocean waters, and I have been maintaining my boat accordingly.

8. The closure of commercial fishing has been devastating. I picked up clerical work when the closure was announced, and I've been doing bookkeeping since then to pay the bills, but my income dropped significantly. The income I derived from fishing was about double that which I derive from other sources. I have ongoing costs to maintain my wooden boat, and those continue even though I can't fish.

9. My situation is not unique in the San Francisco commercial fishing fleet. Some people are living off their credit cards; some boats are in serious disrepair; some people's mental health is in bad shape. Some fish harvesters have tried to scrape together a living by catching other species, like halibut or rockfish, but this is probably unsustainable, due to the commercial appetite for salmon. There are some fish harvesters that have managed to find shore jobs, and they may not come back, so we're probably facing a shrinking fleet. In addition, the various industries that have a symbiotic relationship with commercial fishing—gear stores, fish buyers, fuel docks—are hurting as well, since there is no salmon to buy. Losing a salmon fishery thus has a massive effect on people throughout coastal communities.

10. Based on my understanding, the Defendants' inclusion of 6PPD in tires bears significant responsibility for the declining Chinook and coho populations along the entire West Coast, which is directly affecting my bottom line. This chemical is included in all tires manufactured and distributed in the United States, and over time it wears off of tires and is transported via runoff into aquatic environments. There, 6PPD—and its transformation product, 6PPD-q—are toxic to Chinook, coho, and other fish. I've heard that this chemical causes mass die-offs of Chinook and coho, which helps to explain why population numbers are so low that federal officials have to designate some populations as Threatened or Endangered and close salmon fisheries altogether.

11. In fact, the San Francisco Bay / Sacramento-San Joaquin River Delta area receives thousands of tons of contaminants annually, including stormwater runoff, which contains 6PPD and 6PPD-q. This is a significant factor in imperiling Sacramento River Chinook, such as the endangered Sacramento River Winter-Run Chinook. My understanding is that

Chinook, steelhead, and other fish may not be able to survive if 6PPD continues to be used in tires.

12. People have been fishing on this coast for thousands of years, and salmon has supported coastal communities for countless generations. To watch it go away is a tragedy—a human-caused tragedy. I believe that if this court were to declare that Defendants are unlawfully taking ESA-listed coho, Chinook, and steelhead populations—and enjoin them from continuing to do so—my ability to make a living by fishing salmon would improve significantly. If this poisonous chemical were to stop traveling from tires into aquatic ecosystems over time, coho, Chinook, and other imperiled fish populations would have time to recover; these Threatened and Endangered fish would no longer constrain ocean fisheries and our fleets would again be able to support our families and coastal communities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this __28th_ day of May, 2024, in Oakland, California.

*/s/ Sarah Bates*

Sarah Jane Bates