|   |   |   |
|---|---|---|
| 1 | ELIZABETH B. FORSYTH (CA Bar No. 288311) | |
| 2 | eforsyth@earthjustice.org | |
|   | JANETTE K. BRIMMER (*Pro Hac Vice*) | |
| 3 | jbrimmer@earthjustice.org | |
|   | NOORULANNE JAN (*Pro Hac Vice*) | |
| 4 | njan@earthjustice.org | |
| 5 | Earthjustice | |
|   | 810 3rd Ave #610 | |
| 6 | Seattle, WA 98104 | |
|   | Tel: (206) 343-7340 | |

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources*
*& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>Defendants. | Case No. 23-cv-05748-JD<br><br>**NOTICE TO THE COURT REGARDING AN ATTORNEY WITH FEWER THAN SIX YEARS OF EXPERIENCE PRESENTING ORAL ARGUMENT**<br><br>Hearing Date: July 25, 2024<br>Time: 10:00 AM<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |
|---|---|

NOTICE TO THE COURT
CASE NO. 23-cv-05748-JD

1  Pursuant to this Court's standing order for civil cases, Plaintiffs hereby notify the Court
2  and all parties that Scott W. Stern, an attorney with fewer than six years of experience, will be
3  presenting the oral argument regarding Defendants' Rule 12(b)(1) motion to dismiss. Mr. Stern
4  was first admitted to the bar in 2021.

5  DATED this 27th day of June, 2024,

/s/ Scott W. Stern
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
NOORULANNE JAN (*Pro Hac Vice*)
njan@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

*Counsel for Plaintiffs Institute for Fisheries Resources and Pacific Coast Federation of Fishermen's Associations*