Susan E. Smith (CA Bar No. 329539)
ssmith@bdlaw.com
**BEVERIDGE & DIAMOND PC**
456 Montgomery Street, Ste. 1800
San Francisco, CA  94104
Tel:   415.262.4023
*Attorneys for Defendants*
*Bridgestone Americas Tire Operations, LLC;*
*Continental Tire the Americas, LLC; GITI*
*Tire (USA), Ltd.; The Goodyear Tire &*
*Rubber Company, individually and as*
*successor in interest to Cooper Tire & Rubber*
*Company; Nokian Tyres Inc.; Nokian Tyres*
*U.S. Operations, LLC; Pirelli Tire LLC;*
*Sumitomo Rubber North America, Inc.;*
*Sumitomo Rubber USA, LLC; Toyo Tire*
*Holdings of Americas, Inc.; and Yokohama*
*Tire Corporation.*

Adam Baas (CA Bar No. 220464)
adam.baas@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
*Attorney for Defendant*
*Hankook Tire America Corp.*

George J. Gigounas (CA Bar No. 209334)
george.gigounas@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:   415.836.2500
*Attorney for Defendant*
*Michelin North America, Inc*

Gwendolyn Keyes Fleming (Admitted *Pro Hac Vice*)
Gwen.KeyesFleming@us.dlapiper.com
**DLA PIPER LLP (US)**
500 8th Street, NW
Washington, DC 20004
Tel:   202.799.4000
*Attorney for Defendant*
*Kumho Tire U.S.A., Inc.*

(Additional Counsel on Signature Page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

INSTITUTE FOR FISHERIES RESOURCES; and
PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS,

                Plaintiffs,

      vs.

BRIDGESTONE AMERICAS TIRE OPERATIONS,
LLC; CONTINENTAL TIRE THE AMERICAS,
LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR
TIRE & RUBBER COMPANY, individually and as

Case No. 23-cv-05748-JD

**MOTION FOR LEAVE TO
FILE REPLY TO
DEFENDANTS' RULE 12(b)(1)
MOTION TO DISMISS**

Note on Motion Calendar:
July 25, 2024

successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.

Defendants.

## NOTICE OF MOTION FOR LEAVE TO FILE REPLY BRIEF

Please take notice that on July 25, 2024, at 10:00 a.m. before the Honorable James Donato, Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, the Defendant Companies will ask the Court for an Order approving their filing of a Reply brief in support of their Rule 12(b)(1) Motion to Dismiss [Dkt. 127].

The Companies make this Motion pursuant to Civil L.R. 7-3(c) and 7-4, and Rule 12(b)(1) of the Fed. R. Civ. P.

## STATEMENT OF ISSUES TO BE DECIDED

This Motion presents a single question:  Should the Court grant leave for Companies to file a reply?

## I.      INTRODUCTION

The Civil Local Rules for the United States District Court for the Northern District of California provide that a party may file a reply brief.  Civil L.R. 7 -3(c), 7-4.  The Court's order granting the Companies' request for leave to file their Motion to Dismiss was silent on whether the Companies were to file a reply.  The Companies are filing this request to confirm their opportunity under the civil rules to file a reply brief.

## II.    BACKGROUND

The Court ordered the parties to meet and confer regarding standing and submit a joint statement if the Companies' objection to the Plaintiffs' claim of standing was not resolved by agreement among the parties. Dkt. 106. The parties submitted a Joint Statement re Article III Jurisdiction and Standing, and the Companies requested an opportunity to brief the issues. Dkt. 114. The Court granted that request, and entered a Minute Order stating: "[Companies] may file by June 6, 2024, a Rule 12(b)(1) motion not to exceed ten pages on traceability and redressability for Article III standing. Plaintiffs may file by June 27, 2024, a response not to exceed ten pages." Dkt. 123. The Minute Order was silent regarding the Companies' reply. The Companies have filed their 12(b)(1) Motion, and the Plaintiffs have filed their Response brief. Dkt. 127, 128. The Companies have filed their proposed Reply brief concurrently with this Motion.

