M. Elizabeth O'Neill (State Bar No. 257448)
elizabeth.oneill@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
301 S. College Street, Suite 3500
Charlotte, NC 28202-6050
Tel.: 704-350-6310
Fax: 704-338-7810

Attorneys for Defendant: THE GOODYEAR TIRE
& RUBBER Company, individually
and as successor in interest to
COOPER TIRE & RUBBER Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER Company, individually and as successor in interest to COOPER TIRE & RUBBER Company; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>Defendants. | Case No.: 23-cv-05748-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR THE DEFENDANT GOODYEAR TIRE & RUBBER COMPANY** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I, M. Elizabeth O'Neill, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant THE GOODYEAR TIRE & RUBBER Company, individually and as successor in interest to COOPER TIRE & RUBBER Company. My contact information is as follows:

> M. Elizabeth O'Neill (State Bar No. 257448)
> elizabeth.oneill@wbd-us.com
> **WOMBLE BOND DICKINSON (US) LLP**
> 301 S. College Street, Suite 3500
> Charlotte, NC 28202-6050
> Tel.: 704-350-6310
> Fax: 704-338-7810

Respectfully submitted,

Date: July 30, 2024

By: /s/ M. Elizabeth O'Neill
M. Elizabeth O'Neill
M. Elizabeth O'Neill (State Bar No. 257448)
elizabeth.oneill@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
301 S. College Street, Suite 3500
Charlotte, NC 28202-6050
Tel.: 704-350-6310
Fax: 704-338-7810
*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED this 30th day of July, 2024.

                                           */s/ Debbie Brockman*
                                           Debbie Brockman, Litigation Assistant
                                           on behalf of M. Elizabeth O'Neill

WBD (US) 4859-3721-3652v1