MICHAEL K. MURPHY* (D.C. Bar No. 468907)
DAVID FOTOUHI* (D.C. Bar No. 1006049)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 955-8502
mmurphy@gibsondunn.com
dfotouhi@gibsondunn.com

JOSHUA D. DICK (CA Bar No. 268853)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8331
jdick@gibsondunn.com

* *Pro hac vice* forthcoming

*Counsel for Defendant Pirelli Tire LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, et al., | Case No. 23-cv-05748-JD |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| CONTINENTAL TIRE THE AMERICAS, LLC, et al., | |
| Defendants. | |

Please take notice that David Fotouhi enters his appearance as counsel for Defendant Pirelli Tire LLC in the above-captioned matter.

Respectfully submitted,

Dated: August 2, 2024

/s/ David Fotouhi
DAVID FOTOUHI* (D.C. Bar No. 1006049)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 955-8502
dfotouhi@gibsondunn.com

* *Pro hac vice* forthcoming

*Counsel for Defendant Pirelli Tire LLC*