Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
456 Montgomery Street, Ste. 1800
San Francisco, CA 94104
P: 415-262-4023

Loren R. Dunn, *(pro hac vice)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

W. Parker Moore *(pro hac vice)*
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C. 20036
P: 202-789-6028

*Counsel for Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Pirelli Tire LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN | Case No. 23-cv-05748-JD<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL FOR THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY** |

NOTICE OF WITHDRAWAL AS COUNSEL FOR THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY - Case No. 23-cv-05748-JD - Page 1

| | |
|---|---|
| 1 | TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation. |

Defendants.

TO:          THE CLERK OF THE COURT
AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that attorneys Loren R. Dunn, Susan E. Smith, W. Parker Moore and the law firm of Beveridge & Diamond, PC hereby withdraw as counsel for Defendant The Goodyear Tire & Rubber Company, individually and as Successor in Interest to Cooper Tire & Rubber Company ("Goodyear"), effective immediately.

Please direct any future filings or communications related to Defendant Goodyear to their new counsel of record, M. Elizabeth O'Neill and Keith Casto at Womble Bond Dickinson (US) LLP.

Respectfully submitted this 16th day of October, 2024.

**Beveridge & Diamond P.C.**

By: */s/ Loren R. Dunn*
   Loren R. Dunn, *(pro hac vice)*
   ldunn@bdlaw.com
   600 University Street, Ste. 1601
   Seattle, WA  98101
   P: 206-315-4810

   Susan E. Smith, (CA Bar No. 329539)
   ssmith@bdlaw.com
   456 Montgomery Street, Ste. 1800
   San Francisco, CA  94104
   P: 415-262-4023

   W. Parker Moore *(pro hac vice)*
   pmoore@bdlaw.com
   1900 N. Street NW, Ste. 100
   Washington, D.C.  20036
   P: 202-789-6028

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED this 16th day of October, 2024.

                                                                  */s/Jessica Durrant*
                                                                  Jessica Durrant, Paralegal
                                                                  on behalf of Loren R. Dunn