# Exhibit A



**DLA Piper LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
www.dlapiper.com

George Gigounas
george.gigounas@us.dlapiper.com
T  415.615.6005
F  415.659.7305

November 8, 2024
VIA E-MAIL: JBRIMMER@EARTHJUSTICE.ORG

Janette K. Brimmer
Senior Attorney
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104

Re:   *PCFFA v. Bridgestone Americas Tire Operations LLC et al.* No. 3:23-cv-05748-JD
      Michelin North America, Inc. Production Vol. MNAI-IFR-PCFFA-002-ReProd
      Notice of Clawback of Produced Documents

Dear Counsel:

It has come to our attention that several documents from Michelin North America, Inc.'s (MNAI) September 27, 2024 production were inadvertently produced in error and are subject to certain privileges. Under Fed. R. Civ. P. 26(b)(5)(B) and Section 11 of the Stipulated Protective Order [Dkt. 139], MNAI is notifying you that it is clawing back the following documents on the grounds described:

- The following documents are communications from or to attorney(s) for the United States Tire Manufacturers Association (USTMA) that are intended as privileged and also reflect the work product of USTMA Senior Counsel, Sarah Amick, or agents of USTMA counsel that were directed by counsel to produce that work product:

    - MNAI-IFR-PCFFA00002637
    - MNAI-IFR-PCFFA00002688
    - MNAI-IFR-PCFFA00002691
    - MNAI-IFR-PCFFA00002693
    - MNAI-IFR-PCFFA00003027
    - MNAI-IFR-PCFFA00003664
    - MNAI-IFR-PCFFA00003832
    - MNAI-IFR-PCFFA00003836
    - MNAI-IFR-PCFFA00003837
    - MNAI-IFR-PCFFA00003847
    - MNAI-IFR-PCFFA00003848
    - MNAI-IFR-PCFFA00003849
    - MNAI-IFR-PCFFA00003851
    - MNAI-IFR-PCFFA00003858



November 8, 2024
Page Two

- MNAI-IFR-PCFFA00003891

- The following documents are communications among USTMA members and between USTMA staff and members, with the express purpose of discussing association business as it relates to topics for which clear litigation risk existed at the time of the communications. These documents are subject to the associational privilege assertion that MNAI and other USTMA members have consistently asserted in this case. *See e.g., Perry v. Schwarzenegger*, 591 F.3d. 1147, 1160 (9th Cir. 2010). We are willing to meet and confer with you regarding how to handle these documents, but we are currently asking that they be clawed back.

    - MNAI-IFR-PCFFA00003676
    - MNAI-IFR-PCFFA00003688
    - MNAI-IFR-PCFFA00003835
    - MNAI-IFR-PCFFA00003889
    - MNAI-IFR-PCFFA00003890

Under Paragraph 11.2 of the Protective Order, MNAI requests that Plaintiffs promptly (a) return, sequester, or destroy the above-identified documents and any copies; (b) not use or disclose the above-identified documents until the claim is resolved; (c) take reasonable steps to recall the above-identified documents if Plaintiffs disclosed it before being notified; and (d) provide a written certification of counsel that all of the above-listed documents have been returned, sequestered, or destroyed. MNAI also requests that any notes or summaries referring or relating to any of the above-listed documents shall be destroyed or sequestered promptly, as provided in Paragraph 11.2 of the Protective Order.

MNAI will provide replacement images and text for the above documents being clawed back and a corresponding privilege log within ten days of this notice under Paragraph 11.4 of the Protective Order.

Best regards,

George Gigounas

cc:   Aurora Janke ajanke@earthjustice.org;
      Elizabeth Forsyth eforsyth@earthjustice.org;
      Linda Hunsinger lhunsinger@earthjustice.org;
      Susan Smith SSmith@bdlaw.com;
      Loren Dunn LDunn@bdlaw.com;



November 8, 2024
Page Three

       Gwen Keyes Gwen.KeyesFleming@us.dlapiper.com
       Adam Baas Adam.Baas@us.dlapiper.com;
       Elizabeth O'Neill Elizabeth.ONeill@wbd-us.com;
       Michael Murphy MMurphy@gibsondunn.com
       David Fotouhi DFotouhi@gibsondunn.com
       Rafe Peterson rafe.petersen@hklaw.com

# EXHIBIT A: FILED UNDER SEAL