ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources*
*& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>　　　　Defendants. | Case No. 23-cv-05748-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Pursuant to Local Rule 79-5(f), Plaintiffs hereby move to consider whether Exhibits A and B to Plaintiffs' Discovery Dispute Letter Regarding Defendant Michelin North America, Inc.'s Notice of Clawback and Privilege Log, ECF 175, should be filed under seal.

Exhibit A includes documents that Defendant Michelin North America Inc. ("Michelin") has identified as privileged under Federal Rule of Civil Procedure 26(b)(5)(B) and Section 11 of the Parties' Stipulated Protective Order, ECF 139, and may be filed under seal under Rule 26(b)(5)(B) and Section 12.3 of the Parties' Stipulated Protective Order.

Exhibit B is Michelin's Privilege Log, which Michelin has designated as "confidential" under Section 5 of the Parties' Stipulated Protective Order. Plaintiffs submit this document for filing under seal under Section 12.3 of the Stipulated Protective Order.

DATED this 12th day of November, 2024,

/s/ Elizabeth B. Forsyth

ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000
*Counsel for Plaintiffs Institute for Fisheries Resources and Pacific Coast Federation of Fishermen's Associations*