# GIBSON DUNN

David Fotouhi
Partner
T: +1 202.955.8502
M: +1 202.365.2307
dfotouhi@gibsondunn.com

December 27, 2024

VIA ECF

Re: Discovery Dispute in *Institute for Fisheries Resources, et al. v. Bridgestone Tire Operations, LLC, et al.*, 23-cv-05748-JD Re Defendants' Responses to Plaintiffs' Requests for Production Nos. 12 and 17-22 (Dkt. 181)

To the Hon. James Donato:

Defendant Pirelli Tire LLC ("Pirelli Tire") responds to Plaintiffs' Institute for Fisheries Resources and Pacific Coast Federation of Fishermen's Associations ("Plaintiffs") November 26, 2024, Discovery Dispute Letter concerning Requests for Production Nos. 12 and 17–22.

Pirelli Tire hereby adopts and joins the responses submitted on behalf of: 1) co-Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation (Dkt. No. 190); and 2) co-Defendant The Goodyear Tire & Rubber Company (Dkt No. 191).

Pirelli Tire further states that it intends to reach substantial completion of production of documents in response to Plaintiffs' First Set of Requests for Production of Documents and Plaintiffs' Supplemental Requests for Production of Documents by January 15, 2025.

Respectfully,

*/s/ David Fotouhi*

David Fotouhi (*pro hac vice*)
dfotouhi@gibsondunn.com
1700 M Street NW
Washington, DC 20036
T: 202-955-8502

Joshua D. Dick (CA Bar. No 268853)
jdick@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111
T: 415-393-8331

Michael Murphy *(pro hac vice)*
mmurphy@gibsondunn.com
1700 M Street NW
Washington, DC 20036
T: 202-955-8238

*Counsel for Defendant Pirelli Tire LLC*