

**DLA Piper LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
www.dlapiper.com

George Gigounas
george.gigounas@us.dlapiper.com
T  415.615.6005
F  415.659.7305

December 27, 2024                                                                                                          *Via ECF*

Re:  **Defendants' Responsive Discovery Dispute Letters Re Plaintiffs' Requests for Production of Documents 12, 17-22.**
*IFR et al. v. Bridgestone Americas Tire Operations LLC et al.*, **No. 3:23-cv-05748-JD**

Dear Hon. James Donato:

Michelin North America, Inc. joins in defendants' discovery dispute letters referenced above.

MNAI has certified substantial completion of its production under Plaintiffs' First Set of RFPs and will substantially complete production under Plaintiffs' Supplemental RFPs shortly after January 1, 2025, subject to the pending discovery disputes.

Respectfully submitted,

**DLA PIPER LLP (US)**

By:  */s/ George Gigounas*
GEORGE GIGOUNAS
CAROLINE LEE
PAUL WIERENGA (*Admitted Pro Hac Vice*)
Attorneys for Defendant Michelin North America, Inc.