

DLA Piper LLP (US)
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
www.dlapiper.com

Adam Paul Baas
adam.baas@us.dlapiper.com
T  415.615.6015
F  415.659.7447

December 27, 2024
<u>VIA ECF</u>

>**Re:** *IFR et al. v. Bridgestone Americas Tire Operations LLC et al.*, **No. 3:23-cv-05748-JD –** Joinder in Defendants' Responsive Discovery Dispute Letters re: Plaintiffs' Requests for Production of Documents 12, 17–22

To: Hon. James Donato:

Defendant Hankook Tire America Corp. ("HTAC") hereby joins in co-defendants' discovery dispute letters filed on December 27, 2024. ECF Nos. 190 and 191.

HTAC anticipates substantial completion of its document production by mid-January 2025. HTAC further anticipates that its forthcoming production will resolve any dispute between Plaintiffs and HTAC regarding the scope of the above-referenced Requests for Production of Documents.


Respectfully submitted,
**DLA PIPER LLP (US)**

By:  */s/ Adam Baas*
ADAM BAAS
STEVE HAR (*Admitted Pro Hac Vice*)
Attorneys for Defendant Hankook Tire America Corp.