

**DLA Piper LLP (US)**
500 Eighth Street NW
Washington, DC 20004
www.dlapiper.com

Gwen Keyes Fleming
gwen.keyesfleming@us.dlapiper.com
T   202 799 4419
F   202 799 5219

December 27, 2024
VIA CM/ECF

Hon. James Donato
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

> **Re:** **Defendants' Responsive Discovery Dispute Letters Regarding Plaintiffs' Requests for Production of Documents 12, 17-22 in** *Institute for Fisheries Resources v. Bridgestone Americas Tire Operations, LLC, et al.,* **No. 23-CV-5748 (N.D. Cal.)**

Dear Judge Donato:

Defendant Kumho Tire (USA), Inc. ("KUSA") joins in the discovery dispute letters submitted by codefendants, as referenced above.

KUSA has agreed to produce its corporate representative in response to a Rule 30(b)(6) deposition notice issued by Plaintiffs in February 2025 and to complete of its production of documents in response to Plaintiffs' First and Supplemental Sets of Requests for Production prior to that deposition.

Very truly yours,
**DLA PIPER LLP (US)**

By: */s/ Gwen Keyes Fleming*
Gwen Keyes Fleming

Attorneys for Kumho Tire (USA), Inc.


cc:     All counsel of record (via CM/ECF)