ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA R. JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (Bar No. 336427)
sstern@earthjustice.org
ANNA K. STIMMEL (Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources
& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br>Defendants. | Case No. 23-cv-05748-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Local Rule 79-5(f), Plaintiffs hereby move to consider whether Plaintiffs' Discovery Dispute Letter Re Defendant Pirelli's Improper Redactions, ECF No. 204, and Exhibit A thereto, should be filed under seal.

Plaintiffs' Discovery Dispute Letter Re Defendant Pirelli's Improper Redactions includes a quotation (highlighted in the unredacted version) from a document that Defendant Pirelli Tire LLC ("Pirelli") has identified as highly confidential-attorney's eyes only under Section 5 of the Parties' Stipulated Protective Order, ECF 139, and an unredacted version of the Letter may be provisionally filed under seal under Section 12.3 of the Parties' Stipulated Protective Order.

Exhibit A includes documents identified by Pirelli as confidential and highly confidential-attorney's eyes only (PIRELLI0000614–15, PIRELLI0004065–69, PIRELLI0007414–41, PIRELLI0019497–99, PIRELLI0023681–85, and PIRELLI0025175–78) under Section 5 of Parties' Stipulated Protective Order and may be provisionally filed under seal under Section 12.3 of the Parties' Stipulated Protective Order.

DATED this 22nd day of January, 2025,

/s/ Scott W. Stern

ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA R. JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
ANNA K. STIMMEL (CA Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111

Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources*
*& Pacific Coast Federation of Fishermen's Associations*