United States District Court<br>
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Institute for Fisheries Resources, et al.,

Plaintiff(s),

v.

Bridgestone Americas, Inc., et al.       ,

Defendant(s).

Case No. 3:23-cv-05748-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam J. Berger            , an active member in good standing of the bar of The Supreme Court of the State of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs            in the above-entitled action. My local co-counsel in this case is Gregory C. Loarie            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: CA Bar #215859    .

401 Union St., Suite 3400
Seattle, WA 98101
MY ADDRESS OF RECORD

(206) 622-8000
MY TELEPHONE # OF RECORD

berger@sgb-law.com
MY EMAIL ADDRESS OF RECORD

50 California St., Suite 500
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 217-2000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gloarie@earthjustice.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA # 20714.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  02/06/2025                                          Adam J. Berger
                                                                 APPLICANT

5

6    ══════════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Adam J. Berger                is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17                          _____
                            UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                              2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 20714 |
| OF | ) | **CERTIFICATE** |
| ADAM J. BERGER | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**ADAM J. BERGER**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 17, 1991, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 31st day of January, 2025.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court