1  ELIZABETH B. FORSYTH (CA Bar No. 288311)
   eforsyth@earthjustice.org
2  JANETTE K. BRIMMER (*Pro Hac Vice*)
   jbrimmer@earthjustice.org
3  AURORA R. JANKE (*Pro Hac Vice*)
4  ajanke@earthjustice.org
   Earthjustice
5  810 3rd Ave #610
   Seattle, WA 98104
6  Tel: (206) 343-7340
7  GREGORY C. LOARIE (Bar No. 215859)
8  gloarie@earthjustice.org
   SCOTT W. STERN (Bar No. 336427)
9  sstern@earthjustice.org
   ANNA K. STIMMEL (Bar No. 322916)
10 astimmel@earthjustice.org
11 Earthjustice
   50 California Street #500
12 San Francisco, CA 94111
13 Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources
& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br>Defendants. | Case No. 23-cv-05748-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Local Rule 79-5(f), Plaintiffs hereby move to consider whether Plaintiffs' Discovery Dispute Letter Re Defendants' Improper Assertions of Privilege, ECF No. 216, and Exhibits A through F thereto, should be filed under seal.

Plaintiffs' Discovery Dispute Letter Re Defendants' Improper Assertions of Privilege includes quotations (highlighted in the unredacted version) from documents that Defendants Hankook Tire America Corporation's ("HTAC"), Kumho Tire U.S.A., Inc. ("KUSA"), and Pirelli Tire LLC ("Pirelli") have designated (or appear to have intended to designate) as "confidential" under Section 5 of the Parties' Stipulated Protective Order, ECF 139, and an unredacted version of the Letter may be provisionally filed under seal under Section 12.3 of the Parties' Stipulated Protective Order.

Exhibit A is Continental Tire the Americas LLC's ("Continental") Privilege Log, which Continental has designated as "confidential" under Section 5 of the Parties' Stipulated Protective Order. Plaintiffs submit this document for filing under seal under Section 12.3 of the Stipulated Protective Order.

Exhibit B is The Goodyear Tire & Rubber Company's ("Goodyear") Privilege Log, which Goodyear has designated as "confidential" under Section 5 of the Parties' Stipulated Protective Order. Plaintiffs submit this document for filing under seal under Section 12.3 of the Stipulated Protective Order.

Exhibit C is HTAC's Privilege Log, which HTAC appears to have intended to designate as "confidential" under Section 5 of the Parties' Stipulated Protective Order. Plaintiffs submit this document for filing under seal under Section 12.3 of the Stipulated Protective Order.

Exhibit D is KUSA's Privilege Log, which KUSA has designated as "confidential" under Section 5 of the Parties' Stipulated Protective Order. Plaintiffs submit this document for filing under seal under Section 12.3 of the Stipulated Protective Order.

Exhibit E is Pirelli's Privilege Log, which Pirelli has designated as "confidential" under Section 5 of the Parties' Stipulated Protective Order. Plaintiffs submit this document for filing under seal under Section 12.3 of the Stipulated Protective Order.

Exhibit F is Sumitomo Rubber North America Inc.'s ("SRNA") Privilege Log, which SRNA has designated as "confidential" under Section 5 of the Parties' Stipulated Protective Order. Plaintiffs submit this document for filing under seal under Section 12.3 of the Stipulated Protective Order.

DATED this 20th day of February, 2025,

<u>/s/ Scott W. Stern</u>

ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA R. JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
ANNA K. STIMMEL (CA Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

*Counsel for Plaintiffs Institute for Fisheries Resources & Pacific Coast Federation of Fishermen's Associations*

Pls.' Admin. Mot. to Consider
Whether Another Party's
Material Should be Sealed
Case No. 23-cv-05748-JD

2