

DLA Piper LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
www.dlapiper.com

Nathan P. Heller
nathan.heller@us.dlapiper.com
T  215 656 3300
F  215 656 3301

February 27, 2025
*V<span>IA</span> CM/ECF*

Hon. James Donato
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

> Re: **Joinder in Response of Goodyear Tire and Rubber Company (ECF 218) in** *Institute for Fisheries Resources v. Bridgestone Americas Tire Operations, LLC, et al.,* **No. 23-CV-5748 (N.D. Cal.)**

Dear Judge Donato:

Defendant Kumho Tire (USA), Inc. joins in the responses of Continental Tire the Americas, LLC and Sumitomo Rubber North America and of Pirelli Tire LLC to Plaintiffs' Administrative Motion (ECF 217).  KUSA's privilege log, attached as Exhibit D to Plaintiffs' Discovery Letter (ECF 216), should remain under seal for the reasons described in the responses of defendants Continental, Sumitomo, and Pirelli.

Respectfully,
**DLA PIPER LLP (US)**

By: */s/ Nathan P. Heller*
Nathan P. Heller

Attorneys for Kumho Tire (USA), Inc.


cc:   All counsel of record (via CM/ECF)