1  **DLA PIPER LLP (US)**
   Adam Paul Baas (Bar No. CA-220464)
2  *adam.baas@us.dlapiper.com*
   555 Mission Street, Suite 2400
3  San Francisco, California 94105-2933
   Telephone: 415.836.2500
4  Facsimile: 415.836.2501
   adam.baas@us.dlapiper.com
5
   T. Steven Har (Admitted Pro Hac Vice)
6  *steven.har@us.dlapiper.com*
   DLA Piper LLP (US)
7  1251 Avenue of the Americas. 27th Floor
   New York, New York 10020-1104
8  Tel: 212.335.4716
   Fax: 212.884.8531
9
   Attorneys for Defendant
10 HANKOOK TIRE AMERICA CORP.

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                                **SAN FRANCISCO**

| | |
|---|---|
| 14  INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF 15  FISHERMEN'S ASSOCIATIONS, | Case No. 3:23-cv-05748-JD |
| 16              Plaintiff, | **DEFENDANT HANKOOK TIRE AMERICA CORP.'S JOINDER IN THE RESPONSES TO PLAINTIFFS' ADMINISTRATIVE MOTION FILED BY DEFENDANTS' CONTINENTAL TIRE THE AMERICAS, LLC AND SUMITOMO RUBBER NORTH AMERICA (DOC. NO. 218) AND PIRELLI TIRE LLC (DOC. NO. 220)** |
| 17      v. | |
| 18  BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE 19  THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER CO., 20  individually and as successor in interest to COOPER TIRE & RUBBER CO.; HANKOOK 21  TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; 22  NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; 23  SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO 24  TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORPORATION, | |
| | Judge: Hon. James Donato |
| | Complaint Filed: November 8, 2023 First Amended Complaint Filed: December 6, 2023 |
| 25  | |
| 26              Defendants. | |

Defendant Hankook Tire America Corp. ("HTAC") hereby joins in the responses filed by co-defendants Continental Tire the Americas, LLC ("Continental") and Sumitomo Rubber North America ("Sumitomo") (Doc. No. 2018) and Pirelli Tire LLC ("Pirelli"), (Doc. No. 220).

On February 20, 2025, Plaintiffs Institute for Fisheries Resources and Pacific Coast Federation of Fishermen's Associations ("Plaintiffs) filed a discovery dispute letter ("Discovery Letter"), Doc. No. 216, and a corresponding administrative motion to consider whether documents attached to the Discovery Letter should be sealed ("Administrative Motion"), Doc. No. 217. A copy of HTAC's privilege log, which HTAC intended to be confidential and not filed or available publicly, was attached as an exhibit to the Discovery Letter. HTAC is therefore similarly situated to its co-defendants Continental, Sumitomo, and Pirelli, who have filed responses to Plaintiffs' Administrative Motion. Accordingly, HTAC files this joinder incorporating and adopting the arguments set forth in those filings, Doc. Nos. 218, 220.

HTAC's privilege log should be maintained under seal because it contains confidential information including the identity of documents withheld from production, the names and contact information for employees, and information about HTAC's business practices. For all of the same reasons set forth in Doc Nos. 218 and 220, HTAC respectfully requests the Court maintain HTAC's privilege log under seal.

Dated: February 27, 2025          **DLA PIPER LLP (US)**

By: */s/ Adam Baas*
    ADAM BAAS
    T. STEVEN HAR

    Attorneys for Defendant
    Hankook Tire America Corp.