| | |
|---|---|
| 1 | ELIZABETH B. FORSYTH (Bar No. 288311) |
| 2 | eforsyth@earthjustice.org |
|   | JANETTE K. BRIMMER (*Pro Hac Vice*) |
| 3 | jbrimmer@earthjustice.org |
|   | AURORA R. JANKE (*Pro Hac Vice*) |
| 4 | ajanke@earthjustice.org |
| 5 | Earthjustice |
|   | 810 3rd Ave #610 |
| 6 | Seattle, WA 98104 |
|   | Tel: (206) 343-7340 |
| 7 | |
| 8 | GREGORY C. LOARIE (Bar No. 215859) |
|   | gloarie@earthjustice.org |
| 9 | SCOTT W. STERN (Bar No. 336427) |
|   | sstern@earthjustice.org |
| 10 | ANNA K. STIMMEL (Bar No. 322916) |
| 11 | astimmel@earthjustice.org |
|    | Earthjustice |
| 12 | 50 California Street #500 |
|    | San Francisco, CA 94111 |
| 13 | Tel: (415) 217-2000 |
| 14 | |
|    | ADAM J. BERGER (*Pro Hac Vice*) |
| 15 | berger@sgb-law.com |
|    | Schroeter Goldmark & Bender |
| 16 | 401 Union St., Suite 3400 |
|    | Seattle, WA 98101 |
| 17 | Tel: (206) 622-8000 |
| 18 | |
|    | *Counsel for Plaintiffs Institute for Fisheries Resources* |
| 19 | *& Pacific Coast Federation of Fishermen's Associations* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | Case No. 23-cv-05748-JD |
| Plaintiffs, | |
| v. | **PLAINTIFFS' RESPONSE TO DEFENDANTS' LOCAL RULE 79-5(c) STATEMENTS** |
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, *et al.*, | |
| Defendants. | |

Pursuant to Local Rule 79-5(f)(4), Plaintiffs hereby respond to Defendant Continental Tire the Americas LLC's ("Continental") and Sumitomo Rubber North America's ("SRNA") Response to Plaintiffs' Administrative Motion to Consider Whether Material Should be Sealed, ECF No. 218; Defendant Pirelli Tire LLC's ("Pirelli") Response to Plaintiffs' Administrative Motion to Consider Whether Material Should be Sealed, ECF No. 220; Defendant Kumho Tire (USA) Inc.'s ("KUSA") joinder of same, ECF No. 221; Defendant Hankook Tire America Corp.'s ("HTAC") joinder of same, ECF No. 222; and Defendant The Goodyear Tire and Rubber Company's ("Goodyear") statement regarding ECF Nos. 216 & 217, *see* ECF No. 219.

Plaintiffs take no position on whether the privilege logs of Continental, SRNA, Pirelli, KUSA, and HTAC should remain under seal.

Plaintiffs note that Goodyear has filed what is styled as a discovery letter brief, ECF No. 219, that does not conform to Civil Local Rule 79-5(f)(3), and that Goodyear has made no particularized showing of "good cause" to justify the continued concealment of a document Plaintiffs provisionally filed under seal in conformity with Local Rule 79-5(f). *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).[1]

DATED this 3rd day of March, 2025,

/s/ Scott W. Stern
ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA R. JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice

---

[1] To the extent Goodyear has intended ECF No. 219 serve as a discovery dispute letter, Plaintiffs also note that Goodyear has done so after the "discovery cut-off," Civ. L.R. 37-3, without attempting to "meet and confer" with Plaintiffs, *see* Standing Order for Discovery in Civil Cases Before Judge Donato ¶ 18 (Apr. 25, 2014), and indeed without requesting any relief from the Court. To the extent ECF No. 219 is intended as a response to ECF No. 216, Goodyear has done so without waiting for the Court to "advise the parties whether a response . . . will be required." Standing Order for Discovery in Civil Cases Before Judge Donato ¶ 20.

810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
ANNA K. STIMMEL (CA Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

ADAM J. BERGER (*Pro Hac Vice*)
berger@sgb-law.com
Schroeter Goldmark & Bender
401 Union St., Suite 3400
Seattle, WA 98101
Tel: (206) 622-8000

*Counsel for Plaintiffs Institute for Fisheries Resources & Pacific Coast Federation of Fishermen's Associations*