ELIZABETH B. FORSYTH (Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA R. JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (Bar No. 336427)
sstern@earthjustice.org
ANNA K. STIMMEL (Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

ADAM J. BERGER (*Pro Hac Vice*)
berger@sgb-law.com
Schroeter Goldmark & Bender
401 Union St., Suite 3400
Seattle, WA 98101
Tel: (206) 622-8000

*Counsel for Plaintiffs Institute for Fisheries Resources*
*& Pacific Coast Federation of Fishermen's Associations*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | Case No. 23-cv-05748-JD |
|---|---|
| Plaintiffs, | |
| v. | **PLAINTIFFS' MOTION TO SET A BRIEFING SCHEDULE FOR DISPOSITIVE AND RULE 702 MOTIONS** |
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, *et al.*, | |
| Defendants. | |

Pursuant to Local Rule 7-11, the Court's Scheduling Order in this case, Dkt. 110 (setting a May 9, 2025, deadline for filing dispositive and Rule 702 motions), and the Court's preference for joint briefing among the numerous parties, Dkt. 106, Plaintiffs hereby respectfully request the Court set the following briefing schedule for dispositive and Rule 702 motions:

| Filing | Deadline | Page Limit |
| --- | --- | --- |
| Plaintiffs' motion for summary judgment | May 9, 2025 | 25 pages |
| Rule 702 motions | May 9, 2025 | 15 pages per side total |
| Defendants' joint combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment | May 23, 2025 | 40 pages |
| Responses to Rule 702 motions | May 23, 2025 | 15 pages per side total |
| Plaintiffs' combined reply in support of motion for summary judgment and response to Defendants' cross-motion | June 6, 2025 | 30 pages |
| Replies to Rule 702 motions | May 30, 2025 | 10 pages per side total |
| Defendants' joint reply in support of cross-motion for summary judgment | June 13, 2025 | 15 pages |
| Hearing on dispositive and Rule 702 motions | June 26, 2025 | |

This proposed schedule comports with the briefing deadlines and page limits in the Court's Scheduling Order, standing order, and the local rules, with two exceptions: (1) it proposes cross motions for summary judgment as opposed to simultaneous motions, for efficiency and to eliminate repetition; and (2) it proposes a decrease in the page limit for Defendants' joint combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment and a commensurate decrease in the page limit for Plaintiffs' combined reply in support of motion for summary judgment and response to Defendants' cross-motion, reflecting the efficiency that is gained from cross-motions as opposed to simultaneous motions.

Plaintiffs attempted to obtain a stipulation between the parties before filing this motion, including meeting and conferring with counsel for Defendants on March 5, 2025. Declaration of Elizabeth Forsyth ¶ 5. Initially, Plaintiffs proposed a similar schedule, but with additional time in the schedule for responses and replies, given the complex nature of the case and the numerous defendants. *Id.* ¶ 3. Defendants replied that they would not agree to the schedule as Plaintiffs had initially proposed because they were not comfortable modifying the deadlines for the ordinary briefing process for the Court. *Id.* ¶ 4. Plaintiffs accordingly proposed the schedule above. *Id.* ¶ 5. Defendants stated they would not agree to stipulate to the above schedule because they believe "any motions which may need to be presented can be done with the Court's existing rules and practices." *Id.* ¶¶ 6–11.

Respectfully submitted this 7th day of March, 2025.

/s/ Elizabeth B. Forsyth
ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA R. JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
ANNA K. STIMMEL (CA Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

ADAM J. BERGER (*Pro Hac Vice*)
berger@sgb-law.com
Schroeter Goldmark & Bender

1
2  401 Union St., Suite 3400
   Seattle, WA 98101
3  Tel: (206) 622-8000

4  *Counsel for Plaintiffs Institute for Fisheries Resources
   & Pacific Coast Federation of Fishermen's
5  Associations*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28