GEORGE J. GIGOUNAS (Bar No. 209334)
george.gigounas@us.dlapiper.com
CAROLINE E. LEE (Bar No. 293297)
caroline.lee@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:     415.836.2500
Fax:    415.836.2501

*Attorneys for Defendant
Michelin North America, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>                             Plaintiffs,<br><br>         v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORP.,<br><br>                             Defendants. | CASE NO. 3:23-cv-05748-JD<br><br>**DEFENDANT MICHELIN NORTH AMERICA, INC.'S JOINDER TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SET A BRIEFING SCHEDULE FOR DISPOSITIVE AND RULE 702 MOTIONS** |

Defendant Michelin North America, Inc. joins in Defendants' Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation Response to Plaintiffs' Motion to Set a Briefing Schedule for Dispositive and Rule 702 Motions. MNAI also submits the following additional response:

In a case that is driven by expert witness testimony, Plaintiffs' Motion seeks to prematurely confirm a narrowed dispositive motion briefing schedule and pages limits prior to the close of discovery, which prejudices Defendants' ability to respond to the Motion. Plaintiffs have not yet disclosed their expert witnesses or opinions, which are not due until March 21, 2025, Defendants cannot now identify what, if any, rebuttal opinions may be necessary, which are not due until April 4, 2025, and therefore, MNAI cannot now know what arguments may need to be made or defended in terms of the dispositive or Rule 702 motions due on May 9, 2025. ECF No. 110.

MNAI therefore requests that this Court deny Plaintiffs' Motion and defer to this Court's Scheduling Order (ECF No. 110) and the relevant Local and Federal Rules. Alternatively, to the extent the Court is inclined to alter the briefing schedule or page limits to something that differs from Local and Federal Rules, MNAI respectfully requests that this Court defer its decision until after the close of discovery to allow the Parties sufficient time to meaningfully meet and confer and to present informed positions on the topic of Plaintiffs' Motion at that time.

Dated: March 11, 2025                          Respectfully submitted,

**DLA PIPER LLP (US)**

By:   */s/ George Gigounas*
GEORGE GIGOUNAS
CAROLINE LEE
PAUL WIERENGA (*Admitted Pro Hac Vice*)

Attorneys for Defendant Michelin North America, Inc.