HOGAN LOVELLS US LLP
J. Tom Boer (State Bar No. 199563)
tom.boer@hoganlovells.com
Maia H. Jorgensen (State Bar No. 344980)
maia.jorgensen@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

HOGAN LOVELLS US LLP
Joseph R. O'Connor (State Bar No. 274421)
joe.oconnor@hoganlovells.com
1999 Avenue Of The Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Attorneys for Defendant
*Pirelli Tire LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, *et al.* <br><br> Defendants. | Case No. 3:23-cv-05748-JD <br><br> **STIPULATED ORDER RE: RESOLUTION OF DISCOVERY DISPUTE REGARDING GDPR REDACTIONS (ECF NO. 204)** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. ORDER RE: RESOLUTION OF
DISCOVERY DISPUTE (GDPR REDACTIONS)
CASE NO. 3:20-CV-05748-JD

1   Plaintiffs Institute for Fisheries Resources and Pacific Coast Federation of Fishermen's Associations ("Plaintiffs") and Defendant Pirelli Tire LLC ("Pirelli Tire") jointly submit this Proposed Stipulated Order to resolve Plaintiffs' January 22, 2025, discovery dispute letter to the Court (ECF No. 204).

WHEREAS, on January 22, 2025, Plaintiffs filed a discovery dispute letter with the Court alleging that Pirelli Tire had improperly redacted names and e-mail addresses from approximately 400 produced documents on the basis of the European Union's General Data Protection Regulation (Regulation (EU) 2016/679) ("GDPR");

WHEREAS, on April 3, 2025, the Court issued an Order (ECF No. 234) setting a status conference for May 1, 2025, and, among other things, directing the parties to hold an in-person further meet-and-confer, of no less than four hours, on all live discovery disputes by April 18, 2025;

WHEREAS, on April 13, 2025, Plaintiffs and Pirelli Tire met and conferred in an effort to resolve this dispute consistent with the Court's April 3, 2025, Order;

WHEREAS, on April 25, 2025, in an effort to avoid further litigation over the discovery dispute and to preserve confidentiality over the subject documents, Plaintiffs and Pirelli Tire reached an agreement resolving this dispute, including as memorialized in this Stipulated Order; and

WHEREAS, in agreeing to proceed with this Stipulated Order, Pirelli Tire does not waive any claim that the challenged documents are properly subject to GDPR requirements.

NOW THEREFORE, the parties, by and through their counsel of record, and subject to the Court's approval, hereby stipulate as follows:

1. By May 5, 2025, Pirelli Tire will produce a set of documents in which information which was previously redacted on the basis of GDPR is provided to Plaintiffs unredacted. Those documents will be marked as Highly Confidential – Attorneys' Eyes Only and maintained as required by the Stipulated Order Re Discovery of Electronically Stored Information (ECF No. 138) and the Stipulated Protective Order (ECF No. 139) in this matter.

1    IT IS SO STIPULATED.
2

3    Dated: April 30, 2025                    **For Defendant, Pirelli Tire LLC:**

4
         /s/ *J. Tom Boer*
5        J. TOM BOER (CA Bar No. 199563)
         tom.boer@hoganlovells.com
6        MAIA H. JORGENSEN (CA Bar No. 344980)
         maia.jorgensen@hoganlovells.com
7        4 Embarcadero Center, Suite 3500
         San Francisco, California 94111
8        Tel: (415) 374-2300

9        JOSEPH R. O'CONNOR (CA Bar No. 274421)
         joe.oconnor@hoganlovells.com
10       1999 Avenue Of The Stars, Suite 1400
         Los Angeles, California 90067
11       Tel: (310) 785-4600

12       *Attorneys for Defendant*
         *Pirelli Tire LLC*
13

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP. ORDER RE: RESOLUTION OF
DISCOVERY DISPUTE (GDPR REDACTIONS)
CASE NO. 3:20-CV-05748-JD

| | |
|---|---|
| Dated: April 30, 2025 | **For Plaintiffs:** |

/s/ *Elizabeth B. Forsyth*
ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
JANETTE K. BRIMMER (*Pro Hac Vice*)
jbrimmer@earthjustice.org
AURORA R. JANKE (*Pro Hac Vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
SCOTT W. STERN (CA Bar No. 336427)
sstern@earthjustice.org
ANNA K. STIMMEL (CA Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

ADAM J. BERGER (*Pro Hac Vice*)
berger@sgb-law.com
Schroeter Goldmark & Bender
401 Union St., Suite 3400
Seattle, WA 98101
Tel: (206) 622-8000

*Counsel for Plaintiffs Institute for Fisheries Resources & Pacific Coast Federation of Fishermen's Associations*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                THE HONORABLE JAMES DONATO
                                District Judge, Northern District of California

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

STIP. ORDER RE: RESOLUTION OF
DISCOVERY DISPUTE (GDPR REDACTIONS)
CASE NO. 3:20-CV-05748-JD