# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: May 1, 2025　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 1 Hour

Case No.　　**3:23-cv-05748-JD**
Case Name　**Institute for Fisheries Resources et al v. Bridgestone Americas, Inc. et al**

Attorney(s) for Plaintiff(s):　　Elizabeth Forsyth/Scott Stern/Gregory Loarie
Attorney(s) for Defendant(s):　Gwendolyn Keyes Fleming/George Gigounas/
　　　　　　　　　　　　　　　Adam Baas/Elizabeth O'Neill/Loren Dunn/Susan Smith/
　　　　　　　　　　　　　　　Tom Boer

Deputy Clerk: Lisa R. Clark　　　　　　　　　　　　　　　　Court Reporter: Ana Dub

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

The parties' discovery disputes, *see* Dkt. No. 240 at 2-5, are resolved by the Court as discussed on the record. Plaintiffs' request for the production of seven documents clawed back by Michelin North America, Inc., Dkt. Nos. 175, 184, is denied. For the additional documents withheld by other documents on similar grounds, *see* Dkt. No. 217-1, the parties will hold a further meet-and-confer in light of the Court's discussion of the scope of the work product and common interest doctrines. Goodyear's request to compel information and documents for all of plaintiffs' individual members, Dkt. No. 189, is denied for the reasons stated on the record.

For plaintiffs' motion to set a briefing schedule for dispositive and Rule 702 motions, Dkt. No. 227, the Court finds that proceeding directly to a bench trial would be the most efficient way of resolving this dispute. The Court may separately resolve defendant Sumitomo Rubber USA, LLC's motion for summary judgment, Dkt. No. 237. For that motion, plaintiffs may file an opposition of up to 7 pages by May 23, 2025. SRUSA will file a reply by June 2, 2025.

The bench trial remains set for January 26, 2026. The parties are directed to file by May 8, 2025, a joint statement that confirms that all anticipated witnesses are available for the week of January 26, 2026, and the parties are not aware of any reason the bench trial cannot proceed as scheduled.

A pre-trial conference is set for January 15, 2026, at 1:30 p.m. The parties are directed to file by January 8, 2026, a joint witness list with the names of all witnesses and a brief description of the topics of the witnesses' anticipated testimony. The parties will file a joint stipulation of facts by January 15, 2026. The parties will schedule a time with Ms. Clark to set up courtroom technology in advance of the trial.

Trial will be held 9 a.m. to 3 p.m. each trial day, with a short lunch break.

For trial exhibits, the parties are directed to prepare witness binders that include those exhibits that will be offered during that witness's testimony and which the party will move for admission into evidence. Two copies of each witness binder should be handed to Ms. Clark at the start of each witness's testimony. No other copies of trial exhibits need be prepared or submitted to the Court.

Each side will have 10 hours of trial time, excluding opening statements. Opening statements are limited to 15 minutes per side, although the Court may consider allotting more time to defendants if needed in light of the number of defendants and defendant groups. Closing arguments will be scheduled after the parties have filed proposed findings of fact and conclusions of law.

The parties are referred to Magistrate Judge Spero for settlement, subject to his calendar. At each settlement conference, all parties are ordered to have present a client representative who has full settlement authority.