Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
333 Bush Street, Ste 1500
San Francisco, CA 94104
P: 415-262-4023

Loren R. Dunn, *(pro hac vice)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

W. Parker Moore *(pro hac vice)*
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C. 20036
P: 202-789-6028

*Counsel for Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN | Case No. 23-cv-05748-JD<br><br>**JOINT STATEMENT REGARDING WITNESS AVAILABILITY FOR TRIAL** |

JOINT STATEMENT REGARDING WITNESS AVAILABILITY FOR TRIAL
Case No. 23-cv-05748-JD **-** Page 1

|   |   |
|---|---|
| 1 | TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation. |
| 2 | |
| 3 | |
| 4 | |
|   | Defendants. |

Pursuant to this Court's May 1, 2025, Minute Order (ECF No. 243), the Parties hereby submit this Joint Statement regarding witness attendance at the trial of this matter.

**Defendants' Statement Regarding Trial Availability:**

Defendants confirm that all witnesses whom they anticipate calling to testify at the trial of this matter are available to appear in person to testify at trial during the week of January 26, 2026.

**Plaintiffs' Statement Regarding Availability:**

Plaintiffs confirm all anticipated witnesses except Dave Bitts are available to testify in person at the trial of this matter during the week of January 26, 2026. Dave Bitts is a standing declarant for plaintiffs. Due to the repeated closures of the commercial Chinook salmon fishery in California, Mr. Bitts now derives a significant portion of his income from crab fishing. The crab fishery has a limited opening, which coincides with the trial date. Plaintiffs do not want to disrupt this source of income for Mr. Bitts and do not want to disrupt the trial schedule for a single standing witness. Therefore, the Parties have agreed to work together on potential stipulated facts that would allow plaintiffs to not have to present testimony from Mr. Bitts.

Respectfully submitted this 8th day of May, 2025.

**Beveridge & Diamond P.C.**

By: */s/ Loren R. Dunn*
Loren R. Dunn, *(pro hac vice)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

JOINT STATEMENT REGARDING WITNESS AVAILABILITY FOR TRIAL
Case No. 23-cv-05748-JD **-** Page 2

| | |
|---|---|
| 1 | Susan E. Smith, (CA Bar No. 329539) |
| 2 | ssmith@bdlaw.com |
| | 333 Bush Street, Ste 1500 |
| 3 | San Francisco, CA 94104 |
| | P: 415-262-4023 |
| 4 | |
| 5 | W. Parker Moore *(pro hac vice)* |
| | pmoore@bdlaw.com |
| 6 | 1900 N. Street NW, Ste. 100 |
| | Washington, D.C. 20036 |
| 7 | P: 202-789-6028 |

*Counsel for Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation*

Dated: May 8, 2025

**For Plaintiffs:**

By: */s/ Elizabeth B. Forsyth*
Elizabeth B. Forsyth (CA Bar No. 288311)
eforsyth@earthjustice.org
Janette K. Brimmer (*pro hac vice*)
jbrimmer@earthjustice.org
Aurora R. Janke (*pro hac vice*)
ajanke@earthjustice.org
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340

Gregory C. Loarie (CA Bar No. 215859)
gloarie@earthjustice.org
Scott W. Stern (CA Bar No. 336427)
sstern@earthjustice.org
Anna K. Stimmel (CA Bar No. 322916)
astimmel@earthjustice.org
Earthjustice
50 California Street #500
San Francisco, CA 94111
Tel: (415) 217-2000

JOINT STATEMENT REGARDING WITNESS AVAILABILITY FOR TRIAL
Case No. 23-cv-05748-JD - Page 3

|     |                      |                                                                                       |
| --- | -------------------- | ------------------------------------------------------------------------------------- |
|     |                      | Adam J. Berger (*pro hac vice*)                                                       |
|     |                      | berger@sgb-law.com                                                                    |
|     |                      | Schroeter Goldmark & Bender                                                           |
|     |                      | 401 Union St., Suite 3400                                                             |
|     |                      | Seattle, WA 98101                                                                     |
|     |                      | Tel: (206) 622-8000                                                                   |
|     |                      | *Counsel for Plaintiffs Institute for Fisheries Resources & Pacific Coast Federation of Fishermen's Associations* |
|     | Dated: May 8, 2025   | **DLA PIPER LLP (US)**                                                                |
|     |                      | By: */s/ George Gigounas*                                                             |
|     |                      |     George J. Gigounas                                                                |
|     |                      |     Caroline Lee                                                                      |
|     |                      |     Paul Wierenga (*pro hac vice*)                                                    |
|     |                      |     *Attorneys for Defendant Michelin North America, Inc.*                            |
|     | Dated: May 8, 2025   | **DLA PIPER LLP (US)**                                                                |
|     |                      | By: */s/ Adam Baas*                                                                   |
|     |                      |     Adam Baas                                                                         |
|     |                      |     Allexanderia Bingham                                                              |
|     |                      |     *Attorneys for Defendant Hankook Tire America Corp.*                              |
|     | Dated: May 8, 2025   | **DLA PIPER LLP (US)**                                                                |
|     |                      | By: */s/ Gwendolyn Keyes Fleming*                                                     |
|     |                      |     Gwendolyn Keyes Fleming (*pro hac vice*)                                          |
|     |                      |     Justin Park                                                                       |
|     |                      |     Donghyun Kim                                                                      |
|     |                      |     *Attorneys for Defendant Kumho Tire U.S.A., Inc.*                                 |
|     | Dated: May 8, 2025   | **HOGAN LOVELLS US LLP**                                                              |
|     |                      | By: */s/ J. Tom Boer*                                                                 |
|     |                      |     J. Tom Boer                                                                       |
|     |                      |     Maia H. Jorgensen                                                                 |
|     |                      |     Joseph R. O'Connor                                                                |
|     |                      |     *Attorneys for Defendant Pirelli Tire LLC*                                        |

Dated: May 8, 2025          **WOMBLE BOND DICKINSON (US) LLP**

By: /s/ M. Elizabeth O'Neill
    M. Elizabeth O'Neill
    Keith M. Castro
    *Attorneys for Defendant The Goodyear Tire & Rubber Company individually and as successor in interest to Cooper Tire & Rubber Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED this 8th day of May, 2025.

                                            */s/Natasha Johnston*
                                            Natasha Johnston, Legal Assistant
                                            on behalf of Loren R. Dunn

JOINT STATEMENT REGARDING WITNESS AVAILABILITY FOR TRIAL
Case No. 23-cv-05748-JD - Page 6