UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-05748-JD (JCS)

**Case Name:** Institute for Fisheries Resources v. Bridgestone Americas, Inc.

**Date:** May 8, 2025  **Time:** 30 M

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Elizabeth Britta Forsyth, Janette K. Brimmer for Institute for Fisheries Resources; Gregory C. Loarie, Scott Stern for Pacific Coast Federation of Fishermen's Assoc. Glen Spain NW Regional Director & General Counsel for Institute of Fisheries

**Attorney for Defendant:** Adam Paul Baas & T. Steven Har for Hankook Tire America
Caroline E. Lee, George J. Gigounas for Michelin North America
Gwendolyn Rebecca Keyes Fleming, Nathan P. Heller for Kumbo Tire USA
Joel Tom Boer, Loren R. Dunn, Susan Elizabeth Smith, Wilson Parker Moore for Continental Tire the Americas, LLC, Giti Tire (USA), Pirelli Tire LLC, Sumitomo Rubber America, Toyo Tire Holdings of America, Yokohama Tire, Nokian Tyres, Inc., Nokian Tyres US Operations, LLC, Sumitomo Rubber USA, LLC, Bridgestone Americas Tire Operations. LLC
Mary Elizabeth O'Neill for Goodyear Tire & Rubber Co.

## ZOOM PROCEEDINGS

( ) Zoom Settlement Conference

( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( ) Further Zoom Settlement Conference

( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

(X) Zoom Scheduling Conference to set Settlement Conference - Held

**Notes:** Plaintiffs demand for global settlement due 5/29/2025. Defendants offer and response due 6/19/2025. Meeting of the principles with unlimited authority to settle the case by June 27, 2025 by Zoom. Settlement conference statements due 7/1/2025 by Noon. Settlement conference set for 7/8/2025 at 10:00 AM by Zoom Meeting. Court to issue Order.