Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
333 Bush Street, Ste 1500
San Francisco, CA 94104
P: 415-262-4023

Loren R. Dunn, *(pro hac vice)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

W. Parker Moore *(pro hac vice)*
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C. 20036
P: 202-789-6028

*Counsel for Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; and Yokohama Tire Corporation.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA) Ltd.; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor in interest to COOPER TIRE & RUBBER COMPANY; HANKOOK TIRE AMERICA Corp.; | Case No. 23-cv-05748-JD<br><br>***JOINDER OF DEFENDANTS BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS, LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; SUMITOMO RUBBER USA, LLC; TOYO*** |

JOINDER IN MNAI'S OBJECTION AND MOTION TO STRIKE PLAINTIFFS' IMPROPER EVIDENCE CITED IN OPPOSITION TO SUMITOMO RUBBER USA, LLC'S MOTION FOR SUMMARY JUDGEMENT; REQUEST FOR ORDER TO SHOW CAUSE - Case No. 23-cv-05748-JD **-** Page 1

| | |
|---|---|
| KUMHO TIRE U.S.A., Inc.; MICHELIN NORTH AMERICA, Inc.; NOKIAN TYRES Inc.; NOKIAN TYRES U.S. OPERATIONS LLC; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, Inc.; SUMITOMO RUBBER USA, LLC; TOYO TIRE HOLDINGS OF AMERICAS Inc.; and YOKOHAMA TIRE Corporation.<br><br>Defendants. | *TIRE HOLDINGS OF AMERICAS INC.; YOKOHAMA TIRE CORPORATION; PIRELLI TIRE LLC; THE GOODYEAR TIRE & RUBBER COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO COOPER TIRE & RUBBER COMPANY; KUMHO TIRE U.S.A., INC.; AND HANKOOK TIRE AMERICA, Corp.; IN MICHELIN NORTH AMERICA, INC.'s OBJECTION TO PLAINTIFFS' IMPROPER EVIDENCE CITED IN OPPOSITION TO SUMITOMO RUBBER USA, LLC'S MOTION FOR SUMMARY JUDGEMENT; REQUEST FOR ORDER TO SHOW CAUSE; REQUEST FOR ORDER TO SHOW CAUSE [DKT. 264]* |

Defendants Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Sumitomo Rubber North America, Inc.; Sumitomo Rubber USA, LLC; Toyo Tire Holdings of Americas Inc.; Yokohama Tire Corporation; Pirelli Tire LLC; The Goodyear Tire & Rubber Company, individually and as successor in interest to Cooper Tire & Rubber Company; Kumho Tire U.S.A., Inc.; and Hankook Tire America Corp.; **JOIN** in Defendant Michelin North America, Inc.'s Objection to Plaintiffs' Improper Evidence Cited in Opposition to Sumitomo Rubber USA, LLC's Motion For Summary Judgement; Request for Order to Show Cause; Request for Order to Show Cause [Dkt. 264] ("Objection and Request").

Defendants' joinder is based on the grounds stated in the Objection and Request and on any argument the Court may consider at the hearing on the Motion.

Respectfully submitted this 3rd day of June, 2025.

**Beveridge & Diamond P.C.**

By: */s/ Loren R. Dunn*
Loren R. Dunn, *(pro hac vice)*
ldunn@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
P: 206-315-4810

Susan E. Smith, (CA Bar No. 329539)
ssmith@bdlaw.com
333 Bush Street, Ste 1500
San Francisco, CA 94104
P: 415-262-4023

W. Parker Moore *(pro hac vice)*
pmoore@bdlaw.com
1900 N. Street NW, Ste. 100
Washington, D.C. 20036
P: 202-789-6028

Dated June 3, 2025    **HOGAN LOVELLS US LLP**

By: */s/J. Tom Boer*
J. Tom Boer, CA Bar No. 199563
Joseph R. O'Connor, CA Bar No. 274421
Maia H. Jorgensen, CA Bar No. 344980
*Attorneys for Defendant Pirelli Tire LLC*

Dated June 3, 2025    **Womble Bond Dickinson (US) LLP**

By: */s/M. Elizabeth O'Neill*
M. Elizabeth O'Neill, CA Bar No. 257448
Keith M. Casto, CA Bar No. 141279
*Attorneys for Defendant The Goodyear Tire & Rubber Company, individually and as successor in interest to Cooper Tire & Rubber Company*

Dated June 3, 2025  **DLA PIPER LLP (US)**

By: */s/Adam Baas*
    Adam Baas, CA Bar No. 220464
    T. Steven Har (pro hac vice)
    *Attorneys for Defendant Hankook Tire America Corp.*

Dated June 3, 2025  **DLA PIPER LLP (US)**

By: */s/Gwen Keyes*
    Gwen Keyes (pro hac vice)
    Justin I. Park, CA Bar No. 250220
    *Attorneys for Defendant Kumho Tire U.S.A., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED this 3rd day of June, 2025.

                                                /s/Natasha Johnston
                                                Natasha Johnston, Legal Assistant
                                                on behalf of Loren R. Dunn