UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 23-cv-05748-JD

**Case Name:** Institute for Fisheries Resources et al v. Bridgestone Americas, Inc. et al

**Date:** July 8, 2025   **Time:** 5 hours

**Deputy Clerk:** Jenny Galang   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Glen Spain, NW Regional Director and General Legal, Elizabeth Britta Forsyth, Gregory C. Loarie, Scott Stern, Janette K. Brimmer (for the Institute for Fisheries), Gregory C. Loarie (for Pacific Coast Federation)

**Attorney for Defendant:** Loren R. Dunn, Susan Elizabeth Smith, William Hubbard (for Continental, Giti), Chris Egner (for Continental), Blake Eaddy (for Giti), Mary Elizabeth O'Neill (for Goodyear, Cooper), Adam Paul Baas, Allexanderia Bingham, T. Steven Har (for Hankook), George J. Gigounas (for Hankook, Michelin), Caroline E. Lee (for Michelin), Jason Hale, NQ Lee (Client Rep. for HTAC), Matt Stabb (Client Rep. for MNAI), Joel Tom Boer (for Pirelli), Camila Surcan (Client Rep. for Pirelli), Colin Smith (for Bridgestone), David Dumas (Client Rep. for Bridgestone), Gwendolyn Rebecca Keyes Fleming, Nathan P. Heller (for Kumho), Howoo Lee (Client Rep. CFO, for KUSA), Parker Moore (for Sumitomo), Glenn Leonardi (Client Rep. VP & General Counsel for Sumitomo), K. Noelle Peters (for Toyo), Phillips Betsy (for Nokian), Kevin Hogan, Robert Davies, DK Kim

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference - Held.

   ( ) Case Settled   (X) Case Did Not Settle   ( ) Partial Settlement

( )   Further Zoom Settlement Conference

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

**Notes:**
Further Settlement Conference set for **10/9/2025 at 10:00 AM**, in person in courtroom D, 15th floor, 450 Golden Gate Ave, SF, CA 94102. Settlement conference statements due **10/2/2025.**

Plaintiffs to make a revised proposal on or before 8/11/2025. Defendants to respond to Plaintiffs' proposal and make their own revised proposal on or before 9/15/2025. Client representatives with unlimited authority to settle the case must attend.