UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 9, 2025 | **Time:** 3 hours | **Judge:** JOSEPH C. SPERO |
|---|---|---|
| **Case No.:** 23-cv-05748-JD | **Case Name:** Institute for Fisheries Resources v. Bridgestone Americas, Inc. | |

**Attorney for Plaintiffs:** Elizabeth Forsyth, Gregory Loarie Scott Stern, Janette Brimmer, and Aurora Janke
**Attorneys for Defendants Continental Tire, Giti Tire, Sumitomo, Bridgestone, Toyo, Nokian Tyres and Yokohama:** Loren Dunn, Susan Smith, Stacy Bosshardt, and Noell Peters
**Attorney for Defendant Goodyear:** Will Latham
**Attorney for Defendant Hankook Tire**: Adam Baas
**Attorneys for Defendant Michelin:** George Gigounas and Caroline Lee
**Attorney for Defendant Pirelli Tire:** Joel Boer
**Attorney for Defendant Kumho Tire:** Gwendolyn Fleming

**Deputy Clerk:** Stephen Ybarra         **Court Reporter:** Not Reported

### PROCEEDINGS

Further Settlement Conference – Held.

**Notes:** Case did not settle. Parties invited to contact the court if they jointly decide that a further settlement conference would be productive.