George J. Gigounas (CA Bar No. 209334)
george.gigounas@us.dlapiper.com
Caroline Lee (CA Bar No. 293297)
caroline.lee@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:   415.836.2500
Fax:   415.836.2501

*Attorneys for Defendant
Michelin North America, Inc*

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORP.,<br><br>Defendants. | CASE NO. 3:23-cv-05748-JD<br><br>**JOINT DEFENDANTS' ADMINISTRATIVE MOTION TO ALLOW EQUIPMENT FOR TRIAL**<br><br>PRETRIAL CONFERENCE: 1/20/2026<br>TRIAL: 1/26/2026<br>DEPARTMENT: Courtroom 11, 19th Floor<br>JUDGE: Hon. James Donato |

Joint Defendants submit this Administrative Motion to Allow Equipment for Trial under Civil Local Rule 7-11 and General Order 58 to allow Defendants to bring in the following equipment to Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, to use during the bench trial beginning on January 26, 2026 and proceeding at least through January 30, 2026. The Defendants intend to bring the equipment to the Courtroom for the technology test with the Courtroom Deputy to Honorable James Donato the morning of January 20, 2026. In addition to smaller equipment like chargers and flash drives, Defendants' larger equipment includes the following:

- Two monitors
- Four laptops
- HDMI cables
- Extension cables
- Power strips
- Two HDMI switchers
- Mi-fi mobile hotspots
- Two folding tables

Respectfully submitted,

Dated: January 16, 2026      **DLA PIPER LLP (US)**

By: /s/ *George Gigounas*
    GEORGE J. GIGOUNAS
    CAROLINE LEE
    PAUL WIERENGA (*Admitted Pro Hac Vice*)
    Attorneys for Defendant
    Michelin North America, Inc.

Dated: January 16, 2026      **DLA PIPER LLP (US)**

By: /s/ *Gwendolyn Keyes Fleming*
    GWENDOLYN KEYES FLEMING
    (*Admitted Pro Hac Vice*)
    JUSTIN PARK

|   |   |
|---|---|
| | DONGHYUN KIM |
| | Attorneys for Defendant<br>Kumho Tire U.S.A., Inc |
| | . |
| Dated:  January 16, 2026 | **DLA PIPER LLP (US)** |
| | By: /s/ *Adam Baas*<br>    ADAM BAAS<br>    ALLEXANDERIA BINGHAM |
| | Attorneys for Defendant<br>Hankook Tire America Corp. |
| Dated:  January 16, 2026 | **BEVERIDGE & DIAMOND PC** |
| | By: /s/ *Susan E. Smith*<br>    SUSAN E. SMITH<br>    LOREN DUNN (*Admitted Pro Hac Vice*)<br>    W. PARKER MOORE (*Admitted Pro Hac Vice*) |
| | Attorneys for Defendants<br>Bridgestone Americas Tire Operations, LLC; Continental Tire the Americas, LLC; GITI Tire (USA), Ltd.; The Goodyear Tire & Rubber Company, individually and as successor in interest to Cooper Tire & Rubber Company; Nokian Tyres Inc.; Nokian Tyres U.S. Operations, LLC; Pirelli Tire LLC; Sumitomo Rubber North America, Inc.; Sumitomo; Rubber USA, LLC; Toyo Tire Holdings of Americas, Inc.; and Yokohama Tire Corporation. |
| Dated: January 16, 2026 | **HOGAN LOVELLS US LLP** |
| | By: /s/ J. Tom Boer<br>    J. TOM BOER<br>    MAIA H. JORGENSEN<br>    JOSEPH R. O'CONNOR |
| | Attorneys for Defendant Pirelli Tire LLC |
| Dated: January 16, 2026 | **WOMBLE BOND DICKINSON (US) LLP** |
| | By: /s/ M. Elizabeth O'Neill<br>    M. Elizabeth O'Neill |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Keith M. Castro
Kurt D. Weaver

Attorneys for Defendant The Goodyear Tire & Rubber Company individually and as successor in interest to Cooper Tire & Rubber Company

George J. Gigounas (CA Bar No. 209334)
george.gigounas@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

*Attorney for Defendant*
*Michelin North America, Inc*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTITUTE FOR FISHERIES RESOURCES; and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; CONTINENTAL TIRE THE AMERICAS, LLC; GITI TIRE (USA), LTD.; THE GOODYEAR TIRE & RUBBER CO.; COOPER TIRE & RUBBER CO.; HANKOOK TIRE AMERICA CORP.; KUMHO TIRE U.S.A., INC.; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES; PIRELLI TIRE LLC; SUMITOMO RUBBER NORTH AMERICA, INC.; TOYO TIRE HOLDINGS OF AMERICAS INC.; and YOKOHAMA TIRE CORP.,<br><br>Defendants. | CASE NO. 3:23-cv-05748-JD<br><br>**[PROPOSED] ORDER RE JOINT DEFENDANTS' ADMINISTRATIVE MOTION TO ALLOW EQUIPMENT FOR TRIAL** |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED**:

The Court, having considered the Joint Defendants' Administrative Motion to Allow Equipment for Trial under Civil Local Rule 7-11 and General Order 58, and based on good cause shown, the Defendants may bring the following equipment to trial in this matter, in addition to smaller equipment like chargers and flash drives:

- Two monitors
- Four laptops
- HDMI cables
- Extension cables
- Power strips
- Two HDMI switchers
- Mi-fi mobile hotspots
- Two folding tables

The Defendants may bring the equipment to the Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, to use during the bench trial beginning on January 26, 2026 and proceeding at least through January 30, 2026. The Defendants may bring the equipment to the Courtroom for the technology test with the Courtroom Deputy the morning of January 20, 2026.

**IT IS SO ORDERED**.

Dated: January 16, 2026

Hon. James Donato
UNITED STATES DISTRICT JUDGE