## III.    LEGAL STANDARDS AND ARGUMENT

The Local Rules contemplate replies in motions practice. Civil L.R. 7-3(c) authorizes reply briefs. *Fulford v. Griffith*, Case No. 16-cv-007770-MEJ, 2016 WL 7475607 at *3 (N.D. Cal. Dec. 29, 2016). The Plaintiffs have raised arguments in their Response brief on which the Companies have not had the opportunity to be heard. The Plaintiffs' opposition addresses the incorrect legal standard. Dkt. 128 at 2. The Companies advanced a factual, not facial attack on jurisdiction. Dkt. 127 at 4-5. Plaintiffs falsely assert that the Court has ruled that Plaintiffs "made allegations sufficient to meet the higher bar of proximate cause" when this Court has made no such ruling. Dkt. 128 at 5. Plaintiffs rely on inapposite caselaw that requires distinguishing to avoid misleading the Court. *See* Dkt. 128, generally.[1] Plaintiffs identify new

---

[1] The Companies do not intend to use this Motion to argue points filed in their reply, only highlight why the Local Rules allow one.

forms of injunctive relief they believe render their alleged injuries redressable, requiring the

Companies' reply.  Dkt. 128 at 7-11.

These are issues which were not raised or addressed in the Companies' Motion or

anywhere else in this litigation to date.  Equity requires that the Companies be afforded the

opportunity to provide a reply under the Rules.  The Companies seek to confirm their

opportunity under the Civil Rules to file a reply.

## IV.    CONCLUSION

For the foregoing reasons, Companies ask that the Court permit the Companies a reply in

support of their 12(b)(1) Motion to Dismiss [Dkt. 127].

Respectfully submitted this 5th day of July, 2024.

Dated: July 5, 2024                          **BEVERIDGE & DIAMOND PC**

By:  */s/ Susan E. Smith*
       SUSAN E. SMITH
       LOREN DUNN (*Admitted Pro Hac Vice*)
       W. PARKER MOORE (*Admitted Pro Hac Vice*)
       *Attorneys for Defendants*
       *Bridgestone Americas Tire Operations,*
       *LLC; Continental Tire the Americas,*
       *LLC; GITI Tire (USA), Ltd.; The*
       *Goodyear Tire & Rubber Company,*
       *individually and as successor in interest*
       *to Cooper Tire & Rubber Company;*
       *Nokian Tyres Inc.; Nokian Tyres U.S.*
       *Operations, LLC; Pirelli Tire LLC;*
       *Sumitomo Rubber North America, Inc.;*
       *Sumitomo Rubber USA, LLC; Toyo Tire*
       *Holdings of Americas, Inc.; and*
       *Yokohama Tire Corporation.*

1

Dated: July 5, 2024

2

**DLA PIPER LLP (US)**

By:  <u>*/s/ George Gigounas*</u>
3
     GEORGE GIGOUNAS
     CAROLINE LEE
4
     PAUL WIERENGA (*Admitted Pro Hac Vice*)
5
     *Attorneys for Defendant*
     *Michelin North America, Inc.*
6

7

Dated: July 5, 2024

8

**DLA PIPER LLP (US)**

By:  <u>*/s/ Gwendolyn Keyes Fleming*</u>
9
     GWENDOLYN KEYES FLEMING
     (*Admitted Pro Hac Vice*)
10
     JUSTIN PARK
     DONGHYUN KIM
11
     *Attorneys for Defendant*
     *Kumho Tire U.S.A., Inc.*
12

13

Dated: July 5, 2024

14

**DLA PIPER LLP (US)**

By:  <u>*/s/ Adam Baas*</u>
15
     ADAM BAAS
     ALLEXANDERIA BINGHAM
16
     *Attorneys for Defendant*
     *Hankook Tire America Corp.*

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be served a true and correct copy of the

foregoing, which was served on all counsel of record using the Court's CM/ECF system.


Dated: July 5, 2024


                                        */s/Natasha Johnston*
                                        Natasha Johnston, Legal Assistant
                                        on behalf of Loren R. Dunn

MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RULE
12(b)(1) MOTION TO DISMISS - Case No. 23-cv-05748-JD **-** Page 6